UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by and through its Attorney General,<br>Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Agriculture and Brooke Rollins, as Secretary of the Department of Agriculture,<br><br>Defendants. | Case No.: 0:25-cv-04767-LMP-JFD<br><br>**LR 7.1(f) AND (h) CERTIFICATE OF COMPLIANCE REGARDING PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER OR EXPEDITED MOTION FOR PRELIMINARY INJUNCTION OR STAY** |

I, Joseph Richie, certify that the:

☒ Memorandum titled Plaintiff's Memorandum In Support Of Motion for a Temporary Restraining Order or Expedited Motion For Preliminary Injunction Or Stay complies with Local Rules 7.1(f) and 7.1(h).

☒ I further certify that, in preparation of this document, I used Microsoft Office 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

☒ I further certify that the above document contains 8,432 words.

*[signature on next page]*

Dated: December 29, 2025

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Joseph Richie**
JOSEPH RICHIE
Special Counsel
Atty. Reg. No. 0400615

LIZ KRAMER
Solicitor General
Atty. Reg. No. 0325089

PETER J. FARRELL
Deputy Solicitor General
Atty. Reg. No. 0393071

KATHERINE BIES
Special Counsel
Atty. Reg. No. 0401675

BRIAN CARTER
Special Counsel
Atty. Reg. No. 0390613

LINDSEY MIDDLECAMP
Special Counsel
Atty. Reg. No. 0392589

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-0921 (Voice)
(651) 282-5832 (Fax)
Joseph.Richie@ag.state.mn.us
Liz.Kramer@ag.state.mn.us
Peter.Farrell@ag.state.mn.us
Katherine.Bies@ag.state.mn.us
Brian.Carter@ag.state.mn.us
Lindsey.Middlecamp@ag.state.mn.us

*Attorneys For Plaintiff State of Minnesota*

|#6260791-v1