UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

State of Minnesota,
by and through its Attorney General
Keith Ellison,

Plaintiffs,

v.

United States Department of Agriculture,
and Brooke Rollins, as Secretary of the
Department of Agriculture,

Defendants.

Case No. 25-CV-4767 LMP-JFD

**DECLARATION OF JOSEPH R. RICHIE**

I, Joseph R. Richie, declare and state as follows:

1. I am a Special Counsel at the Office of the Minnesota Attorney General and counsel for the State of Minnesota in this action. I make this declaration in support of Minnesota's motion for a preliminary injunction.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Minnesota Combined Application Form, which is used to apply for SNAP and other benefits programs.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Minnesota Combined Annual Renewal for Certain Populations form, which is used to recertify SNAP eligibility.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Minnesota Household Update form, which is used to recertify SNAP eligibility.

5. Attached hereto as Exhibit 4 is a true and correct copy of a table compiled by the U.S. Department of Agriculture's Food and Nutrition Service showing SNAP payment error rates for fiscal year 2024. The table is available at https://fns-prod.azureedge.us/sites/default/files/resource-files/snap-fy24QC-PER.pdf.

6. Attached hereto as Exhibit 5 is a true and correct copy of a screenshot of the USDA's Food and Nutrition Service website (https://www.fns.usda.gov), captured on October 27, 2025. This screenshot is available at https://perma.cc/BL88-8QU6.

7. Attached hereto as Exhibit 6 is a true and correct copy of a screenshot of a message posted by President Trump on Truth Social on November 4, 2025. This screenshot is available at https://perma.cc/6QAN-54YU.

8. Attached hereto as Exhibit 7 is a true and correct copy of correspondence sent by the Department of Justice to the Minnesota Department of Health on December 1, 2025.

9. Attached hereto as Exhibit 8 is a true and correct copy of correspondence sent by the U.S. Department of Transportation to the Minnesota Department of Public Safety on December 1, 2025.

10. Attached hereto as Exhibit 9 is a true and correct copy of a screenshot of a message posted by Treasury Secretary Scott Bessent on X.com on December 1, 2025. This screenshot is available at https://perma.cc/YA8X-GCTN.

11. Attached hereto as Exhibit 10 is a true and correct copy of a screenshot of a message posted by U.S. Small Business Administration (SBA) Administrator Kelly

Loeffler on Truth Social on December 1, 2025. This screenshot is available at https://perma.cc/8HCN-EUMV.

12. Attached hereto as Exhibit 11 is a true and correct copy of related correspondence sent by the SBA on December 23, 2025 announcing the halt of SBA loans in Minnesota.

13. Attached hereto as Exhibit 12 is a true and correct copy of correspondence sent by the U.S. Department of Health and Human Services's Administration for Children and Families (ACF) demanding that Minnesota produce TANF data on December 4, 2025.

14. Attached hereto as Exhibit 13 is a true and correct copy of e-mail correspondence sent by the U.S. Department of Education dated December 9, 2025 related to alleged violations of Title IX.

15. Attached hereto as Exhibit 14 is a true and correct copy of related correspondence from the U.S. Department of Education dated December 22, 2025.

16. Attached hereto as Exhibit 15 are true and correct copies of eight separate pieces of correspondence from ACF dated December 12, 2025 requesting data from Minnesota.

17. Attached hereto as Exhibit 16 is a true and correct copy of a December 15, 2025 press release regarding the U.S. Department of Labor's announced investigation into Minnesota's Unemployment Insurance program.

18. Attached hereto as Exhibit 17 is a true and correct copy of the complaint in *City of Saint Paul, Minnesota v. Wright*, Case 1:25-cv-03899-APM (D.D.C.).

19. Attached hereto as Exhibit 18 is a true and correct copy of a Joint Supplemental Filing filed on December 15, 2025 in *City of Saint Paul, Minnesota v. Wright*, Case 1:25-cv-03899-APM (D.D.C.)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 29, 2025
Minneapolis, Hennepin County
State of Minnesota

**s/ Joseph Richie**
JOSEPH RICHIE