*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 1

MINNESOTA

# Combined Application Form

**Apply online at https://mnbenefits.mn.gov**

## This application can be used to apply for any of the following programs:

### Supplemental Nutrition Assistance Program (SNAP)

SNAP helps low income Minnesotans get the food they need for good nutrition and well-balanced meals. If you are age 60 and older and are applying for SNAP only, please use the "Supplemental Nutrition Assistance Program (SNAP) Application for Seniors" (DHS-5223F).

### Cash assistance programs

Cash assistance programs are provided to help families and individuals meet their basic needs until they can support themselves. Cash assistance programs include:

- Diversionary Work Program (DWP)
- Emergency Assistance (EA)*
- General Assistance (GA)
- Housing Support (HS)
- Minnesota Family Investment Program (MFIP)
- Minnesota Supplemental Aid (MSA)
- Refugee Cash Assistance (RCA).

### Need help paying for child care?

If you need help paying for child care, ask your worker how to apply for the Child Care Assistance Program.

### Need to apply for Health Care coverage?

Apply for free or low-cost coverage at MNsure, Minnesota's online health insurance marketplace. Go to www.mnsure.org or call 855-366-7873.

### Did You Know?

If you are approved for SNAP or MFIP, children in your household between the ages of 7-17, will be automatically enrolled in the SUN Bucks program. For more information visit https://dcyf.mn.gov/sun-bucks.

## How to fill out this application

Read all of the information in this application. Contact your county or Tribal Nation if you need help filling out this application. Complete and turn in pages 1–9 as soon as possible to your agency. We can set your application date if we have your name, address and signature (page 1), but we must have the complete application to determine if you can get benefits.

For your application to be complete, you must answer all questions and have certain information verified. SNAP and cash programs require an interview with a worker. This can be a phone or in-person interview.

To answer the marital status and race questions, please refer to page 2 of this application.

Attached to this application is information that will be discussed and reviewed with you during the interview. Review these pages prior to the interview and let your worker know if you have questions about these forms.

If you miss your interview appointment, you must reschedule. If you do not reschedule, we may stop or not approve your benefits.

You may need to provide proof of the information you report on this application. Your worker may ask for additional proof. You may not get help until we get proof of this information. Bring the required information with you to the interview or send the information to your worker as soon as you can.

Most programs require that you must report changes immediately while your application is pending.

Submit your completed application to your county or Tribal Nation agency where you reside.

### Recertifications

You may use this form to recertify eligibility. Report all changes in the past 12 months on this application. You may need to provide proof of the reported information.

| **Information That May Be Needed**<br>• Additional proofs may be needed to determine your benefits.<br>• Proofs should be current (within the past 30 days).<br>• Let your worker know if you need help getting proofs. | **Cash Programs** | **SNAP** |
|---|---|---|
| Identity of applicant or authorized representative (driver's license, state ID, passport, school or work identification card, etc.) | ✓ | ✓ |
| Social Security numbers of all people applying for help. | ✓ | ✓ |
| Residency in Minnesota (driver's license, state ID, lease agreement,utility bills, mail sent to you at the stated address, etc.) | ✓ | ✓ |
| Income from the last 30 days (paystubs, unemployment insurance, pension, child support agreements, alimony, etc.) or, if you are self-employed, provide federal income taxes or business records. The agency will attempt to verify Social Security income for you. | ✓ | ✓ |
| Current housing costs (rent/house payment receipt, mortgage, lease, subsidized housing, property taxes, homeowners insurance, etc.) | ✓* | ✓* |
| Medical costs for people with disabilities or who are age 60 or older (prescriptions, medical equipment, medical bills, medical payment agreement etc.) | | ✓* |
| Relationship to other household members (birth certificates, marriage licenses, court documents, etc.) | ✓ | |
| Child support paid within the last 30 days (paystubs, proof of payments made, etc.) | ✓ | ✓* |
| Checking and savings accounts (bank statement, direct deposit account, Reliacard and debit account statement, DHS-6054 Signed Personal Statement about Assets for Cash Programs etc.) | ✓ | |
| Value of vehicles (cars, trucks, motorcycles, trailers, campers, DHS-6054 Signed Personal Statement about Assets for Cash Programs, etc.) | ✓ | |
| Current value of stocks/bonds, certificates of deposit, trusts (account statement, DHS-6054 Signed Personal Statement about Assets for Cash Programs, etc.) | ✓ | |
| Current utility costs (utility statement, phone bill, etc.) | ✓* | |
| Proof of illness or disability (doctor's statement, receipt of disability benefits, award letters, DHS-2114 Medical Opinion Form, DHS-7122 Professional Statement of Need, etc.) | ✓ | ✓ |
| Student status (signed statement from a school official, DHS-2646 Financial Aid Information, DHS-2883 Request for verification of school attendance/progress, etc.) | ✓ | ✓ |
| Immigration status (immigration document, official USCIS papers, etc.) | ✓ | ✓ |

* Providing this proof may increase your benefits.

# Important Information

**Do you have to answer the questions we ask?**
You do not have to give us your personal information. Without the information, we may not be able to help you. If you give us wrong information on purpose, you can be investigated and charged with fraud.

**Denial or changes**
The state may deny or change your cash or SNAP assistance because of information you give on the application. The state may make changes without giving you 10 days advance notice for cash assistance and SNAP. The state will send you written notice no later than the effective date of the change for cash assistance and no later than the date you receive or would receive your SNAP benefits.

**Interim Assistance Programs**
GA and Housing Support are "interim assistance programs." That means they will help you while you apply for other benefits. To get GA or Housing Support you have to apply for other benefits you may be eligible for, like Social Security or Worker's Compensation. If you get other benefits for the same period of time that you got GA or Housing Support, you will have to pay GA and Housing Support back.

**Social Security numbers (SSN)**
For most programs, you must provide a Social Security number (SSN) for each household member applying for benefits.* If you need a SSN we can help you apply for one. The state uses your SSN:

- To check identity, prevent duplicate participation and to make mass changes
- To determine eligibility for programs such as SNAP, family cash assistance, and the school lunch program
- For program reviews and audits to determine household eligibility, including fraud investigations
- To coordinate with other programs or state agencies to provide more effective and meaningful services to you.

If you are not a U.S. citizen and are applying for Refugee Cash Assistance you do not have to provide an SSN.

**Non-citizen applicants**
To get help from most public assistance programs, you must be in the United States (U.S.) with permission from a federal immigration agency. Members of your household who are non-citizens, and those who are naturalized or derived U.S. citizens, and are applying for help must show proof of their immigration status by presenting immigration documents. You can apply and get help for other household members, even if you are not applying or if you are not eligible because of immigration status.

For non-citizen members of your household who apply and are eligible for help, your worker is required to verify their immigration documents with a federal immigration agency to make sure the documents you give us are correct.

When you sign this application, you give us permission to contact federal immigration agencies to verify your immigration documents. If you do not sign this form, you are not eligible to receive public benefits. If you receive public benefits, it may affect your immigration status. If you would like more information or would like to know what the agency might tell or ask a federal immigration agency, talk to your worker.

**Immigration**
All immigration information you give to us is private. We use it to see if you can get help. We only share it when the law allows it or requires it.

You do not have to give us your immigration information if you are:

- Only helping someone else apply
- Applying for your children or other household members, but not yourself.

**Domestic violence and vulnerable adults**
Violence or abuse is what someone says or does to make you feel afraid or to control you. People who are elderly, frail, have a disability, or who depend on others for assistance may not be able to protect themselves from domestic violence or abuse. Minnesota has a law to protect and assist adults who are vulnerable to abuse or who are not able to care for themselves. The law can help vulnerable adults get the protection and safety that they need.

**Domestic violence**
For more information on domestic violence, read the "Domestic Violence Information brochure" (DHS-3477). If domestic violence makes it hard for you to follow program rules, talk to your worker. If you are in danger from domestic violence and need help, call the National Domestic Violence hotline at 1-800-799-7233; 1-800-787-3224 (TTY) or Minnesota Coalition for Battered Women at 1-866-223-1111.

**Vulnerable adults**
To report suspected maltreatment of a vulnerable adult call the Minnesota Adult Abuse Reporting Center at 1-844-880-1574.

* The collection of this information, including the social security number (SSN) of each household member, is authorized under the Food Stamp Act of 1977, as amended, 7 U.S.C. 2011-2036. The information will be used to determine whether your household is eligible or continues to be eligible to participate in the Food Stamp Program. We will verify this information through computer matching programs. This information will also be used to monitor compliance with program regulations and for program management. This information may be disclosed to other Federal and State agencies for official examination, and to law enforcement officials for the purpose of apprehending persons fleeing to avoid the law. If a food stamp claim arises against your household, the information on this application, including all SSNs, may be referred to Federal and State agencies, as well as private claims collection agencies, for claims collection action. Providing the requested information, including the SSN of each household member, is voluntary. However, failure to provide an SSN will result in the denial of food stamp benefits to each individual failing to provide an SSN. Any SSNs provided will be used and disclosed in the same manner as SSNs of eligible household members.

**NO ENGLISH**

Attention. If you need free help interpreting this document, call the number in the box above.

ማሳሰቢያ:- ስለ ዶክሜንቱ ነፃ ገለፃ ከፈለጉ፣ ሠራተኛዎን ያነጋግሩ። Amharic

انتباه. إذا احتجت الى مساعدة مجانية في ترجمة هذه الوثيقة، اتصل بالرقم الموجود في المربع أعلاه. Arabic

মনোযোগ দিন। যদি আপনি বিনামূল্যে এই নথিটির ব্যাখ্যার জন্যে সহায় চান তাহলে উপরোক্ত বাক্সে থাকা নম্বরটিতে কল করুন। Bengali

သတိပြုရန်။ ဤစာတမ်းကို ဘာသာပြန်ဆိုရန်အတွက် အခမဲ့အကူအညီ လိုအပ်ပါက, အထက်ဖော်ပြပါ အကွက်ရှိ နံပါတ်ကို ခေါ်ဆိုပါ။ Burmese

ការយកចិត្តទុកដាក់។
ប្រសិនបើអ្នកត្រូវការជំនួយឥតគិតថ្លៃក្នុងការបកស្រាយឯកសារនេះ
សូមហៅទូរសព្ទទៅលេខក្នុងប្រអប់ខាងលើ។ Cambodian

注意!如果您需要免費的口譯支持,請撥打上方方框中的電話號碼。
Cantonese (Traditional Chinese)

wáŋ. héčiŋhaŋ niyé wačhíŋyAŋ wayúiyeska ki de wówapi sutá, ečíyA kiŋ wóiyawa ed ophíye waŋ. Dakota

Paunawa. Kung kailangan mo ng libreng tulong sa pag-unawa sa kahulugan ng dokumentong ito, tawagan ang numero sa kahon sa itaas.
Filipino (Tagalog)

Attention. Si vous avez besoin d'aide gratuite pour interpréter ce document, appelez le numéro indiqué dans la case ci-dessus. French

સાવધાન. જો તમને આ દસ્તાવેજને સમજવા માટે નિ:શુલ્ક મદદની જરૂર હોય, તો ઉપરના બૉક્સ પૈકીના નંબર પર કૉલ કરો. Gujarati

ध्यान दें। यदि आपको इस दस्तावेज़ की व्याख्या में निःशुल्क सहायता की आवश्यकता है, तो ऊपर बॉक्स में दिए गए नंबर पर कॉल करें। Hindi

**NO ENGLISH** ☎

Lus Ceeb Toom. Yog tias koj xav tau kev pab txhais lus dawb ntawm cov ntaub ntawv no, ces hu rau tus nab npawb xov tooj nyob hauv lub npov plaub fab saum toj no. Hmong

ဟ်သူဉ်ဟ်သး. နမ့ၢ်လိဉ်ဘဉ် တၢ်မၤစၢၤကလီလၢ ကကျိးထံလံာ်တီလံာ်မီတဖဉ်အဃိ, ကိးနီဉ်ဂံၢ်လၢ အအိဉ်ဖဲတၢ်လွံၢ်နၢဉ် လၢတၢ်ဖိခိဉ်အပူၤတက့ၢ်. Karen

이 문서의 내용을 이해하는 데 도움이 필요하시면 위에 있는 전화번호로 연락해 무료 통역 서비스를 받으실 수 있습니다. Korean

تکایه سەرنج بدە. ئەگەر بۆ وەرگێڕانی ئەم بەڵگەنامەیە پێویستت بە یارمەتی بێبەرامبەرە، ئەوا پەیوەندی بەو ژمارەیەوە بکە کە لە بۆکسەکەی سەرەوەدایە Kurdish Sorani

Baldarî. Ger ji bo wergerandina vê belgeyê hewcedariya we bi alîkariya belaş hebe, ji kerema xwe bi hejmara li qutiya jorîn re telefon bikin. Kurdish Kurmanji

Hoȟpíŋ. Tóháŋ waŋží thí wíyukčaŋpi kiŋ yuhá níyuŋspe héčha čhéya, lé tkíčhuŋ kiŋ k'é náŋpa opáwiŋyaŋ. Lakota

ເອົາໃຈໃສ່. ຖ້າທ່ານຕ້ອງການຄວາມຊ່ວຍເຫຼືອຟຣີໃນການຕີຄວາມເອກະສານນີ້, ໃຫ້ໂທຫາເບີທີ່ຢູ່ໃນປ່ອງຂ້າງເທິງ. Lao

注意！如果您需要免费的口译帮助，请拨打上方方框中的电话号码。
Mandarin (Simplified Chinese)

Pa̱lɛ rɔ piny: Mi gööri luäk lɔrä kɛ luɔ̱c kä mɛmɛ, yɔtni nämbär ɛmɔ tëë nhial guäth ɛmɛ. Nuer

Mah Biz'sin'dan.
Keesh'pin nan'deh'dam'mun chi'wee'chi'goo'yan chi'nis'too'ta'man oo'weh ooshii'be'kan.
Ishi'kidoon ah'kin'das'soon ka'ooshi'bee'kadehk ish'peh'mik ka'shi ka'ka'kak. Ojibwe

**NO ENGLISH**

Hubachiisa:-Yoo barreeffama kana hiikuuf gargaarsa bilisaa barbaaddan, lakkoofsa saanduqa armaan olii keessa jirun bilbilaa Oromo

Atenção. Se você precisar de ajuda gratuita para interpretar este documento, ligue para o número na caixa acima. Portuguese

Внимание! Если Вам нужна бесплатная помощь в переводе этого документа, позвоните по телефону, указанному в рамке выше. Russian

Pažnja. Ukoliko vam je potrebna besplatna pomoć u tumačenju ovog dokumenta, pozovite broj naveden u kvadratu iznad. Serbian

Fiiro gaar ah. Haddii aad u baahan tahay caawimo bilaash si laguugu turjumo dukumiintigan, wac lambarka ku jira sanduuqa sare. Somali

Atención. Si necesita ayuda gratuita para interpretar este documento, llame al número que aparece en el recuadro superior. Spanish

Zingatia. Iwapo unahitaji msaada usio na malipo wa kutafsiri hati hii, piga simu kwa namba iliyo kwenye kisanduku hapo juu. Swahili

ልቢ በሉ፡ ነዚ ሰነድ ንምትርጓም ነፃ ሓገዝ እንተ ደልዮም፣ በቲ ኣብ ላዕሊ ኣብ ውሽጢ ሰደቓ ተቐሚጡ ዘሎ ቁጽሪ ይደውሉ። Tigrinya

Увага! Якщо Вам потрібна безкоштовна допомога в перекладі цього документа, зателефонуйте за номером, вказаним у рамці вище. Ukrainian

Xin lưu ý: Hãy liên hệ theo số điện thoại trong ô trên nếu bạn cần bất kỳ sự hỗ trợ miễn phí nào để hiểu rõ về tài liệu này. Vietnamese

Àkíyèsí. Tí o bá nílò ìrànlówọ́ pẹ̀lú tí tú mọ̀ àkọ̀ọ̀lẹ̀ yìí, pe nọ́mbà tó wà nínú àpótí tí wà ló kè. Yoruba

LB (7-24)

ADA Advisory

For accessible formats of this information, ask your county worker. For assistance with additional equal access to human services, contact your county's ADA coordinator. ADA4 (2-18)

MINNESOTA

DHS-5223-ENG 3-25

# Combined Application Form

Apply online at: https://mnbenefits.mn.gov

**If you need help filling out this application contact your local county or Tribal Nation office. Sign and date the application on pages 1 and 9.**

CASE NUMBER

**PERSON 1**

| APPLICANT'S LEGAL NAME – LAST | FIRST NAME | MIDDLE NAME |
|---|---|---|
| | | |

| OTHER NAMES YOU USE (family name, nickname, etc.) | SOCIAL SECURITY NUMBER (only if applying for help) |
|---|---|
| | |

| DATE OF BIRTH | GENDER | MARITAL STATUS* |
|---|---|---|
| | ◯ Male ◯ Female | ◯ N ◯ M ◯ S ◯ L ◯ D ◯ W |

| ADDRESS OF CURRENT RESIDENCE | APT. NUMBER | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

| MAILING ADDRESS (If different from address where you live) | APT. NUMBER | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

Do you consider yourself homeless? ◯ Yes ◯ No

Do you live within the boundaries of a Tribal Nation? ◯ No ◯ Yes – which one? ______

| PRIMARY PHONE NUMBER | OTHER PHONE NUMBER | Is anyone in your household pregnant? ◯ No ◯ Yes – who? ______ |
|---|---|---|
| | | |

| Do you need an interpreter? | What is your preferred spoken language? | What is your preferred written language? |
|---|---|---|
| ◯ Yes ◯ No | | |

What program(s) are you applying for?
☐ SNAP (food) ☐ Cash programs ☐ Emergency Assistance ☐ None

Are you applying for cash assistance from MN Housing Support Program? ◯ Yes ◯ No

HOUSING SUPPORT VENDOR NAME AND NUMBER (if known)

Has anyone in your household ever received cash assistance, commodities or SNAP benefits before? ◯ Yes ◯ No
If yes, When? ______ Where? ______ What? ______

***Marital status** *(choose one)*
**N** = Never married **M** = Married living with spouse **S** = Separated (married, living apart) **L** = Legally separated **D** = Divorced **W** = Widowed

**Do you need help with food right away? Answer questions 1-6.** If you can get help right away, you will be contacted within 24 hours for an interview.

1. How much income did or will your household get **this month**? $ ______

1a. Are you self-employed? ◯ Yes ◯ No

2. How much does your household (including children) have in **cash, checking or savings**? $ ______

3. What utilities do you pay? ☐ Heat ☐ Air conditioning ☐ Electricity ☐ Phone ☐ None

4. How much does your household pay for housing costs other than utilities? $ ______

5. Have you received energy assistance in the past year? ◯ Yes ◯ No

6. Is anyone in your household a **migrant or seasonal farm worker**? ◯ Yes ◯ No

**I have looked over my answers and believe they are all true and correct to the best of my knowledge.**

| SIGNATURE OF APPLICANT OR AUTHORIZED REPRESENTATIVE | DATE | AGENCY/TRIBAL NATION SIGNATURE | DATE RECEIVED |
|---|---|---|---|
| | | | |

**What is your living situation?** *(optional)*

- ☐ In housing that you own or rent. (Have a lease, mortgage, roommate etc.)
- ☐ Emergency shelter
- ☐ Hospital, treatment facility, detox center or nursing home
- ☐ Place not meant for housing (anywhere outside, a vehicle, an abandoned building, or bus/train/airport)
- ☐ Family/friends due to economic hardship
- ☐ Service provider - foster care, group home
- ☐ Jail, prison or juvenile detention facility
- ☐ Hotel or motel
- ☐ Other: ______

## Legal guardian

Do you have a legal guardian or conservator, or is there a power of attorney? ○ Yes ○ No

## Information regarding texts and emails

Minnesota invites you to get electronic communications about your benefits and resources available to you. By selecting yes, you consent to get electronic communications and agree to Minnesota terms and conditions and privacy policy. Message and data rates may apply. Message frequency varies. Terms and conditions at https://mn.gov/dhs/text-economic-assistance. Privacy policy at https://edocs.dhs.state.mn.us/lfserver/Public/DHS-3979-ENG.

Is it OK to communicate with you via text? ○ No ○ Yes – which number should receive texts? ______

Is it OK to communicate with you via email? ○ No ○ Yes – email address: ______

## Information regarding receiving your benefits

1. Have you had an Electronic Benefit Transfer (EBT) card in the past? ○ Yes ○ No
2. Would you like more information on having your benefits directly deposited into your bank account, if available? ○ Yes ○ No

***AGENCY USE***

1. EBT account still open in MONY/DISB? ○ Yes ○ No
   1a. If yes, was the client referred to EBT customer service to request a new card if they no longer have the old one? ○ Yes ○ No
2. Direct Deposit brochure provided ○ Yes ○ No

**PERSON 1 – Additional Information**

| LAST SCHOOL GRADE COMPLETED | MOST RECENTLY MOVED TO MINNESOTA (mm/dd/yyyy) Date: ______ From: ______ |
|---|---|
| CITIZENSHIP ○ U.S. Citizen or U.S. National ○ Naturalized U.S. Citizen or Derived U.S. Citizen ○ Not a U.S. Citizen | |
| IMMIGRATION STATUS (only if applying for help) | U.S. Military Service (regardless of discharge status)? ○ Yes ○ No |
| ETHNICITY *(optional)* Hispanic? ○ Yes ○ No | RACE** *(optional)* ☐ A ☐ B ☐ N ☐ P ☐ W |

****Race** *(check all that apply)*
**A** = Asian **B** = Black or African American **N** = American Indian or Alaska Native **P** = Pacific Islander or Native Hawaiian **W** = White
***NOTE:*** This information will not affect eligibility or level of benefits and is to assure that program benefits are distributed without regard to race, color, or national origin.

***AGENCY USE:*** **MEMB, MEMI, TYPE, PROG, IMIG, SPON**

Eligible for expedited SNAP? ○ Yes ○ No
Same-day interview offered? ○ Yes ○ No Declined? ○ Yes ○ No
Next-day interview offered? ○ Yes ○ No Declined? ○ Yes ○ No
______ children ______ adults

Intends to reside in MN? ○ Yes ○ No
Does person have sponsor? ○ Yes ○ No
*Verification:* ○ *requested* ○ *attached*

## Additional people

List all of the people living in your home, even those temporarily living away from you, even if you are not applying for them and/or the person is not asking for assistance. Program rules require some people to get benefits together. For example, list your spouse, other adults, children, all other people and those temporarily away from your home.

**PERSON 2**

| LEGAL NAME - LAST | FIRST NAME | MIDDLE NAME | OTHER NAMES (maiden name, nickname, etc.) |
|---|---|---|---|
| | | | |

| SOCIAL SECURITY NUMBER (only if applying for help) | DATE OF BIRTH | GENDER | RELATIONSHIP TO YOU |
|---|---|---|---|
| | | ◯ Male ◯ Female | |

| MARITAL STATUS* | LAST SCHOOL GRADE COMPLETED | MOST RECENTLY MOVED TO MINNESOTA |
|---|---|---|
| ◯ N ◯ M ◯ S ◯ L ◯ D ◯ W | | Date (mm/dd/yyyy): ______ From: ______ |

CITIZENSHIP

◯ U.S. Citizen or U.S. National ◯ Naturalized U.S. Citizen or Derived U.S. Citizen ◯ Not a U.S. Citizen

| IMMIGRATION STATUS (only if applying for help) | U.S. Military Service (regardless of discharge status)? |
|---|---|
| | ◯ Yes ◯ No |

| WHAT PROGRAM(S) IS THIS PERSON APPLYING FOR? | ETHNICITY *(optional)* | RACE** *(optional)* |
|---|---|---|
| ☐ SNAP (food) ☐ Cash programs ☐ Emergency Assistance ☐ None | Hispanic? ◯ Yes ◯ No | ☐ A ☐ B ☐ N ☐ P ☐ W |

***AGENCY USE:*** **MEMB, MEMI, TYPE, PROG, IMIG, SPON**

| | *RELATIONSHIP VERIFICATION* | *IMMIGRATION VERIFICATION* |
|---|---|---|
| Intends to reside in MN? ◯ Yes ◯ No<br>Does person have sponsor? ◯ Yes ◯ No | ◯ *requested* ◯ *attached* | ◯ *requested* ◯ *attached* |

**If more than 5 people, complete DHS-5223S or attach a separate sheet.**

## Tell us about your household. (Answer all questions below.)

1. Does **everyone** in your household buy, fix **or** eat food with you?
   ◯ Yes ◯ No

   ***AGENCY USE:*** **EATS**
   ☐ *Confirmed response*
   *VERIFICATION:* ◯ *requested* ◯ *attached*

2. Is **anyone** in the household, who is age 60 or over or disabled, unable to buy or fix food due to a disability?
   ◯ Yes ◯ No

   ***AGENCY USE:*** **EATS, DISA, WREG**
   ☐ *Confirmed response*
   *VERIFICATION:* ◯ *requested* ◯ *attached*

3. Is **anyone** in the household attending school (any level/age)?
   ◯ Yes ◯ No

   ***AGENCY USE:*** **SCHL**
   ☐ *Confirmed response*
   *VERIFICATION:* ◯ *requested* ◯ *attached*

4. Is there **anyone** who normally lives with you that is temporarily not living with you?
   ◯ Yes ◯ No

   ***AGENCY USE:*** **REMO**
   ☐ *Confirmed response*
   *VERIFICATION:* ◯ *requested* ◯ *attached*

5. Does **anyone** have a physical or mental health condition, including blindness, that limits the ability to work or perform daily activities?
   ◯ Yes ◯ No

   ***AGENCY USE:*** **DISA, EMPS, PBEN, UNEA, WREG**
   ☐ *Confirmed response*
   *VERIFICATION:* ◯ *requested* ◯ *attached*

**6.** Is **anyone** not able to work for any other reason that is not an illness or disability?
◯ Yes ◯ No

| ***AGENCY USE:*** **EMPS, WREG** |
|---|
| ☐ *Confirmed response* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

**7.** Do all children under the age of 19 have both parents living in the home? If no children under the age of 19 are living with you, leave this question blank.
◯ Yes ◯ No

| ***AGENCY USE:*** **INFC/CSIA, ABPS** |
|---|
| ☐ *Confirmed response* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

**8.** **For recertifications only:** Did **anyone** move in or out of your home in the past 12 months?
◯ Yes ◯ No

| ***AGENCY USE:*** **ADME, REMO** |
|---|
| ☐ *Confirmed response* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

## What kinds of income do you have? (Answer all questions below.)

**9.** Does **anyone** in the household have a job or expect to get income from a job this month or next month. This includes work study and paid internships.
◯ Yes ◯ No

| ***AGENCY USE:*** **JOBS, STIN, SPON** |
|---|
| ☐ *Confirmed response* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |
| *HOW OFTEN PAID:* ☐ *Daily* ☐ *Weekly* ☐ *Biweekly* ☐ *Semi-monthly* ☐ *Other* |

**9a.** Do you expect any changes to this income or work hours?
◯ Yes ◯ No

If yes, ADDITIONAL DETAILS

**10.** Is **anyone** in the household self-employed or does anyone expect to get income from self-employment this month or next month?
◯ Yes ◯ No

| ***AGENCY USE:*** **BUSI, RBIC, SPON** |
|---|
| ☐ *Confirmed response* |
| ◯ *50%* ◯ *taxable* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

Examples:
- Product sales
- Driver
- Farming
- Delivery services
- In-home day care
- Other
- Roomers/boarders
- Property rental

**10a.** Do you expect any changes to this self-employment income, expenses or work hours?
◯ Yes ◯ No

| ***AGENCY USE:*** **BUSI, RBIC, SPON** |
|---|
| ☐ *Confirmed response* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

If yes, LIST CHANGES

**11.** In the last 60 days did **anyone** in the household:
Check all that apply
☐ Stop working, quit a job or ended self-employment?
☐ Refuse a job offer?
☐ Ask to work fewer hours?
☐ Go on strike?

| ***AGENCY USE:*** **STWK, STRK, PBEN** |
|---|
| ☐ *Confirmed response* |
| *ELIGIBLE FOR GOOD CAUSE:* ◯ Yes ◯ No |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

ADDITIONAL DETAILS

**12. For SNAP only:** If not currently working or self-employed, has anyone had a job or been self-employed in the past 36 months? If currently working or self-employed, leave this question blank.

◯ Yes ◯ No

| ***AGENCY USE:*** **WREG** |
|---|
| ☐ *Confirmed response* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

**13. For SNAP only:** Does anyone in your household receive or expect to receive Advance Child Tax Credit payments in July through December?

◯ Yes ◯ No

| ***AGENCY USE:*** **UNEA** |
|---|
| ☐ *Confirmed response* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

**Principal Wage Earner (PWE)**

SNAP households with children must designate an adult as the PWE. Talk to your worker about how this designation could affect your benefits.

| DESIGNATED PWE | SIGNATURE OF APPLICANT |
|---|---|
| | |

**14.** Has **anyone** in the household applied for or does anyone get any of the following types of income? **Bring or send proof.**

| ***AGENCY USE:*** **PBEN, UNEA, SPON, DISA, WREG, BUSI** | |
|---|---|
| ☐ *Confirmed response* | *VERIFICATION:* ◯ *requested* ◯ *attached* |

- Social Security (RSDI)
- Supplemental Security Income (SSI)
- Child or spousal support
- Unemployment
- Workers' compensation
- Veterans' benefits
- Retirement or pension payments
- Rental income
- Annuities
- Trusts
- Interest or dividends
- Contract for deed
- Tribal Payments
- Gifts
- Lottery/gambling winnings
- Day trading proceeds
- Any other income

| | | | | |
|---|---|---|---|---|
| **1.** | FIRST AND LAST NAME | | | TYPE OF INCOME |
| START DATE | END DATE | | AMOUNT $ | HOW OFTEN RECEIVED |
| **2.** | FIRST AND LAST NAME | | | TYPE OF INCOME |
| START DATE | END DATE | | AMOUNT $ | HOW OFTEN RECEIVED |

**15.** Does **anyone** in the household have or expect to get any loans, scholarships or grants for attending college, university or other post high school? **Bring or send proof.**

◯ Yes ◯ No

| ***AGENCY USE:*** **STIN, STEC, SCHL, WREG** |
|---|
| ☐ *Confirmed response* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

## What kinds of expenses do you have? (Answer all questions below.)

**16.** Does **your household** have the following housing expenses? Check yes or no for each item. **Bring or send proof.**

| | |
|---|---|
| Rent (include mobile home lot rental) | ◯ Yes ◯ No |
| Mortgage/contract for deed payment | ◯ Yes ◯ No |
| Association fees | ◯ Yes ◯ No |
| Homeowner's insurance (if not included in mortgage) | ◯ Yes ◯ No |
| Room and/or board | ◯ Yes ◯ No |
| Real estate taxes (if not included in mortgage) | ◯ Yes ◯ No |

**16a.** Do you receive a rental subsidy (ex: Section 8)? ◯ Yes ◯ No

| **AGENCY USE: SHEL, EATS, RBIC** |
|---|
| ☐ *Confirmed response* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

**17.** Does **your household** have the following utility expenses **any time** during the year, **including seasonal charges**? Check yes or no for each item. **Bring or send proof.**

| | | | |
|---|---|---|---|
| Heating | ◯ Yes ◯ No | Air conditioning | ◯ Yes ◯ No |
| Water and sewer | ◯ Yes ◯ No | Electricity | ◯ Yes ◯ No |
| Phone/cell phone | ◯ Yes ◯ No | Garbage removal | ◯ Yes ◯ No |

**17a.** Did you or anyone in your household receive energy assistance of more than $20 in the past 12 months?
◯ Yes ◯ No

| **AGENCY USE: ACUT, HEST** |
|---|
| ☐ *Confirmed response* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

**18.** Do **you or anyone living with you** have costs for care of a **child(ren)** because you or they are working, looking for work or going to school? The Child Care Assistance Program may help pay child care costs. Ask your worker how to apply for the Child Care Assistance Program.
◯ Yes ◯ No

| **AGENCY USE: DCEX, FMED** |
|---|
| ☐ *Confirmed response* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

**19.** Do **you or anyone living with you** have costs for care of an **ill or disabled adult** because you or they are working, looking for work or going to school?
◯ Yes ◯ No

| **AGENCY USE: DCEX, FMED** |
|---|
| ☐ *Confirmed response* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

**20.** Does **anyone** in the household **pay** court-ordered child support, spousal support, child care support, medical support or contribute to a tax dependent who does not live in your home?
◯ Yes ◯ No

| **AGENCY USE: COEX** |
|---|
| ☐ *Confirmed response* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

**21. For SNAP only:** Is there a household member who has a disability OR is age 60 or older and has medical expenses? To get a medical deduction you must provide proof of all medical bills incurred by anyone in your household **who is disabled or 60 years or older**. **Do not** bring medical bills that are being paid for by any health care program, insurance or someone not living with you.
◯ Yes ◯ No

| **AGENCY USE: FMED, DISA, WREG** |
|---|
| ☐ *Confirmed response* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

## What do you own? (Answer all questions below.)

**22.** Does **anyone** in the household own any of the following? **Bring or send proof.**

| | |
|---|---|
| Cash | ◯ Yes ◯ No |
| Bank accounts (savings, checking, debit card, etc.) | ◯ Yes ◯ No |
| Electronic payment card (Reliacard, Direct Express, etc.) | ◯ Yes ◯ No |
| Stocks, bonds, annuities, 401K, etc. | ◯ Yes ◯ No |
| Vehicles (cars, trucks, motorcycles, campers, trailers) | ◯ Yes ◯ No |

| ***AGENCY USE:*** **CASH, CARS, ACCT, REST, SECU, SPON** |
|---|
| ☐ *Confirmed response* |
| *EFT OFFERED?* ◯ Yes ◯ No |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

**23.** Has **anyone** in the household given away, sold or traded anything of value **in the past 12 months**? (For example: cash, bank accounts, stocks, bonds, vehicles)

◯ Yes ◯ No

| ***AGENCY USE:*** **TRAN** |
|---|
| ☐ *Confirmed response* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

## Other information (Answer questions below.)

**24. For Minnesota Supplemental Assistance only:** Does **anyone** in the household have any of the following expenses?

| | |
|---|---|
| Representative payee fees | ◯ Yes ◯ No |
| Guardian or conservator fees | ◯ Yes ◯ No |
| Medically-prescribed special diet | ◯ Yes ◯ No |
| High housing costs | ◯ Yes ◯ No |

| ***AGENCY USE:*** **DIET, PDED** |
|---|
| ☐ *Confirmed response* |
| *VERIFICATION:* ◯ *requested* ◯ *attached* |

## You may authorize another person(s) to:

- **Fill out forms and apply for help from the agency**
- **Communicate with the agency**
- **Get notices and information related to your case**
- **Get your SNAP benefits and buy food for you through your Electronic Benefit Transfer (EBT) account.**

You can ask more than one person(s) to help you with the items listed above. The authorized person(s) may be a friend, relative, trusted professional acting on your behalf, a person authorized by the courts, or a person with your power of attorney. This person(s) can act for you until you notify your worker that you want this to end. Ask your worker for more information about authorized representatives. **All authorized person(s) must sign and date the last page of this application.**

| **AUTHORIZED PERSON 1** | | | | |
|---|---|---|---|---|
| I WANT THE PERSON NAMED TO:<br>☐ Fill out forms<br>☐ Get notices<br>☐ Get and use my SNAP benefits<br>☐ Communicate | NAME | RELATIONSHIP | | PHONE NUMBER |
| | ADDRESS | CITY | STATE | ZIP CODE |

*Only one authorized representative can get and use SNAP benefits on behalf of the applicant.

## Other help

Are you currently getting help from a social worker or social services agency? ◯ Yes ◯ No

Do you need help with referrals for other areas (for example, food shelves, housing, transportation)? ◯ Yes ◯ No

Do you want to register to vote or update your registration? ◯ Yes ◯ No

## Penalty warnings and qualification questions

If you get cash or SNAP benefits, you must follow the rules listed below.

- **Do not give false information** or hide information to get or continue to get benefits. If you get cash or SNAP benefits and give false information or hide information about your **identity** and **residency** to get multiple benefits for the same period of time, you may be barred for 10 years.
- **Do not trade or sell SNAP benefits** or Electronic Benefit Transfer (EBT) access cards. **The trade or sale of benefits valued at over $500 may result in permanent ineligibility.**
- **Do not use cash or SNAP benefits to buy ineligible items**, such as alcohol and tobacco.
- **Do not use someone else's EBT access card(s)** to get cash or SNAP benefits for your household.

The state may bar household members who break any of these rules. The bar lasts one year for the first fraud, two years for the second fraud and is permanent for the third fraud. The months you are barred from MFIP for breaking the rules may count toward your 60-month lifetime limit.

You can also be prosecuted for fraud if you break the rules and additional fines and penalties may apply. The maximum penalty is a fine of $250,000 or a jail term of 20 years, or both.

**Special SNAP penalty warning:** If a federal, state or local court finds you or any household member guilty of giving or receiving SNAP benefits in exchange for:

- **Controlled substances**, that household member will be barred from getting SNAP for 24 months for the first offense and permanently for the second offense.
- **Firearms, ammunition or explosives**, that household member will be barred from getting SNAP permanently.

| | | |
|---|---|---|
| ○ Yes ○ No | 1. | Has a court or any other civil or administrative process in Minnesota or any other state found anyone in the household guilty or has anyone been disqualified from receiving public assistance for breaking any of the rules above? |
| ○ Yes ○ No | 2. | Has anyone in the household been convicted of making fraudulent statements about their place of residence to get cash or SNAP benefits from more than one state? |
| ○ Yes ○ No | 3. | Is anyone in your household hiding or running from the law to avoid prosecution, being taken into custody, or to avoid going to jail for a felony? |
| ○ Yes ○ No | 4. | Has anyone in your household been convicted of a drug felony in the past 10 years?(If yes, the agency may ask you to take random drug tests). |
| ○ Yes ○ No | 5. | Is anyone in your household currently violating a condition of parole, probation or supervised release? |

## Employment services registration

I understand that signing this application registers me for employment services. I also understand that doing so automatically registers everyone in my home whom the agency approves to receive assistance with me for employment services. I understand that I or others in my home might have to take part in employment services to receive cash assistance or SNAP benefits.

## Assignments

I understand that when I get MFIP I must assign my rights to child support and maintenance to the state of Minnesota.

## Perjury and general declarations

I declare under the penalties of perjury that I have examined this application and to the best of my knowledge, it is a true and correct statement of every material point. I understand that a person convicted of perjury may be sentenced to imprisonment of not more than five years or payment of a fine of not more than $10,000, or both. [Minnesota Statutes, section 256.984, subd. 1]

## Authorization to share information for fraud investigation and audits

I agree that third parties may share information about me with persons investigating fraud and conducting Federal or state audits. This may include, but is not limited to:

- Employers and schools,
- Landlords and utility companies,
- Financial and insurance agencies, and
- Other government offices.

I understand this consent is good for six months after my benefits stop.

## By signing:

- I understand cash assistance is provided to help eligible families meet their basic needs.
- I understand if I give incorrect information or misuse an electronic benefit transfer (EBT) card, I may be investigated and disqualified or prosecuted for fraud. [Minnesota Statute, sections 256.98 and 609.821]
- I acknowledge that since my last application or recertification, I have received my cash and/or SNAP benefits directly or used my EBT card to get my cash and/or SNAP benefits.
- I acknowledge that I have read and understand the "Penalty warnings and qualification questions" section.
- I acknowledge that my worker reviewed and explained the attached "Notice of Privacy Practices" (DHS-3979) and "Client Responsibilities and Rights" (DHS-4163).
- I agree to assign my child support as stated above.
- I agree to the sharing of information as stated on the fraud investigation and audits release information section above.
- I agree to the sharing of information as stated in the Social Security numbers section on page ii.

| SIGNATURE OF APPLICANT OR AUTHORIZED REPRESENTATIVE | DATE | SIGNATURE OF SPOUSE OR OTHER ADULT | DATE |
|---|---|---|---|
| SIGNATURE OF AUTHORIZED REPRESENTATIVE | DATE | SIGNATURE OF AUTHORIZED REPRESENTATIVE | DATE |

***AGENCY USE***

PROVIDED APPLICANT WITH THE FOLLOWING DOCUMENTS:

- ☐ Program information for cash, food and child care programs (DHS-2920)
- ☐ Domestic Violence Information brochure (DHS-3477)
- ☐ Notice of Privacy Practices (DHS-3979) *(attached)*
- ☐ Client responsibilities and rights (DHS-4163) *(attached)*
- ☐ Appeal Rights (DHS-3353) *(attached)*
- ☐ Notice About Income and Eligibility Verification System and Work Reporting System (DHS-2759) *(attached)*
- ☐ Do you have a disability? (DHS-4133)
- ☐ How to Use Your Minnesota EBT Card (DHS-3315A)
- ☐ Reviewed all pages of application with client

| AGENCY SIGNATURE | INTERVIEW DATE | CASE NUMBER |
|---|---|---|
| | | |

# Civil Rights Notice

CB2 (Food/Cash) 3-25

**Discrimination is against the law.** The Minnesota Department of Human Services (DHS) does not discriminate on the basis of any of the following:

- race
- color
- national origin
- creed
- religion
- sexual orientation
- public assistance status
- marital status
- age
- disability
- sex
- political beliefs

# Civil Rights Complaints

You have the right to file a discrimination complaint if you believe you were treated in a discriminatory way by a human services agency.

Contact **DHS** directly only if you have a discrimination complaint:

Civil Rights Coordinator
Minnesota Department of Human Services
Equal Opportunity and Access Division
P.O. Box 64997
St. Paul, MN 55164-0997
651-431-3040 (voice) or use your preferred relay service

### Minnesota Department of Human Rights (MDHR)

In Minnesota, you have the right to file a complaint with the MDHR if you believe you have been discriminated against because of any of the following:

- race
- color
- national origin
- religion
- creed
- sex
- sexual orientation
- gender identity
- public assistance status
- disability

Contact the **MDHR** directly to file a complaint:

Minnesota Department of Human Rights
540 Fairview Avenue North, Suite 201
St. Paul, MN 55104
651-539-1100 (voice)
1-800-657-3704 (toll free)
711 or 1-800-627-3529 (MN Relay)
651-296-9042 (fax)
Info.MDHR@state.mn.us

### U.S. Department of Health and Human Services' Office for Civil Rights (OCR)

You have the right to file a complaint with the OCR, a federal agency, if you believe you have been discriminated against because of any of the following:

- race
- color
- national origin
- age
- disability
- sex
- religion

Contact the **OCR** directly to file a complaint:

Office for Civil Rights
U.S. Department of Health and Human Services
Midwest Region
233 N. Michigan Avenue, Suite 240
Chicago, IL 60601

Customer Response Center:
Toll-free: 1-800-368-1019
TDD Toll-free: 1-800-537-7697
ocrmail@hhs.gov

**U.S. Department of Agriculture**

In accordance with federal civil rights law and **U.S. Department of Agriculture (USDA)** civil rights regulations and policies, this institution is prohibited from discriminating on the basis of race, color, national origin, sex (including gender identity and sexual orientation), religious creed, disability, age, political beliefs, or reprisal or retaliation for prior civil rights activity.

Program information may be made available in languages other than English. Persons with disabilities who require alternative means of communication to obtain program information (e.g., Braille, large print, audiotape, American Sign Language), should contact the agency (state or local) where they applied for benefits. Individuals who are deaf, hard of hearing or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339.

To file a program discrimination complaint, a Complainant should complete a Form AD-3027, USDA Program Discrimination Complaint Form which can be obtained online at: https://www.usda.gov/sites/default/files/documents/ad-3027.pdf, from any USDA office, by calling (833) 620-1071, or by writing a letter addressed to USDA. The letter must contain the complainant's name, address, telephone number, and a written description of the alleged discriminatory action in sufficient detail to inform the Assistant Secretary for Civil Rights (ASCR) about the nature and date of an alleged civil rights violation. The completed AD-3027 form or letter must be submitted to:

(1) mail:
Food and Nutrition Service, USDA
1320 Braddock Place, Room 334
Alexandria, VA 22314;

(2) fax:
(833) 256-1665 or (202) 690-7442; or

(3) email:
FNSCIVILRIGHTSCOMPLAINTS@usda.gov

This institution is an equal opportunity provider.

# Notice of Privacy Practices

(Effective Date: November 2016)

**This notice tells how private information about you may be used and disclosed and how you can get this information. Please review it carefully.**

## Why do we ask for this information?

- In order to determine whether and how we can help you, we collect information:
  - To tell you apart from other people with the same or similar name
  - To decide what you are eligible for
  - To help you get medical, mental health, financial or social services and decide if you can pay for some services
  - To decide if you or your family need protective services
  - To decide about out-of-home care and in-home care for you or your children
  - To investigate the accuracy of the information in your application
- After we have begun to provide services or support to you, we may collect additional information:
  - To make reports, do research, do audits, and evaluate our programs
  - To investigate reports of people who may lie about the help they need
  - To collect money from other agencies, like insurance companies, if they should pay for your care
  - To collect money from the state or federal government for help we give you.
  - When your or your family's circumstances change and you are required to report the change (see Client Responsibilities and Rights – DHS-4163)

## Why do we ask you for your Social Security number?

We need your Social Security number to give you medical assistance, some kinds of financial help, or child support enforcement services (42 CFR 435.910 [2006]; Minn. Stat. 256D.03, subd.3(h); Minn. Stat.256L.04, subd. 1a; 45 CFR 205.52 [2001]; 42 USC 666; 45 CFR 303.30 [2001]). We also need your Social Security Number to verify identity and prevent duplication of state and federal benefits. Additionally, your Social Security Number is used to conduct computer data matches with collaborative, nonprofit and private agencies to verify income, resources, or other information that may affect your eligibility and/or benefits.

You do not have to give us the Social Security Number:

- For persons in your home who are not applying for coverage
- If you have religious objections
- If you are not a United States citizen and are applying for Emergency Medical Assistance only
- If you are from another country, in the United States on a temporary basis and do not have permission from the United States Citizenship and Immigration Services to live in the United States permanently
- If you are living in the United States without the knowledge or approval of the U.S. Citizenship and Immigration Services.

## Do you have to answer the questions we ask?

You do not have to give us your personal information. Without the information, we may not be able to help you. If you give us wrong information on purpose, you can be investigated and charged with fraud.

## With whom may we share information?

We will only share information about you as needed and as allowed or required by law. We may share your information with the following agencies or persons who need the information to do their jobs:

- Employees or volunteers with other state, county, local, federal, collaborative, nonprofit and private agencies
- Researchers, auditors, investigators, and others who do quality of care reviews and studies or commence prosecutions or legal actions related to managing the human services programs.
- Court officials, county attorney, attorney general, other law enforcement officials, child support officials, and child protection and fraud investigators
- Human services offices, including child support enforcement offices
- Governmental agencies in other states administering public benefits programs
- Health care providers, including mental health agencies and drug and alcohol treatment facilities
- Health care insurers, health care agencies, managed care organizations and others who pay for your care

- Guardians, conservators or persons with power of attorney
- Coroners and medical investigators if you die and they investigate your death
- Credit bureaus, creditors or collection agencies if you do not pay fees you owe to us for services
- Anyone else to whom the law says we must or can give the information.

## What are your rights regarding the information we have about you?

- You and people you have given permission to may see and copy private information we have about you. You may have to pay for the copies.
- You may question if the information we have about you is correct. Send your concerns in writing. Tell us why the information is wrong or not complete. Send your own explanation of the information you do not agree with. We will attach your explanation any time information is shared with another agency.
- You have the right to ask us in writing to share information with you in a certain way or in a certain place. For example, you may ask us to send health information to your work address instead of your home address. If we find that your request is reasonable, we will grant it.
- You have the right to ask us to limit or restrict the way that we use or disclose your information, but we are not required to agree to this request.
- If you do not understand the information, ask your worker to explain it to you. You can ask the Minnesota Department of Human Services for another copy of this notice.

## What are our responsibilities?

- We must protect the privacy of your private information according to the terms of this notice.
- We may not use your information for reasons other than the reasons listed on this form or share your information with individuals and agencies other than those listed on this form unless you tell us in writing that we can.
- We must follow the terms of this notice, but we may change our privacy policy because privacy laws change. We will put changes to our privacy rules on our website at: http://edocs.dhs.state.mn.us/lfserver/Public/DHS-3979-ENG

## What privacy rights do children have?

If you are under 18, when parental consent for medical treatment is not required, information will not be shown to parents unless the health care provider believes not sharing the information would risk your health. Parents may see other information about you and let others see this information, unless you have asked that this information not be shared with your parents. You must ask for this in writing and say what information you do not want to share and why. If the agency agrees that sharing the information is not in your best interest, the information will not be shared with your parents. If the agency does not agree, the information may be shared with your parents if they ask for it.

## What if you believe your privacy rights have been violated?

If you think that the Minnesota Department of Human Services has violated your privacy rights, you may send a written complaint to the U.S. Department of Health and Human Services to the address below:

Minnesota Department of Human Services
Attn: Privacy Official
PO Box 64998
St. Paul, MN 55164-0998

MINNESOTA

# Client responsibilities and rights

**Note: Cash on an Electronic Benefit Transfer (EBT) card is provided to help families meet their basic needs, including:** food, shelter, clothing, utilities and transportation. These funds are provided until families can support themselves. It is illegal for you to buy or attempt to buy tobacco products or alcohol with your EBT card. If you do, it is fraud and you will be removed from the EBT program. EBT cards also cannot be used at gambling or retail establishments that provide adult-orientated entertainment in which performers disrobe or perform in an unclothed state for entertainment.

## Your responsibilities

- **If you receive child care assistance** you must report any changes that may affect your benefits to your county or Tribal Nation agency within 10 days after the change has occurred. **If you receive Supplemental Nutrition Assistance Program benefits and/or cash assistance benefits, report changes by the 10th of the following month.** Each benefits program may have different requirements for reporting changes. Talk to your caseworker about what you must report.

  **You may be required to report changes in:**
  - **Employment** – starting or stopping a job or business; a change in hours, earnings or expenses
  - **Income** – receipt or change in child support, Social Security, veteran benefits, unemployment insurance, inheritance or insurance benefits
  - **Property** – purchase, sale or transfer of a house, car or other items of value, or if you receive an inheritance or settlement
  - **Household status** – When a person dies or becomes disabled, moves in or out of your home or temporarily leaves; pregnancy; birth of a child
  - **Citizenship or immigration status**
  - **Address**
  - **Housing costs and/or rent subsidy**
  - **Utility costs**
  - **Parental custody or visitation rights**
  - **Marital status**
  - **School attendance**
  - **Health insurance coverage and premiums.**
  - **You or someone in your household wins $4,500 or more from the lottery or gambling.**

  You may also be required to report if you are party to a newly filed lawsuit, or if you have been convicted of a drug-related felony.

  **Note:** If you are enrolled in Child Care Assistance and change child care providers, you must notify your child care worker and provider at least 15 days before the change goes into effect.

  **If you have questions or are unsure** about any reporting rules, contact your case worker. If your case worker is not available, leave a message so they can get back to you.

- **Your county, Tribal Nation, state or federal agency** may check any of the information you provide. Your signed consent may be needed to obtain some forms of information. If you don't give your signed consent, you might not receive assistance.
- If you provide information you know is untrue, withhold information or do not report as required, or it's later discovered that your information is untrue, you may be investigated for fraud. This may result in you being disqualified from receiving benefits, charged with a criminal offense, or both.
- The state or federal quality control agency may randomly choose your case for review. They will review statements you provided and will check to see if your eligibility was determined correctly. The state may seek information from other sources and will inform you about any contact they intend to make. **If you do not cooperate, your benefits may stop.**
- **Cooperation requirements:**
  - If your county or Tribal Nation agency approves you for the Minnesota Family Investment Program or the Diversionary Work Program, you must cooperate with all required employment services, unless you are exempt. You must develop and sign an employment plan with your case worker or your Diversionary Work Program application will be denied.
  - You must cooperate with child support to receive Minnesota Family Investment Program benefits, Diversionary Work Program benefits and/or Child Care Assistance Program.

If you receive child support directly from a noncustodial parent, you must report it to your case worker.

### For Cash and Supplemental Nutrition Assistance Program (SNAP) benefits:

- **Each time you use your EBT card or sign your check**, you state that you have informed your county or Tribal Nation agency about any changes in your situation that may affect your benefits.
- **Each time your EBT card is used**, it's assumed you have received your cash or SNAP benefits, unless you reported your card lost or stolen to your county or Tribal Nation agency.

### For child care assistance:

- **You may be required to pay a co-payment fee** to your child care provider. If you do not pay the fee, your child care assistance will be terminated until fees are paid in full or satisfactory payment agreements have been made with your county or tribe and your child care provider.
- **You may be required to pay additional costs** when your child care provider charges a rate that is more than the maximum rate in your county or tribe.
- **You must document** the immigration or citizenship status of the children in your family for whom you are applying for child care assistance.

**Note:** If you sign the application as an authorized representative of a person who is requesting or receiving assistance, **you are agreeing to assume all of the responsibilities listed above on behalf of that person**.

## Your rights

- **You have the right to privacy.** Your private information, including your health information, is protected by state and federal laws. Your case worker has given you a Notice of Privacy Practices (DHS-3979) information sheet explaining these rights.
- **You have the right to reapply** at any time if your benefits stop.
- **You have the right to receive** a paper or electronic copy of your SNAP application. Let your case worker know if you would like to receive a copy.
- **You have the right to know why**, if we have not processed your application within:
  - Seven days for Expedited SNAP
  - Thirty days for cash, SNAP and child care assistance
  - Sixty days for cash related to disability.
- **SNAP only:** Time limits and other requirements that apply to the receipt of cash benefits do not apply to the receipt of SNAP benefits. If cash benefits end, you may still qualify for SNAP benefits.
- **You have the right to know the rules** of the program you are applying for and for the agency to tell you how your benefit amount was figured.
- **You have the right to choose** where and with whom you live.
- **You have the right to report expenses** such as shelter, utilities, child care, child support or medical costs. These expenses may affect the amount of SNAP benefits that you receive. Failure to report or verify certain expenses listed will be a statement by your household that you do not want a deduction for the unreported expenses.
- **You have the right to access free legal services.** Contact your case worker for information on free legal services.
- **You have the right to appeal.** If you are unhappy with the action taken or feel the agency did not act on your request for assistance, you may appeal. For cash, child care assistance and health care, you may appeal **within 30 days** from the date you receive the notice by writing to the county or Tribal Nation agency, or directly to the State Appeals Office at the Minnesota Department of Human Services, PO Box 64941, St. Paul, MN 55164-0941. (If you show good cause for not appealing your cash and health care **within 30 days**, the agency can accept your appeal **for up to 90 days** from the date you receive the notice.)

  For SNAP, you may appeal **within 90 days** by writing or calling the county or the State Appeals Office. You may represent yourself at the hearing, or you may have someone (an attorney, relative, friend or another person) speak for you.

  **If you wish for your assistance to continue until the hearing**, you must appeal before the date of the proposed action or within 10 days after the date the agency notice was mailed, whichever is later. Ask your county or Tribal Nation case worker to explain how the timing of your appeal could affect your present or future assistance.

DHS-3353-ENG 3-18

DEPARTMENT OF HUMAN SERVICES

# Appeal rights

- **Appeal rights.** An appeal is a legal process where a human services judge reviews a decision made by the agency. You may appeal a decision if:
  - You feel the agency did not act on your request for assistance.
  - You do not agree with the action taken.

  You may represent yourself at the hearing, or you may have someone (an attorney, relative, friend or another person) speak for you.

  - **For emergency help**, when your case is about an emergency and you need a faster decision on your appeal, you can ask for an emergency hearing in your appeal request. You can also request it by calling the Department of Human Services Appeals Division.
  - **For cash, child care and health care**, you may appeal **within 30 days** from the date you received this notice by sending a written appeal request saying you do not agree with the decision. You can send this letter to the agency, or directly to the Appeals Division. If you show good cause for not appealing your cash, child care and health care **within 30 days**, the agency can accept your appeal for **up to 90 days** from the date of the notice. Good cause is when you have a good reason for not appealing on time. The Appeals Division will decide if your reason is a good cause reason. You can ask to meet informally with agency staff to try to solve the problem, but this meeting will not delay or replace your right to an appeal.
  - **For the Supplemental Nutrition Assistance Program**, you may appeal **within 90 days** by writing or calling the agency or the Appeals Division.
  - Submit your appeal request:
    - **Online:** https://edocs.dhs.state.mn.us/lfserver/Public/DHS-0033-ENG
    - **Write:** Minnesota Department of Human Services Appeals Division<br>P.O. Box 64941<br>St. Paul, MN 55164-0941
    - **Fax:** 651-431-7523
    - **Call:** Metro: 651-431-3600<br>Greater Minnesota: 800-657-3510<br>or use your preferred relay service
  - **If you want to keep receiving your benefits until the hearing,** you must appeal within 10 days of the date on the agency's notice of action letter or before the proposed action takes place in order to keep benefits in place. For most programs, if you file your appeal on time, you will get your benefits until the Appeals Division decides your appeal. If you lose your appeal, you may have to pay back the benefits you got while your appeal was pending. You can ask the agency to end your benefits until the decision. If you end your benefits and then win your appeal, you will be paid back for benefits that you should have received or, for child care assistance, your provider will be reimbursed for eligible costs that you paid or incurred. Ask your agency worker to explain how the timing of your appeal could affect your present or future assistance.

- **You have the right to reapply** at any time if your benefits stop.
- **Access to free legal services.** You may be able to get legal advice or help with an appeal from your local legal aid office. To find your local legal aid office, visit www.LawHelpMN.org or call 888-354-5522.

DEPARTMENT OF HUMAN SERVICES

# Notice About Income and Eligibility Verification System and Work Reporting System

## Read this if you are asking for or get:

- Cash Assistance:
  - Diversionary Work Program
  - Minnesota Family Investment Program
  - Refugee Cash Assistance
  - Minnesota Supplemental Aid
  - General Assistance
  - Emergency Assistance
- Supplemental Nutrition Assistance Program
- Minnesota Health Care Programs

## What is the Income and Eligibility Verification System (IEVS)?

The government has a way to check income. It is the "Income and Eligibility Verification System" (IEVS).

The law has us check your income with other agencies. We have to check income for all who ask for or get cash assistance, Supplemental Nutrition Assistance Program (SNAP) benefits or Medical Assistance (MA). This includes your children.

We need Social Security Numbers (SSN) for anyone wanting help. If you have no SSN, you must apply for one. Apply with your county human services agency. You must report all SSNs to your worker.

### What facts will we get? How will we use them?

We check with other agencies about your income, assets and health insurance. If you didn't tell us about all of your income or assets, we will refigure your aid. Your aid might go lower or stop. If you get aid you should not be getting, we may use these facts in civil or criminal lawsuits.

We will tell you if facts from other agencies are not the same as the facts you gave us. We will tell you what facts we got, the kind of income or assets, and the amount. We give you 10 days to respond in writing to prove if our facts are wrong.

We will ask you to show proof of income, assets, or health insurance you did not report or that we could not verify. You may need to give us permission to check the facts with the source of data. We will tell you what happens if you do not sign for permission or do not help us.

### Agencies we get information from

We must trade facts with these agencies:

- United States Social Security Administration (SSA) - We get records of self-employment earnings, retirement income, survivor's benefits, disability payments, Social Security (RSDI), Supplemental Security Income (SSI).
- United States Internal Revenue Service (IRS) - We get records of unearned income (like interest and dividends).
- Minnesota Department of Employment and Economic Development (DEED) - We get records of wages and pay and facts on Unemployment Insurance.
- Minnesota Office of Child Support Division
- Agencies in other states that manage:
  - Unemployment Insurance
  - Cash assistance
  - Medical Assistance (MA)
  - SNAP
  - Child support
  - SSI state supplements

These agencies have the right to get certain facts from us about you. They have to use those facts for programs like RSDI, child support, cash assistance, SNAP, MA, Unemployment Insurance, and SSI.

## What is the Work Reporting System?

Minnesota employers must tell us when they hire someone. This information is used by the Child Support Program. We also use this information to see if a new employee is getting help from any of the programs listed above.

### How do we use it?

If the employee is getting help from any of these programs, the county worker gets a notice. If the client did not report the new job, the county worker will contact the client. The county worker may ask the client to show proof about the job. The client may need to give the county permission to check the facts with the employer. If a client does not help us check the information, they will lose benefits.

## The law limits who gets facts about you

The law limits the facts about you that we get from other agencies and the facts we give them. Contracts with the Minnesota Department of Human Services and those agencies also protect you. Only those agencies, the state, and the county agency where you apply for and get program benefits can use the facts about you. No one else can get the facts about you without your written permission.

## Your duty to report

You **must report** all of your income and assets.

- **If you receive cash assistance**, report any changes within 10 days of the change, **or**, if you report on a Household Report Form (DHS-2120), complete the form and return it by the 8th of the month.
- **If you receive SNAP**, report required changes by the 10th of the month following the month of the change. For example, if a change happens in March, you must report the change by April 10.

You **must** still report all of your income, assets and other information on redetermination forms we send you.

You **must** help the county agency check your income, assets and health insurance. IEVS is one way of proving your income, assets and health insurance amounts.

## What if you do not help

You must help us check your income, assets and health insurance to get cash assistance, SNAP and MA. **If you don't, you and your family will not get help.**

## Legal Authority

**IEVS** - 7 CFR, parts 271, 272, 273, 275; 42 CFR, parts 431, 435; 45 CFR, parts 205, 206, 233

**Work Reporting** - Minnesota Statutes Section 256.998, Subd. 10

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 2

DEPARTMENT OF
HUMAN SERVICES

# Combined Annual Renewal For Certain Populations

Use this form to renew your food, cash, and health care benefits if there are no children in your household and your only source of income is Supplemental Security Income (SSI) or SSI and Retirement, Survivors, and Disability Insurance (RSDI).

## What do I need to do with this form?

1. Read the Notice of Privacy Practices and Rights and Responsibilities on pages A and B.
2. Answer questions the best you can. Complete and sign the renewal on page 2.
3. Return page 1 and 2, along with verifications, to your county or tribal agency as soon as possible.

## What changes do I need to report and verify?

See the following lists for changes that need to be reported and verified for each program. You may use different verification (or proof) than what is listed. Ask your worker if you have questions.

**All programs**

- Income (include gambling or lottery winnings), address, housing and utility expenses, and people who have moved into or out of your home.
  Examples of proof may vary by program. Ask your worker to explain.

**Supplemental Nutritional Assistance Program (SNAP)**

- Medical expenses (new expenses or expenses that changed $25 or more).
  Use copies of prescription receipts, insurance premiums, or medical bills.
- Lottery and gambling winnings of $4,500 or more in a single game or play.
  Proof is only needed if we cannot take your verbal verification.

**Medical Assistance (MA), including Long-Term Care (MA-LTC)**

- Bank accounts, retirement accounts, stocks, or bonds.
  Use bank statements, copies of bonds, or stock ownership statements.
- Life insurance, annuities, trusts, contracts for deed, vehicles, or real estate.
  Use copies of the policy, annuity, title, deed, or trust instrument.
- Medical expenses and health insurance premiums.
  Use medical bills, insurance statements, or premium notices.

**Minnesota Supplemental Aid (MSA) and Housing Support (HS)**

- Bank accounts, vehicles, stocks/bonds if total assets are $9,800 or more.
  Use bank statements, copies of stocks or bonds, or form DHS-6054.
  If you get SSI, you DO NOT need to provide proof of your assets.

## What will happen if I do not return this form?

Your benefits will stop if you do not return this form by the due date.

## Need Assistance?

If you have questions about your eligibility or need help, call your county or tribal agency listed in Attachment A. If you have questions about completing your health care renewal, including how to complete your health care renewal over the phone, visit the Renew My Coverage page at https://mn.gov/dhs/renewmycoverage. If you need help understanding your options as a person with a disability, contact Disability Hub MN™ 866-333-2466. If you are 65 or older or on Medicare, contact Senior LinkAge Line at 800-333-2433.

**NO ENGLISH**

**TRS: 711**

ATTENTION: If you speak English, free language assistance services are available to you free of charge and without unnecessary delay. Additionally, appropriate auxiliary aids and services to provide information in accessible formats are available free of charge and in a timely manner. Please call the number above or speak to your provider. English

ማሳሰቢያ፦ አማርኛ ተናጋሪ ከሆኑ ፤ ነጻ የቋንቋ ድጋፍ አገልግሎቶች ካለምንም ክፍያ እና ካለአላስፈላጊ? መዘግየት ማግኘት ይችላሉ። በተጨማሪም መረጃን በቀላሉ ለማግኘት በሚያስችል ቅርጸት ለማቅረብ ተገቢ የሆኑ የመስማት ድጋፍ እና አገልግሎቶች ከክፍያ ነጻ በሆነ እና ግዜውን በጠበቀ መልኩ ማግኘት ይችላሉ። እባክዎ ከላይ ባለው ቁጥር ይደውሉ ወይም አቅራቢዎን ያነጋግሩ። Amharic

تنبيه: نقدم لمتحدثي اللغة العربية خدمات مساعدة لغوية مجانية وفورية، بالإضافة إلى وسائل وخدمات مساعدة مناسبة، وبصيغة معلومات سهلة بدون تكلفة وبشكل سريع. يرجى التواصل على الرقم الموضح أعلاه أو مراجعة مقدم الخدمة المباشرة. Arabic

মনোযোগ: আপনি যদি বাংলায় কথা বলেন, তাহলে আপনার জনয্ ভাষা সহায়তা পরিষেবা বিনামূলেয্ এবং অপর্য়োজনীয় বিলমব্ ছাড়াই পাওয়া যায়। এছাড়াও, একটি সহজলভয্ ফমর্য্াটে তথয্ পর্দানের জনয্ উপযুক্ত সহায়ক সরঞ্জাম এবং পরিষেবা বিনামূলেয্ এবং সময়োপযোগীভাবে পাওয়া যায়। উপরের নমব্রে কল করুন অথবা আপনার পের্াভাইডারের সাথে কথা বলুন। Bengali

သတိပြုရန် – အကယ်၍ သင်သည် မြန်မာဘာသာစကား ပြောဆိုသူဖြစ်လျှင် အခမဲ့ ဘာသာစကားဆိုင်ရာ ပံ့ပိုးထောက်ပံ့ပေးမှု ဝန်ဆောင်မှုများအား မလိုအပ်သည့် နှောင့်နှေးကြန့်ကြာမှုများ မရှိစေဘဲ သင် အခမဲ့ ရရှိနိုင်မည် ဖြစ်သည်။ ထို့ပြင် အချက်အလက်များအား အလွယ်တကူ ဝင်ရောက်ရယူနိုင်စေသော ဖောမတ်ပုံစံများဖြင့် ထောက်ပံ့ပေးထားသည့် သက်ဆိုင်ရာ ဖြည့်စွက် ထောက်ပံ့မှုများနှင့် ဝန်ဆောင်မှုများကိုလည်း အခမဲ့၊ အချိန်မီ ရရှိနိုင်စေရန် စီမံပေးထားပါသည်။ ကျေးဇူးပြု၍ အထက်ဖော်ပြပါ ဖုန်းနံပါတ်သို့ ခေါ်ဆိုပါ သို့မဟုတ် သင်၏ ထောက်ပံ့သူဖြင့် ပြောဆိုဆွေးနွေးပါ။ မြန်မာဘာသာစကား Burmese

យកចិត្តទុកដាក់៖ ប្រសិនបើអ្នកនិយាយភាសាខ្មែរ (ខ្មែរ)
សេវាកម្មជំនួយភាសាឥតគិតថ្លៃមានផ្តល់ជូនអ្នកដោយមិនគិតថ្លៃ និងដោយគ្មានការពន្យារពេលមិនចាំបាច់ឡើយ។
លើសពីនេះ ជំនួយ និងសេវាកម្មដែលសមស្របក្នុងការផ្តល់ព័ត៌មានក្នុងទម្រង់ដែលអាចចូលប្រើ
បានគឺអាចរកបានដោយឥតគិតថ្លៃ និងទាន់ពេលវេលា។ សូមហៅទូរសព្ទទៅលេខខាងលើ
ឬនិយាយជាមួយអ្នកផ្តល់សេវារបស់អ្នក។ ភាសាខ្មែរ (ខ្មែរ) Cambodian (Khmer)

注意：如果您說簡體中文，您可以免費獲得語言協助服務，且不會有不必要的延誤。此外，還能免費及時獲取以無障礙格式提供資訊的適當輔助工具和服務。請撥打上面的電話號碼，或與您的服務提供商溝通。
Cantonese (Traditional Chinese)

Á, DÉ YAWÁ PO! Dakhód'iyaye héčiŋhaŋ, iyápi-wóokiye išíčhona yaŋké. Ka nakúŋ wanáȟ'uŋpi-wóokiye išíčhona yaŋké. Héčhed wónaȟ'uŋ kiŋ iyóhiphiča dó. Wóokiye kiŋ dená išíčhona ičúphiča naháŋ yuthéhaŋšniyaŋ ičúphiča dó. Wičhóiye kiŋ dená iwáŋkab, wóiyawa waŋ yaŋké kiŋ mas'ákiphapi na wóokiye-wičháša kičhí wóhdaka po. Dakota

PAUNAWA: Kung nagsasalita ka ng Filipino, ang mga libreng serbisyo ng tulong sa wika ay magagamit sa iyo nang walang bayad at walang hindi kinakailangang pagkaantala. may mga angkop na pantulong na kagamitan at serbisyo upang maibigay ang impormasyon sa naaangkop na anyo, nang libre at sa tamang oras. Mangyaring tawagan ang numero sa itaas o makipag-usap sa iyong provider. Filipino

**NO ENGLISH**

**TRS: 711**

ATTENTION: Si vous parlez français, des services d'assistance linguistique gratuits sont à votre disposition, sans frais et sans délai. En outre, des aides et services auxiliaires appropriés pouvant fournir des informations dans des formats accessibles sont disponibles gratuitement et rapidement. Veuillez appeler le numéro ci-dessus ou contacter votre fournisseur. French

સાવધાન: જો તમે ગુજરાતી બોલો છો, તો ભાષા સહાયની મફત સેવાઓ તમારા માટે નિ:શુલ્ક અને બિનજરૂરી વિલંબ વગર ઉપલબ્ધ છે. વધુમાં, સુલભ પ્રારૂપમાં માહિતી પ્રદાન કરવા માટે યોગ્ય સહાયક મદદ અને સેવાઓ નિ:શુલ્ક અને સમયસર ઉપલબ્ધ છે. કૃપા કરીને ઉપરના નંબર પર કૉલ કરો અથવા તમારા પ્રદાતા સાથે વાત કરો. Gujarati

ध्यान दें: यदि आप हिंदी बोलते हैं, तो आपके लिए निशुल्क भाषा सहायता सेवाएँ निशुल्क और बिना किसी अनावश्यक देरी के उपलब्ध हैं। इसके अतिरिक्त, सुलभ परारूपों में जानकारी परदान करने के लिए उपयुक्त सहायक साधन और सेवाएँ निशुल्क और समय पर उपलब्ध हैं। कृपया ऊपर दिए गए नंबर पर कॉल करें या अपने परदाता से बात करें। Hindi

CEEB TOOM: Yog koj hais lus Hmoob, muaj kev pab txhais lus dawb rau koj siv. Koj tsis tas them nqi thiab yuav tsis qeeb. Kuj muaj cuab yeej thiab kev pab los pab koj nyeem cov ntaub ntawv kom yooj yim nkag siab. Koj hu tau rau tus xov tooj saum toj no lossis nrog koj tus kws kho mob tham. Hmong

ဟ်သူဉ်ဟ်သး– နမ့ၢ်ကတိၤကညီကျိာ်အယိ, နမၤန့ၢ် ကျိာ်တၢ်ဆီဉ်ထွဲမၤစၢၤ လၢတလၢာ်ဘူဉ်လၢာ်စ့ၤ ဒီးတအိဉ်ဒီး တၢ်မၤယံာ်မၤနီၢ်သးဘဉ်နၣ်လီၤ. အါန့ၣ်အနၣ်, တၢ်အိဉ်စ့ၢ်ကီးဒီး တၢ်မၤစၢၤတၢ်နၢ်ဟူဒီး တၢ်မၤစၢၤတၢ်မၤတဖဉ် လၢကဟ့ဉ်တၢ်ဂ့ၢ်တၢ်ကျိၤ လၢပှၤအါဂၤနၢ်ပၢၢ်အီၤသ့ လၢတအိဉ်ဒီးအဘူးအလဲ ဒီးချူးဆၢချူးကတီၢ်နၣ်လီၤ. ဝံသးစူၤ ကိးနီဉ်ဂံၢ်လၢထး မ့တမ့ၢ် တဲသကိးတၢ်ဒီး ပှၤလၢအဟ့ဉ်နၤတၢ်မၤစၢၤ တက့ၢ်. ကညီကျိာ် Karen

안내: 한국어를 사용하시는 분께는 언어 지원 서비스를 무료로, 지체 없이 제공해 드립니다. 또한, 정보 접근성을 위한 적절한 보조 기구 및 서비스가 무료로, 시의적절하게 제공됩니다. 위에 있는 번호로 전화하시거나 담당자에게 말씀해 주십시오. Korean

ئاگاداری: ئەگەر تۆ بە زمانی کوردی سۆرانی قسە دەکەیت، ئەوا خزمەتگوزاری هاوکاریی زمان بە بێبەرامبەر و بەبێ دواکەوتنی ناپێویست لەبەردەستتدایە. جگە لەوەش، هاوکاری و خزمەتگوزارییە یارمەتیدەرە گونجاوەکان بۆ دابینکردنی زانیاری بە شێوەی گونجاو بەبێ بەرامبەر و هاوکات بەردەستن. تکایە پەیوەندی بەو ژمارەیە سەرەوە بکە یان لەگەڵ دابینکەرەکەتدا قسە بکەن.

Kurdish Sorani کوردی سۆرانی

BALDARÎ: Heke hûn bi Kurdîya Kurmancî diaxivin, xizmetên alîkarîya ziman bêpere û bêyî derengmayîneke nehewce ji we re peyda dibin. Her wiha, hevkariyên guncaw û karûbarên alîkar bêpere û di heman demê de ji bo dabînkirina agahdariya guncaw hene. Ji kerema xwe bi jimareya jorîn re telefon bikin an jî bi dabînkerê xwe re biaxivin. Kurdish Kurmanji

Á, LÉ YAWÁ PO! Lakȟól'iyaye héči, iyápi-wóokiye išíčhola yaŋké. Naháŋ nakúŋ wanáȟ'uŋpi-wóokiye išíčhola yaŋké. Héčhel wónaȟ'uŋ kiŋ iyóhiphiča yeló. Wóokiye kiŋ lená išíčhola ičúphiča naháŋ yutȟéhaŋšniyaŋ ičúphiča yeló. Wičhóiye kiŋ lená iwáŋkab, wóiyawa waŋ yaŋké kiŋ mas'ákipȟapi na wóokiye-wičháša kičhí wóglaka po. Lakota

**NO ENGLISH** ☎

**TRS: 711**

ໝາຍເຫດ: ຖ້າທ່ານເວົ້າພາສາລາວ, ທ່ານຈະໄດ້ຮັບບໍລິການຊ່ວຍເຫຼືອດ້ານພາສາໂດຍບໍ່ເສຍຄ່າ ແລະ ບໍ່ມີການຊັກຊ້າທີ່ບໍ່ຈໍາເປັນ. ນອກຈາກນັ້ນ, ເຄື່ອງມືຊ່ວຍເຫຼືອແລະ ບໍລິການເສີມທີ່ເໝາະສົມເພື່ອໃຫ້ຂໍ້ມູນໃນຮູບແບບທີ່ເຂົ້າເຖິງໄດ້ໂດຍບໍ່ເສຍຄ່າໃຊ້ຈ່າຍ ແລະ ທັນເວລາ. ກະລຸນາໂທຫາເບີໂທລະສັບຂ້າງເທິງ ຫຼື ສົນທະນາກັບຜູ້ໃຫ້ບໍລິການຂອງທ່ານ. Lao

注意：如果您说简体中文，您可以免费获得语言协助服务，且不会有不必要的延误。此外，还能免费及时获取以无障碍格式提供信息的适当辅助工具和服务。请拨打上面的电话号码，或与您的服务提供商沟通。
Mandarin (Simplified Chinese)

PALƐ RƆ PINY: Mi ruaci kɛ thok Nuärä, luäk mi lɔr kɛ kuic thuok kɛnɛ lät tin jiëkɛ tëë thin baaŋ a thiɛl mi yuɔr kɛ piny kä thiɛlɛ mi gaal jɛ. Min dëë nyɔk kɛ mat thin, ɛ luäk mi dɔdiɛn kɛnɛ lät tin kɔkiɛn tin nööŋ kɛ läri kɛ duɔp min jiëkɛ kɛɛ tëë kɛ thin baaŋ thilɛ mi yuɔrkɛ piny kɛ kuicdiɛn kɛ guath mi gɔa. Mi nhɔk i jɛ yɔtni nämbär ɛmɔ tëë nhial ɔ ikä kiɛ ruacni kɛ ram min luäkdu. Nuer

MAH BIZ'SIN'DAN: Keesh'pin, keen Ojibwe'mo, kaa'ween ina'gin'de wiiji'kaa'kii'ki'do miina'waa ke'nebe-naa'ta'maw chi'nis'too'ta'man noon'goom. Da'kon'an, wee'chi'ma'zinaa'beke'webene'kan'an ozhe'che'kan miina'waa kinah ozhee'bee'geh ma'zenah'egan'an kaa'ween ina'gin'de miina'waa da'daa'ta'be'bee'an. Da'gah'na'sa ka'noozh aseh'ge'beh'egan ish'peh'meng ge'maa kee'kidoon wii'doo'kaa'geh. Ojibwe

HUBADHAA: Yoo Afaan Oromoo dubbattu ta'e, tajaajila gargaarsa turjumaana afaanii biliisaan akkasumas turtii barbaachisaa hin taane hambisu danda'u isiniif dhihaatee jira. Dabalataanis, odeeffannoo haala salphaan argamuu danda'an dhiyeessuuf gargaarsa fi tajaajiloota deeggarsaa qama midhamtootaaf mijatoo ta'an, kaffaltii tokko malee fi yeroo isaa eeggatee kennamu dhihaatee jira. Odeeffanno dabalataaf lakkoofsa armaan oliitti fayyadamuun namoota gargaarsa kana isiniif kennan qunnamaa. Oromo

ATENÇÃO: Se fala português, tem à sua disposição serviços de assistência linguística gratuitos e sem demoras desnecessárias. Além disso, estão disponíveis, gratuitamente e numa forma atempada, ajudas e serviços auxiliares adequados para fornecer informações em formatos acessíveis. Por favor, contacte o número acima ou fale com o seu prestador de serviços. Portuguese

ВНИМАНИЕ: Если вы разговариваете на русском языке, воспользуйтесь услугами языковой поддержки бесплатно и без лишних проволочек. Также бесплатно и незамедлительно предоставляются соответствующие вспомогательные средства и услуги по обеспечению информацией в доступных форматах. Позвоните по указанному выше номеру или обратитесь к своему поставщику услуг. Russian

PAŽNJA: Ako govorite srpski, besplatne usluge jezičke pomoći su vam dostupne besplatno i bez nepotrebnog odlaganja. Pored toga, odgovarajuća pomoćna sredstva i usluge za pružanje informacija u pristupačnim formatima dostupne su besplatno i blagovremeno. Molimo vas da pozovete gore navedeni broj ili razgovarate sa vašim pružateljem usluga. Serbian

FIIRO GAAR AH: Haddii aad ku hadasho Soomaali, waxaa si bilaash ah kuugu diyaar ah adeegyada caawinada luuqadeed oo aan lahayn daahitaan aan munaasib ahayn. Intaas waxaa dheer, waxaa la heli karaa adeegyada iyo kaabitaanka naafada ee haboon si macluumaadka loogu bixiyo qaabab la adeegsan karo oo bilaash ah laguna bixinayo waqqigeeda. Fadlan wac lambarka kore ama la hadal adeegbixiyahaaga. Somali

**NO ENGLISH**

**TRS: 711**

ATENCIÓN: si habla español, tiene a su disposición los servicios gratuitos de traducción sin costo alguno y sin demoras innecesarias. Además, se encuentran disponibles de forma gratuita y oportuna ayuda y servicios auxiliares adecuados con el fin de brindarle información en formatos accesibles. Llame al número indicado anteriormente o hable con su proveedor. Spanish

ZINGATIO: Ikiwa unazungumza Kiswahili, huduma za msaada wa lugha zinapatikana kwa ajili yako bila malipo na bila ucheleweshaji usio wa lazima. Aidha, vifaa saidizi vya mawasiliano na huduma kwa walemavu ili kutoa habari katika miundo inayofikika zinapatikana bila malipo na kwa wakati. Tafadhali piga simu kwa namba ya hapo juu au zungumza na mtoa huduma wako. Swahili

መተሓሳሰቢ:- ትግርኛ ተዛራቢ እንተኾይኖም ፤ ናጻ ናይ ቋንቋ ሓገዝ ግልጋሎታት ብዘይምድንጓይ ምርካብ ይኽእሉ እዮም። ብተወሳኺ ሓበሬታ ብቐሊሉ ምርካብ ብዝከኣል ቅርጽታት ንምቕራብ ፤ ግቡእ ናይ ምስማዕ ሓገዝን ግልጋሎታትን ካብ ክፍሊት ናጻ ብዝኾነን ግዚኡ ብዝሓለወን መልክዑ ይርከቡ። በይዝኦም ኣብ ላዕሊ ናብ ዘሎ ቑጽሪ ይደውሉ ወይድማ መቕረቢኦም የዘራርቡ። Tigrinya

УВАГА: Якщо ви розмовляєте українською мовою, ви можете скористатися послугами мовної підтримки безкоштовно та без зайвих зволікань. Ви також можете безкоштовно та оперативно отримати відповідні допоміжні засоби та послуги з надання інформації у доступному форматі. Зателефонуйте за вказаним вище номером або поговоріть зі своїм постачальником послуг. Ukrainian

LƯU Ý: Nếu bạn nói tiếng Việt, bạn có thể được hỗ trợ ngôn ngữ miễn phí mà không phải chờ đợi lâu. Ngoài ra, các thiết bị hỗ trợ và dịch vụ phù hợp để cung cấp thông tin ở định dạng dễ tiếp cận cũng có sẵn miễn phí và kịp thời. Vui lòng gọi số điện thoại phía trên hoặc trao đổi với nhân viên y tế của bạn. Vietnamese

ÌKÉDE PÀTÀKÌ: Tí o bá leè sọ èdè Yorùbá, àwọn ètò ìrànlówọ́ èdè wà fún ọ ní ọ̀fẹ́ tí kò sì ní ìdènà nínú. Ní àfikún, àwọn ìlànà isẹ́ àti ohun èlò ìrànlówọ́ tó pé ye wá ní ẹ̀kúnrẹ́rẹ́ láti pèsè àlàyé èyíkéyìí tí o bá nílò ní ọ̀fẹ́ àti ní òrèkóòrè. Jọ̀wọ́, pe ẹ̀rọ Ìbánisọ̀rọ̀ tó wà lókè tàbí kí o bá aṣojú rẹ sọ̀rọ̀. Yoruba

LB (7-25)

**ADA Advisory**

For accessible formats of this information or assistance with additional equal access to human services, email us at DHS.info@state.mn.us, call 651-431-2660, or use your preferred relay service.

ADA1 (3-24)

DEPARTMENT OF HUMAN SERVICES

DHS-3727-ENG 10-25

# Combined Annual Renewal For Certain Populations

| Office Use Only | | |
|---|---|---|
| DATE RECEIVED | CASE NUMBER | WORKER NUMBER |

## 1. Name and address

| YOUR FIRST NAME | MI | LAST NAME | DATE OF BIRTH | SOCIAL SECURITY NUMBER | PHONE NUMBER |
|---|---|---|---|---|---|

| STREET ADDRESS | CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|---|
| MAILING ADDRESS (if different) | CITY | STATE | ZIP CODE | COUNTY |

## 2. Do you or your spouse have any changes from the last year?

The cover page lists changes for each program that require proof. Also include if you are now a parent or caretaker relative living with and caring for a child under the age of 19, are pregnant, or if you are a former foster youth under the age of 26.

◯ No ◯ Yes – explain here

## 3. Do you or your spouse have any assets that require proof?

The cover page lists assets for each program that require proof.

◯ No ◯ Yes – explain here

| Owner name(s) | Type of asset or vehicle | Asset location, company or bank name and address | Account number | Amount in the account or asset value |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |

## 4. For MA-LTC, did you or your spouse:

- Buy, sell, trade, or give away assets – or refuse income or assets?
- Purchase an annuity, life estate, promissory note, loan, mortgage, or create a trust?

◯ No ◯ Yes – explain here ◯ N/A – I do not have MA-LTC

## 5. For SNAP, did you or your spouse win a cash prize from lottery or gambling of $4,500 or more, in a single game or play?

◯ No ◯ Yes – explain here ◯ N/A – I do not have SNAP

| WINNER NAME | AMOUNT | DATE OF WIN |
|---|---|---|

## 6. Can we send you updates and reminders about your case in the future?

By checking "yes" here, you consent to receive electronic notifications. DHS is not responsible for any charges for electronic notifications. Standard messaging and data rates may apply. Check with your carrier.

Is it OK to contact you by text message? ◯ No ◯ Yes – contact number for texts:

Is it OK to contact you by email? ◯ No ◯ Yes – email address:

# Signature Page

(Effective Date: August 1, 2023)

***Read the following information and sign.***

## Authorization to Share Information for Fraud Investigation and Audits

I agree that third parties may share information about me with people investigating fraud and completing federal or state audits. This may include, but is not limited to: employers and schools, landlords and utility companies, financial and insurance agencies, and other government offices. If I am enrolled in MinnesotaCare, the Minnesota Department of Revenue may share copies of my income tax returns with investigators. I understand this consent is good for six months after my benefits stop.

## Authorization for Release (Sharing) of My Medical Information

I give my consent to the following agencies or individuals to share between them medical information about me only for the limited purposes indicated:

- Health providers including school districts, health plans, insurance agencies, Minnesota Health Care Programs, county advocates, my county or state case workers, and their contractors and subcontractors:
  - To determine who should pay for my health care.
  - To provide, manage, and coordinate health care services.
- All other agencies or people as listed on the Notice of Privacy Practices.

This consent applies to medical information about my minor children I applied for on this application. I understand the school district needs a separate consent to share information about my children with private insurance plans. I can stop this consent at any time by asking in writing for this it to end. The written notice to stop this consent will not affect information the agency has already given to others. This consent is good while I am enrolled in Minnesota Health Care Programs, up to one year, or longer if the law permits. However, it does not end after one year for records given to consulting providers, records given for payment of my bills, fraud investigations, or quality of care review and studies. An agency or person who gets my information through this consent could give the information to others.

If I do not sign or I end this consent, I cannot enroll or stay enrolled in Minnesota Health Care Programs.

## Medical Assignment of Benefits

I give my rights to all medical payments for me and anyone else I apply for to the State of Minnesota. This includes medical payments from all other people or companies. For MA for Long Term Care, this includes my right to support from my spouse under Minnesota Statutes, section 256B.14, subdivision 3. This begins as soon as health care coverage starts. I agree to help the State to get paid back for medical expenses that should have been paid by others. I may not have to help the State if I have a good reason for not doing so and the State approves the reason. If I have Medicare Part B, Medicare can pay my health providers for the care I get while I am on a Minnesota Health Care Program.

## Penalty warning for cash or SNAP

If you get cash or Supplemental Nutrition Assistance Program (SNAP) benefits, you must follow these rules listed. The state may bar household members who break any of these rules from the cash or SNAP programs. The bar lasts one year for the first fraud, two years for the second fraud and is permanent for the third fraud. The months you are barred from cash assistance for breaking the rules may count toward your 60-month lifetime limit for the Minnesota Family Investment Program. Convictions for public assistance fraud may result in a fine or jail time, or both.

- Do not give false information or hide information to get or continue to get cash or SNAP benefits.
- Do not trade or sell SNAP benefits or Electronic Benefit Transfer (EBT) access cards.
- Do not use cash or SNAP benefits to buy ineligible items, such as alcohol and tobacco.
- Do not use someone else's EBT access cards to get cash or SNAP benefits for your household.

If you get cash or SNAP benefits and give false information or hide information about your identity or residence to get multiple benefits for the same period of time, you may be barred from receiving benefits for 10 years.

You can also be prosecuted for fraud if you break the rules, and additional fines and penalties may apply. For the SNAP program, the maximum penalty is a fine of $250,000 or a jail term of 20 years, or both.

**Special SNAP penalty warning:** If a federal, state or local court finds you or any household member guilty of giving or receiving SNAP benefits in exchange for:

- **Controlled substances**, that household member will be barred from getting SNAP for 24 months for the first offense and permanently for the second offense.
- **Firearms, ammunition or explosives**, that household member will be barred from getting SNAP permanently.

If you admit committing a drug felony in the past 10 years, the county agency or Tribal Nation may ask you to take random drug tests.

## Acknowledgment for cash or SNAP

I know what I reported here. It is a true and correct statement of every material point. If I give incorrect information, the county may prosecute me for fraud under state law. The county may also try me for perjury under state law.

## By signing below:

- I agree to and understand the statements listed above.
- I agree I have read and understand the Notice of Privacy Practices and Notice of Rights and Responsibilities and the list of my responsibilities in that Notice, including the Changes section and the MA Estate Claims and Liens section.
- I understand I may be prosecuted for fraud if I give wrong information or misuse an electronic benefits transfer card.
- I understand my benefits may stop or change because of information I give on this form. I understand changes may be made to my benefits without 10 days advance notice. However, I will be sent a written notice no later than the effective date of change.
- I declare, under penalty of perjury, all parts of this form are true and correct statements, to the best of my knowledge. I understand what happens to people convicted of perjury (not telling the truth). They may be sentenced to prison for up to five years, given a fine up to $10,000, or both.

| | | |
|---|---|---|
| YOUR SIGNATURE | | DATE |
| SPOUSE'S SIGNATURE | | DATE |
| SIGNATURE OF PERSON ACTING ON YOUR BEHALF (AUTHORIZED REPRESENTATIVE) | PHONE NUMBER | DATE |

**Tear this out and return.**

MINNESOTA DEPARTMENT OF HUMAN SERVICES

# Notice of Privacy Practices

(Effective Date: July 2012)

**This notice tells how medical and other private information about you may be used and disclosed and how you can get this information. Please review it carefully.**

## Why do we ask for this information?

- To tell you apart from other people with the same or similar name
- To decide what you are eligible for
- To help you get medical, mental health, financial or social services and decide if you can pay for some services
- To make reports, do research, do audits, and evaluate our programs
- To investigate reports of people who may lie about the help they need
- To decide about out-of-home care and in-home care for you or your children
- To collect money from other agencies, like insurance companies, if they should pay for your care
- To decide if you or your family need protective services
- To collect money from the state or federal government for help we give you.

## Why do we ask for your Social Security number?

We need your Social Security number (SSN) to give you medical assistance, some kinds of financial help, or child support enforcement services (42 CFR 435.910 [2006]; Minn. Stat. 256D.03, subd.3(h); Minn. Stat.256L.04, subd. 1a; 45 CFR 205.52 [2001]; 42 USC 666; 45 CFR 303.30 [2001]). We also need your SSN to verify identity and prevent duplication of state and federal benefits. Additionally, your SSN is used to conduct computer data matches with collaborative, nonprofit and private agencies to verify income, resources, or other information that may affect your eligibility and/or benefits.

You do not have to give us the SSN:

- For persons in your home who are not applying for coverage
- If you have religious objections
- If you are not a U.S. citizen and are applying for Emergency Medical Assistance only
- If you are from another country, in the U.S. on a temporary basis and do not have permission from the U.S. Citizenship and Immigration Services (USCIS) to live in the U.S. permanently
- If you are living in the U.S. without the knowledge or approval of the USCIS.

## Do you have to answer the questions we ask?

You do not have to give us your personal information. Without the information, we may not be able to help you. If you give us wrong information on purpose, you can be investigated and charged with fraud.

## With whom may we share information?

We will only share information about you as needed and as allowed or required by law. We may share your information with the following agencies or persons who need the information to do their jobs:

- Employees or volunteers with other state, county, local, federal, collaborative, nonprofit and private agencies
- Researchers, auditors, investigators, and others who do quality of care reviews and studies or commence prosecutions or legal actions related to managing the human services programs
- Court officials, county attorney, attorney general, other law enforcement officials, child support officials, and child protection and fraud investigators
- Human services offices, including child support enforcement offices
- Governmental agencies in other states administering public benefits programs
- Health care providers, including mental health agencies and drug and alcohol treatment facilities
- Health care insurers, health care agencies, managed care organizations and others who pay for your care
- Guardians, conservators or persons with power of attorney
- Coroners and medical investigators if you die and they investigate your death
- Credit bureaus, creditors or collection agencies if you do not pay fees you owe to us for services
- Anyone else to whom the law says we must or can give the information.

We may disclose your health information to a record locator service. This can help health care providers find health plans and other health care providers that have health information about you. The health care provider can then get that information to help make better decisions about your treatment. If you prefer not to be included in the record locator service, you may "opt out" by contacting the Community Health Information Collaborative (CHIC) service desk at 877-411-CHIC (toll free), 218-625-5515 (voice), 218-625-5518 (fax).

## What are your rights regarding the information we have about you?

- You and people you have given permission to may see and copy medical or other private information we have about you. You may have to pay for the copies.



**Keep this page.**

- You may question if the information we have about you is correct. Send your concerns in writing. Tell us why the information is wrong or not complete. Send your own explanation of the information you do not agree with. We will attach your explanation any time information is shared with another agency.
- You have the right to ask us in writing to share health information with you in a certain way or in a certain place. For example, you may ask us to send health information to your work address instead of your home address. If we find that your request is reasonable, we will grant it.
- You have the right to ask us to limit or restrict the way that we use or disclose your information, but we are not required to agree to this request.
- You have the right to get a record of some of the people or organizations with whom we have shared your information. This record was started on April 14, 2003. You must ask for a copy of this record in writing to our Privacy Official.
- If you do not understand the information, ask your worker to explain it to you. You can ask the Minnesota Department of Human Services for another copy of this notice.

### What are our responsibilities?

- We must protect the privacy of your medical and other private information according to the terms of this notice.
- We may not use your information for reasons other than the reasons listed on this form or share your information with individuals and agencies other than those listed on this form unless you tell us in writing that we can.
- We must follow the terms of this notice, but we may change our privacy policy because privacy laws change. We will put changes to our privacy rules on our website at: https://edocs.dhs.state.mn.us/lfserver/Public/DHS-3979-ENG

### What privacy rights do children have?

If you are under 18, when parental consent for medical treatment is not required, information will not be shown to parents unless the health care provider believes not sharing the information would risk your health. Parents may see other information about you and let others see this information, unless you have asked that this information not be shared with your parents. You must ask for this in writing and say what information you do not want to share and why. If the agency agrees that sharing the information is not in your best interest, the information will not be shared with your parents. If the agency does not agree, the information may be shared with your parents if they ask for it.

### What if you believe your privacy rights have been violated?

You may complain if you believe your privacy rights have been violated. You cannot be denied service or treated badly because you have made a complaint. If you believe that your medical privacy was violated by your doctor or clinic, a health insurer, a health plan, or a pharmacy, you may send a written complaint either to the county agency, the organization or to the federal civil rights office at:

U.S. Department of Health and Human Services
Office for Civil Rights, Region V
233 N. Michigan Avenue, Suite 240
Chicago, IL 60601
312-886-2359 (Voice) or
toll free 800-368-1019 or 866-282-0659
312-353-5693 (TTY)
312-886-1807 (Fax)

If you think that the Minnesota Department of Human Services has violated your privacy rights, you may send a written complaint to the U.S. Department of Health and Human Services at the address above or to:

Minnesota Department of Human Services
Attn: Privacy Official
PO Box 64998
St. Paul, MN 55164-0998

## Rights and Responsibilities

### Immigration

Immigration information you give to us is private. We use it to see if you can get coverage. We only share it when the law allows it or requires it. In most cases, applying will not affect your immigration status unless you are applying for cash or payment of long term care services.

You do not have to give us your immigration information if you are:

- Applying for emergency medical care only.
- Helping someone else apply.
- Living in the U.S. without the knowledge or approval of the U.S. Citizenship and Immigration Services (USCIS) and are pregnant.
- Not applying for yourself.

For non-citizen members of your household who apply and qualify for help, your worker will do a computer match with the U.S. Citizenship and Immigration Services (USCIS) to make sure the immigration status documents you give us are correct.

### You Have the Right to Fair Treatment

We cannot treat you different because of your race, color, national origin, sex, sexual orientation, age, creed, religion, political beliefs, disability or status with regard to public assistance. If you feel the state or local agency did not treat you fairly, you can file a complaint with any of the following places:

- Minnesota Department of Human Services
  Equal Opportunity and Access
  PO Box 64997
  St. Paul, MN 55164-0997
- Minnesota Department of Human Rights
  Freeman Building
  625 Robert St. N.
  St. Paul, MN 55155
- U.S. Department of Health and Human Services
  Office for Civil Rights – Region V 2
  33 N. Michigan Avenue, Suite 240
  Chicago, IL 60601



**Keep this page.**

- U.S. Department of Agriculture
  Director, Office for Civil Rights
  Room 326-W, Whitten Building
  1400 Independence Ave, SW
  Washington, D.C. 20250-9410

## You Have the Right to Ask for a Hearing

If you feel that your benefits are wrong or your application has not been processed correctly, you may ask for a fair hearing. You can ask for a hearing by telling your worker or by writing to the:

Minnesota Department of Human Services
Appeals and Regulations
PO Box 64941
St. Paul, MN 55164-0941

Contact your worker for information on free legal services.

## Following the Rules

People who are enrolled in Minnesota Health Care Programs must follow the rules listed below:

- Do not give false information or hide information to get or continue to get coverage.
- Do not trade or sell your membership cards.
- Do not help others get medical services that you know they should not get.
- Do not use someone else's membership card for yourself or other household members.

If you break the rules you may not be able to keep your coverage.

## Reviews

The State or Federal Office may look at your case. They will review the information you gave us and check to make sure we did your case correctly. They will let you know if they need to ask you questions. If you do not answer their questions, your coverage may stop.

## Other Health Care

You and your household members may need to accept and keep a health insurance policy. This includes Medicare. If you do not give us information about your policy, you may not get coverage.

## Liens and Estate Claims

The state or county may try to recover the cost of medical services paid by Medical Assistance (MA) or General Assistance Medical Care (GAMC). The state may file a claim against your estate or a lien against your real property if you received:

- GAMC at any age.
- MA when you were over age 55.
- MA at any age if you lived in a long term care facility for six months or more.

Liens can be set up against:

- Your life estate.
- Real property that you own by yourself.
- Real property that you own with someone else. If you own property with another person, the lien is only against your share.

You should talk to your lawyer or advisor if you have questions.

## Changes

You must report changes to your worker within 10 days of the change happening. If you do not report changes, you may have to pay money back to the State for what we paid if you were not eligible.

If you are not sure if you should report a change, call your worker and explain what is happening. Examples of changes you need to report include:

**Income:**

- Starting a new job; changing jobs, or stopping a job.
- Starting to get or changes in the amount of other income you get such as Social Security, other retirement income, child support, unemployment or workers' compensation.

**When you or your spouse:**

- Sell or buy a home, car or other items of value.
- Move to a new address
- Have a change in housing or utility costs.
- File a lawsuit.
- Get an inheritance or a settlement.
- Transfer or give away assets or income.

**When someone in your household:**

- Starts to get health insurance or Medicare.
- Becomes pregnant or has a baby.
- Moves in or out of your home.
- Dies, gets married or gets a divorce.
- Becomes disabled.
- Starts or stops school.

## Electronic Benefit Transfer (EBT)

Each time you use your EBT card or sign your check, you state you have told the county agency about any changes that may affect your benefits.

Each time your EBT card is used we believe you have received your cash or food support benefits unless you told to the county agency that your card was lost or stolen.

## Food Support Nutrition Education Program

The University of Minnesota Extension Food Support Nutrition Education Program can help you with ideas to:

- Make quick and healthy meals for you and your family
- Save money at the grocery store
- Get your children to eat more fruits and vegetables

Your local county extension service provides nutrition classes or home visits. Call 612-625-8260 or visit www.extension.umn.edu for the contact person and programs in your county.



**Keep this page.**

## Domestic Violence

Domestic violence is what someone says or does over and over again to make you feel afraid or to control you. The following are some examples of domestic violence:

- Swears or screams at you
- Threatens to hurt you or others you care about
- Calls you names
- Does not let you leave your house
- Forces you to have sex
- Stalks you
- Choking, grabbing, hitting, pushing or kicking you.

Ask your worker for the Domestic Violence Information brochure (DHS-3477) for more information on domestic violence. If domestic violence makes it hard for you to follow program rules, talk to your worker. If you are in danger from domestic violence and need help, call the National Domestic Abuse hotline at 800-799-7233, TTY at 800-787-3224 or Minnesota Coalition for Battered Women at 800-289-6177.

Talk to your worker if domestic violence makes it hard for you to follow program rules.



**Keep this page.**

# Civil Rights Notice

CB6 (Food, Cash, SS, HC) 2-23

**Discrimination is against the law.** The Minnesota Department of Human Services (DHS) and local human services agencies do not discriminate on the basis of any of the following:

- race
- color
- national origin
- creed
- religion
- sexual orientation
- public assistance status
- marital status
- age
- disability
- sex (including sex stereotypes and gender identity)
- political beliefs

**Auxiliary Aids and Services:** Human services agencies provide auxiliary aids and services, like qualified interpreters or information in accessible formats, free of charge and in a timely manner to ensure an equal opportunity to participate in their programs. **Contact** your worker or agency's ADA Coordinator to get auxiliary aids and services.

**Language Assistance Services:** Human services agencies provide translated documents and spoken language interpreting, free of charge and in a timely manner, when language assistance services are necessary to ensure limited English speakers have meaningful access to information and services. **Contact** your worker or agency's LEP Coordinator to get language assistance services.

# Civil Rights Complaints

You have the right to file a discrimination complaint if you believe you were treated in a discriminatory way by a human services agency. You may contact any of the following four agencies directly to file a discrimination complaint.

## U.S. Department of Health and Human Services' Office for Civil Rights (OCR)

You have the right to file a complaint with the OCR, a federal agency, if you believe you have been discriminated against because of any of the following:

- race
- color
- national origin
- age
- disability
- sex

Contact the **OCR** directly to file a complaint:

Office for Civil Rights
U.S. Department of Health and Human Services
Midwest Region
233 N. Michigan Avenue, Suite 240
Chicago, IL 60601

Customer Response Center:
Toll-free: 800-368-1019
TDD Toll-free: 800-537-7697
Email: ocrmail@hhs.gov

## U.S. Department of Agriculture

**(Do Not Send Applications Here)**

In accordance with federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, this institution is prohibited from discriminating on the basis of race, color, national origin, sex (including gender identity and sexual orientation), religious creed, disability, age, political beliefs, or reprisal or retaliation for prior civil rights activity.

Program information may be made available in languages other than English. Persons with disabilities who require alternative means of communication to obtain program information (e.g., Braille, large print, audiotape, American Sign Language), should contact the agency (state or local) where they applied for benefits. Individuals who are deaf, hard of hearing or have speech disabilities may contact USDA through the Federal Relay Service at 800-877-8339.



**Keep this page.**

To file a program discrimination complaint, a Complainant should complete a Form AD-3027, USDA Program Discrimination Complaint Form which can be obtained online at: https://www.usda.gov/sites/default/files/documents/ad-3027.pdf, from any USDA office, by calling (833) 620-1071, or by writing a letter addressed to USDA. The letter must contain the complainant's name, address, telephone number, and a written description of the alleged discriminatory action in sufficient detail to inform the Assistant Secretary for Civil Rights (ASCR) about the nature and date of an alleged civil rights violation. The completed AD-3027 form or letter must be submitted to:

1. mail: Food and Nutrition Service, USDA
   1320 Braddock Place, Room 334
   Alexandria, VA 22314; or
2. fax: 833-256-1665 or 202-690-7442; or
3. email: FNSCIVILRIGHTSCOMPLAINTS@usda.gov

**(Do Not Send Applications Here)**

Please return to your local county or tribal human services office.

This institution is an equal opportunity provider.

## Minnesota Department of Human Rights (MDHR)

In Minnesota, you have the right to file a complaint with the MDHR if you believe you have been discriminated against because of any of the following:

- race
- color
- national origin
- religion
- creed
- sex
- sexual orientation
- marital status
- public assistance status
- disability

Contact the **MDHR** directly to file a complaint:

Minnesota Department of Human Rights
540 Fairview Avenue North, Suite 201
St. Paul, MN 55104
651-539-1100 (voice)
1-800-657-3704 (toll free)
711 or 1-800-627-3529 (MN Relay)
651-296-9042 (fax)
Info.MDHR@state.mn.us (email)

## DHS

You have the right to file a complaint with DHS if you believe you have been discriminated against in our health care programs because of any of the following:

- race
- color
- national origin
- creed
- religion
- sexual orientation
- public assistance status
- marital status
- age
- disability
- sex (including sex stereotypes and gender identity)
- political beliefs

Complaints must be in writing and filed within 180 days of the date you discovered the alleged discrimination. The complaint must contain your name and address and describe the discrimination you are complaining about. After we get your complaint, we will review it and notify you in writing about whether we have authority to investigate. If we do, we will investigate the complaint.

DHS will notify you in writing of the investigation's outcome. You have the right to appeal the outcome if you disagree with the decision. To appeal, you must send a written request to have DHS review the investigation outcome. Be brief and state why you disagree with the decision. Include additional information you think is important.

If you file a complaint in this way, the people who work for the agency named in the complaint cannot retaliate against you. This means they cannot punish you in any way for filing a complaint. Filing a complaint in this way does not stop you from seeking out other legal or administrative actions.

Contact **DHS** directly to file a discrimination complaint:

Civil Rights Coordinator
Minnesota Department of Human Services
Equal Opportunity and Access Division
P.O. Box 64997
St. Paul, MN 55164-0997
651-431-3040 (voice) or use your preferred relay service

DHS-5207-ENG 9-25

## Attachment A

# Agency Addresses

(Effective Date: September 2025)

**Aitkin County**
204 First Street NW
Aitkin, MN 56431-1291
218-927-7200 / 800-328-3744
Fax: 218-927-7210

**Anoka County**
Economic Assistance Department
1201 89th Ave NE, Suite 4200
Blaine, MN 55434
763-422-7200
Fax: 763-324-3620

**Becker County**
712 Minnesota Avenue
Detroit Lakes, MN 56501
218-847-5628
Fax: 218-847-6738

**Beltrami County**
616 America Ave NW
Bemidji, MN 56601
218-333-8300
Fax: 218-333-4150

**Benton County**
531 Dewey Street
Foley, MN 56329-0740
320-968-5087 / 800-530-6254
Fax: 320-968-5330

**Big Stone County**
340 2nd Street NW, PO Box 338
Ortonville, MN 56278-0338
320-839-2555
Fax: 320-839-3966

**Blue Earth County**
410 S 5th Street
Mankato, MN 56002-3526
507-304-4335
Fax: 507-304-4336

**Brown County**
1117 Center Street, PO Box 788
New Ulm, MN 56073-0788
507-359-6500 / 800-450-8246
Fax: 507-359-4146

**Carlton County**
14 N. 11th Street, Suite 100
Cloquet, MN 55720-0660
218-879-4583 / 800-642-9082
Fax: 218-878-2500

**Carver County**
602 East Fourth Street
Chaska, MN 55318-2102
952-361-1600
Fax: 952-361-1660

**Cass County**
PO Box 519
400 Michigan Avenue W
Walker, MN 56484-0519
218-547-1340
Fax: 218-547-1448

**Chippewa County**
719 N Seventh Street, Suite 200
Montevideo, MN 56265-1397
320-269-6401 / 877-450-6401
Fax: 320-269-6405

**Chisago County**
313 North Main Street, Rm 230
Center City, MN 55012-9665
651-213-5600
Fax: 651-213-5685

**Clay County**
715 North 11th Street, Suite 102
Moorhead, MN 56560-2095
218-299-5200 / 800-757-3880
Fax: 218-299-7106

**Clearwater County**
216 Park Avenue NW
Bagley, MN 56621-9500
218-694-6164 / 800-245-6064
Fax: 218-344-8136

**Cook County**
411 West Second Street
Grand Marais, MN 55604-2307
218-387-3620
Fax: 218-387-3020

**Cottonwood County**
DVHHS
11 Fourth Street, PO Box 9
Windom, MN 56101-0009
507-831-1891
Fax: 507-831-0126

**Crow Wing County**
204 Laurel Street, PO Box 686
Brainerd, MN 56401-0686
218-824-1250 / 888-772-8212
Fax: 218-824-1141

**Dakota County**
1 Mendota Road West, #100
West St. Paul, MN 55118-4765
651-554-5611
Fax: 651-554-5748

**Dept of Human Services**
Health Care Consumer Support
540 Cedar Street, PO Box 64252
St. Paul, MN 55164-0252
651-297-3862 / 800-657-3672
Fax: 651-431-7500

**Dodge County**
**MnPrairie**
22 Sixth Street East, Dept. 401
Mantorville, MN 55955
507-923-2900 / 888-850-9419
Fax: 507-635-6186

**Douglas County**
809 Elm Street, Suite 1186
Alexandria, MN 56308
320-762-2302
Fax: 320-762-3833

**Faribault County**
FMCHS
412 Nicollet Street North
Blue Earth, MN 56013
507-526-3265
Fax: 507-526-2039

**Fillmore County**
902 Houston Street NW, #1
Preston, MN 55965-1080
507-765-2175
Fax: 507-765-3895

**Freeborn County**
203 W Clark Street
Albert Lea, MN 56007-1246
507-377-5400
Fax: 507-377-5498

**Goodhue County**
426 West Avenue
Red Wing, MN 55066
651-385-3200
Fax: 651-267-4879

**Grant County**
Western Prairie Human Services
15 Central Avenue N, PO Box 1006
Elbow Lake, MN 56531-1006
218-685-8200 / 800-291-2827
Fax: 218-685-4978

**Hennepin County**
PO Box 107
Minneapolis, MN 55440-0107
612-596-1300 EZ Info line for Cash, Food or Medical Assistance
612-596-1900 for Emergency Assistance
612-596-8500 for business partners to contact Economic Supports
Fax: 612-288-2981

**Houston County**
304 S. Marshall Street, Rm 104
Caledonia, MN 55921-0310
507-725-5811
Fax: 507-725-3990

**Hubbard County**
205 Court Avenue
Park Rapids, MN 56470
218-732-1451 / 877-450-1451
Fax: 218-732-3231

**Isanti County**
1700 E Rum River Dr S, Suite A
Cambridge, MN 55008-2547
763-689-1711
Fax: 763-689-9877

**Itasca County**
1209 SE Second Avenue
Grand Rapids, MN 55744-3983
218-327-2941 / 800-422-0312
Fax: 218-327-5548

**Jackson County**
DVHHS
405 4th St. Building 4, PO Box 67
Jackson, MN 56143-0067
507-847-4000
Fax: 507-847-5616

**Kanabec County**
905 Forest Avenue East, #150
Mora, MN 55051-1316
320-679-6350
Fax: 320-679-6351

**Kandiyohi County**
2200 23rd Street NE, Suite 1020
Willmar, MN 56201-9423
320-231-7800 / 877-464-7800
Fax: 320-231-6285

**Kittson County**
410 South Fifth Street, Suite 100
Hallock, MN 56728
218-843-2689 / 800-672-8026
Fax: 218-843-2607

**Koochiching County**
1000 Fifth Street
Int'l Falls, MN 56649-2485
218-283-7000 / 800-950-4630
Fax: 218-283-7013

**Lac Qui Parle County**
911 8th Avenue, Suite 4
Madison, MN 56256-0007
320-598-7594
Fax: 320-598-7597

**Lake County**
616 Third Avenue
Two Harbors, MN 55616-1560
218-834-8400 / 800-450-8832
Fax: 218-834-8412

**Lake of the Woods County**
206 8th Avenue SE, Suite 200
Baudette, MN 56623
218-634-2642
Fax: 218-634-4520

**Le Sueur County**
88 South Park Avenue
Le Center, MN 56057-1646
507-357-8288
Fax: 507-357-6122

**Lincoln County**
SWHHS
319 North Rebecca St., PO Box 44
Ivanhoe, MN 56142
507-694-1452 / 800-657-3781
Fax: 507-694-1859

**Lyon County**
SWHHS
607 West Main Street, Suite 100
Marshall, MN 56258
507-537-6747 / 800-657-3760
Fax: 507-537-6088

**McLeod County**
520 Chandler Avenue North
Glencoe, MN 55336
320-864-3144 / 800-247-1756
Fax: 320-864-5265

**Mahnomen County**
103 N Main St.
Mahnomen, MN 56557-0460
218-935-2568
Fax: 218-935-5459

**Marshall County**
208 East Colvin Avenue, Suite 14
Warren, MN 56762-1695
218-745-5124 / 800-642-5444
Fax: 218-745-5260

**Martin County**
FMCHS
115 West First Street
Fairmont, MN 56031
507-238-4757
Fax: 507-238-1574



**Attachment - Keep this page.**

**Meeker County**
114 North Holcombe Ave, #180
Litchfield, MN 55355-2273
320-693-5300 / 877-915-5300
Fax: 320-693-5344

**Mille Lacs County**
525 Second Street SE
Milaca, MN 56353
320-983-8208 / 888-270-8208
Fax: 320-983-8306

**Morrison County**
213 SE First Avenue
Little Falls, MN 56345-3196
320-632-7800 / 800-269-1464
Fax: 320-632-0225

**Mower County**
201 1st Street NE, Suite 18
Austin, MN 55912-3405
507-437-9700
Fax: 507-437-9721

**Murray County**
SWHHS
3001 Maple Road, Suite 100
Slayton, MN 56172
507-836-6144 / 800-657-3811
Fax: 507-836-8841

**Nicollet County**
622 South Front Street
St. Peter, MN 56082-2106
507-934-8559
Fax: 507-934-8552

**Nobles County**
318 9th Street, PO Box 189
Worthington, MN 56187-0189
507-295-5213
Fax: 507-372-5094

**Norman County**
15 Second Avenue East, Room 108
Ada, MN 56510-1389
218-784-5400
Fax: 218-784-7142

**Olmsted County**
2117 Campus Drive SE, Suite 100
Rochester, MN 55904
507-328-6500
Fax: 507-328-7956

**Otter Tail County**
535 Fir Avenue W
Fergus Falls, MN 56537
218-998-8150
Fax: 218-998-8270

**Pennington County**
101 Main Avenue N
Thief River Falls, MN 56701-0340
218-681-2880
Fax: 218-683-7013

**Pine County**
635 Northridge Dr NW, Suite 220
Pine City, MN 55063
320-591-1570
Fax: 320-591-1601
**Or**
1602 Highway 23 N
Sandstone, MN 55072-5009
320-216-4100
Fax: 320-216-4101

**Pipestone County**
SWHHS
1091 North Hiawatha Avenue
Pipestone, MN 56164
507-825-6720 / 888-632-4325
Fax: 507-825-6727

**Polk County**
612 N Broadway, Room 302
Crookston, MN 56716
218-281-3127 / 877-281-3127
Fax: 218-281-3926
**Or**
1424 Central Avenue NE
East Grand Forks, MN 56721
218-773-2431 / 877-281-3127
Fax: 218-773-3602
**Or**
250 SW Cleveland Avenue
PO Box 100
McIntosh, MN 56556
218-435-1585 / 877-281-3127
Fax: 218-435-1552

**Pope County**
Western Prairie Human Services
211 East MN Avenue
Glenwood, MN 56334-1629
320-634-7755 / 800-291-2827
Fax: 320-634-0164

**Ramsey County**
160 East Kellogg Boulevard
St. Paul, MN 55101-1494
651-266-4444
Fax: 651-266-3942

**Red Lake County**
125 Edward Avenue SW
Red Lake Falls, MN 56750-0356
218-253-4131 / 877-294-0846
Fax: 218-253-2926

**Red Lake Nation**
**Oshkiimaajitahdah**
15525 Mendota Ave, PO Box 416
Redby, MN 56670
218-679-3350 / 888-404-0686
Fax: 218-679-4317

**Redwood County**
SWHHS
266 E Bridge Street
Redwood Falls, MN 56283
507-637-4050 / 888-234-1292
Fax: 507-637-4055

**Renville County**
105 S 5th Street, Suite 203H
Olivia, MN 56277
320-523-2202
Fax: 320-523-3565

**Rice County**
320 NW Third Street, #2
Faribault, MN 55021-0718
507-332-6115
Fax: 507-332-6247

**Rock County**
SWHHS
2 Roundwind Road, PO Box 715
Luverne, MN 56156-0715
507-283-5070
Fax: 507-283-5074

**Roseau County**
208 6th Street SW
Roseau, MN 56751-1451
218-463-2411 / 866-255-2932
Fax: 218-463-3872

**St. Louis County**
320 West 2nd Street
Duluth, MN 55802-1495
218-726-2101 / 800-450-9777
Fax: 218-733-2976
**Or**
201 S 3rd Avenue W, PO Box 1148
Virginia, MN 55792-1148
218-471-7137
Fax: 218-471-7123
**Or**
320 Miners Drive E
Ely, MN 55731-1402
218-365-8220
Fax: 218-365-8217
**Or**
1814 14th Avenue East
Hibbing, MN 55746-1314
218-312-8300
Fax: 218-312-8349

**Scott County**
Scott County Health and Human Services
200 4th Avenue West
Shakopee, MN 55379
952-445-7751
Fax: 952-496-8685

**Sherburne County**
13880 Business Center Drive
Elk River, MN 55330-4600
763-765-4000 / 800-433-5239
Fax: 763-765-4096

**Sibley County**
111 8th Street, PO Box 237
Gaylord, MN 55334-0237
507-237-4000
Fax: 507-237-4031

**Stearns County**
PO Box 1107
705 Courthouse Square
St. Cloud, MN 56302-1107
320-650-5839 / 800-450-3663
Fax: 320-656-6447

**Steele County**
**MnPrairie**
PO Box 890
630 Florence Ave
Owatonna, MN 55060
507-431-5600
Fax: 507-451-5947

**Stevens County**
400 Colorado Avenue, Suite 104
Morris, MN 56267-1235
320-208-6600 / 800-950-4429
Fax: 320-589-3972

**Swift County**
410 21st Street South, PO Box 208
Benson, MN 56215-0208
320-843-3160
Fax: 320-843-4582

**Todd County**
212 Second Avenue South
Long Prairie, MN 56347-1640
320-732-4500 / 888-838-4066
Fax: 320-732-4540

**Traverse County**
202 8th Street North, PO Box 46
Wheaton, MN 56296
320-422-7777 / 855-735-8916
Fax: 320-563-4230

**Wabasha County**
411 Hiawatha Drive E
Wabasha, MN 55981-1573
651-565-3351 / 888-315-8815
Fax: 651-565-3084

**Wadena County**
124 First Street SE
Wadena, MN 56482-1553
218-631-7605 / 888-662-2737
Fax: 218-631-7616

**Waseca County**
**MnPrairie**
1000 West Elm Ave
Waseca, MN 56093-2498
507-837-6600
Fax: 507-835-0566

**Washington County**
14949 62nd Street North
PO Box 30
Stillwater, MN 55082-0030
651-430-6455
Fax: 651-430-6605

**Watonwan County**
715 Second Avenue S, PO Box 31
St. James, MN 56081-0031
507-375-3294 / 888-299-5941
Fax: 507-375-7359

**White Earth Financial Services**
PO Box 100
Naytahwaush, MN 56566
218-935-2359 / 844-282-6580
Fax: 833-859-0386

**Wilkin County**
227 6th Street North
PO Box 369
Breckenridge, MN 56520-0369
218-643-7161
Fax: 218-643-7175

**Winona County**
202 West Third Street
Winona, MN 55987-3146
507-457-6500 / 844-317-8960
Fax: 507-454-9381

**Wright County**
3650 Braddock Ave NE, Suite 2100
Buffalo, MN 55313-3675
763-682-7400 / 800-362-3667
Fax: 763-682-8920

**Yellow Medicine County**
415 9th Avenue, Suite 202
Granite Falls, MN 56241
320-564-2211
Fax: 320-564-4165



**Attachment - Keep this page.**

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 3

DEPARTMENT OF HUMAN SERVICES

DHS-8107-ENG 9-25

# Household Update Form

| Office Use Only | | |
|---|---|---|
| DATE RECEIVED | CASE NUMBER | WORKER NUMBER |

- This form serves as your recertification for cash and SNAP programs only, not for health care programs. It asks for information about your household including changes since your last review or application. We will use this information to determine whether you are still eligible for assistance, or if your benefits need to be changed.
- Please answer all questions. Sign and date this form and return it to your county agency or Tribal Nation.

## 1. Name and address

| | | | | | |
|---|---|---|---|---|---|
| **PERSON 1** FIRST NAME | MI | LAST NAME | | | DATE OF BIRTH |
| PHONE NUMBER | EMAIL ADDRESS (optional) | | | | SOCIAL SECURITY NUMBER |
| STREET ADDRESS | APT#/LOT# | CITY | STATE | ZIP CODE | COUNTY |
| MAILING ADDRESS (if different) | | CITY | STATE | ZIP CODE | COUNTY |
| LAST SCHOOL GRADE COMPLETED | U.S. CITIZEN OR U.S. NATIONAL? ◯ No ◯ Yes | ETHNICITY (optional) Hispanic? ◯ No ◯ Yes | | RACE (optional)* | MARITAL STATUS |

How can we send you updates and reminders about your case in the future? By checking here, you consent to receive electronic updates: ◯ Text me ◯ Email me

## 2. Has anyone moved in or out of your home since your last review or application?

◯ No ◯ Yes – fill in the information

| | | | | |
|---|---|---|---|---|
| **PERSON 2** FIRST NAME | MI | LAST NAME | DATE OF BIRTH | RELATIONSHIP TO YOU |
| LAST SCHOOL GRADE COMPLETED | SOCIAL SECURITY NUMBER | U.S. CITIZEN OR U.S. NATIONAL? ◯ No ◯ Yes | ETHNICITY (optional) Hispanic? ◯ No ◯ Yes | RACE (optional)* |
| **PERSON 3** FIRST NAME | MI | LAST NAME | DATE OF BIRTH | RELATIONSHIP TO YOU |
| LAST SCHOOL GRADE COMPLETED | SOCIAL SECURITY NUMBER | U.S. CITIZEN OR U.S. NATIONAL? ◯ No ◯ Yes | ETHNICITY (optional) Hispanic? ◯ No ◯ Yes | RACE (optional)* |
| **PERSON 4** FIRST NAME | MI | LAST NAME | DATE OF BIRTH | RELATIONSHIP TO YOU |
| LAST SCHOOL GRADE COMPLETED | SOCIAL SECURITY NUMBER | U.S. CITIZEN OR U.S. NATIONAL? ◯ No ◯ Yes | ETHNICITY (optional) Hispanic? ◯ No ◯ Yes | RACE (optional)* |
| **PERSON 5** FIRST NAME | MI | LAST NAME | DATE OF BIRTH | RELATIONSHIP TO YOU |
| LAST SCHOOL GRADE COMPLETED | SOCIAL SECURITY NUMBER | U.S. CITIZEN OR U.S. NATIONAL? ◯ No ◯ Yes | ETHNICITY (optional) Hispanic? ◯ No ◯ Yes | RACE (optional)* |

| **PERSON 6** FIRST NAME | MI | LAST NAME | DATE OF BIRTH | RELATIONSHIP TO YOU |
|---|---|---|---|---|
| | | | | |

| LAST SCHOOL GRADE COMPLETED | SOCIAL SECURITY NUMBER | U.S. CITIZEN OR U.S. NATIONAL? | ETHNICITY (optional) | RACE (optional)* |
|---|---|---|---|---|
| | | ◯ No ◯ Yes | Hispanic? ◯ No ◯ Yes | |

| **PERSON 7** FIRST NAME | MI | LAST NAME | DATE OF BIRTH | RELATIONSHIP TO YOU |
|---|---|---|---|---|
| | | | | |

| LAST SCHOOL GRADE COMPLETED | SOCIAL SECURITY NUMBER | U.S. CITIZEN OR U.S. NATIONAL? | ETHNICITY (optional) | RACE (optional)* |
|---|---|---|---|---|
| | | ◯ No ◯ Yes | Hispanic? ◯ No ◯ Yes | |

| **PERSON 8** FIRST NAME | MI | LAST NAME | DATE OF BIRTH | RELATIONSHIP TO YOU |
|---|---|---|---|---|
| | | | | |

| LAST SCHOOL GRADE COMPLETED | SOCIAL SECURITY NUMBER | U.S. CITIZEN OR U.S. NATIONAL? | ETHNICITY (optional) | RACE (optional)* |
|---|---|---|---|---|
| | | ◯ No ◯ Yes | Hispanic? ◯ No ◯ Yes | |

*RACE CODES (choose all that apply)

**A** – Asian **B** – Black or African American **N** – American Indian or Native Alaskan **P** – Pacific Islander or Native Hawaiian **W** – White

**2a. Does everyone in your household buy, fix or eat food with you?** ◯ Yes ◯ No

## 3. Does anyone in your household have assets?

◯ No ◯ Yes – list all assets (including cash, bank account, debit account, Reliacard account, money market account, certificate of deposit, stocks, bonds, pension, retirement account, car, truck, van, camper, motorcycle, trailer, boat). **Send proof** only if the total value of all assets is more than $9,800.

| Owner(s) name | Type | Value or amount in account |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## 4. Does anyone in the household have a job or expect to get income from a job this month or next month?

◯ No ◯ Yes – fill in the information and **send proof**. Proof can be copies of checks or pay stubs from the last 30 days

| EMPLOYEE NAME | HOURLY WAGE |
|---|---|
| | |

| HOW MANY HOURS DO YOU WORK PER WEEK | EMPLOYER/BUSINESS NAME |
|---|---|
| | |

| EMPLOYEE NAME | HOURLY WAGE |
|---|---|
| | |

| HOW MANY HOURS DO YOU WORK PER WEEK | EMPLOYER/BUSINESS NAME |
|---|---|
| | |

***Note:*** Include income from Work Study and paid internships. Include free benefits or reduced expenses received for work (shelter, food, clothing, etc.).

## 5. Is anyone in the household self-employed or does anyone expect to get income from self-employment this month or next month?

◯ No ◯ Yes – fill in the information and **send proof**. Proof can be copies of checks or pay stubs from the last 30 days

| GROSS MONTHLY EARNINGS |
|---|
| |

Examples:
- Product sales
- Farming
- Property rental
- Conservation Reserve Program (CRP)
- Paper route
- Driver
- In-home day care
- Delivery services
- Personal services
- Roomers/boarders
- Other

## 6. Does anyone in your household get money or expect to get money from sources other than work?

Include:
- Social Security (RSDI)***
- Supplemental Security Income (SSI)***
- Child or spousal support
- Unemployment
- Workers' compensation
- Veterans' benefits
- Retirement or pension
- Public assistance
- Rental income
- Annuities
- Trusts
- Interest or dividends
- Contract for deed
- Tribal payments
- Any other payments

◯ No ◯ Yes – fill in the information and **send proof**. Proof can be copies of checks or benefit statements from the last 30 days

| Name | Type of income | Start date | Amount | How often received |
|---|---|---|---|---|
| | | | | ◯ Weekly ◯ Bi-weekly ◯ Semi-monthly ◯ Once a month |
| | | | | ◯ Weekly ◯ Bi-weekly ◯ Semi-monthly ◯ Once a month |
| | | | | ◯ Weekly ◯ Bi-weekly ◯ Semi-monthly ◯ Once a month |
| | | | | ◯ Weekly ◯ Bi-weekly ◯ Semi-monthly ◯ Once a month |

*** The agency will verify this income for you.

## 7. Have your shelter and/or utility costs changed since your last review or application?

◯ No ◯ Yes – fill in the information and **send proof** of each expense. For example: rent, mortgage payment, or utility bill or receipt.

| Expense | Amount | How often? |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

RENT OR MORTGAGE PAYMENT

CHECK THE UTILITIES YOU PAY:
☐ Heat/Air Conditioning ☐ Electricity ☐ Telephone

DO YOU RECEIVE A RENTAL SUBSIDY?
◯ No ◯ Yes – what is the amount? ____________ /month

Did anyone in your household receive LIHEAP (energy assistance) of more than $20 in the past 12 months?
◯ No ◯ Yes

## 8. Does anyone in your household pay court-ordered child or medical support?

◯ No ◯ Yes – fill in the information and **send proof**. Proof can be a copy of the court order.

| **NAME OF PERSON PAYING** FIRST NAME | MI | LAST NAME | MONTHLY AMOUNT | CURRENTLY PAYING |
|---|---|---|---|---|
| | | | | ◯ No ◯ Yes |

## 9. Do you or anyone living with you have costs for care of a child(ren) or an ill or disabled adult because you or they are working, looking for work, or going to school?

◯ No ◯ Yes

| **NAME OF PERSON PAYING** FIRST NAME | MI | LAST NAME | MONTHLY AMOUNT | CURRENTLY PAYING |
|---|---|---|---|---|
| | | | | ◯ No ◯ Yes |

## 10. Does anyone in your household have changes to health care expenses, or new expenses?

◯ No ◯ Yes – send copies of the following medical bills you or your family have to your worker:

- Medical bills for services you and all family members received
- Medical bills that were not paid by Medical Assistance (MA) or were not paid in full by other insurance
- Premiums for health insurance, MinnesotaCare or Medicare
- Copays for prescriptions
- Cost of transportation to get medical care
- Anticipated medical bills
- Medical bills that you have already given to your worker but you still have an unpaid balance

## 11. Does anyone in your household have or expect to get any loans, scholarships or grants for attending school?

◯ No ◯ Yes

| WHO? |
|---|
| |

## 12. For Minnesota Supplemental Aid (MSA) recipients: do you have any of the following expenses?

☐ Representative Payee fees
☐ Guardian or conservator fees
☐ Physician-prescribed special diet
☐ High housing costs

## 13. Other changes

Do you or anyone living with you have any other changes to report? ◯ Yes ◯ No

*(Examples of things you may be required to report: Starting a new job, stopping work, starting or stopping school, selling or giving away assets, court ordered community service, marriage, immigration, citizenship, changes to an authorized representative, or disability status.)*

| WHO? | DATE OF CHANGE |
|---|---|
| EXPLAIN THE CHANGE | |

1. Has a court or any other civil or administrative process in Minnesota or any other state found anyone in the household guilty or has anyone been disqualified from receiving public assistance?
   ◯ No ◯ Yes – list the household member(s): ______
2. Has anyone in the household been convicted of making fraudulent statements about their place of residence to get SNAP benefits from more than one state?
   ◯ No ◯ Yes – list the household member(s): ______
3. Is anyone in your household hiding or running from the law to avoid prosecution, being taken into custody, or to avoid going to jail for a felony?
   ◯ No ◯ Yes – list the household member(s): ______
4. Has anyone in your household been convicted of a drug felony in the past 10 years?
   ◯ No ◯ Yes – list the household member(s): ______
5. Is anyone in your household currently violating a condition of parole, probation or supervised release?
   ◯ No ◯ Yes – list the household member(s): ______

## Contact your worker if you want to apply for someone in your household who is not already getting SNAP, cash, or other assistance.

The Department of Human Services may send you text and/or email messages to communicate with you about your renewal. You will be responsible for any message or data charges from your service provider associated with text messaging. You may opt-out of and stop receiving text messages at any time by replying with "STOP" to a text message, or following the unsubscribe link on the email message.

## This is important information you must read before signing.

I understand that my benefits may stop or change because of the information I give on this form. I understand that changes may be made to my benefits without 10 days advance notice. However, a written notice will be sent to me no later than the effective date of change.

## Telling the Truth

I declare that, under penalty of perjury, all parts of this form are true and correct statements, to the best of my knowledge. I understand what happens to people convicted of perjury (not telling the truth). They may be sentenced to prison for up to five years, to a fine up to $10,000, or both.

| PERSON 1 SIGNATURE | PHONE NUMBER | DATE |
|---|---|---|
| PERSON 2 SIGNATURE | PHONE NUMBER | DATE |
| SIGNATURE OF PERSON ACTING ON YOUR BEHALF (AUTHORIZED REPRESENTATIVE) | PHONE NUMBER | DATE |

**Be sure to sign and date the form.**

**Use this space if you need additional room**

The Supplemental Nutrition Assistance Program (SNAP) helps low income Minnesotans get the food they need for sound nutrition and well-balanced meals. SNAP benefits are issued on an Electronic Benefit Transfer (EBT) card.

## SNAP penalty warnings

**If you get SNAP benefits, you must follow these rules:**

- **Do not give false information** or hide information to get or continue to get SNAP benefits. If you get SNAP benefits and give false information or hide information about your identity and/or residence to get multiple benefits for the same period of time, you may be barred for 10 years.
- **Do not trade or sell SNAP benefits** or EBT access cards. **The trade or sale of benefits valued at over $500 may result in permanent ineligibility.**
- **Do not use SNAP benefits to buy ineligible items**, such as alcohol and tobacco.
- **Do not use someone else's EBT access card(s)** to get SNAP benefits for your household.

The state may bar household members who break any of these rules from SNAP. For SNAP, the bar lasts one year for the first fraud, two years for the second fraud and is permanent for the third fraud.

You can also be prosecuted for fraud if you break the rules, and additional fines and penalties may apply. For the SNAP program, the maximum penalty is a fine of $250,000 or a jail term of 20 years, or both.

**Special SNAP penalty warning:** If a federal, state or local court finds you or any household member guilty of giving or receiving SNAP benefits in exchange for:

- **Controlled substance**s, that household member will be barred from getting SNAP for 24 months for the first offense and permanently for the second offense
- **Firearms, ammunition or explosives**, that household member will be barred from getting SNAP permanently.

If you admit committing a drug felony in the past 10 years, the county agency may ask you to take random drug tests. The first time you fail a drug test, the county agency will reduce your household's SNAP benefits by 30 percent. If you fail the test a second time, you will be permanently disqualified.

**NOTE:** If you sign this application as an authorized representative of a person who is requesting or receiving assistance, you are agreeing to assume all of the responsibilities listed above on behalf of that person.

## Important Information

### Do you have to answer the questions we ask?

You do not have to give us your personal information. Without the information, we may not be able to help you. If you give us wrong information on purpose, you can be investigated and charged with fraud.

### Denial or changes

The state may deny or change your SNAP assistance because of information you give on the application. The state may make changes without giving you 10 days advance notice for SNAP. The state will send you written notice no later than the effective date of the change for cash assistance and no later than the date you receive or would receive your SNAP benefits.

Household members may choose not to apply. The amount of SNAP benefits will depend on the number of people who apply. The Social Security number and citizenship or immigration questions do not need to be completed for those who do not apply. Household members who do apply must provide this information. Household members who are not applying must give information on their income and, in some cases, assets because this information is needed to see if the persons who are applying can get help.

### Social Security numbers (SSN)

For most programs, you must provide a Social Security number (SSN) for each household member applying for benefits.* If you need a SSN we can help you apply for one. The state uses your SSN:

- To check identity, prevent duplicate participation and to make mass changes
- To determine eligibility for programs such as SNAP, family cash assistance, and the school lunch program
- For program reviews and audits to determine household eligibility, including fraud investigations
- To coordinate with other programs or state agencies to provide more effective and meaningful services to you.

**Keep this page for your records.**

## Immigration

All immigration information you give to us is private. We use it to see if you can get help. We only share it when the law allows it or requires it. In most cases, applying will not affect your immigration status.

You do not have to give us your immigration information if you are:

- Only helping someone else apply
- Applying for your children or other household members, but not yourself.

## Non-citizen applicants

To get help from most public assistance programs, you must be in the United States (U.S.) legally. Members of your household who are not citizens and are applying for help must show proof of their immigration status. Give a copy of both sides of immigration cards or other documents that show immigration status for every household member who is not a U.S. citizen and who is applying for help. You can apply and get help for other household members, even if you are not applying or if you are not eligible because of immigration status.

For non-citizen members of your household who apply and are eligible for help, your worker may do a computer match with the U.S. Citizenship and Immigration Services (USCIS) to confirm the immigration status documents you give us are valid.

We will not share information about you with the USCIS without your permission. If you would like more information or would like to know what the agency might tell or ask the USCIS, talk to your worker.

## Domestic violence and vulnerable adults

Violence or abuse is what someone says or does to make you feel afraid or to control you. People who are elderly, frail, have a disability, or who depend on others for assistance may not be able to protect themselves from domestic violence or abuse. Minnesota has a law to protect and assist adults who are vulnerable to abuse or who are not able to care for themselves. The law can help vulnerable adults get the protection and safety that they need.

## Domestic violence

For more information on domestic violence, read the "Domestic Violence Information brochure" (DHS-3477). If domestic violence makes it hard for you to follow program rules, talk to your worker. If you are in danger from domestic violence and need help, call the National Domestic Violence hotline at 1-800-799-7233; 1-800-787-3224 (TTY) or Minnesota Coalition for Battered Women at 1-866-223-1111.

## Vulnerable adults

To report suspected maltreatment of a vulnerable adult call the Minnesota Adult Abuse Reporting Center at 1-844-880-1574.

* The collection of this information, including the social security number (SSN) of each household member, is authorized under the Food Stamp Act of 1977, as amended, 7 U.S.C. 2011-2036. The information will be used to determine whether your household is eligible or continues to be eligible to participate in the Food Stamp Program. We will verify this information through computer matching programs. This information will also be used to monitor compliance with program regulations and for program management. This information may be disclosed to other Federal and State agencies for official examination, and to law enforcement officials for the purpose of apprehending persons fleeing to avoid the law. If a food stamp claim arises against your household, the information on this application, including all SSNs, may be referred to Federal and State agencies, as well as private claims collection agencies, for claims collection action. Providing the requested information, including the SSN of each household member, is voluntary. However, failure to provide an SSN will result in the denial of food stamp benefits to each individual failing to provide an SSN. Any SSNs provided will be used and disclosed in the same manner as SSNs of eligible household members.

**Keep this page for your records.**

**For help filling out this application, contact your county human services office or call the number below.**




## Get help with the food you need.
## Call the Minnesota Food HelpLine today!

# 1-888-711-1151

**A quick call is all it takes to find out if you qualify for SNAP or to find a food shelf near you.**

**Call today for more information.**

**NO ENGLISH**

**TRS: 711**

ATTENTION: If you speak English, free language assistance services are available to you free of charge and without unnecessary delay. Additionally, appropriate auxiliary aids and services to provide information in accessible formats are available free of charge and in a timely manner. Please call the number above or speak to your provider. English

ማሳሰቢያ፡- አማርኛ ተናጋሪ ከሆኑ ፤ ነጻ የቋንቋ ድጋፍ አገልግሎቶች ካለምንም ክፍያ እና ካለአላስፈላጊ? መዘግየት ማግኘት ይችላሉ። በተጨማሪም መረጃን በቀላሉ ለማግኘት በሚያስችል ቅርጸት ለማቅረብ ተገቢ የሆኑ የመስማት ድጋፍ እና አገልግሎቶች ከክፍያ ነጻ በሆነ እና ግዜውን በጠበቀ መልኩ ማግኘት ይችላሉ። እባክዎ ከላይ ባለው ቁጥር ይደውሉ ወይም አቅራቢዎን ያነጋግሩ። Amharic

تنبيه: نقدم لمتحدثي اللغة العربية خدمات مساعدة لغوية مجانية وفورية، بالإضافة إلى وسائل وخدمات مساعدة مناسبة، وبصيغة معلومات سهلة بدون تكلفة وبشكل سريع. يرجى التواصل على الرقم الموضح أعلاه أو مراجعة مقدم الخدمة المباشرة. Arabic

মনোযোগ: আপনি যদি বাংলায় কথা বলেন, তাহলে আপনার জন্য ভাষা সহায়তা পরিষেবা বিনামূল্যে এবং অপ্রয়োজনীয় বিলম্ব ছাড়াই পাওয়া যায়। এছাড়াও, একটি সহজলভ্য ফর্ম্যাটে তথ্য প্রদানের জন্য উপযুক্ত সহায়ক সরঞ্জাম এবং পরিষেবা বিনামূল্যে এবং সময়োপযোগীভাবে পাওয়া যায়। উপরের নম্বরে কল করুন অথবা আপনার প্রোভাইডারের সাথে কথা বলুন। Bengali

သတိပြုရန် – အကယ်၍ သင်သည် မြန်မာဘာသာစကား ပြောဆိုသူဖြစ်လျှင် အခမဲ့ ဘာသာစကားဆိုင်ရာ ပံ့ပိုးထောက်ပံ့ပေးမှု ဝန်ဆောင်မှုများအား မလိုအပ်သည့် နှောင့်နှေးကြန့်ကြာမှုများ မရှိစေဘဲ သင် အခမဲ့ ရရှိနိုင်မည် ဖြစ်သည်။ ထို့ပြင် အချက်အလက်များအား အလွယ်တကူ ဝင်ရောက်ရယူနိုင်စေသော ဖောမတ်ပုံစံများဖြင့် ထောက်ပံ့ပေးထားသည့် သက်ဆိုင်ရာ ဖြည့်စွက် ထောက်ပံ့မှုများနှင့် ဝန်ဆောင်မှုများကိုလည်း အခမဲ့၊ အချိန်မီ ရရှိနိုင်စေရန် စီမံပေးထားပါသည်။ ကျေးဇူးပြု၍ အထက်ဖော်ပြပါ ဖုန်းနံပါတ်သို့ ခေါ်ဆိုပါ သို့မဟုတ် သင်၏ ထောက်ပံ့သူဖြင့် ပြောဆိုဆွေးနွေးပါ။ မြန်မာဘာသာစကား Burmese

យកចិត្តទុកដាក់៖ ប្រសិនបើអ្នកនិយាយភាសាខ្មែរ (ខ្មែរ)
សេវាកម្មជំនួយភាសាឥតគិតថ្លៃមានផ្តល់ជូនអ្នកដោយមិនគិតថ្លៃ និងដោយគ្មានការពន្យារពេលមិនចាំបាច់ឡើយ។
លើសពីនេះ ជំនួយ និងសេវាកម្មដែលសមស្របក្នុងការផ្តល់ព័ត៌មានក្នុងទម្រង់ដែលអាចចូលប្រើ
បានគឺអាចរកបានដោយឥតគិតថ្លៃ និងទាន់ពេលវេលា។ សូមហៅទូរសព្ទទៅលេខខាងលើ
ឬនិយាយជាមួយអ្នកផ្តល់សេវារបស់អ្នក។ ភាសាខ្មែរ (ខ្មែរ) Cambodian (Khmer)

注意：如果您　說簡體中文，您可以免費獲得語言協助服務，且不會有　不必要的延誤。此外，還能免費及時獲取以無障礙格式提供資訊的適當輔助　工具和服務。請撥打上面的電話號碼，或與您的服務提供商溝通。
Cantonese (Traditional Chinese)

Á, DÉ YAWÁ PO! Dakhód'iyaye héčiŋhaŋ, iyápi-wóokiye išíčhona yaŋké. Ka nakúŋ wanáȟ'uŋpi-wóokiye išíčhona yaŋké. Héčhed wónaȟ'uŋ kiŋ iyóhiphiča dó. Wóokiye kiŋ dená išíčhona ičúphiča naháŋ yuthéhaŋšniyaŋ ičúphiča dó. Wičhóiye kiŋ dená iwáŋkab, wóiyawa waŋ yaŋké kiŋ mas'ákiphapi na wóokiye-wičháša kičhí wóhdaka po. Dakota

PAUNAWA: Kung nagsasalita ka ng Filipino, ang mga libreng serbisyo ng tulong sa wika ay magagamit sa iyo nang walang bayad at walang hindi kinakailangang pagkaantala. may mga angkop na pantulong na kagamitan at serbisyo upang maibigay ang impormasyon sa naaangkop na anyo, nang libre at sa tamang oras. Mangyaring tawagan ang numero sa itaas o makipag-usap sa iyong provider. Filipino

**Keep this page for your records.**

**NO ENGLISH**

# TRS: 711

ATTENTION: Si vous parlez français, des services d'assistance linguistique gratuits sont à votre disposition, sans frais et sans délai. En outre, des aides et services auxiliaires appropriés pouvant fournir des informations dans des formats accessibles sont disponibles gratuitement et rapidement. Veuillez appeler le numéro ci-dessus ou contacter votre fournisseur. French

સાવધાન: જો તમે ગુજરાતી બોલો છો, તો ભાષા સહાયની મફત સેવાઓ તમારા માટે નિ:શુલ્ક અને બિનજરૂરી વિલંબ વગર ઉપલબ્ધ છે. વધુમાં, સુલભ પ્રારૂપમાં માહિતી પ્રદાન કરવા માટે યોગ્ય સહાયક મદદ અને સેવાઓ નિ:શુલ્ક અને સમયસર ઉપલબ્ધ છે. કૃપા કરીને ઉપરના નંબર પર કૉલ કરો અથવા તમારા પ્રદાતા સાથે વાત કરો. Gujarati

ध्यान दें: यदि आप हिंदी बोलते हैं, तो आपके लिए निशुल्क भाषा सहायता सेवाएँ निशुल्क और बिना किसी अनावश्यक देरी के उपलब्ध हैं। इसके अतिरिक्त, सुलभ परारूपों में जानकारी पर्दान करने के लिए उपयुक्त सहायक साधन और सेवाएँ निशुल्क और समय पर उपलब्ध हैं। कृपया ऊपर दिए गए नंबर पर कॉल करें या अपने पर्दाता से बात करें। Hindi

CEEB TOOM: Yog koj hais lus Hmoob, muaj kev pab txhais lus dawb rau koj siv. Koj tsis tas them nqi thiab yuav tsis qeeb. Kuj muaj cuab yeej thiab kev pab los pab koj nyeem cov ntaub ntawv kom yooj yim nkag siab. Koj hu tau rau tus xov tooj saum toj no lossis nrog koj tus kws kho mob tham. Hmong

ဟ်သူဉ်ဟ်သး– နမ့်ၢကတိၤကညီကျိာ်အဃိ, နမၤန့ၢ် ကျိာ်တၢ်ဆီဉ်ထွဲမၤစၢၤ လၢတလၢာ်ဘူဉ်လၢာ်စ့ၤ ဒီးတအိဉ်ဒီး တၢ်မၤယံာ်မၤနီၢ်သးဘဉ်နဉ်လီၤ. အါန့ၢ်အနှဉ်, တၢ်အိဉ်စ့ၢ်ကီးဒီး တၢ်မၤစၢၤတၢ်နၢ်ပှၢ်ဒီး တၢ်မၤစၢၤတၢ်မၤတဖဉ် လၢကဟ့ဉ်တၢ်ဂ့ၢ်တၢ်ကျိၤ လၢပှၤအါဂၤနၢ်ပၢၢ်အီၤသ့ လၢတအိဉ်ဒီးအဘူးအလဲ ဒီးချူးဆၢချူးကတီၢ်နဉ်လီၤ. ဝံသးစူၤ ကိးနီၣ်ဂံၢ်လၢထး မ့တမ့ၢ် တဲသကိးတၢ်ဒီး ပှၤလၢအဟ့ဉ်နၤတၢ်မၤစၢၤ တက့ၢ်. ကညီကျိာ် Karen

안내: 한국어를 사용하시는 분께는 언어 지원 서비스를 무료로, 지체 없이 제공해 드립니다. 또한, 정보 접근성을 위한 적절한 보조 기구 및 서비스가 무료로, 시의적절하게 제공됩니다. 위에 있는 번호로 전화하시거나 담당자에게 말씀해 주십시오. Korean

ئاگاداری: ئەگەر تۆ بە زمانی کو ردی سۆرانی قسە دەکەیت، ئەوا خزمەتگوزاری هاوکاریی زمان بە بێبەرامبەر و بەبێ دواکەوتنی ناپێویست لەبەردەستتدایە. جگە لەوەش، هاوکاری و خزمەتگوزارییە یارمەتیدەرە گونجاوەکان بۆ دابینکردنی زانیاری بە شێوەی گونجاو بەبێ بەرامبەر و هاوکات بەردەستن. تکایە پەیوەندی بەو ژمارەیە ی سەرەوە بکە یان لەگەڵ دابینکەرەکەتدا قسە بکەن.
کوردی سۆرانی Kurdish Sorani

BALDARÎ: Heke hûn bi Kurdîya Kurmancî diaxivin, xizmetên alîkarîya ziman bêpere û bêyî derengmayîneke nehewce ji we re peyda dibin. Her wiha, hevkariyên guncaw û karûbarên alîkar bêpere û di heman demê de ji bo dabînkirina agahdariya guncaw hene. Ji kerema xwe bi jimareya jorîn re telefon bikin an jî bi dabînkerê xwe re biaxivin. Kurdish Kurmanji

Á, LÉ YAWÁ PO! Lakȟól'iyaye héči, iyápi-wóokiye išíčhola yaŋké. Naháŋ nakúŋ wanáȟ'uŋpi-wóokiye išíčhola yaŋké. Héčhel wónaȟ'uŋ kiŋ iyóhiphiča yeló. Wóokiye kiŋ lená išíčhola ičúphiča naháŋ yutȟéhaŋšniyaŋ ičúphiča yeló. Wičhóiye kiŋ lená iwáŋkab, wóiyawa waŋ yaŋké kiŋ mas'ákipȟapi na wóokiye-wičháša kičhí wóglaka po. Lakota

**Keep this page for your records.**

**NO ENGLISH**

**TRS: 711**

ໝາຍເຫດ: ຖ້າທ່ານເວົ້າພາສາລາວ, ທ່ານຈະໄດ້ຮັບບໍລິການຊ່ວຍເຫຼືອດ້ານພາສາໂດຍບໍ່ເສຍຄ່າ ແລະ ບໍ່ມີການລັກຊ້າທີ່ບໍ່ຈຳເປັນ. ນອກຈາກນັ້ນ, ເຄື່ອງມືຊ່ວຍເຫຼືອແລະ ບໍລິການເສີມທີ່ເໝາະສົມເພື່ອໃຫ້ຂໍ້ມູນໃນຮູບແບບທີ່ເຂົ້າເຖິງໄດ້ໂດຍບໍ່ເສຍຄ່າໃຊ້ຈ່າຍ ແລະ ທັນເວລາ. ກະລຸນາໂທຫາເບີໂທລະສັບຂ້າງເທິງ ຫຼື ສົນທະນາກັບຜູ້ໃຫ້ບໍລິການຂອງທ່ານ. Lao

注意：如果您说简体中文，您可以免费获得语言协助服务，且不会有不必要的延误。此外，还能免费及时获取以无障碍格式提供信息的适当辅助工具和服务。请拨打上面的电话号码，或与您的服务提供商沟通。
Mandarin (Simplified Chinese)

PALƐ RƆ PINY: Mi ruaci kɛ thok Nuärä, luäk mi lɔr kɛ kuic thuok kɛnɛ lät tin jiëkɛ tëë thin baaŋ a thiɛl mi yuɔr kɛ piny kä thiɛlɛ mi gaal jɛ. Min dëë nyɔk kɛ mat thin, ɛ luäk mi dɔdiɛn kɛnɛ lät tin kɔkiɛn tin nööŋ kɛ läri kɛ duɔp min jiëkɛ kɛɛ tëë kɛ thin baaŋ thilɛ mi yuɔrkɛ piny kɛ kuicdiɛn kɛ guath mi gɔa. Mi nhɔk i jɛ yɔtni nämbär ɛmɔ tëë nhial ɔ ikä kiɛ ruacni kɛ ram min luäkdu. Nuer

MAH BIZ'SIN'DAN: Keesh'pin, keen Ojibwe'mo, kaa'ween ina'gin'de wiiji'kaa'kii'ki'do miina'waa ke'nebe-naa'ta'maw chi'nis'too'ta'man noon'goom. Da'kon'an, wee'chi'ma'zinaa'beke'webene'kan'an ozhe'che'kan miina'waa kinah ozhee'bee'geh ma'zenah'egan'an kaa'ween ina'gin'de miina'waa da'daa'ta'be'bee'an. Da'gah'na'sa ka'noozh aseh'ge'beh'egan ish'peh'meng ge'maa kee'kidoon wii'doo'kaa'geh. Ojibwe

HUBADHAA: Yoo Afaan Oromoo dubbattu ta'e, tajaajila gargaarsa turjumaana afaanii biliisaan akkasumas turtii barbaachisaa hin taane hambisu danda'u isiniif dhihaatee jira. Dabalataanis, odeeffannoo haala salphaan argamuu danda'an dhiyeessuuf gargaarsa fi tajaajiloota deeggarsaa qama midhamtootaaf mijatoo ta'an, kaffaltii tokko malee fi yeroo isaa eeggatee kennamu dhihaatee jira. Odeeffanno dabalataaf lakkoofsa armaan oliitti fayyadamuun namoota gargaarsa kana isiniif kennan qunnamaa. Oromo

ATENÇÃO: Se fala português, tem à sua disposição serviços de assistência linguística gratuitos e sem demoras desnecessárias. Além disso, estão disponíveis, gratuitamente e numa forma atempada, ajudas e serviços auxiliares adequados para fornecer informações em formatos acessíveis. Por favor, contacte o número acima ou fale com o seu prestador de serviços. Portuguese

ВНИМАНИЕ: Если вы разговариваете на русском языке, воспользуйтесь услугами языковой поддержки бесплатно и без лишних проволочек. Также бесплатно и незамедлительно предоставляются соответствующие вспомогательные средства и услуги по обеспечению информацией в доступных форматах. Позвоните по указанному выше номеру или обратитесь к своему поставщику услуг. Russian

PAŽNJA: Ako govorite srpski, besplatne usluge jezičke pomoći su vam dostupne besplatno i bez nepotrebnog odlaganja. Pored toga, odgovarajuća pomoćna sredstva i usluge za pružanje informacija u pristupačnim formatima dostupne su besplatno i blagovremeno. Molimo vas da pozovete gore navedeni broj ili razgovarate sa vašim pružateljem usluga. Serbian

FIIRO GAAR AH: Haddii aad ku hadasho Soomaali, waxaa si bilaash ah kuugu diyaar ah adeegyada caawinada luuqadeed oo aan lahayn daahitaan aan munaasib ahayn. Intaas waxaa dheer, waxaa la heli karaa adeegyada iyo kaabitaanka naafada ee haboon si macluumaadka loogu bixiyo qaabab la adeegsan karo oo bilaash ah laguna bixinayo waqqigeeda. Fadlan wac lambarka kore ama la hadal adeegbixiyahaaga. Somali

**Keep this page for your records.**

**NO ENGLISH**

**TRS: 711**

ATENCIÓN: si habla español, tiene a su disposición los servicios gratuitos de traducción sin costo alguno y sin demoras innecesarias. Además, se encuentran disponibles de forma gratuita y oportuna ayuda y servicios auxiliares adecuados con el fin de brindarle información en formatos accesibles. Llame al número indicado anteriormente o hable con su proveedor. Spanish

ZINGATIO: Ikiwa unazungumza Kiswahili, huduma za msaada wa lugha zinapatikana kwa ajili yako bila malipo na bila ucheleweshaji usio wa lazima. Aidha, vifaa saidizi vya mawasiliano na huduma kwa walemavu ili kutoa habari katika miundo inayofikika zinapatikana bila malipo na kwa wakati. Tafadhali piga simu kwa namba ya hapo juu au zungumza na mtoa huduma wako. Swahili

መተሓሳሰቢ:- ትግርኛ ተዛራቢ እንተኾይኖም ፤ ናጻ ናይ ቋንቋ ሓገዝ ግልጋሎታት ብዘይምድንጓይ ምርካብ ይኽእሉ እዮም። ብተወሳኺ ሓበሬታ ብቐሊሉ ምርካብ ብዝከኣል ቅርጽታት ንምቕራብ ፤ ግቡእ ናይ ምስማዕ ሓገዝን ግልጋሎታትን ካብ ክፍሊት ናጻ ብዝኾነን ግዚኡ ብዝሓለወን መልክዑ ይርከቡ። በይዝኦም ኣብ ላዕሊ ናብ ዘሎ ቑጽሪ ይደውሉ ወይድማ መቕረቢኦም የዘራርቡ። Tigrinya

УВАГА: Якщо ви розмовляєте українською мовою, ви можете скористатися послугами мовної підтримки безкоштовно та без зайвих зволікань. Ви також можете безкоштовно та оперативно отримати відповідні допоміжні засоби та послуги з надання інформації у доступному форматі. Зателефонуйте за вказаним вище номером або поговоріть зі своїм постачальником послуг. Ukrainian

LƯU Ý: Nếu bạn nói tiếng Việt, bạn có thể được hỗ trợ ngôn ngữ miễn phí mà không phải chờ đợi lâu. Ngoài ra, các thiết bị hỗ trợ và dịch vụ phù hợp để cung cấp thông tin ở định dạng dễ tiếp cận cũng có sẵn miễn phí và kịp thời. Vui lòng gọi số điện thoại phía trên hoặc trao đổi với nhân viên y tế của bạn. Vietnamese

ÌKÉDE PÀTÀKÌ: Tí o bá leè sọ èdè Yorùbá, àwọn ètò ìrànlówọ́ èdè wà fún ọ ní ọ̀fẹ́ tí kò sì ní ìdènà nínú. Ní àfikún, àwọn ìlànà isẹ́ àti ohun èlò ìrànlówọ́ tó pé ye wá ní ẹ̀kúnrẹ́rẹ́ láti pèsè àlàyé èyíkéyìí tí o bá nílò ní ọ̀fẹ́ àti ní òrèkóòrè. Jọ̀wọ́, pe ẹ̀rọ Ìbánisọ̀rọ̀ tó wà lókè tàbí kí o bá aṣojú rẹ sọ̀rọ̀. Yoruba

LB (7-25)

**Keep this page for your records.**

# Civil Rights Notice



**Discrimination is against the law.** The Minnesota Department of Human Services (DHS) does not discriminate on the basis of any of the following:

- race
- color
- national origin
- creed
- religion
- sexual orientation
- public assistance status
- marital status
- age
- disability
- sex
- political beliefs

# Civil Rights Complaints

You have the right to file a discrimination complaint if you believe you were treated in a discriminatory way by a human services agency.

Contact **DHS** directly only if you have a discrimination complaint:

Civil Rights Coordinator
Minnesota Department of Human Services
Equal Opportunity and Access Division
P.O. Box 64997
St. Paul, MN 55164-0997
651-431-3040 (voice) or use your preferred relay service

### Minnesota Department of Human Rights (MDHR)

In Minnesota, you have the right to file a complaint with the MDHR if you believe you have been discriminated against because of any of the following:

- race
- color
- national origin
- religion
- creed
- sex
- sexual orientation
- gender identity
- public assistance status
- disability

Contact the **MDHR** directly to file a complaint:

Minnesota Department of Human Rights
540 Fairview Avenue North, Suite 201
St. Paul, MN 55104
651-539-1100 (voice)
1-800-657-3704 (toll free)
711 or 1-800-627-3529 (MN Relay)
651-296-9042 (fax)
Info.MDHR@state.mn.us

### U.S. Department of Health and Human Services' Office for Civil Rights (OCR)

You have the right to file a complaint with the OCR, a federal agency, if you believe you have been discriminated against because of any of the following:

- race
- color
- national origin
- age
- disability
- sex
- religion

Contact the **OCR** directly to file a complaint:

Office for Civil Rights
U.S. Department of Health and Human Services
Midwest Region
233 N. Michigan Avenue, Suite 240
Chicago, IL 60601
Customer Response Center:
Toll-free: 1-800-368-1019
TDD Toll-free: 1-800-537-7697
ocrmail@hhs.gov

**Keep this page for your records.**

## U.S. Department of Agriculture

In accordance with federal civil rights law and **U.S. Department of Agriculture (USDA)** civil rights regulations and policies, this institution is prohibited from discriminating on the basis of race, color, national origin, sex (including gender identity and sexual orientation), religious creed, disability, age, political beliefs, or reprisal or retaliation for prior civil rights activity.

Program information may be made available in languages other than English. Persons with disabilities who require alternative means of communication to obtain program information (e.g., Braille, large print, audiotape, American Sign Language), should contact the agency (state or local) where they applied for benefits. Individuals who are deaf, hard of hearing or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339.

To file a program discrimination complaint, a Complainant should complete a Form AD-3027, USDA Program Discrimination Complaint Form which can be obtained online at: https://www.usda.gov/sites/default/files/documents/ad-3027.pdf, from any USDA office, by calling (833) 620-1071, or by writing a letter addressed to USDA. The letter must contain the complainant's name, address, telephone number, and a written description of the alleged discriminatory action in sufficient detail to inform the Assistant Secretary for Civil Rights (ASCR) about the nature and date of an alleged civil rights violation. The completed AD-3027 form or letter must be submitted to:

(1) mail:
Food and Nutrition Service, USDA
1320 Braddock Place, Room 334
Alexandria, VA 22314;

(2) fax:
(833) 256-1665 or (202) 690-7442; or

(3) email:
FNSCIVILRIGHTSCOMPLAINTS@usda.gov

This institution is an equal opportunity provider.

**Keep this page for your records.**

# Notice of Privacy Practices

(Effective Date: November 2016)

**This notice tells how private information about you may be used and disclosed and how you can get this information. Please review it carefully.**

## Why do we ask for this information?

- In order to determine whether and how we can help you, we collect information:
  - To tell you apart from other people with the same or similar name
  - To decide what you are eligible for
  - To help you get medical, mental health, financial or social services and decide if you can pay for some services
  - To decide if you or your family need protective services
  - To decide about out-of-home care and in-home care for you or your children
  - To investigate the accuracy of the information in your application
- After we have begun to provide services or support to you, we may collect additional information:
  - To make reports, do research, do audits, and evaluate our programs
  - To investigate reports of people who may lie about the help they need
  - To collect money from other agencies, like insurance companies, if they should pay for your care
  - To collect money from the state or federal government for help we give you.
  - When your or your family's circumstances change and you are required to report the change (see Client Responsibilities and Rights – DHS-4163)

## Why do we ask you for your Social Security number?

We need your Social Security number to give you medical assistance, some kinds of financial help, or child support enforcement services (42 CFR 435.910 [2006]; Minn. Stat. 256D.03, subd.3(h); Minn. Stat.256L.04, subd. 1a; 45 CFR 205.52 [2001]; 42 USC 666; 45 CFR 303.30 [2001]). We also need your Social Security Number to verify identity and prevent duplication of state and federal benefits. Additionally, your Social Security Number is used to conduct computer data matches with collaborative, nonprofit and private agencies to verify income, resources, or other information that may affect your eligibility and/ or benefits.

You do not have to give us the Social Security Number:

- For persons in your home who are not applying for coverage
- If you have religious objections
- If you are not a United States citizen and are applying for Emergency Medical Assistance only
- If you are from another country, in the United States on a temporary basis and do not have permission from the United States Citizenship and Immigration Services to live in the United States permanently
- If you are living in the United States without the knowledge or approval of the U.S. Citizenship and Immigration Services.

## Do you have to answer the questions we ask?

You do not have to give us your personal information. Without the information, we may not be able to help you. If you give us wrong information on purpose, you can be investigated and charged with fraud.

## With whom may we share information?

We will only share information about you as needed and as allowed or required by law. We may share your information with the following agencies or persons who need the information to do their jobs:

- Employees or volunteers with other state, county, local, federal, collaborative, nonprofit and private agencies
- Researchers, auditors, investigators, and others who do quality of care reviews and studies or commence prosecutions or legal actions related to managing the human services programs.
- Court officials, county attorney, attorney general, other law enforcement officials, child support officials, and child protection and fraud investigators
- Human services offices, including child support enforcement offices
- Governmental agencies in other states administering public benefits programs
- Health care providers, including mental health agencies and drug and alcohol treatment facilities
- Health care insurers, health care agencies, managed care organizations and others who pay for your care

- Guardians, conservators or persons with power of attorney
- Coroners and medical investigators if you die and they investigate your death
- Credit bureaus, creditors or collection agencies if you do not pay fees you owe to us for services
- Anyone else to whom the law says we must or can give the information.

## What are your rights regarding the information we have about you?

- You and people you have given permission to may see and copy private information we have about you. You may have to pay for the copies.
- You may question if the information we have about you is correct. Send your concerns in writing. Tell us why the information is wrong or not complete. Send your own explanation of the information you do not agree with. We will attach your explanation any time information is shared with another agency.
- You have the right to ask us in writing to share information with you in a certain way or in a certain place. For example, you may ask us to send health information to your work address instead of your home address. If we find that your request is reasonable, we will grant it.
- You have the right to ask us to limit or restrict the way that we use or disclose your information, but we are not required to agree to this request.
- If you do not understand the information, ask your worker to explain it to you. You can ask the Minnesota Department of Human Services for another copy of this notice.

## What are our responsibilities?

- We must protect the privacy of your private information according to the terms of this notice.
- We may not use your information for reasons other than the reasons listed on this form or share your information with individuals and agencies other than those listed on this form unless you tell us in writing that we can.
- We must follow the terms of this notice, but we may change our privacy policy because privacy laws change. We will put changes to our privacy rules on our website at: http://edocs.dhs.state.mn.us/lfserver/Public/DHS-3979-ENG

## What privacy rights do children have?

If you are under 18, when parental consent for medical treatment is not required, information will not be shown to parents unless the health care provider believes not sharing the information would risk your health. Parents may see other information about you and let others see this information, unless you have asked that this information not be shared with your parents. You must ask for this in writing and say what information you do not want to share and why. If the agency agrees that sharing the information is not in your best interest, the information will not be shared with your parents. If the agency does not agree, the information may be shared with your parents if they ask for it.

## What if you believe your privacy rights have been violated?

If you think that the Minnesota Department of Human Services has violated your privacy rights, you may send a written complaint to the U.S. Department of Health and Human Services to the address below:

Minnesota Department of Human Services
Attn: Privacy Official
PO Box 64998
St. Paul, MN 55164-0998

**Keep this page for your records.**

MINNESOTA

# Client responsibilities and rights

**Note: Cash on an Electronic Benefit Transfer (EBT) card is provided to help families meet their basic needs, including:** food, shelter, clothing, utilities and transportation. These funds are provided until families can support themselves. It is illegal for you to buy or attempt to buy tobacco products or alcohol with your EBT card. If you do, it is fraud and you will be removed from the EBT program. EBT cards also cannot be used at gambling or retail establishments that provide adult-orientated entertainment in which performers disrobe or perform in an unclothed state for entertainment.

## Your responsibilities

- **If you receive child care assistance** you must report any changes that may affect your benefits to your county or Tribal Nation agency within 10 days after the change has occurred. **If you receive Supplemental Nutrition Assistance Program benefits and/or cash assistance benefits, report changes by the 10th of the following month.** Each benefits program may have different requirements for reporting changes. Talk to your caseworker about what you must report.

  **You may be required to report changes in:**
  - **Employment** – starting or stopping a job or business; a change in hours, earnings or expenses
  - **Income** – receipt or change in child support, Social Security, veteran benefits, unemployment insurance, inheritance or insurance benefits
  - **Property** – purchase, sale or transfer of a house, car or other items of value, or if you receive an inheritance or settlement
  - **Household status** – When a person dies or becomes disabled, moves in or out of your home or temporarily leaves; pregnancy; birth of a child
  - **Citizenship or immigration status**
  - **Address**
  - **Housing costs and/or rent subsidy**
  - **Utility costs**
  - **Parental custody or visitation rights**
  - **Marital status**
  - **School attendance**
  - **Health insurance coverage and premiums**.
  - **You or someone in your household wins $4,500 or more from the lottery or gambling.**

  You may also be required to report if you are party to a newly filed lawsuit, or if you have been convicted of a drug-related felony.

  **Note:** If you are enrolled in Child Care Assistance and change child care providers, you must notify your child care worker and provider at least 15 days before the change goes into effect.

  **If you have questions or are unsure** about any reporting rules, contact your case worker. If your case worker is not available, leave a message so they can get back to you.

- **Your county, Tribal Nation, state or federal agency** may check any of the information you provide. Your signed consent may be needed to obtain some forms of information. If you don't give your signed consent, you might not receive assistance.
- If you provide information you know is untrue, withhold information or do not report as required, or it's later discovered that your information is untrue, you may be investigated for fraud. This may result in you being disqualified from receiving benefits, charged with a criminal offense, or both.
- The state or federal quality control agency may randomly choose your case for review. They will review statements you provided and will check to see if your eligibility was determined correctly. The state may seek information from other sources and will inform you about any contact they intend to make. **If you do not cooperate, your benefits may stop.**
- **Cooperation requirements:**
  - If your county or Tribal Nation agency approves you for the Minnesota Family Investment Program or the Diversionary Work Program, you must cooperate with all required employment services, unless you are exempt. You must develop and sign an employment plan with your case worker or your Diversionary Work Program application will be denied.
  - You must cooperate with child support to receive Minnesota Family Investment Program benefits, Diversionary Work Program benefits and/or Child Care Assistance Program.

If you receive child support directly from a noncustodial parent, you must report it to your case worker.

### For Cash and Supplemental Nutrition Assistance Program (SNAP) benefits:

- **Each time you use your EBT card or sign your check**, you state that you have informed your county or Tribal Nation agency about any changes in your situation that may affect your benefits.
- **Each time your EBT card is used**, it's assumed you have received your cash or SNAP benefits, unless you reported your card lost or stolen to your county or Tribal Nation agency.

### For child care assistance:

- **You may be required to pay a co-payment fee** to your child care provider. If you do not pay the fee, your child care assistance will be terminated until fees are paid in full or satisfactory payment agreements have been made with your county or Tribal Nation and your child care provider.
- **You may be required to pay additional costs** when your child care provider charges a rate that is more than the maximum rate in your county or Tribal Nation.
- **You must document** the immigration or citizenship status of the children in your family for whom you are applying for child care assistance.

**Note:** If you sign the application as an authorized representative of a person who is requesting or receiving assistance, **you are agreeing to assume all of the responsibilities listed above on behalf of that person**.

## Your rights

- **You have the right to privacy.** Your private information, including your health information, is protected by state and federal laws. Your case worker has given you a Notice of Privacy Practices (DHS-3979) information sheet explaining these rights.
- **You have the right to reapply** at any time if your benefits stop.
- **You have the right to receive** a paper or electronic copy of your SNAP application. Let your case worker know if you would like to receive a copy.
- **You have the right to know why**, if we have not processed your application within:
  - Seven days for Expedited SNAP
  - Thirty days for cash, SNAP and child care assistance
  - Sixty days for cash related to disability.
- **SNAP only:** Time limits and other requirements that apply to the receipt of cash benefits do not apply to the receipt of SNAP benefits. If cash benefits end, you may still qualify for SNAP benefits.
- **You have the right to know the rules** of the program you are applying for and for the agency to tell you how your benefit amount was figured.
- **You have the right to choose** where and with whom you live.
- **You have the right to report expenses** such as shelter, utilities, child care, child support or medical costs. These expenses may affect the amount of SNAP benefits that you receive. Failure to report or verify certain expenses listed will be a statement by your household that you do not want a deduction for the unreported expenses.
- **You have the right to access free legal services.** Contact your case worker for information on free legal services.
- **You have the right to appeal.** If you are unhappy with the action taken or feel the agency did not act on your request for assistance, you may appeal. For cash, child care assistance and health care, you may appeal **within 30 days** from the date you receive the notice by writing to the county or Tribal Nation agency, or directly to the State Appeals Office at the Minnesota Department of Human Services, PO Box 64941, St. Paul, MN 55164-0941. (If you show good cause for not appealing your cash and health care **within 30 days**, the agency can accept your appeal **for up to 90 days** from the date you receive the notice.)

  For SNAP, you may appeal **within 90 days** by writing or calling the county or the State Appeals Office. You may represent yourself at the hearing, or you may have someone (an attorney, relative, friend or another person) speak for you.

  **If you wish for your assistance to continue until the hearing**, you must appeal before the date of the proposed action or within 10 days after the date the agency notice was mailed, whichever is later. Ask your county or Tribal Nation case worker to explain how the timing of your appeal could affect your present or future assistance.

**Keep this page for your records.**

DEPARTMENT OF HUMAN SERVICES

# Notice About Income and Eligibility Verification System and Work Reporting System

## Read this if you are asking for or get:

- Cash Assistance:
  - Diversionary Work Program
  - Minnesota Family Investment Program
  - Refugee Cash Assistance
  - Minnesota Supplemental Aid
  - General Assistance
  - Emergency Assistance
- Supplemental Nutrition Assistance Program
- Minnesota Health Care Programs

## What is the Income and Eligibility Verification System (IEVS)?

The government has a way to check income. It is the "Income and Eligibility Verification System" (IEVS).

The law has us check your income with other agencies. We have to check income for all who ask for or get cash assistance, Supplemental Nutrition Assistance Program (SNAP) benefits or Medical Assistance (MA). This includes your children.

We need Social Security Numbers (SSN) for anyone wanting help. If you have no SSN, you must apply for one. Apply with your county human services agency. You must report all SSNs to your worker.

### What facts will we get? How will we use them?

We check with other agencies about your income, assets and health insurance. If you didn't tell us about all of your income or assets, we will refigure your aid. Your aid might go lower or stop. If you get aid you should not be getting, we may use these facts in civil or criminal lawsuits.

We will tell you if facts from other agencies are not the same as the facts you gave us. We will tell you what facts we got, the kind of income or assets, and the amount. We give you 10 days to respond in writing to prove if our facts are wrong.

We will ask you to show proof of income, assets, or health insurance you did not report or that we could not verify. You may need to give us permission to check the facts with the source of data. We will tell you what happens if you do not sign for permission or do not help us.

### Agencies we get information from

We must trade facts with these agencies:

- United States Social Security Administration (SSA) - We get records of self-employment earnings, retirement income, survivor's benefits, disability payments, Social Security (RSDI), Supplemental Security Income (SSI).
- United States Internal Revenue Service (IRS) - We get records of unearned income (like interest and dividends).
- Minnesota Department of Employment and Economic Development (DEED) - We get records of wages and pay and facts on Unemployment Insurance.
- Minnesota Office of Child Support Division
- Agencies in other states that manage:
  - Unemployment Insurance
  - Cash assistance
  - Medical Assistance (MA)
  - SNAP
  - Child support
  - SSI state supplements

These agencies have the right to get certain facts from us about you. They have to use those facts for programs like RSDI, child support, cash assistance, SNAP, MA, Unemployment Insurance, and SSI.

## What is the Work Reporting System?

Minnesota employers must tell us when they hire someone. This information is used by the Child Support Program. We also use this information to see if a new employee is getting help from any of the programs listed above.

### How do we use it?

If the employee is getting help from any of these programs, the county worker gets a notice. If the client did not report the new job, the county worker will contact the client. The county worker may ask the client to show proof about the job. The client may need to give the county permission to check the facts with the employer. If a client does not help us check the information, they will lose benefits.

## The law limits who gets facts about you

The law limits the facts about you that we get from other agencies and the facts we give them. Contracts with the Minnesota Department of Human Services and those agencies also protect you. Only those agencies, the state, and the county agency where you apply for and get program benefits can use the facts about you. No one else can get the facts about you without your written permission.

## Your duty to report

You **must report** all of your income and assets.

- **If you receive cash assistance**, report any changes within 10 days of the change, **or**, if you report on a Household Report Form (DHS-2120), complete the form and return it by the 8th of the month.
- **If you receive SNAP**, report required changes by the 10th of the month following the month of the change. For example, if a change happens in March, you must report the change by April 10.

You **must** still report all of your income, assets and other information on redetermination forms we send you.

You **must** help the county agency check your income, assets and health insurance. IEVS is one way of proving your income, assets and health insurance amounts.

## What if you do not help

You must help us check your income, assets and health insurance to get cash assistance, SNAP and MA. **If you don't, you and your family will not get help.**

## Legal Authority

**IEVS** - 7 CFR, parts 271, 272, 273, 275; 42 CFR, parts 431, 435; 45 CFR, parts 205, 206, 233

**Work Reporting** - Minnesota Statutes Section 256.998, Subd. 10

DEPARTMENT OF HUMAN SERVICES

# Appeal rights

- **Appeal rights.** An appeal is a legal process where a human services judge reviews a decision made by the agency. You may appeal a decision if:
  - You feel the agency did not act on your request for assistance.
  - You do not agree with the action taken.

  You may represent yourself at the hearing, or you may have someone (an attorney, relative, friend or another person) speak for you.

  - **For emergency help**, when your case is about an emergency and you need a faster decision on your appeal, you can ask for an emergency hearing in your appeal request. You can also request it by calling the Department of Human Services Appeals Division.
  - **For cash, child care and health care**, you may appeal **within 30 days** from the date you received this notice by sending a written appeal request saying you do not agree with the decision. You can send this letter to the agency, or directly to the Appeals Division. If you show good cause for not appealing your cash, child care and health care **within 30 days**, the agency can accept your appeal for **up to 90 days** from the date of the notice. Good cause is when you have a good reason for not appealing on time. The Appeals Division will decide if your reason is a good cause reason. You can ask to meet informally with agency staff to try to solve the problem, but this meeting will not delay or replace your right to an appeal.
  - **For the Supplemental Nutrition Assistance Program**, you may appeal **within 90 days** by writing or calling the agency or the Appeals Division.
  - Submit your appeal request:
    - **Online:** https://edocs.dhs.state.mn.us/lfserver/Public/DHS-0033-ENG
    - **Write:** Minnesota Department of Human Services Appeals Division<br>P.O. Box 64941<br>St. Paul, MN 55164-0941
    - **Fax:** 651-431-7523
    - **Call:** Metro: 651-431-3600<br>Greater Minnesota: 800-657-3510<br>or use your preferred relay service
  - **If you want to keep receiving your benefits until the hearing,** you must appeal within 10 days of the date on the agency's notice of action letter or before the proposed action takes place in order to keep benefits in place. For most programs, if you file your appeal on time, you will get your benefits until the Appeals Division decides your appeal. If you lose your appeal, you may have to pay back the benefits you got while your appeal was pending. You can ask the agency to end your benefits until the decision. If you end your benefits and then win your appeal, you will be paid back for benefits that you should have received or, for child care assistance, your provider will be reimbursed for eligible costs that you paid or incurred. Ask your agency worker to explain how the timing of your appeal could affect your present or future assistance.
- **You have the right to reapply** at any time if your benefits stop.
- **Access to free legal services.** You may be able to get legal advice or help with an appeal from your local legal aid office. To find your local legal aid office, visit www.LawHelpMN.org or call 888-354-5522.

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 4

USDA Food and Nutrition Service
U.S. DEPARTMENT OF AGRICULTURE

## SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM: PAYMENT ERROR RATES FISCAL YEAR 2024 [1]

| State/Territory | Over Payments | Under Payments | Payment Error Rates [2] |
|---|---|---|---|
| ALABAMA | 7.32 | 0.99 | 8.32 |
| ALASKA | 22.50 | 2.16 | 24.66 |
| ARIZONA | 7.56 | 1.28 | 8.84 |
| ARKANSAS | 7.97 | 1.59 | 9.56 |
| CALIFORNIA | 9.01 | 1.98 | 10.98 |
| COLORADO | 7.91 | 2.06 | 9.97 |
| CONNECTICUT | 8.61 | 1.65 | 10.25 |
| DELAWARE | 10.49 | 1.88 | 12.37 |
| DISTRICT OF COLUMBIA | 13.62 | 3.76 | 17.38 |
| FLORIDA | 13.05 | 2.08 | 15.13 |
| GEORGIA | 13.59 | 2.06 | 15.65 |
| GUAM | 7.88 | 1.84 | 9.72 |
| HAWAII | 5.87 | 0.80 | 6.68 |
| IDAHO | 3.02 | 0.57 | 3.59 |
| ILLINOIS | 10.64 | 0.93 | 11.56 |
| INDIANA | 7.42 | 2.10 | 9.52 |
| IOWA | 5.30 | 0.84 | 6.14 |
| KANSAS | 9.43 | 0.55 | 9.98 |
| KENTUCKY | 8.23 | 0.88 | 9.11 |
| LOUISIANA | 5.14 | 1.48 | 6.62 |
| MAINE | 8.57 | 1.68 | 10.26 |
| MARYLAND | 8.85 | 4.79 | 13.64 |
| MASSACHUSETTS | 13.03 | 1.07 | 14.10 |
| MICHIGAN | 8.03 | 1.50 | 9.53 |
| MINNESOTA | 6.32 | 2.66 | 8.98 |
| MISSISSIPPI | 8.93 | 1.76 | 10.69 |
| MISSOURI | 8.16 | 1.26 | 9.42 |
| MONTANA | 6.47 | 2.41 | 8.89 |
| NEBRASKA | 4.64 | 0.86 | 5.50 |
| NEVADA | 5.63 | 0.32 | 5.94 |
| NEW HAMPSHIRE | 4.52 | 3.05 | 7.57 |
| NEW JERSEY | 12.11 | 2.22 | 14.33 |
| NEW MEXICO | 13.07 | 1.54 | 14.61 |
| NEW YORK | 12.65 | 1.44 | 14.09 |
| NORTH CAROLINA | 8.11 | 2.10 | 10.21 |
| NORTH DAKOTA | 5.72 | 2.19 | 7.91 |
| OHIO | 7.67 | 1.34 | 9.01 |
| OKLAHOMA | 9.63 | 1.25 | 10.87 |
| OREGON | 12.66 | 1.40 | 14.06 |
| PENNSYLVANIA | 9.49 | 1.27 | 10.76 |
| RHODE ISLAND | 10.61 | 1.68 | 12.29 |
| SOUTH CAROLINA | 7.89 | 1.36 | 9.25 |
| SOUTH DAKOTA | 2.43 | 0.85 | 3.28 |
| TENNESSEE | 8.43 | 1.04 | 9.47 |
| TEXAS | 5.77 | 2.55 | 8.32 |
| UTAH | 5.09 | 0.65 | 5.74 |
| VERMONT | 4.74 | 0.39 | 5.13 |
| VIRGIN ISLANDS | 3.00 | 0.54 | 3.54 |
| VIRGINIA | 9.54 | 1.96 | 11.50 |
| WASHINGTON | 5.79 | 0.26 | 6.06 |
| WEST VIRGINIA | 8.57 | 0.86 | 9.43 |
| WISCONSIN | 3.81 | 0.66 | 4.47 |
| WYOMING | 3.27 | 1.85 | 5.12 |
| **UNITED STATES** | **9.26** | **1.67** | **10.93** |

[1] Pursuant to Section 16(c)(1)(A)(ii) of the Food and Nutrition Act of 2008, as amended, the Department set the QC tolerance threshold at $37 for fiscal year (FY) 2014 and adjusts the threshold each year. For FY 2024, the tolerance threshold is $56.
[2] Due to rounding, the payment error rate may not always equal the sum of the over payment and under payment error rate.

Dated: June 30, 2025

USDA is an equal opportunity provider, employer, and lender.

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 5

**Perma.cc record**
Captured October 27, 2025 9:21 pm
**View:** Standard (/BL88-8QU6?type=standard) Screenshot (/BL88-8QU6?type=image)

Show record details View the live page (https://www.fns.usda.gov/)

An official website of the United States government Here's how you know

Senate Democrats have now voted 12 times to not fund the food stamp program, also known as the Supplemental Nutrition Assistance Program (SNAP). Bottom line, the well has run dry. At this time, there will be no benefits issued November 01. We are approaching an inflection point for Senate Democrats. They can continue to hold out for healthcare for illegal aliens and gender mutilation procedures or reopen the government so mothers, babies, and the most vulnerable among us can receive critical nutrition assistance.

USDA Food and Nutrition Service
U.S. DEPARTMENT OF AGRICULTURE

MENU



## Secretary Rollins Removes Unhealthy Food From SNAP

U.S. Secretary of Agriculture Brooke L. Rollins signed six new state waivers to further advance Pres

Learn more

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 6

**Perma.cc record**

Uploaded November 4, 2025 10:23 am

**View:** Standard (/6QAN-54YU?type=standard)

Show record details

View the live page (https://truthsocial.com/@realDonaldTrump/115492285081397189)



Donald J. Trump

@realDonaldTrump · 4h

SNAP BENEFITS, which increased by Billions and Billions of Do
(MANY FOLD!) during Crooked Joe Biden's disastrous term in c
to the fact that they were haphazardly "handed" to anyone for
asking, as opposed to just those in need, which is the purpose
SNAP!), will be given only when the Radical Left Democrats op
government, which they can easily do, and not before! Thank y
your attention to this matter. President DJT

155 328 1.13k

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 7

**U.S. Department of Justice**
Civil Rights Division
Housing and Civil Enforcement Section

CP:MKW:mdf
175-39-164

*U.S. Mail:* *950 Pennsylvania Avenue, NW – 4CON*
*Washington, DC 20530*
*Overnight:* *150 M Street N.E.*
*8th Floor*
*Washington, DC 20002*
*Telephone:* *(202) 514-4713*
*Facsimile:* *(202) 514-1116*

December 1, 2025

Via Electronic Mail and Certified Mail, Return-Receipt Requested

Minnesota Department of Health
c/o Robin C. Benson, General Counsel
625 Robert Street N
P.O. Box 64975
St. Paul, MN 551640975
Robin.Christopher.Benson@state.mn.us

cc:
Office of the Minnesota Attorney General
c/o Keith Ellison, Attorney General
445 Minnesota Street
St. Paul, MN 55101-2131
Keith.Ellison@ag.state.mn.us

**Re: Compliance Review of Minnesota Capacity Strengthening Initiative**

Dear Mr. Benson:

This letter notifies you that the United States Department of Justice ("DOJ"), through the Civil Rights Division, is initiating a compliance review to determine whether the Minnesota Department of Health ("MDOH") engaged in race, color, and/or national origin discrimination in violation of the nondiscrimination requirements of Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d to 2000d-7, and its implementing regulations, 28 C.F.R. Part 42, Subpart C (collectively, "Title VI"). Title VI prohibits discrimination based on race, color, and national origin in programs and activities receiving federal financial assistance.

The compliance review will determine whether the Minnesota Capacity Strengthening Initiative grant program ("Program"), enacted by the State of Minnesota ("Minnesota") and administered by MDOH, violates Title VI. Specifically, we will determine whether the Program violates Title VI because it was established to help organizations serving "people of color" and "American Indians," limits eligible grantees to organizations that work with "people of color" and "American Indians," provides "strategic consideration and give[s] priority" to proposals from organizations "led by populations of color or American Indians, and those serving communities of color [and] American Indians," and ensures that grant funds are prioritized and awarded to organizations that are within counties that have a higher proportion of "Black or African

American" and "nonwhite Latino(a)"[1] communities ("Conditions"). Because the Conditions and MDOH's role in administering the Program are potentially mandated by state law, Minn. Stat. § 144.9821 Advancing Health Equity Through Capacity Building and Resource Allocation, the Office of the Minnesota Attorney General has been copied to this Notice.

The decision to commence this Title VI compliance review does not reflect any conclusion as to the merits or of the validity of other information gathered. Our goal is to conduct this compliance review in a fair and impartial manner and to reach a productive and amicable resolution. In conducting this compliance review, DOJ will seek to minimize any potential disruption to MDOH operations. Please preserve all documents and information relevant or related to MDOH and its administration of the Program.

Additional Information for Recipients

DOJ receives and investigates complaints or other information that allege violations of Title VI, which prohibits discrimination based on race, color, and national origin, in any program or activity that receives federal financial assistance. 42 U.S.C. § 2000d-4a; 28 C.F.R. § 42.102 (c)-(g). All recipients must provide access to sources of information that will permit DOJ to ensure that the recipient is complying with Title VI's nondiscrimination requirements. *See* 28 C.F.R. § 42.106(b). If DOJ cannot secure a recipient's voluntary compliance with Title VI it may, *inter alia,* open a formal investigation or bring a civil suit to enforce the rights of the United States. *See* 28 C.F.R. § 42.108. DOJ is authorized to effectuate compliance with Title VI through a range of actions, including the suspension, termination, or refusal to grant federal financial assistance and other means authorized by law. 28 C.F.R. § 42.108(a). You may find the Memorandum entitled Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination, dated July 29, 2025, helpful.

No one may intimidate, threaten, coerce, or engage in retaliatory conduct against any individual because he or she has either taken action or participated in an action to secure rights protected by the civil rights laws that the Department enforces, including Title VI. Any individual alleging harassment, intimidation, or retaliation may file a complaint with DOJ.

Initial Information Request and Next steps

Our initial information requests are included in Attachment A. We respectfully request that you provide us with all documents and information requested within 21 days of the date of this letter.

Please note that this letter addresses only the matters discussed and does not cover any other issues regarding compliance with Title VI or other federal laws. Under the Freedom of Information Act, it may be necessary to release information and related correspondence and records shared by recipients and complainants upon request. In the event that we receive such a request, we will seek to protect, to the extent provided by law, personal information which, if released, could constitute an unwarranted invasion of privacy.

[1] Sec. 144.9821 MN Statutes; https://www.health.state.mn.us/communities/equity/projects/capacity/index.html

If you have any questions about this letter or wish to arrange a meeting to discuss voluntary resolution, please contact Megan Whyte de Vasquez at megan.whyte.de.vasquez@usdoj.gov. In addition, please let us know if there is a more appropriate contact whom we may reach out to regarding this request moving forward. We will consider all relevant information, and we welcome your assistance in sharing and identifying relevant information.

Thank you for your cooperation.

Sincerely,

Carrie Pagnucco
Chief

By: 

Megan K. Whyte de Vasquez
Deputy Chief
Housing and Civil Enforcement Section

cc: Ana Voss, United States Attorney's Office, District of Minnesota

Enclosure

**Attachment A**

**INFORMATION REQUEST**

We ask that you answer each request separately, fully, and in writing within 21 days of the date of this letter. Additionally, please restate the request in full before setting forth your answer or listing any corresponding documents or information. Organize and label each responsive document or piece of information to correspond to the particular numbered request included below. With each responsive document or piece of information, please indicate the date the item was created or issued. Please state if the requested document or information does not exist. If you would like to discuss alternative ways in which to provide the same information, please contact us as soon as possible.

All requests below seek "documents and electronically stored information," as these items are defined in Federal Rule of Civil Procedure 34(a).

Please provide the following written descriptions, documents, and electronically stored information covering the time period from July 2023 through the present, unless otherwise noted in the request:

1. A written description of and supporting documentation for any relevant justifications for the Program, and specifically justifications for any of the Program's Conditions that its annual grant program established to help organizations serving "people of color" and "American Indians," limits eligible grantees to organizations that work with "people of color" and "American Indians," provides strategic consideration and gives priority to proposals from organizations led by "populations of color or American Indians and those serving communities of color [and] American Indians," and ensures that grant funds are prioritized and awarded to organizations that are within counties that have a higher proportion of "Black or African American" and "nonwhite Latino(a)" communities ("Conditions"), including any legislative history, supportive reports, materials, or other information.

   Please provide any relevant information from before July 2023 if applicable. Please include copies of all related materials.

2. A written description and copies of past and current policies, procedures, rules, guidelines, and standards of practice for MDOH that address the Program, including the Program's Conditions. Please include copies of all related materials.

3. A written description of how applicants are assessed, awarded, or denied funding from the Program, with specific reference to the Program's Conditions. Please include copies of all related materials.

4. All data, accountings, spreadsheets, statistics, reports, or other materials documenting or recording applications to the Program, including any information about the race or ethnicity of the leaders of each applicant, the race or ethnicity of the communities that the applicant works with, the race or ethnicity of the community in which the applicant operates, other identifying and contact information for each applicant, and whether the applicant was approved or denied by the Program. Please include all data, accountings, spreadsheets, or other materials specifically documenting whether and why an applicant was awarded or denied Program funding. Please also include information regarding whether an applicant was approved or denied in any part based on the Program's Conditions. Please include copies of all related materials.

5. All MDOH materials, website links, forms, and advertising relating to the availability of, or access to, the Program, including any reference to the Program's Conditions. Please include copies of all related materials. |

6. Any complaints, concerns, or other information submitted to MDOH related to race or national origin discrimination or the Program's Conditions. Include a description of each matter and any materials related to the investigation and resolution of those complaints or concerns, such as interviews, memoranda, records, and any documents reflecting the disposition of the matter. Please include copies of all related materials.

7. Please provide any other information that you would like DOJ to consider.

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 8

**U.S. Department of Transportation**

**Federal Motor Carrier Safety Administration**

**1200 New Jersey Ave, S.E.
Washington, D.C. 20590**

December 1, 2025

Via Electronic Mail and UPS
The Honorable Tim Walz
Governor of Minnesota
130 State Capitol
75 Rev Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155

Bob Jacobson, Commissioner
Minnesota Department of Public Safety
Driver and Vehicle Services
445 Minnesota Street
Suite 195, Town Square Building
Saint Paul, MN 55101

Dear Governor Walz and Commissioner Jacobson:

The U.S. Department of Transportation's Federal Motor Carrier Safety Administration (FMCSA or Agency) is required by statute to ensure that all States comply with the commercial driver's license (CDL) regulations.[1] In September 2025, FMCSA initiated an Annual Program Review (APR) of the Minnesota Department of Public Safety's Driver and Vehicle Services (DVS) CDL program in accordance with 49 U.S.C. § 31311 and 49 CFR § 384.307. During the 2025 APR, FMCSA obtained evidence of policy and procedural errors in Minnesota's issuance of non-domiciled commercial learner's permits (CLPs) and CDLs—that is, CLPs and CDLs issued to drivers who are not domiciled within Minnesota. In this regard, FMCSA found that DVS issued non-domiciled CDLs that extend beyond the expiration of drivers' lawful presence in the United States, issued non-domiciled CDLs to citizens of Mexico not present in the United States under the DACA program, issued non-domiciled CDLs to lawful permanent residents who should have been issued regular CDLs, and issued non-domiciled CDLs without providing evidence that it verified the driver's lawful presence in the United States. Therefore, in accordance with 49 CFR § 384.307(b), this letter constitutes FMCSA's preliminary determination that Minnesota has failed to meet the requirement for substantial compliance with the standards for issuing non-domiciled CLPs and CDLs. Minnesota must take immediate corrective action, as set forth in section IV below, to address the deficiencies identified in this letter. The State's failure to do so may result in FMCSA initiating the withholding of certain Federal-aid highway funds and decertifying the State's CDL program.

[1] 49 U.S.C. § 31311; *see also* 49 CFR Part 384, Subparts B and C.

## I. Background

The Commercial Motor Vehicle Safety Act of 1986,[2] as amended, established performance standards with which State CDL programs must comply to avoid having amounts withheld from Highway Trust Fund apportionment under 49 U.S.C. § 31314 and to avoid CDL program decertification under 49 U.S.C. § 31312.[3] In this regard, States are required to be in substantial compliance with the requirements of 49 U.S.C. § 31311(a) and its implementing regulations in 49 CFR Part 383 and Part 384, Subpart B. Under 49 CFR § 384.301(a), to be in substantial compliance with 49 U.S.C. § 31311(a), a State must meet each and every standard of Part 384, Subpart B by means of "the demonstrable combined effect of its statutes, regulations, administrative procedures and practices, organizational structures, internal control mechanisms, resource assignments (facilities, equipment, and personnel), and enforcement practices."

As part of its oversight, FMCSA conducts comprehensive APRs of State CDL programs, in accordance with 49 CFR § 384.307, to verify that States are in substantial compliance. During an APR, FMCSA evaluates all aspects of the State's CDL program, including knowledge and skills testing procedures, CDL issuance processes, procedures to report convictions and withdrawals, compliance with FMCSA's physical qualification and Drug and Alcohol Clearinghouse programs, issuance of non-domiciled CDLs, and other areas.

At the conclusion of the APR, if FMCSA makes a preliminary determination that a State does not meet one or more of the minimum standards for substantial compliance under Part 384, Subpart B, FMCSA will notify the State accordingly.[4] As explained more fully in section V below, the State will have 30 calendar days to respond to the preliminary determination explaining the State's corrective action or, alternatively, why FMCSA's preliminary determination is incorrect.[5] If FMCSA makes a final determination of substantial noncompliance, FMCSA may initiate the withholding of certain Federal-aid highway funds and may decertify the State's CDL Program.[6]

As part of the 2025 comprehensive APRs, FMCSA conducted an in-depth review of State procedures and policies in issuing non-domiciled CLPs and CDLs. FMCSA's focus on State non-domiciled CDL issuance practices during the 2025 APR was consistent with Executive Order 14286, "Enforcing Commonsense Rules of the Road for America's Truck Drivers."[7] The Executive Order directed FMCSA to "review non-domiciled [ ] CDLs issued by relevant State agencies to identify any unusual patterns or numbers or other irregularities" and "to take appropriate actions to improve the effectiveness of current protocols…."[8] Accordingly, FMCSA

---

[2] 49 U.S.C. § 31301 *et seq*.

[3] 49 U.S.C. § 31311(a).

[4] 49 CFR § 384.307(b). A preliminary determination of noncompliance is also known as a "finding."

[5] *Id*. at § 384.307(c).

[6] 49 U.S.C. §§ 31314(c), 31312; *see also infra* at section VI; 49 CFR § 384.307(d), 49 CFR Part 384, Subpart D.

[7] 90 Fed. Reg. 18759 (Apr. 28, 2025).

[8] Executive Order 14286 at 2; 90 Fed. Reg. at 18759–60.

conducted a thorough audit of DVS's procedures and policies in issuing non-domiciled CLPs and CDLs as part of the 2025 APR.

## II. Statutory and Regulatory Requirements for Issuing Non-Domiciled CLPs and CDLs

Under 49 CFR §§ 383.71 and 383.73, States must issue regular CLPs and CDLs to drivers who are U.S. citizens or lawful permanent residents. Under 49 U.S.C. § 31311(a)(12)(B)(ii), States are authorized to issue non-domiciled CDLs, but they must do so in accordance with regulations prescribed by FMCSA. The Agency's regulations in effect at the time of the 2025 APR[9] provided that States that issue non-domiciled CLPs and CDLs may only accept as valid proof of lawful presence (i) an unexpired employment authorization document (EAD) issued by the United States Customs and Immigration Service (USCIS) or (ii) an unexpired foreign passport accompanied by an approved I-94 form documenting the driver's most recent admittance into the United States.[10] In addition, State procedures for issuing, renewing, or upgrading a non-domiciled CLP and CDL must, at a minimum, be identical to those pertaining to any other CLP or CDL.[11]

Regulations in effect prior to September 29, 2025, required that States accept as valid only *unexpired* lawful presence documents, which also meant that the State must make the period of validity of the non-domiciled CLP or CDL less than or equal to the period of validity of the driver's lawful presence document(s). In other words, because FMCSA's regulations considered only unexpired lawful presence documents to be valid, DVS was required to ensure that the non-domiciled CLP or CDL period of validity *did not exceed* the expiration of the driver's lawful presence documents. Therefore, State driver's licensing agencies were required to ensure that the validity of non-domiciled CLPs or CDLs did not exceed the expiration date of drivers' lawful presence documents.

With one exception, States may not issue a non-domiciled CLP or CDL to citizens of Mexico or Canada. In this regard, FMCSA has determined that the Canadian Provinces and Territories issue CDLs in accordance with standards that are consistent with 49 CFR Part 383.[12] Citizens of Canada are authorized to operate a commercial motor vehicle in the United States with a Canadian CDL and, therefore, are prohibited from obtaining a non-domiciled CDL. Similarly, FMCSA has determined that the United Mexican States issues Licencias Federales de Conductor

---

[9] On September 29, 2025, FMCSA issued an interim final rule (IFR) amending Federal regulations in 49 CFR Parts 383 and 384 applicable to State Driver's Licensing Agencies' (SDLAs) issuance of non-domiciled CLPs and CDLs. *See* Restoring Integrity to the Issuance of Non-Domiciled Commercial Drivers Licenses, 90 Fed. Reg. 46509 (Sept. 29, 2025). On November 13, 2025, the U.S. Court of Appeals for the District of Columbia Circuit issued an Order in *Lujan v. FMCSA*, Case No. 25-1215, staying the effective date of the IFR pending court review. Because the transactions at issue occurred prior to publication of the IFR, the regulations cited in this preliminary determination of noncompliance reflect the pre-IFR text of Parts 383 and 384, specifically the 2024 edition of Title 49 of the Code of Federal Regulations, which is currently in effect.

[10] 49 CFR §§ 383.71(f)(2)(i), 383.73(f)(3), 384.201, 384.212.

[11] *Id*. at § 383.73(f)(2).

[12] The Canadian Provinces and Territories issue CDLs in conformity with the Canadian National Safety Code. Since December 29, 1988, FMCSA has determined that the Canadian National Safety Code is in accordance with the standards set forth in 49 CFR Part 383. *See* 49 CFR §§ 383.23, fn. 1; 383.71(f)(1)(i); and 383.73(f)(1).

(Mexican CDLs) in accordance with standards that are consistent with 49 CFR Part 383.[13] Citizens of Mexico are authorized to operate a commercial motor vehicle in the United States with a Mexican CDL and, therefore, are prohibited from obtaining a non-domiciled CDL. FMCSA issued guidance stating that citizens of Mexico who are present in the United States under the Deferred Action for Childhood Arrivals (DACA) program are excepted from the prohibition.[14] States are permitted to issue a non-domiciled CLP or CDL to citizens of Mexico or Canada *only* if they are present in the United States under the DACA program. FMCSA has not identified any other exceptions to this general prohibition.

## III. 2025 Annual Program Review

FMCSA initiated Minnesota's 2025 APR in September 2025 in accordance with 49 U.S.C. § 31311 and 49 CFR § 384.307. During the 2025 APR, DVS informed FMCSA that its records reflect that Minnesota has issued 2117 non-domiciled CLPs or CDLs that remain unexpired. During the 2025 APR, FMCSA sampled 75 records of drivers that DVS issued a non-domiciled CDL. Twenty-five[15] of the driver records sampled—approximately 33 percent—failed to comply with requirements in 49 CFR Parts 383 and 384.

The 2025 APR uncovered evidence of systemic policy, procedural, and programming errors. As explained in greater detail in section III(a) below, of the driver records sampled, FMCSA found 16 transactions where DVS issued a non-domiciled CDL that exceeded the expiration date of the driver's lawful presence documents. In addition, as set forth in section III(b) below, FMCSA found three transactions where DVS issued non-domiciled CDLs to individuals ineligible for that credential due to their status as a citizen of Canada or Mexico not present in the United States under the DACA program. Moreover, as described in section III(c) below, FMCSA found three transactions where DVS issued non-domiciled CLPs or CDLs to lawful permanent residents of the United States, who are eligible for regular CDLs. Finally, as section III(d) explains, FMCSA found five transactions where DVS issued non-domiciled CLPs or CDLs without providing evidence of lawful presence verification.

During the 2025 APR, DVS was unable to provide evidence of sufficient management controls to prevent these errors or catch them if they occur. Further, DVS has not programmed its systems with sufficient measures to prevent errors from occurring. The errors discovered during the 2025 APR indicate a breakdown in DVS's issuance process for non-domiciled CLPs and CDLs. The transactions illustrating these compliance issues are discussed in greater detail below. FMCSA will provide electronic documentation for each through the State Compliance Records Enterprise (SCORE) system.

---

[13] *See id.*

[14] *See* https://www.fmcsa.dot.gov/registration/commercial-drivers-license/may-state-drivers-licensing-agency-sdla-issue-non-domiciled. Though this guidance was rescinded as part of the IFR (90 FR 46509, 46517), it remains in effect due to the Stay Order issued by the U.S. Court of Appeals for the District of Columbia Circuit on November 13, 2025.

[15] One driver record, VH, had two violations listed separately in sections III(a) and III(b). Accordingly, there are 26 errors listed in in sections III(a) – (d) below.

**a. Finding: 49 CFR § 384.212— DVS Issued Non-Domiciled CLPs or CDLs With an Expiration Date That Exceeded the Expiration of the Driver's Lawful Presence Documents.**

During the 2025 APR, FMCSA discovered that 16 of the driver records sampled showed that DVS issued a non-domiciled CDL for a period of validity that exceeded the driver's lawful presence document(s). The transactions are described below.

1. On August 28, 2025, DVS issued a non-domiciled CDL with an expiration date of March 11, 2028 to a driver with the initials "VH" who is a citizen of Mexico. At the time the transaction occurred, VH's EAD credential showed an expiration date of August 24, 2026. However, DVS issued a non-domiciled CDL with an expiration date of March 11, 2028, nearly *two years* after the EAD's expiration date.[16]

2. On November 21, 2024, DVS issued a non-domiciled CDL with an expiration date of December 27, 2027 to a driver with the initials "JLT" who is a citizen of El Salvador. At the time the transaction occurred, JLT presented an EAD credential showing an expiration date of March 9, 2025. However, DVS issued a non-domiciled CDL with an expiration date of December 27, 2027, more than *two years* after the EAD's expiration date.

3. On December 16, 2024, DVS issued a non-domiciled CDL with an expiration date of March 13, 2028 to a driver with the initials "AAB" who is a citizen of Somalia. At the time the transaction occurred, AAB presented an EAD credential showing an expiration date of June 25, 2025. However, DVS issued a non-domiciled CDL with an expiration date of March 13, 2028, more than *two years* after the EAD's expiration date..

4. On December 17, 2024, DVS issued a non-domiciled CDL with an expiration date of November 1, 2028 to a driver with the initials "BI" who is a citizen of Ukraine. At the time the transaction occurred, BI presented an EAD credential showing an expiration date of October 23, 2025. However, DVS issued a non-domiciled CDL with an expiration date of November 1, 2028, more than *three years* after the EAD's expiration date. On August 25, 2025, DVS sent a letter to BI explaining that the lawful presence document presented was set to expire on October 23, 2025. The letter requested additional proof of BI's lawful presence in the United States. However, DVS provided no evidence demonstrating either that BI produced the required documents or that DVS downgraded BI's non-domiciled CDL.

5. On July 15, 2024, DVS issued a non-domiciled CDL with an expiration date of January , 2029 to a driver with the initials "AH" who is a citizen of Somalia. At the time the transaction occurred, AH presented an EAD credential showing an expiration date of June 21, 2025. However, DVS issued a non-domiciled CDL with an expiration date of January 1, 2029, more than *three years* after the EAD's expiration date.

[16] The driver also appears in section III(b) because they are ineligible for a non-domiciled CDL as a citizen of Mexico not present in the United States under DACA.

6. On October 24, 2024, DVS issued a non-domiciled CDL with an expiration date of January 1, 2029 to a driver with the initials "AA" who is a citizen of Saudi Arabia. At the time the transaction occurred, AA presented an EAD credential showing an expiration date of December 7, 2028. However, DVS issued a non-domiciled CDL with an expiration date of January 1, 2029, more than three weeks after the EAD's expiration date.

7. On July 30, 2024, DVS issued a non-domiciled CDL with an expiration date of February 18, 2029 to a driver with the initials "OH" who is a citizen of Ukraine. At the time the transaction occurred, OH presented a foreign passport with an expiration date of November 14, 2027 and a Form I-94 showing an admit until date of January 9, 2026. However, DVS issued a non-domiciled CDL with an expiration date of February 18, 2029, more than a year after the passport's expiration date and more than *three years* after the Form I-94's admit until date.

8. On August 11, 2025, DVS issued a non-domiciled CDL with an expiration date of February 19, 2029 to a driver with the initials "JN" who is a citizen of New Zealand. At the time the transaction occurred, JN presented an unexpired foreign passport and a Form I-94 showing an admit until date of "D/S" or "Duration of Status," indicating JN's legal presence is valid if his Exchange Visitor Status (J1) is valid. DVS also provided a copy of JN's Form DS2019, Certification of Eligibility for Exchange Visitor Status (J-Nonimmigrant), showing a "Form Covers Period" from April 1, 2025 to November 30, 2025. However, DVS issued a non-domiciled CDL with an expiration date of February 19, 2029, more than *three years* after JN's lawful presence document is set to expire.

9. On May 22, 2025, DVS issued a non-domiciled CDL with an expiration date of May 1, 2029 to a driver with the initials "MH" who is a citizen of Somalia. At the time the transaction occurred, MH presented an EAD credential showing an expiration date of April 19, 2025. However, DVS issued a non-domiciled CDL with an expiration date of May 1, 2029, more than *four years* after the EAD's expiration date.

10. On February 3, 2025, DVS issued a non-domiciled CDL with an expiration date of May 2, 2029 to a driver with the initials "SH" who is a citizen of Somalia. At the time the transaction occurred, SH presented an EAD credential showing an expiration date of November 19, 2028. However, DVS issued a non-domiciled CDL with an expiration date of May 2, 2029, more than *five months* after the EAD's expiration date.

11. On July 29, 2025, DVS issued a non-domiciled CDL with an expiration date of May 10, 2029 to a driver with the initials "MA" who is a citizen of Somalia. At the time the transaction occurred, MA presented an EAD credential showing an expiration date of May 6, 2028. However, DVS issued a non-domiciled CDL with an expiration date of May 10, 2029, more than *one year* after the EAD's expiration date.

12. On March 26, 2025, DVS issued a non-domiciled CDL with an expiration date of May 16, 2029 to a driver with the initials "OM" who is a citizen of Ukraine. At the time the transaction occurred, OM presented an EAD credential showing an expiration date of

April 19, 2025. However, DVS issued a non-domiciled CDL with an expiration date of May 16, 2029, more than *four years* after the EAD's expiration dated.

13. On December 3, 2024, DVS issued a non-domiciled CDL with an expiration date of July 13, 2029 to a driver with the initials "SA" who is a citizen of Kenya. At the time the transaction occurred, SA presented an EAD credential showing an expiration date of March 17, 2029. However, DVS issued a non-domiciled CDL with an expiration date of July 13, 2029, more than *three months* after the EAD's expiration date.

14. On April 29, 2025, DVS issued a non-domiciled CDL with an expiration date of September 22, 2029 to a driver with the initials "AP" who is a citizen of South Africa. At the time the transaction occurred, AP presented an unexpired foreign passport and a Form I-94 showing a "Valid Until" date of December 31, 2025. However, DVS issued a non-domiciled CDL with an expiration date of September 22, 2029, more than *three years* after AP's lawful presence document is set to expire.

15. On March 13, 2025, DVS issued a non-domiciled CDL with an expiration date of October 31, 2029 to a driver with the initials "IP" who is a citizen of Ukraine. At the time the transaction occurred, IP presented an unexpired foreign passport and a Form I-94 showing an admit until date of October 16, 2026. However, DVS issued a non-domiciled CDL with an expiration date of October 31, 2029, more than three years after IP's lawful presence document is set to expire.

16. On September 9, 2025, DVS issued a non-domiciled CDL with an expiration date of December 31, 2029 to a driver with the initials "ASA" who is a citizen of Somalia. At the time the transaction occurred, ASA presented an EAD credential showing an expiration date of May 16, 2029. However, DVS issued a non-domiciled CDL with an expiration date of December 31, 2029, more than *seven months* after the EAD's expiration date.

**b. Finding: 49 CFR § 384.212—DVS Issued Non-Domiciled CLPs or CDLs to Ineligible Citizens of Mexico or Canada.**

During the 2025 APR, FMCSA discovered that three of the driver records sampled showed that DVS issued a non-domiciled CLP or CDL to a driver who, as a citizen of Mexico or Canada not present under the DACA program, was ineligible to receive a non-domiciled CDL. The transactions at issue are set forth below.

1. On August 4, 2025, DVS issued a non-domiciled CDL with an expiration date of December 2, 2025 to a driver with the initials "JBF" who is a citizen of Mexico. At the time the transaction occurred, JBF presented an unexpired EAD credential confirming their Mexican citizenship. However, DVS provided no evidence of DACA status, without which the driver would have been ineligible for a non-domiciled CDL as a citizen of Mexico.

2. On August 28, 2025, DVS issued a non-domiciled CDL with an expiration date of March 11, 2028 to a driver with the initials "VH" who is a citizen of Mexico. At the time the transaction occurred, VH presented an unexpired EAD credential confirming their

Mexican citizenship. DVS provided no evidence of DACA status, without which the driver would have been ineligible for a non-domiciled CDL as a citizen of Mexico.

3. On February 13, 2025, DVS issued a non-domiciled CDL with an expiration date of February 8, 2029 to a driver with the initials "WML" who is a citizen of Mexico. At the time the transaction occurred, WML presented an unexpired EAD credential that confirmed their Mexican citizenship. DVS provided no evidence of DACA status, without which the driver would have been ineligible for a non-domiciled CDL as a citizen of Mexico.

**c. Finding: 49 CFR § 384.212—DVS Issued Non-Domiciled CLPs or CDLs to Lawful Permanent Residents of the United States.**

During the 2025 APR, FMCSA discovered that three of the driver records sampled showed that DVS issued a non-domiciled CLP or CDL to a driver who, as a lawful permanent resident of the United States, should have been issued a regular CDL. The transactions at issue are set forth below.

1. On March 25, 2024, DVS issued a non-domiciled CDL with an expiration date of April 1, 2028 to a driver with the initials "MB." At the time the transaction occurred, MB presented an unexpired United States Permanent Resident card issued by USCIS. In accordance with 49 CFR §§ 383.71 (Table 1) and 383.73, DVS was required to issue MB a regular CDL; however, DVS erroneously issued a non-domiciled CDL.

2. On February 6, 2024, DVS issued a non-domiciled CDL with an expiration date of May 31, 2028 to a driver with the initials "AF." At the time the transaction occurred, AF presented an unexpired United States Permanent Resident card issued by USCIS. In accordance with 49 CFR §§ 383.71 (Table 1) and 383.73, DVS was required to issue AF a regular CDL; however, DVS erroneously issued a non-domiciled CDL.

3. On September 9, 2025, DVS issued a non-domiciled CDL with an expiration date of February 20, 2029 to a driver with the initials "GA." At the time the transaction occurred, GA presented an unexpired United States Permanent Resident card issued by USCIS. In accordance with 49 CFR §§ 383.71 (Table 1) and 383.73, DVS was required to issue GA a regular CDL; however, DVS erroneously issued a non-domiciled CDL.

**d. Finding: 49 CFR § 384.212—DVS Issued Non-Domiciled CLPs or CDLs Without Providing Evidence of Lawful Presence Verification.**

During the 2025 APR, FMCSA discovered that five of the driver records sampled showed that DVS issued a non-domiciled CDL or CLP to a driver without providing evidence that, at the time the transaction occurred, it verified the drivers' lawful presence with an unexpired EAD or unexpired foreign passport and Form I-94 documenting the drivers' most recent admittance into the United States. These transactions are described below.

1. On August 21, 2025, DVS issued a non-domiciled CDL with an expiration date of December 19, 2025 to a driver with the initials "KM" who is a citizen of Somalia. At the

time the transaction occurred, KM presented an expired EAD credential showing an expiration date of June 12, 2025 and a Form I-94 noting that KM was granted indefinite asylum status by an immigration judge on November 15, 2024. However, DVS did not provide any evidence that KM presented an unexpired foreign passport or unexpired EAD at the time the transaction occurred, as required under 49 CFR § 383.71(f). In addition, despite KM presenting an expired EAD, DVS provided no evidence of a query report from USCIS's online verification service, Systematic Alien Verification for Entitlements (SAVE),[17] or other USCIS approved verification system, showing that of KM's EAD had been renewed. Regardless, DVS issued a non-domiciled CDL with an expiration date of December 19, 2025.

2. On June 20, 2024, DVS issued a non-domiciled CDL with an expiration date of April 11, 2028 to a driver with the initials "QF" who is a citizen of South Africa. At the time the transaction occurred, QF presented an unexpired foreign passport and an expired Form I-94 showing an admit until date of December 15, 2023. However, DVS did not provide any evidence that QF presented an unexpired Form I-94 or unexpired EAD. In addition, despite QF presenting an expired Form I-94, DVS provided no evidence of a SAVE query report, or query report from another USCIS approved verification system, validating QF's lawful presence prior to issuing the non-domiciled CDL. Regardless, DVS issued a non-domiciled CDL with an expiration date of April 11, 2028. Although DVS later recognized its error and issued a letter, dated September 17, 2025, downgrading QF's non-domiciled CDL for failing to provide proof of citizenship or lawful residency, DVS allowed the driver to improperly hold a non-domiciled CDL for more than *one year*, from June 20, 2024 to September 17, 2025.

3. On September 12, 2025, DVS issued a non-domiciled CDL with an expiration date of January 10, 2026 to a driver with the initials "IMK" who is a citizen of Somalia. At the time the transaction occurred, IMK presented an expired EAD credential showing an expiration date of July 13, 2025. DVS did not provide any evidence that IMK presented an unexpired EAD or an unexpired foreign passport accompanied by an approved Form I-94, as required under 49 CFR § 383.71(f) at the time the transaction occurred. In addition, despite IMK presenting an expired EAD, DVS provided no evidence of a SAVE query report, or query report from another USCIS approved verification system, showing that of IMK's EAD had been renewed. Regardless, DVS issued a non-domiciled CDL with an expiration date of January 10, 2026.

4. On July 7, 2025, DVS issued a non-domiciled CDL with an expiration date of April 10, 2028 to a driver with the initials "IK" who is a citizen of Ukraine. At the time the transaction occurred, IK presented an expired EAD credential with an expiration date of February 24, 2025. DVS did not provide any evidence that IK presented an unexpired EAD or an unexpired foreign passport accompanied by an approved Form I-94, as

[17] "SAVE is a service by USCIS that helps Federal, State, and local benefit-issuing agencies, institutions, and licensing agencies determine the immigration status of benefit applicants, so only those entitled to benefits receive them." U.S. CITIZENSHIP AND IMMIGR. SERVS., *Guide to Understanding SAVE Verification Responses* (April 2022), https://www.uscis.gov/sites/default/files/document/guides/SAVE-Guide%20to%20Understanding%20SAVE%20Verification%20Responses.pdf.

required under 49 CFR § 383.71(f) at the time the transaction occurred. In addition, despite IK presenting an expired EAD, DVS provided no evidence of a SAVE query report, or query report from another USCIS approved verification system, showing that of IK's EAD had been renewed. Regardless, DVS issued a non-domiciled CDL with an expiration date of April 10, 2028.

5. On September 17, 2025, DVS issued a non-domiciled CDL with an expiration date of November 10, 2025 to a driver with the initials "MP" who is a citizen of Bulgaria. At the time the transaction occurred, MP presented an unexpired foreign passport, a stamp of admission into the United States with an admit until date of November 10, 2024, and an H2B visa with an expiration date of October 31, 2024. DVS did not provide any evidence that MP presented an approved Form I-94 to accompany the unexpired foreign passport, or an unexpired EAD, as required under 49 CFR § 383.71(f) at the time the transaction occurred. Regardless, DVS issued a non-domiciled CDL with an expiration date of November 10, 2025.

## IV. Required Corrective Action

As noted above, approximately 2117 drivers hold an unexpired non-domiciled CLP or CDL issued by DVS. In light of the systemic errors and deficiencies in DVS's issuance of non-domiciled CLPs and CDLs uncovered by the 2025 APR, FMCSA determines that Minnesota must take the following actions:

- Immediately pause the issuance of all new, renewed, transferred, or upgraded non-domiciled CLPs and CDLs until FMCSA provides written confirmation that the State's corrective action plan has been accepted and implemented;
- As soon as practicable, identify all unexpired non-domiciled CLPs and CDLs that were not issued in compliance with Parts 383 and 384;
- Conduct an internal audit to identify all procedural and programming errors; training and quality assurance problems; insufficient policies and practices; and other issues that have resulted in the issuance of non-domiciled CLPs and CDLs that did not meet the standards of Parts 383 and 384 (the scope of the audit should not be limited to the issues identified in this letter);
- As part of the internal audit, review all supporting documentation for all new, renewed, transferred, or upgraded non-domiciled CLP and CDL transactions to ensure compliance with Parts 383 and 384;
- Provide FMCSA a copy of the audit findings and the number of unexpired noncompliant non-domiciled CLPs and CDLs;
- Take immediate action to correct the deficiencies identified in the State's internal audit and in this letter;
- Take immediate action to void or rescind all unexpired noncompliant non-domiciled CLPs and CDLs and reissue the licenses in accordance with Parts 383 and 384, in effect at the time of reissuance;
- Resume issuing non-domiciled CLPs and CDLs only after the State has voided or rescinded all unexpired noncompliant non-domiciled CLPs and CDLs and reissued the licenses in accordance with Parts 383 and 384, in effect at the time of reissuance, and the

State ensures that all statutes, regulations, administrative procedures and practices, organizational structures, internal control mechanisms, resources assignments (facilities, equipment, and personnel), and enforcement practices meet each and every standard of Subpart B of Part 384 and 49 U.S.C. § 31311, and FMCSA provides written confirmation that the State's corrective action plan has been accepted and implemented.

## V. Responding to this Preliminary Determination

The procedural regulations applicable to this action are found at 49 CFR § 384.307. Within 30 calendar days, the State must respond to this preliminary determination. The State's response must explain what corrective action it either has implemented or intends to implement to correct the deficiencies cited. The required corrective actions are set forth in section IV of this preliminary determination. It is imperative that the corrective action addresses voiding or rescinding all unexpired noncompliant non-domiciled CLPs and CDLs. The State must provide documentation of implemented or planned corrective action, which must be adequate to address the deficiencies cited and be implemented on a schedule mutually agreed upon by FMCSA and the State. Upon request by the State, an informal conference will be provided during this time.

Alternatively, the State's response may explain why FMCSA's preliminary determination is incorrect and may include any additional documentation the State wishes FMCSA to consider.

After reviewing a timely response to the preliminary determination by the State, FMCSA will notify the State of the final determination. In making its final determination, FMCSA will take into consideration the corrective action either implemented or planned to be implemented in accordance with the mutually agreed upon schedule.

## VI. Potential Penalties for a Final Determination of Substantial Noncompliance

If FMCSA issues a final determination of substantial noncompliance, the Agency may withhold up to four percent of the National Highway Performance Program and the Surface Transportation Block Grant Program funds beginning in Fiscal Year (FY) 2027 that would otherwise be apportioned to Minnesota under 23 U.S.C. § 104(b)(1) and (2).[18] Accordingly, upon a final determination of substantial noncompliance, Minnesota risks losing up to approximately $30,400,000 for FY 2027.[19] Further, if the substantial noncompliance persists beyond the first fiscal year, FMCSA may withhold up to eight percent of these funds; therefore, Minnesota risks losing up to approximately $60,800,000 in the second and subsequent FY(s) of noncompliance.[20] Once funds are withheld following a substantial noncompliance determination, they are no longer available for apportionment to Minnesota.[21]

In addition, if FMCSA issues a final determination of substantial noncompliance, the Agency may decertify Minnesota's CDL program. Decertification of Minnesota's CDL program would

[18] 49 U.S.C. § 31314(c)(1); 49 CFR § 384.401(a).

[19] FMCSA estimates this amount based on FY 2026 funding levels.

[20] 49 U.S.C. § 31314(c)(2); 49 CFR § 384.401(b).

[21] 49 U.S.C. § 31314(d); 49 CFR § 384.403.

prohibit the State from issuing, renewing, transferring, or upgrading CLPs and CDLs until such time as FMCSA determines that DVS is in substantial compliance with 49 U.S.C. § 31311 and 49 CFR Part 384, Subpart B.[22]

## VII. Conclusion

The 2025 APR uncovered 25 non-domiciled CDL issuances sampled by FMCSA that failed to comply with Parts 383 and 384. This is an unacceptable deviation from FMCSA's regulations when issuing credentials to operate commercial motor vehicles. DVS must take immediate corrective action to audit its non-domiciled CDL program, correct the deficiencies that FMCSA identified above, and any deficiencies identified through the State's internal audit, and void or rescind and reissue all non-domiciled CLPs and CDLs that failed to comply with Federal regulations at the time of issuance, renewal, transfer, or upgrade.

Minnesota is an important partner in FMCSA's mission to reduce crashes, injuries and fatalities involving large trucks and buses, and the Agency makes this preliminary determination to help Minnesota come into substantial compliance. To continue in that spirit of partnership towards our common safety goals, my staff stands ready to assist DVS in resolving these serious issues.

Please note that this letter addresses noncompliance with DVS's issuance of non-domiciled CDLs only. FMCSA will separately address areas of noncompliance unrelated to non-domiciled CDLs. If you or your staff need additional information or assistance, please contact Philip Thomas, Deputy Associate Administrator for Safety, at philip.thomas@dot.gov.

Sincerely,



Derek D. Barrs
Administrator

[22] 49 U.S.C. § 31312(a); 49 CFR § 384.405(a).

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 9

← Post

**Treasury Secretary Scott Bessent**
@SecScottBessent

At my direction, @USTreasury is investigating allegations that under the feckless mismanagement of the Biden Administration and Governor Tim Walz, hardworking Minnesotans' tax dollars may have been diverted to the terrorist organization Al-Shabaab.

Thanks to the leadership of @POTUS @realDonaldTrump, we are acting fast to ensure Americans' taxes are not funding acts of global terror.

We will share our findings as our investigation continues.

> **Christopher F. Rufo** ⚔️ @christopherrufo · Nov 19
>
> EXCLUSIVE: @RK_Thorpe and I have new reporting on America's Somali fraud rings, which have stolen billions in taxpayer funds—and sent some to Islamist terrorists back home.
>
> "The Largest Funder of Al-Shabaab Is the Minnesota Taxpayer."...

4:05 PM · Dec 1, 2025 · **3.9M** Views

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 10

Kelly Loeffler
@SBA_Kelly

Numerous individuals and nonprofits indicted in the $1 billion Minnesota COVID fraud scandal, including Feeding Our Future, received SBA PPP loans in addition to other state and federal funding. Today, I have ordered an investigation into the network of Somali organizations and executives implicated in these schemes.

Despite Governor Walz's best efforts to obstruct, SBA continues to work to expose abuse and hold perpetrators accountable, full stop.

> **Minnesota Staff Fraud Reporting Comme...** @Minnesota_D... · Nov 29
> Commentary account
> Tim Walz is 100% responsible for massive fraud in Minnesota. We let Tim Walz know of fraud early on, hoping for a partnership in stopping fraud but no, we got the opposite response. Tim Walz systematically retaliated against whistleblowers using monitoring, threats, repression, x.com/GrageDustin/st...
> Show more

7:23 AM · Dec 2, 2025 · **153.6K** Views

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 11

U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, D.C. 20416

OFFICE OF THE ADMINISTRATOR

December 23, 2025

The Honorable Tim Walz
Governor of Minnesota
130 State Capitol
75 Rev Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155

Dear Governor Walz,

As Administrator of the U.S. Small Business Administration (SBA), I am notifying you that effective immediately and until further notice, the SBA is halting the disbursement of federal funds to SBA resource partners operating in the state of Minnesota, totaling over $5.5 million in annual support.

This action is the result of a fundamental breakdown in the public trust. Under your leadership, Minnesota failed to safeguard taxpayer dollars, and SBA will not continue to place federal resources at risk in a state where oversight measures are ignored and accountability is abandoned.

During your tenure, Minnesota became the epicenter of the largest fraud scandal of the pandemic, and recent indictments and convictions indicate that fraud is endemic to the state-administered welfare programs in your state. In addition to the $1 billion pandemic scheme involving a massive Somali fraud network, federal prosecutors now estimate that at least "half" of certain state-administered Medicaid funding since 2018 has been pocketed by criminals in Minnesota, totaling an additional $9 billion. Numerous other federal agencies, from the U.S. Department of Agriculture to the U.S. Department of the Treasury, have also launched investigations into rampant abuse that likely siphoned funds away from citizens in need.

The SBA has uncovered at least $2.5 million in Paycheck Protection Program (PPP) and COVID Economic Injury Disaster Loans (EIDL) that were granted to individuals indicted as part of the Somali fraud scheme. We identified another 13,600 PPP loans in Minnesota, totaling about $430 million, that were initially flagged by SBA as fraudulent but later funded – and in many cases forgiven under the Biden Administration.

The volume and concentration of potential fraud is staggering, matched in its egregiousness only by your response to those who attempted to stop it. When legislators and whistleblowers raised concerns about potential abuse during the pandemic, your Administration resisted oversight, refused accountability, and allowed the misconduct to metastasize. Even now, you continue to defend the broad "generosity" of your state, while dismissing public criticism as "racism."

It is unclear how many state and federal programs have been exploited at the expense of families, workers, and small businesses in Minnesota. But there is no credible evidence that your state has the necessary safeguards in place to responsibly administer federal programs – or address the criminal activity that has been allowed to fester. When a governor demonstrates his Administration cannot be trusted to protect taxpayer dollars, SBA has an obligation and the authority to act.

Accordingly, the agency is halting funding associated with the following programs in Minnesota pending further review:

- Small Business Development Centers (SBDCs): Annual federal awards totaling $2,223,927.
- Women's Business Centers (WBCs): Annual federal awards for three WBCs, totaling $450,000.
- SCORE: Annual federal awards totaling approximately $300,000.
- SBA Microloan Program: All microloan awards, which totaled $2,604,144 in FY25.
- Federal and State Technology (FAST) Partnership Program: All reimbursements, which totaled $94,420 in FY25.
- SBA Growth Accelerator Fund Competition (GAFC): All awards, which totaled $150,000 in FY25.

What happened in Minnesota is the consequence of socialist policies deliberately designed to pump out welfare funding without oversight or accountability. SBA will not further that agenda by continuing to send funds to a state that has demonstrated a reckless refusal to enforce the law.

SBA's responsibility is to taxpayers and small business owners, not to criminals or the politicians who enable them. We will continue to do what you did not: protect federal dollars on behalf of the American people.

Sincerely,

Kelly Loeffler
Administrator, U.S. Small Business Administration

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 12

ADMINISTRATION FOR
CHILDREN & FAMILIES

Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, D.C. 20201 | www.acf.hhs.gov

December 4, 2025

Governor Tim Walz
Office of the Governor
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz,

Recent reports indicating extensive and systemic fraud within Minnesota social service programs that rely on federal funding have raised serious concerns for the Administration for Children and Families (ACF). These reports include public statements from hundreds of Minnesota Department of Human Services employees alleging that clear warnings of fraud were repeatedly disregarded, that whistleblowers faced retaliation, and that widespread misuse of federal funds may have persisted for years under your leadership. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist.

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. In light of the seriousness and volume of recent reports, and given ACF's responsibility for oversight of the Temporary Assistance for Needy Families (TANF) program, I am writing to request that the State of Minnesota provide the complete universe of TANF administrative data for all recipients from 2019 through 2025. This includes recipient name, address, Social Security Number, date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Minnesota has verified the eligibility of all TANF applicants and recipients in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, which limits TANF eligibility to United States citizens and qualified aliens, and the Income Eligibility Verification Requirments in 42 U.S.C. § 1320b-7(d). This documentation should include the policies, procedures, system controls, and verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

In addition to individual-level recipient data, ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received TANF funds from the state of Minnesota, directly or indirectly, during the period from 2019 through 2025. For each organization, I request the amount of TANF funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of TANF dollars.

I request that this information be transmitted to ACF by December 19, 2025. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Tikki Brown, Commissioner, Department of Children, Youth, and Families
Shaneen Moore, Assistant Commissioner, Family Well-Being Administration

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 13

---

**From:** Burke, Bradley <Bradley.Burke@ed.gov>
**Sent:** Tuesday, December 9, 2025 10:38 AM
**To:** Liz Kramer; kbeck@kellyandlemmons.com; rogeraronsonlaw@gmail.com
**Cc:** Shieh, Daniel (HHS/OCR)
**Subject:** Follow-up on ED OCR Case Numbers 05254060 and 05258901 – Letter of Findings (Notice of Violation)

You don't often get email from bradley.burke@ed.gov. Learn why this is important

Good morning,

I am writing regarding the Joint Letter of Findings (Notice of Violation) and proposed Resolution Agreement issued by the United States Department of Education Office for Civil Rights (ED OCR) and the United States Health and Human Services Office for Civil Rights (HHS OCR) on September 30, 2025, and the letter sent by Ms. Kramer October 10, 2025 on behalf of the Minnesota Attorney General and the Minnesota Department of Education.

This is to notify you that Kimberly Richey has succeeded Craig Trainor and is now the Assistant Secretary at ED OCR. Any communications directed to ED OCR regarding the Letter of Findings or proposed Resolution Agreement should be directed to Kimberly.Richey@ed.gov with a cc to Bradley.Burke@ed.gov.

As you know, the Letter of Findings (Notice of Violation) and proposed Resolution Agreement were issued on September 30, 2025, and to date, the Department of Education has not received a response from your client indicating whether or not your client is willing to resolve OCR's findings informally with a voluntary resolution agreement.

Accordingly, OCR is asking that you indicate by close of business Monday, December 15, 2025, whether or not your client is interested in signing a voluntary resolution agreement to resolve this matter, or if you believe we are at impasse.

Respectfully,

Brad Burke

Bradley R. Burke
Regional Director
U.S. Department of Education
Office for Civil Rights

Email: Bradley.Burke@ed.gov

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 14

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

December 22, 2025

Commissioner Willie Jett
Minnesota Department of Education
400 NE Stinson Blvd,
Minneapolis, MN 55413
c/o Liz Kramer, Solicitor General
Office of the Minnesota Attorney General
Sent via email only, to: liz.kramer@ag.state.mn.us

Don Peschel, Board President
Erich Martens, Executive Director
Minnesota State High School League
2100 Freeway Boulevard
Brooklyn Center, MN 55430-1735
c/o Kevin Beck, Attorney
Sent via email only, to: kbeck@kmbecklaw.com

Re: ED OCR Case Numbers 05254060 and 05258901 – Impasse Letter

Dear Messrs. Jett, Peschel, and Martens:

As you know, the U.S. Department of Education, Office for Civil Rights (OCR) issued a Letter of Findings (Notice of Violation) in the above referenced cases, 05254060 (Minnesota Department of Education (MDE)) and 05258901 (Minnesota State High School League (MSHSL)), on September 30, 2025. The letter was accompanied by a proposed voluntary resolution agreement that specifies actions to remedy current and past discrimination and prevent future similar violative conduct.

On October 10, 2025, MDE, through the Minnesota Attorney General's Office, asked OCR to provide a deadline for its response to the Letter of Findings and proposed resolution agreement. MSHSL did not respond to the Letter of Findings or to OCR's request to negotiate a resolution.

On December 9, 2025, OCR asked both the MDE and the MSHSL to indicate by December 15, 2025, whether they were interested in signing a voluntary resolution agreement to resolve this matter, or to indicate if we are at impasse. On December 15, 2025, the MDE, through the Minnesota Attorney General's Office, informed OCR that the MDE will not accept the OCR's proposed voluntary resolution or engage OCR in negotiations. MSHSL remains silent; it has still not responded to OCR's requests of September 30, 2025, or December 9, 2025.

Based on the MDE's proactive refusal to voluntarily negotiate resolution of OCR's concerns and the MSHSL's failure to respond, OCR has determined that a voluntary agreement will not be reached and we are at Impasse. While we hope MDE and MSHSL will reconsider, OCR will issue a Letter of Impending Enforcement Action in 10 calendar days if a resolution agreement is not reached within that 10-day period. Enforcement action may include the initiation of an administrative process set forth in 20 U.S.C. § 1681, *et seq*.; 34 C.F.R. Parts 100, 101, 106; and 20 U.S.C. § 1234, *et seq*. to suspend, terminate, or refuse to grant or to continue

Federal funding – or other means authorized by law including referral to the Department of Justice. This letter does not constitute final agency action.

Respectfully,

BRADLEY BURKE Digitally signed by BRADLEY BURKE
Date: 2025.12.22 10:59:19 -06'00'

Bradley R. Burke
Regional Director

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 15

ADMINISTRATION FOR
CHILDREN & FAMILIES
**Office of the Assistant Secretary** | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

December 12, 2025

Governor Tim Walz
Office of the Governor
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz,

Recent reports indicating extensive and systemic fraud within Minnesota social service programs that rely on federal funding have raised serious concerns for the Administration for Children and Families (ACF). These reports include public statements from hundreds of Minnesota Department of Human Services employees alleging that clear warnings of fraud were repeatedly disregarded, that whistleblowers faced retaliation, and that widespread misuse of federal funds may have persisted for years under your leadership. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist.

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. In light of the seriousness and volume of recent reports, and given ACF's responsibility for oversight of the Refugee Cash Assistance (RCA) and Refugee Medical Assistance (RMA) programs, I am writing to request that the State of Minnesota provide the complete universe of RCA and RMA administrative data for all recipients for all available years and at least 2022 through 2025.This includes recipient name, address, Social Security Number, date of birth, A-number, and any state identification numbers used for program administration, as applicable. This information is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Minnesota has verified the eligibility of all RCA and RMA recipients in accordance with the requirements of the Refugee Act, 45 CFR Part 400 and the Office of Refugee Resettlement's Policy Letter 16-01, Documentation Requirements for the Refugee Resettlement Program; Policy Letter 22-1, Afghan Humanitarian Parolees and Unaccompanied Afghan Minors Eligible for ORR Benefits and Services; ASA-Eligible Afghan Populations; and Policy Letter 22-13 Ukrainian Humanitarian

Parolees Eligible for ORR Benefits and Services. This documentation should include the policies, procedures, system controls, and verification records used by Minnesota to confirm qualified alien status during the application and recertification processes.

In addition to individual-level recipient data, ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received RCA or RMA funds from the state of Minnesota, directly or indirectly, during the period from 2019 through 2025. For each organization, I request the amount of funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of RCA and RMA dollars.

I request that this information be transmitted to ACF by December 26, 2025. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Shireen Gandhi, Temporary Commissioner, Department of Human Services
Rachele King, State Refugee Coordinator, Department of Human Services

ADMINISTRATION FOR
CHILDREN & FAMILIES
Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

December 12, 2025

Governor Tim Walz
Office of the Governor
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz,

Recent reports indicating extensive and systemic fraud within Minnesota social service programs that rely on federal funding have raised serious concerns for the Administration for Children and Families (ACF). These reports include public statements from hundreds of Minnesota Department of Human Services employees alleging that clear warnings of fraud were repeatedly disregarded, that whistleblowers faced retaliation, and that widespread misuse of federal funds may have persisted for years under your leadership. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist.

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. In light of the seriousness and volume of recent reports, and given ACF's responsibility for oversight of the Child Care and Development Fund (CCDF), I am writing to request that the State of Minnesota provide the complete universe of CCDF administrative data that exist and are in the state's possession for all recipients for all available years, and at least 2022 to 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information, requested pursuant to 45 C.F.R. § 98.90, is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Minnesota has verified the eligibility of all CCDF applicants and recipients in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. § 1611, which limits CCDF eligibility to United States citizens and qualified aliens. This documentation should

include the policies, procedures, system controls, and verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

In addition to individual-level recipient data, ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received CCDF funds from the state of Minnesota, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of CCDF funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of CCDF dollars.

I request that this information be transmitted to ACF by December 26, 2025. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Tikki Brown, Commissioner, Department of Children, Youth, and Families
Cindi Yang, Director, Child Care Services

ADMINISTRATION FOR
CHILDREN & FAMILIES
Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

December 12, 2025

Governor Tim Walz
Office of the Governor
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz,

Recent reports indicating extensive and systemic fraud within Minnesota social service programs that rely on federal funding have raised serious concerns for the Administration for Children and Families (ACF). These reports include public statements from hundreds of Minnesota Department of Human Services employees alleging that clear warnings of fraud were repeatedly disregarded, that whistleblowers faced retaliation, and that widespread misuse of federal funds may have persisted for years under your leadership. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist.

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. In light of the seriousness and volume of recent reports, and given ACF's responsibility for oversight of the Community Services Block Grant (CSBG) program, I am writing to request that the State of Minnesota provide the complete universe of CSBG administrative data that exist and are in the state's possession for all grantees, their recipients and subrecipients, for all available years, and at least 2022 to 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information, requested pursuant to 42 U.S.C. § 9916, is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Minnesota has verified the eligibility of all recipients and subrecipients of CSBG-funded entities in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. § 1611, which limits the eligibility of public benefits to United States citizens and qualified aliens. This documentation should include the policies, procedures, system controls, and

verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received CSBG funds from the state of Minnesota, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of CSBG funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of CSBG dollars.

I request that this information be transmitted to ACF by December 26, 2025. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Shireen Gandhi, Temporary Commissioner, Minnesota Department of Human Services
Francie Mathes, Director, Economic Opportunity and Nutrition Assistance
Marcel Urman, Community Action Grants Manager, Office of Economic Opportunity

ADMINISTRATION FOR
CHILDREN & FAMILIES
Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

December 12, 2025

Governor Tim Walz
Office of the Governor
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz,

Recent reports indicating extensive and systemic fraud within Minnesota social service programs that rely on federal funding have raised serious concerns for the Administration for Children and Families (ACF). These reports include public statements from hundreds of Minnesota Department of Human Services employees alleging that clear warnings of fraud were repeatedly disregarded, that whistleblowers faced retaliation, and that widespread misuse of federal funds may have persisted for years under your leadership. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist.

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. In light of the seriousness and volume of recent reports and given ACF's responsibility for oversight of Title IV-E funding I am writing to request that the State of Minnesota provide the complete universe of Title IV-E funding administrative data for all recipients for all available years and at least 2022 through 2025. This includes recipient name, address, Social Security Number, date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Minnesota has verified the eligibility of all Title IV-E fund applicants and recipients in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, which limits eligibility to United States citizens and qualified aliens. This documentation should include the policies, procedures, system controls, and verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

In addition to individual-level recipient data, ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received Title IV-E funds from the state of Minnesota, directly or indirectly, during the period from 2019 through 2025. For each organization, I request the amount of Title IV-E funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of Title IV-E dollars.

I request that this information be transmitted to ACF by December 26, 2025. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families

U.S. Department of Health and Human Services
CC: Tikki Brown, Commissioner, Department of Children, Youth, and Families
Michelle Seymore, Foster Care and Permanency Director

ADMINISTRATION FOR
CHILDREN & FAMILIES
Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

December 12, 2025

Governor Tim Walz
Office of the Governor
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz,

Recent reports indicating extensive and systemic fraud within Minnesota social service programs that rely on federal funding have raised serious concerns for the Administration for Children and Families (ACF). These reports include public statements from hundreds of Minnesota Department of Human Services employees alleging that clear warnings of fraud were repeatedly disregarded, that whistleblowers faced retaliation, and that widespread misuse of federal funds may have persisted for years under your leadership. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist.

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. In light of the seriousness and volume of recent reports, and given ACF's responsibility for oversight of the Low Income Energy Assistance Program (LIHEAP), I am writing to request that the State of Minnesota provide the complete universe of LIHEAP administrative data that exist and are in the state's possession for all available years and at least 2022 to 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information, requested pursuant to 42 U.S.C. § 8627(b) & (c), is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Minnesota has verified the eligibility of all LIHEAP applicants and recipients in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. § 1611, which limits LIHEAP eligibility to United States citizens and qualified aliens. This documentation should include the policies, procedures, system controls, and verification records used by

Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

In addition to individual-level recipient data, ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received LIHEAP funds from the state of Minnesota, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of LIHEAP funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of LIHEAP dollars.

I request that this information be transmitted to ACF by December 26, 2025. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Grace Arnold, Commissioner, Department of Commerce
Michael Schmitz, Director, Office of Energy Assistance Programs

ADMINISTRATION FOR
CHILDREN & FAMILIES
Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

December 12, 2025

Parents in Community Action, Inc.
Grant number 05CH012272
Attn: Fran Stark, Board Chair
700 Humboldt Avenue, N
Minneapolis, MN 55411-3931

Dear Parents in Community Action,

Recent reports indicating extensive and systemic fraud within Minneapolis social service programs that rely on federal funding have raised serious concerns for the Administration for Children and Families (ACF). These reports include public statements from hundreds of Minnesota Department of Human Services employees alleging that clear warnings of fraud were repeatedly disregarded, that whistleblowers faced retaliation, and that widespread misuse of federal funds may have persisted for years under your leadership. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. We are disheartened to find that the City of Minneapolis has not enabled Parents in Community Action to run a Head Start Agency without the need for federal oversight.

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. In light of the seriousness and volume of recent reports, and given ACF's responsibility for oversight of the Head Start program, I am writing to request that Parents in Community Action (PCA) provide the complete universe of Head Start administrative data for all available years and at least 2022 through 2025. This includes recipient name, address, income, date of birth, and A-number (as applicable. This information is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

I request that this information be transmitted to ACF by December 26, 2025. My staff will coordinate directly with the appropriate officials to establish a secure transfer method and confirm technical specifications.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Tim Walz, Governor, State of Minnesota
Tikki Brown, Commissioner, Department of Children, Youth, and Families
Jeanne Dickhausen, Director, Head Start Collaboration Office

ADMINISTRATION FOR
CHILDREN & FAMILIES
**Office of the Assistant Secretary** | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

December 12, 2025

Governor Tim Walz
Office of the Governor
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz,

Recent reports indicating extensive and systemic fraud within Minnesota social service programs that rely on federal funding have raised serious concerns for the Administration for Children and Families (ACF). These reports include public statements from hundreds of Minnesota Department of Human Services employees alleging that clear warnings of fraud were repeatedly disregarded, that whistleblowers faced retaliation, and that widespread misuse of federal funds may have persisted for years under your leadership. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist.

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. In light of the seriousness and volume of recent reports, and given ACF's responsibility for oversight of the Social Services Block Grant (SSBG) program, I am writing to request that the State of Minnesota provide the complete universe of SSBG administrative data that exist and are in the state's possession for all grantees, their recipients and subrecipients, for all available years and at least 2022 through 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Minnesota has verified the eligibility of all recipients and subrecipients of SSBG-funded entities in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. § 1611, which limits the eligibility of public benefits to United States citizens and qualified aliens. This documentation should include the policies, procedures, system controls, and

verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received SSBG funds from the state of Minnesota, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of SSBG funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of SSBG dollars.

I request that this information be transmitted to ACF by December 26, 2025. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Shireen Gandhi, Temporary Commissioner, Minnesota Department of Human Services
Andrew J. Richter, Communications Specialist, Child Safety and Permanency Division

ADMINISTRATION FOR
CHILDREN & FAMILIES
**Office of the Assistant Secretary** | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

December 12, 2025

Mayor Jacob Frey
City Hall
350 S. Fifth St., Room 330
Minneapolis, MN 55415

Dear Mayor Frey,

Recent reports indicating extensive and systemic fraud within Minneapolis social service programs that rely on federal funding have raised serious concerns for the Administration for Children and Families (ACF). These reports include public statements from hundreds of Minnesota Department of Human Services employees alleging that clear warnings of fraud were repeatedly disregarded, that whistleblowers faced retaliation, and that widespread misuse of federal funds may have persisted for years under your leadership. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist.

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. In light of the seriousness and volume of recent reports and given ACF's responsibility for oversight of the Head Start program, I am writing to let you know that ACF has requested all relevant and available administrative data from Parents in Community Action Inc., for their Head Start program in Minneapolis. The City of Minneapolis has failed to provide Parents in Community Action with the necessary oversight to mitigate any concerns of fraud or program abuse. As a result. ACF is taking an active approach to ensure compliance with all applicable laws and guidance.

We have requested that this data be transmitted by Parents in Community Action, Inc to ACF by December 26, 2025. Any questions directed to the City of Minneapolis, or the Minnesota Head Start Collaboration Office by Parents in Community Action or any other Head Start program should be directed to my staff at ACF.

Thank you for your attention to this critical matter. Please contact my office with any questions.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Tim Walz, Governor, State of Minnesota
Tikki Brown, Commissioner, Department of Children, Youth, and Families
Jeanne Dickhausen, Director, Head Start Collaboration Office

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 16

U.S. DEPARTMENT OF LABOR

**News Release**

# US DEPARTMENT OF LABOR TO CONDUCT TARGETED REVIEW OF POTENTIAL FRAUD IN MINNESOTA'S UNEMPLOYMENT INSURANCE PROGRAM

**WASHINGTON** – The U.S. Department of Labor today announced it will conduct a targeted review of Minnesota's Unemployment Insurance Program using an onsite specialized UI strike team following recent discoveries of widespread fraud in the state's benefits programs.

In a letter sent to the Minnesota Department of Employment and Economic Development, the department noted concerns that recent reports of fraud, waste, and abuse might compromise the integrity of their UI program. The discoveries span several benefits programs, including Minnesota's Federal Child Nutrition Program, Early Intensive Developmental and Behavioral Intervention Autism Program, and Housing Stability Services Program.

"I am appalled at what we are hearing about potential fraud coming from numerous benefits programs in Minnesota. If there has been any related abuse of our UI systems, it will not be tolerated, and I trust our specialized strike team to get to the bottom of this and report their findings directly to me," said Labor Secretary Lori Chavez-DeRemer. "Our mission to protect American workers remains unchanged, and I will not allow malicious actors to destroy the integrity of this trusted program."

The department's Employment and Training Administration's Chicago regional office today informed them of an onsite review of its Benefit Payment Control operations and integrity functions, with a specific focus on ensuring fraud, waste, and abuse identified in Minnesota's state programs is not present in the UI or the pandemic UI programs.

The letter also requested the state provide critical documents to the department's UI strike team, which is made up of staff from ETA's national and regional offices.

**Agency:** Employment and Training Administration
**Date:** December 15, 2025
**Release Number:** 25-1595-NAT

**Media Contact:** Hunter Lovell
**Phone Number:** (202) 693-5951
**Email:** lovell.hunter.j@dol.gov

Share This

## More News Releases

**Previous**
US Department of Labor cites California grower for agriculture employment violations

**Next Up**
US Department of Labor cites Connecticut earthwork contractor for continued violations after follow-up inspection, proposes $1.2M fine

**U.S. DEPARTMENT OF LABOR**

200 Constitution Ave NW
Washington, DC 20210
1-866-4-USA-DOL
1-866-487-2365
www.dol.gov

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 17

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CITY OF SAINT PAUL, MINNESOTA,
15 W. Kellogg Blvd., 400 City Hall,
Saint Paul, MN 55102,

INTERSTATE RENEWABLE ENERGY COUNCIL,
125 Wolf Road, Suite 100,
Albany, NY 12205,

PLUG IN AMERICA,
1270 S Alfred St #351268,
Los Angeles, CA 90035,

ELEVATE ENERGY,
332 S. Green Street, Suite 300,
Chicago, IL 60607,

SOUTHEAST COMMUNITY ORGANIZATION,
2105 1/2 Old Hudson Road,
Saint Paul, MN 55119,

ENVIRONMENTAL DEFENSE FUND,
257 Park Ave. S.,
New York, NY 10010,

*Plaintiffs*,

v.

CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy,
1000 Independence Ave., SW,
Washington, DC 20595,

UNITED STATES DEPARTMENT OF ENERGY,
1000 Independence Ave., SW,
Washington, DC 20595,

RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,
725 17th Street NW,
Washington, DC 20503,

OFFICE OF MANAGEMENT AND BUDGET,
725 17th Street NW,
Washington, DC 20503,

*Defendants*.

Civil Action No.

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

1. “Central both to the idea of the rule of law and to our own Constitution’s guarantee of equal protection is the principle that government and each of its parts remain open on impartial terms to all who seek its assistance.” *Romer v. Evans*, 517 U.S. 620, 633 (1996).

2. This case involves a betrayal of this fundamental American principle.

3. In the run-up to the recent lapse in government funding, the President made clear that, in the event of a shutdown, his administration would take punitive action against states whose citizens vote for the opposition political party.

4. Defendants the Department of Energy (DOE) and the Office of Management and Budget (OMB) made good on that threat the very first day of the shutdown. On October 1, the Director of OMB, Defendant Russell Vought, announced on X:




5. In all sixteen states listed by Vought where projects were terminated, the citizens of that state voted for Vice President Harris over President Trump in the 2024 election. And in all sixteen states, the citizens of that state currently have elected two Senators who caucus with the Democratic party. Vought’s post thus openly flaunted that, in terminating DOE awards, the administration targeted states associated with the opposition party.

6. The intentional discrimination underlying the terminations became even clearer when DOE released details on the terminated awards the next day. Secretary Wright announced that DOE had terminated 321 financial awards totaling roughly $7.5 billion. For all 321 awards—100%—the grantee's address on file with the federal government is in a state that voted for the President's opponent and has two Democratic-caucusing Senators. And nearly 98% of the terminated awards had a primary place of performance in a state with that same voting history. One need not be a statistician to understand this partisan skew did not happen by chance.

7. Plaintiffs in this action are among those harmed by this discrimination. They are grantees, subgrantees, and entities affiliated with terminated awards that would deliver substantial benefits for communities and people across the country. They did nothing wrong other than being located in, or carrying out an award in, a state whose citizens engage in political speech that the government disfavors.

8. The Constitution does not countenance Defendants' conduct. Under bedrock equal protection principles, the government must have some legitimate state interest when it treats one group differently from a similarly situated group. Bare animus, political or otherwise, is not a legitimate government interest. Animus and political retribution are the only explanations for the differential treatment of terminated and non-terminated DOE awardees here.

9. Defendants' actions also violate the First Amendment. As the Supreme Court held just last year, "the First Amendment prohibits government officials from wielding their power selectively to punish or suppress speech . . . through private intermediaries." *Nat'l Rifle Ass'n of Am. v. Vullo*, 602 U.S. 175, 198 (2024). Here, Defendants have targeted private intermediaries—including Plaintiffs—to punish the speech of the citizens of the states where grantees reside or where the DOE awards would be carried out.

10. Defendants' constitutional violations are plain, and the harms to Plaintiffs and the communities they intended to serve are all too real. Unless the terminations are immediately unwound, Plaintiffs will need to lay off staff or not pursue important projects that were funded by the awards, including projects designed to make lives more affordable by lowering the cost of energy, expand access to clean affordable energy, and ensure healthier lives through common sense measures to reduce pollution. The projects impacted make buildings more efficient, expand access to zero-emitting electric vehicles (EVs), help local governments reduce barriers to clean affordable solar energy use for their residents and businesses, and prevent the leaking of methane and other harmful pollution from oil and gas development through solutions that prevent waste and reduce toxins.

11. The Executive Branch's wielding of federal funds as a cudgel for partisan discrimination is unconstitutional and sets a dangerous precedent for the trillions of dollars that the Executive Branch dispenses each year. It cannot be left to stand.

**PARTIES**

12. Plaintiff Interstate Renewable Energy Council (IREC) is a nonprofit organization working to expand consumer access to clean, affordable energy. Since it was founded in 1982, IREC has made clean energy possible for millions of Americans through cutting-edge solutions that advance renewable energy, electric grid modernization, and energy efficiency.

13. Plaintiff Plug In America is a nonprofit organization with a mission to accelerate the transition to affordable and accessible plug-in vehicles and charging through education, advocacy, and research that promotes the use of plug-in cars, trucks, and sports utility vehicles powered by renewable electricity. Plug In America is a national leader in providing brand-neutral consumer education on electric and plug-in hybrid vehicles through experiential events, online

information, public surveys, and dealer engagement. Plug In America is based in Los Angeles, California and was incorporated in 2008.

14. Plaintiff Elevate Energy (Elevate) is a nonprofit, nonpartisan organization that seeks to ensure that everyone has clean and affordable heat, cooling, power, and water in their homes and communities. Elevate designs and implements programs in states throughout the country to help achieve these goals. Elevate is based in Chicago, Illinois.

15. Plaintiff City of Saint Paul is a municipal corporation organized and existing under and by virtue of the laws of the State of Minnesota. It is a home rule charter city.

16. Plaintiff Southeast Community Organization (SECO) is a nonprofit community organization that represents District 1 in Saint Paul, Minnesota. SECO represents four neighborhoods in Saint Paul: Eastview, Conway, Battle Creek, and Highwood.

17. Plaintiff Environmental Defense Fund (EDF) is a nonprofit, nonpartisan organization that is guided by science and dedicated to finding practical and durable solutions to protect public health and the environment that are grounded in affordability, including working to reduce harmful and wasteful methane emissions from the oil and gas sector. EDF collaborates with businesses and communities, works with policymakers, and has offices and numerous members throughout the United States including in the District of Columbia.

18. Defendant Christopher Wright is the Secretary of Energy and is sued in his official capacity.

19. Defendant Department of Energy (DOE) is an agency of the United States government.

20. Defendant Russell Vought is the Director of the Office of Management and Budget and is sued in his official capacity.

Case 1:25-cv-03899 Document 1 Filed 11/20/25 Page 6 of 32

21. Defendant Office of Management and Budget (OMB) is a federal agency within the Executive Office of the President.

## JURISDICTION AND VENUE

22. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the action arises under federal law, including the U.S. Constitution.

23. Venue is proper in this Court under 28 U.S.C. § 1391(e)(1) because this action seeks relief against federal agencies and officials acting in their official capacities; at least one defendant is located in this district; and a substantial part of the events or omissions giving rise to the claims occurred in this district.

## FACTUAL ALLEGATIONS

***DOE Awards Billions in Funding Through Congressionally Mandated Programs***

24. DOE carries out a vast number of programs, many prescribed by statute, through grants and cooperative agreements with private parties and state and local governments. Congress annually appropriates funds for these purposes, and has also appropriated tens of billions of dollars for such awards in legislation including the Infrastructure Investment and Jobs Act (IIJA) of 2021 and the Inflation Reduction Act of 2022. In the IIJA, for instance, large bipartisan majorities of Congress appropriated $62 billion to DOE to carry out projects advancing energy efficiency, affordability, resiliency, and independence, among other purposes.

25. Congress appropriates funds to specific offices within DOE to carry out programs. As relevant here, Congress has appropriated funds to the following six offices in recent years to issue grants and cooperative agreements: the Office of Energy Efficiency and Renewable Energy, the Office of Clean Energy Demonstrations, the Office of Fossil Energy, the Office of

Case 1:25-cv-03399 Document 1 Filed 11/10/25 Page 7 of 35

Manufacturing and Energy Supply Chains, the Grid Deployment Office, and the Advanced Research Projects Agency.

26. The Office of Energy Efficiency and Renewable Energy (EERE) was created in 1973 and is "responsible for renewable energy and end-use energy efficiency technology development," including "issuing grants for home energy efficiency and state energy planning, establishing minimum energy conservation standards for appliances and equipment, and providing technical support."[1] EERE received $16.3 billion in appropriations through the IIJA. EERE also receives funding through annual appropriations bills, including $3.5 billion in funding for each of fiscal years 2024 and 2025.

27. The Office of Clean Energy Demonstrations (OCED) "is a multi-technology office with demonstrations that include clean hydrogen, carbon management, advanced nuclear reactors, long-duration energy storage, industrial demonstrations, demonstrations in rural areas and on current and former mine land, and more."[2] Congress appropriated $5.8 billion for OCED in the Inflation Reduction Act.

28. DOE's Office of Fossil Energy (FE) conducts research, development and demonstration that focuses on promoting energy security, sustaining American leadership and innovation, and developing breakthrough technologies that will ultimately lower American energy costs. FE received $865 million in appropriations in each of fiscal years 2024 and 2025, including to fund research and development into technologies related to the use of fossil fuels.

---

[1] Martin C. Offutt & Lexie Ryan, Cong. Rsch. Serv., IF 13118, *DOE Energy Efficiency and Renewable Energy (EERE) Appropriations, FY 2026* (2025).

[2] DOE, Office of Clean Energy Demonstrations, https://www.energy.gov/oced/office-clean-energy-demonstrations.

Case 1:25-cv-03899 Document 1 Filed 11/12/2025 Page 8 of 35

29. The Office of Manufacturing and Energy Supply Chains (MESC) works to advance energy manufacturing deployment and supply chain security. MESC received $19 million in appropriations in each of the last two years to help eliminate vulnerabilities in energy supply chains.

30. The Grid Deployment Office (GDO) works to catalyze the development of electric infrastructure across the country by maintaining and investing in critical generation facilities; developing and upgrading high-capacity electric transmission lines nationwide; and deploying transmission and distribution infrastructure and technologies. GDO received $10.5 billion in appropriations in each of the last two years to enhance grid flexibility and improve the resilience of the power system.

31. DOE's Advanced Research Projects Agency-Energy (ARPA-E) received $460 million in each of the last two years to support cutting-edge energy technologies. ARPA-E's mission is to help launch energy companies and technologies that have high potential impact.

32. Plaintiffs all received or stood to benefit from awards from these DOE offices.

33. For example, Plaintiff IREC received three awards from EERE. The first was for $6.9 million to support IREC's "Charging Smart" project, which is a comprehensive, nationwide EV charging program that provides no-cost training to local governments across the country. The second was a $4.8 million award to support DOE's "SolSmart Program," a national program to help local governments reduce barriers to solar energy use for residents and businesses. The third was a $1.2 million award to help IREC develop consensus recommendations to address challenges with clean energy code enforcement and permitting approvals. IREC's three awards were on the list of DOE awards terminated in early October 2025. IREC originally received

Case 1:25-cv-03899 Document 1 Filed 11/12/25 Page 9 of 35

termination notices from DOE on October 2 and then received superseding termination notices on October 10, making the effective date of the terminations October 10, 2025.

34. Plug In America received a $5 million award from EERE to conduct its "Plugstar Consumer EV Education Campaign." DOE obligated the full $5 million award to Plug In America at the time of the award in August 2024. Through the award, Plug In America aimed to reach five million consumers and auto dealers with information about electric and plug-in hybrid electric vehicles, charging, and incentives. Plug In America planned to reach consumers through a range of different channels, including paid media placements, electric vehicle ride-and-drive events, dealership sales training, and expansion of community EV organizations. The award was intended to support the campaign through July 2027. The program is fully staffed, well underway, and has already reached millions of consumers. Plug In America's award was on the list of DOE awards terminated in early October 2025. Plug In America originally received a termination notice from DOE on October 2 and then received a second, superseding termination notice on October 10, making the effective date of the termination October 10, 2025.

35. Elevate Energy received $4.5 million from EERE to support its "Building Performance Resource Hub" project. The award was issued as part of DOE's "Resilient and Efficient Codes Implementation" program. DOE obligated the full $4.5 million award to Elevate at the time of the award in October 2023. Elevate was using these funds to help building owners, engineers, and contractors adopt updated building energy codes that result in increased energy efficiency. Elevate accomplished this by providing in-class or on-the-job training and technical support to building professionals. The award was supposed to provide funding for Elevate through December 2027. Elevate's award was on the list of DOE awards terminated in early October 2025. Elevate originally received a termination notice from DOE on October 2 and then

Case 1:25-cv-03899-JPO Document 1 Filed 11/10/25 Page 10 of 125

received a second, superseding termination notice on October 9, making the effective date of the termination October 9, 2025.

36. Plaintiff City of Saint Paul was a subawardee on a $1.7 million EERE award to the American Lung Association designed to organize and support underserved communities to design, implement, and use EV charging. The City of Saint Paul's subaward was for $560,844 to expand the City's EV Spot Network deep into Saint Paul's East Side neighborhoods, where residents disproportionately bear the burdens of the City's transportation energy system and do not equitably experience the benefits of access to clean, affordable, and reliable transportation. Those burdens include below-average transit service and auto ownership, and above average pollution burden. Substantial portions of East Side neighborhoods are designated as USDOT Transportation Disadvantaged Communities. Among other things, Saint Paul has been using grant funds to purchase and install new EV charging hubs in East Side neighborhoods. The City of Saint Paul was specifically named as a subawardee in the American Lung Association's proposal to DOE, and was also included in a subrecipient budget spreadsheet that the American Lung Association submitted to DOE. The award to the American Lung Association was on DOE's list of awards terminated in early October 2025. American Lung Association received a termination notice on October 2, 2025.

37. Plaintiff SECO was also a subawardee on the $1.7 million EERE award to the American Lung Association. SECO's subaward was for $100,000 to enable SECO to promote EV expansion in the neighborhoods that it serves. SECO was specifically named as a subawardee in the American Lung Association's proposal to DOE.

38. Plaintiff EDF worked with grantees on DOE's list of awards terminated in early October 2025 on collaborative science-based solutions to reduce methane emissions. EDF

formally served on the advisory committee for a $210 million award issued by the Fossil Energy Office to the Gas Technology Institute. The goal of the award was to accelerate the mitigation of methane emissions from small operators of oil and gas wells and associated pipeline infrastructure, furthering EDF's organizational interest in reducing these harmful and wasteful emissions. This award was on DOE's list of awards terminated in early October 2025. On information and belief, Gas Technology Institute has not yet received a termination letter from DOE in connection with this award.

39. EDF also works with Colorado State University to measure and mitigate methane emissions, and a core EDF initiative to strengthen science-based solutions to address methane was being crucially advanced by several awards that the school received. One was a $3.5 million award by the Fossil Energy Office to fund the university's Methane Emissions Testing and Evaluation Center 2.0 (METEC 2.0), which was developing testing capabilities for methane emissions detection and measurement technologies that were unique or not widely available. METEC 2.0 would have provided EDF an opportunity to conduct testing of methane sensing and measurement technology. This award was on DOE's list of awards terminated in early October 2025. On information and belief, Colorado State University originally received a termination notice from DOE on October 2, and then received a second superseding notice on October 10, making the effective date of the termination October 10, 2025.

40. EDF's core work on science-based and practical solutions to reduce oil and gas methane emissions was also being crucially advanced by a $20 million award by the Fossil Energy Office to Colorado State University for detection and measurement of methane emissions from oil and gas operations through the North-Central Methane Center. The project's data would have aided EDF in its scientific efforts to better characterize methane emissions and its policy

and collaborative efforts to reduce those emissions. In addition, Colorado State would have held a competitive process for collecting these data, in which EDF would have been able to compete. This award was on DOE's list of awards terminated in early October 2025. On information and belief, Colorado State University has not yet received a termination letter from DOE in connection with this award.

41. EDF was also working with Colorado State University in connection with a $300 million award by the Fossil Energy Office for a Collaborative Approach to Reducing Emissions at Marginal Conventional Wells, which would have furthered EDF's organizational objective of reducing such emissions. This award was on DOE's list of awards terminated in early October 2025. On information and belief, Colorado State University has not yet received a termination letter from DOE in connection with this award.

42. The DOE awards that Plaintiffs received or directly benefited from, all of which DOE terminated or slated for termination in October 2025 (the "Challenged Terminations") are summarized in the following table:

| **Award Description** | **Number** | **Awardee** | **DOE Office** | **Amount** |
|---|---|---|---|---|
| Developing Consensus Recommendations to Address Challenges with Clean Energy Code Enforcement and Permitting Approvals | EE0011801 | Interstate Renewable Energy Council | EERE | $1.2 million |
| SolSmart Program | EE0009951 | Interstate Renewable Energy Council | EERE | $4.8 million |
| A Comprehensive Nationwide EV Charging Recognition and Technical Assistance Program (Charging Smart) | EE0011131 | Interstate Renewable Energy Council | EERE | $6.9 million |
| Plugstar Consumer EV Education Campaign | EE0011133 | Plug In America | EERE | $5 million |

| | | | | |
|---|---|---|---|---|
| Building Performance Resource Hub | EE0010930 | Elevate Energy | EERE | $4.5 million |
| Organizing and Supporting Underserved Communities to Design, Implement, and Use EV Charging Infrastructure | EE0010622 | American Lung Association (Saint Paul and SECO as subawardees) | EERE | $1.7 million |
| Methane Emissions Reduction Program –Well Emissions and Leakage Limitation Check | FE0032658 | Gas Technology Institute (EDF participating) | FE | $210 million |
| Methane Emissions Testing and Evaluation Center | FE0032276 | Colorado State University (EDF participating) | FE | $3.5 million |
| Methane Emissions Reduction Program – North-Central Methane Center | FE0032699 | Colorado State University (EDF participating) | FE | $20 million |
| Methane Emissions Reduction Program – Collaborative Approach to Reducing Emissions for Marginal Conventional Wells | FE0032657 | Colorado State University (EDF participating) | FE | $300 million |

***DOE Terminates Funding to Recipients Exclusively in "Blue" States***

43. On May 15, 2025, Secretary Wright announced that DOE had been conducting a "review" of financial assistance awards issued under the prior administration. A press release stated that Wright had "concern[s]" about certain awards issued by the prior administration, but did not specify the awards or further explain his concerns.[3] Wright stated that DOE would conduct a "focused review[]" for certain awards "on a case-by-case basis."[4]

---

[3] DOE, *Secretary Wright Announces New Policy for Increasing Accountability, Identifying Wasteful Spending of Taxpayer Dollars*, May 15, 2025, https://www.energy.gov/articles/secretary-wright-announces-new-policy-increasing-accountability-identifying-wasteful.

[4] *Id.*

44. In the days and weeks leading up to a possible lapse in appropriations at the end of September 2025, President Trump threatened to retaliate against congressional Democrats and their voters should they not agree to fund the government on the President's terms. For instance, on September 30, President Trump told reporters: "We can do things during the shutdown that are irreversible, that are bad for them and irreversible by them, like cutting vast numbers of people out, cutting things that they like, cutting programs that they like."[5]

45. Similarly, after the shutdown had begun, President Trump posted to Truth Social that he had a meeting with OMB Director Vought, the Director of the Office of Management and Budget, to "determine which of the many Democrat Agencies, most of which are a political SCAM, he recommends to be cut, and whether or not those cuts will be temporary or permanent."[6] President Trump continued: "I can't believe the Radical Left Democrats gave me this unprecedented opportunity."[7]

46. In meetings and interviews throughout the shutdown, President Trump openly and proudly confirmed his administration's intent to target perceived Democratic interests and priorities. During a cabinet meeting on October 9, the President stated that his administration was "only cutting Democrat programs."[8]

47. Consistent with the President's wishes, on October 1, the very first day of the shutdown, Defendants targeted DOE grants in states that voted for Vice President Harris in the 2024 presidential election. That day, it was not DOE or Secretary Wright that announced the

[5] Ricard Cowan, et al., *Trump Warns Democrats of "Irreversible" Actions in Government Shutdown*, Yahoo News (Sept. 30, 2025), https://perma.cc/UVV3-MXKS.
[6] @realDonaldTrump, https://truthsocial.com/@realDonaldTrump/posts/115304455138824245.
[7] *Id.*
[8] Kevin Breuninger, *Trump Threatens to Use Government Shutdown to Cut "Popular Democrat Programs*," CNBC (Oct. 9, 2025), https://perma.cc/KZ69-5DGG.

terminations, but rather OMB Director Vought. Vought posted on X: "Nearly $8 billion in Green New Scam funding to fuel the Left's climate agenda is being cancelled. More info to come from @ENERGY."[9] Vought then highlighted that the "[t]he projects are in the following states: CA, CO, CT, DE, HI, IL, MD, MA, MN, NH, NJ, NM, NY, OR, VT, WA."[10]

48. On October 2, Wright announced that DOE was terminating 321 awards, spanning 223 projects, for which the agency had previously awarded $7.5 billion.[11] The vast majority of projects were funded by DOE's Office of Energy Efficiency and Renewable Energy, Office of Clean Energy Demonstrations, and Office of Fossil Energy.

49. DOE's press release asserted that these projects "did not adequately advance the nation's energy needs, were not economically viable, and would not provide a positive return on investment of taxpayer dollars."[12] But the release contained no specifics to support those assertions or identification of the awards that were terminated.

***Data Further Confirms That Defendants Targeted Awards in Blue States***

50. The data unmistakably confirms that Defendants targeted DOE grants for termination in October 2025 based on the political views of the citizens of the state associated with the grant.

51. On information and belief, on or around October 1, 2025, Defendants transmitted to members of Congress a list of the 321 awards slated for termination. That list was made public in various news reports.[13]

---

[9] @RussVought, https://x.com/russvought/status/1973450301236715838.
[10] *Id.*
[11] DOE, *Energy Department Announces Termination of 223 Projects, Saving Over $7.5 Billion* (Oct. 2, 2025), https://perma.cc/WV7Q-QWA5.
[12] *Id.*
[13] *See, e.g.*, Maeve Allsup, *Scoop: These Are the 321 Awards DOE Is Canceling*, Latitude Media (Oct. 2, 2025), https://perma.cc/B9F7-483X.

52. The website usaspending.gov contains authoritative information on every grant awarded by DOE and other agencies, including the address on file of each awardee and the primary place of performance of each award.

53. For each and every one of the 321 awards on DOE's list of those slated for termination, the address on file for the grantee is in a state that voted for Vice President Harris and currently has two Democratic-caucusing Senators.

54. In addition, the primary place of performance for 314 of the 321 awards slated for termination (*i.e.*, 98%) was a state that voted for Vice President Harris and has two Democratic-caucusing Senators.

55. Each Plaintiff awardee received a nearly identical form letter from DOE stating that the project "no longer effectuates program goals regarding feasibility due to a shift in the Department of Energy's priorities" or that the project "does not effectuate the Department of Energy's priorities of ensuring affordable, reliable, and abundant energy to meet growing demand and/or addresses [sic] the national emergency declared pursuant to Executive Order 14156." The termination notices did not suggest that the awardees failed to comply with the terms and conditions of the award or that they were deficient in their performance in any manner. On information and belief, all funding recipients whose awards were terminated received substantially similar notices stating that their projects were terminated solely due to a shift in agency priorities.

56. According to public reporting, DOE had originally sent a broader list of more than 600 awards to OMB for potential termination.[14] The broader list included awards to grantees

[14] Brian Dabbs, et al., *DOE Floats New Cuts to Hundreds of Clean Energy Grants*, E&E News (Oct. 7, 2025), https://perma.cc/5B76-VGQP.

based in states throughout the country, including Arizona, Indiana, Florida, Ohio, Louisiana, North Carolina, North Dakota, Oklahoma, South Carolina, Tennessee, Texas, Utah, West Virginia, and Wisconsin—all of which voted for President Trump in the 2024 election.[15] But Defendants did not terminate *any* awards to grantees located in those states in October 2025. Instead, according to one energy lobbyist (and as the evidence demonstrates), "they basically just pulled out most, if not all, blue state projects, and that's what they announced as cuts."[16]

57. Even in programs where awards were made across all 50 states, such as the Grid Resilience and Innovation Partnership program, only projects in states that voted for Vice President Harris were cancelled in October 2025, while similar projects in states that voted for President Trump were not.

58. DOE terminated 79 projects in California alone, totaling more than $2 billion in federal funding. One of the projects would have provided backup battery power for a children's hospital in Madera, California.

59. DOE's October termination of awards in states that voted against the President was a part of the administration's broader efforts to harm such states since the shutdown. As of October 14, the administration had "frozen or canceled nearly $28 billion that had been reserved for more than 200 projects primarily located in Democratic-led cities, congressional districts, and states."[17] An analysis by the New York Times showed that the vast majority of funding cuts

---

[15] List of Awards, https://perma.cc/GA87-D96M.
[16] Dabbs, *supra* note 14.
[17] Tony Romm & Lazaro Gamio, *Trump Targets Democratic Districts by Halting Billions During Shutdown*, N.Y. Times (Oct. 14, 2025), https://www.nytimes.com/interactive/2025/10/14/us/trump-grants-democrat-districts-government-shutdown.html

during the shutdown have been to grantees in states—and even congressional districts—that have recently voted for Democrats, especially in New York, California, and Chicago.[18]




60. These cuts included a freeze of $18 billion in funding for two major New York City infrastructure projects: the Second Avenue subway and Hudson River tunnel. The administration also froze $2.1 billion that had been pledged to Chicago for transit upgrades, including an extension of its rail system into the South Side.

***Defendants' Abrupt, Unlawful Terminations Will Harm Plaintiffs***

61. Defendants' termination of billions of dollars in funding will hurt consumers and communities, increase prices, and result in thousands of lost jobs. It removes support for innovation of technologies that are critical to ensuring clean, reliable and affordable energy, and

[18] *Id.*

inhibits the collaboration among industries, states, academic institutions, and nonprofits that was intended to take place under the canceled awards. And it will be devastating to Plaintiffs and the other awardees who had structured their work in reliance on the federal government upholding its promises to provide this funding.

62. For example, Plaintiff IREC has already had to cancel 18 partner contracts as a result of the termination of its award funding its "Charging Smart" program, and has had to turn away over 100 cities and counties seeking technical assistance under the program due to the termination. It has had to cancel 10 partner contracts as a result of the termination of its award funding its "SolSmart" program, and no longer has the resources and funding to do its work related to safe building codes and standards involving solar, storage, and EVs. IREC has been forced to lay off staff and will need to cut more positions if funding is not restored.

63. Plug In America's funding from its terminated award made up approximately half of the organization's annual revenue. Without the award, Plug In America will need to lay off staff, cancel partner contracts, and dramatically reduce its educational programming, including ride and drive events, its training for EV dealers, and a call center for consumers interested in purchasing EVs.

64. Plaintiff Elevate Energy has already had to take staff off of programs supported by its terminated award, and will need to consider layoffs if the award is not quickly restored. Elevate Energy was using its award to provide training to building owners, engineers, and contractors on updated building codes that would increase energy efficiency, consistent with DOE's Resilient and Efficient Codes Implementation program. Elevate Energy will need to shut down this work entirely if the award is not restored.

65. Plaintiff City of Saint Paul has made significant investments in contracting for the purchase and installation of EV chargers, and unless funding is restored, will be at risk of breaching those contracts and associated financial loss. Additionally, the City has expended significant staff resources to complete the first stage of its project, which will have been time wasted if it cannot complete EV installation in accordance with its plans. The City will also suffer reputational harm and loss of community trust if it cannot complete this project.

66. Plaintiff SECO, a small nonprofit community organization in Saint Paul, hired two additional staff members to help with community outreach promoting EV expansion in reliance on its funding. Unless its funding is restored imminently, SECO will have to lay off these staff members and cease the outreach supported by the award.

67. Plaintiff EDF will also suffer significant harm. EDF was formally affiliated with, relying upon, or was participating in several of the grants listed for termination in October 2025 as part of a core, long-standing science-based initiative to address oil and gas methane emissions in collaboration with scientists, industry, technology providers, policymakers, and community-based organizations.

68. For example, EDF intended to pursue the possibility of testing its methane emissions measurement technology using new testing capabilities that were under development at Colorado State University's METEC 2.0. With the support of DOE's $3.5 million award to METEC, EDF would have been able to test this technology at substantially reduced costs. Now, EDF will either have to forgo this testing or incur significant additional costs, and will need to spend more resources advocating for development of additional testing programs. EDF also worked with institutions seeking federal funding under the Methane Emissions Reduction Program to develop detection and measurement of methane emissions from oil and gas

operations at regional scale. EDF devoted significant staff time to helping advance a rigorous science-based approach across regional measurement projects. Now that Colorado State University's $20 million North-Central Methane Center grant has been slated for termination, EDF will not be able to compete for funding to collect these data, and will not be able to rely on the program to obtain critical data for EDF's scientific efforts to better characterize methane emissions and collaborative work to reduce those emissions. EDF will need to raise and expend additional resources to collect these or otherwise access data.

69. EDF collaborated with the Gas Technology Institute (GTI) in securing its $210 million award by devoting time and expertise, including a letter explaining EDF's commitment as an advisory committee member. The goal of the award was to accelerate the mitigation of methane emissions at small operators' low-producing oil and gas wells and associated infrastructure, a core organizational priority of EDF. As a result of the grant cancellation, EDF will no longer be able to advise on the implementation of the grant, including on how resources could be deployed to advance science-based, low cost and collaborative solutions. EDF has and will need to continue to devote additional resources to developing alternative ways to accomplish its goal of reducing methane emissions from smaller, dispersed sources.

70. Similarly, EDF has engaged with Colorado State University in connection with its $300 million award for a Collaborative Approach to Reducing Emissions at Marginal Conventional Wells. The goal of the award was to develop and implement a solution ecosystem, which would have reduced methane emissions at these sites across the country anchored in science and collaborative solutions. As a result of the grant termination, EDF will need to devote additional resources to developing alternative ways to accomplish its goal of reducing methane emissions from marginal conventional wells.

## *FIRST CLAIM FOR RELIEF*

**Violation of the Fifth Amendment's Equal Protection Guarantee**

71. Plaintiffs re-allege and incorporate by reference all prior and subsequent paragraphs.

72. The Due Process Clause of the Fifth Amendment prohibits the federal government from denying equal protection of the laws. *See Bolling v. Sharpe*, 347 U.S. 497, 499–500 (1954).

73. In identifying DOE grants to terminate in October 2025, Defendants intentionally treated Plaintiffs differently from similarly situated entities based on the political views of, and votes cast by, the citizens of the state where the prime grantee was located, and the state where the relevant award would be primarily performed.

74. Defendants' reasons for treating Plaintiffs differently from similarly situated entities are arbitrary and irrational.

75. Defendants' differential treatment of Plaintiffs is motivated by animus against the political views of and votes cast by the citizens of the states associated with the awards, based on the location of the prime grantee or where the award would be performed.

76. Defendants lack any rational, legitimate, or compelling governmental interest in treating Plaintiffs differently from similarly situated entities.

77. As a direct and proximate result of Defendants' differential treatment, Plaintiffs have suffered concrete economic and non-economic harm, including loss of funding, loss of funding opportunities, loss of access to federally funded programs and resources, loss of investments, costs of mitigation, diversion of resources, reputational harm, and chilled association.

78. Through the actions above, Defendants have violated the Due Process Clause of the Fifth Amendment.

### *SECOND CLAIM FOR RELIEF*

### Violation of the First Amendment

79. Plaintiffs re-allege and incorporate by reference all prior and subsequent paragraphs.

80. Defendants' October 2025 mass termination of awards held by recipients in "blue" states also violates the First Amendment.

81. "At the heart of the First Amendment's Free Speech Clause is the recognition that viewpoint discrimination is uniquely harmful to a free and democratic society." *Nat'l Rifle Ass'n of Am. v. Vullo*, 602 U.S. 175, 187 (2024). The government may not "use [its] power . . . to punish or suppress disfavored expression." *Id.*

82. Relatedly, "the First Amendment prohibits government officials from subjecting individuals to retaliatory actions after the fact for having engaged in protected speech." *Houston Cmty. Coll. Sys. v. Wilson*, 595 U.S. 468, 474 (2022) (quotations omitted).

83. In addition, "the First Amendment prohibits government officials from wielding their power selectively to punish or suppress speech . . . through private intermediaries." *Vullo*, 602 U.S. at 198.

84. Here, Defendants took adverse action against "intermediaries"—including Plaintiffs—to punish and retaliate against the speech and viewpoints of the citizens of the states where prime grantees were located, and the states where the relevant award would be primarily performed. Defendants terminated the relevant awards in October 2025 because of the political views of these citizens and the votes they cast in recent elections. Defendants would not have

terminated these awards in October 2025 but for that protected speech and association. *See Burdick v. Takushi*, 504 U.S. 428, 434 (1992) (explaining that voting is protected by the First and Fourteenth Amendments).

85. As a direct and proximate result of Defendants' conduct, Plaintiffs have suffered concrete economic and non-economic harm, including loss of funding, loss of funding opportunities, loss of access to federally funded programs and resources, loss of investments, costs of mitigation, diversion of resources, reputational harm, and chilled association.

## REQUEST FOR RELIEF

**NOW, THEREFORE,** Plaintiffs request judgment in their favor against Defendants as follows:

1. Declare that the Challenged Terminations were unlawful, in violation of the Fifth Amendment's Due Process Clause and the First Amendment.

2. Preliminarily and permanently enjoin the Challenged Terminations.

3. Preliminarily and permanently enjoin Defendants to restore the awards terminated pursuant to the Challenged Terminations.

4. Award Plaintiffs reasonable costs and attorneys' fees; and

5. Award such other relief as this Court may deem just and proper.

Dated: November 10, 2025

Respectfully submitted,

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar 1016621)
Stephen K. Wirth (D.C. Bar 1034038)
John Robinson (D.C. Bar 1044072)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016

Case 1:25-cv-03899 Document 1 Filed 10/29/25 Page 25 of 25

Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for Plaintiffs Environmental Defense Fund, Plug in America, Elevate Energy, Interstate Renewable Energy Council, and Southeast Community Organization*

Vickie L. Patton (CO Bar 30370)*
Peter Zalzal (CO Bar 42164)*
Rosalie Winn (CO Bar 52662)*
Stephanie Jones (NY Bar 5590724)*
2060 Broadway, Suite 300
Boulder, CO 80302
(720) 837-6239
vpatton@edf.org

*Counsel for Plaintiff Environmental Defense Fund*

LYNDSEY OLSON
Saint Paul City Attorney

By: <u>*/s/ Kelsey McElveen*</u>
Kelsey McElveen*
Office of the City Attorney
15 W. Kellogg Blvd., 400 City Hall
Saint Paul, MN 55102
(651) 226-8710

*Counsel for Plaintiff Saint Paul, Minnesota*

*Pro hac vice forthcoming

*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF JOSEPH RICHIE

# Exhibit 18

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITY OF SAINT PAUL, MINNESOTA *et al.*,<br><br>Plaintiffs,<br>v.<br><br>CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy *et al.*,<br><br>Defendants. | Case No. 1:25-cv-03899-APM |

**<u>JOINT SUPPLEMENTAL FILING</u>**

The parties respectfully submit the following statements with respect to the Court's questions at the conclusion of the December 11, 2025 hearing and the Court's Minute Order issued the same day.

**PLAINTIFFS' STATEMENT**

Plaintiffs' position is that, for any stipulation to be adequate to resolve the case at this junction, Defendants must admit that they treated one class of entities (including Plaintiffs) that received or benefited from Department of Energy awards differently from a similarly situated class of entities, solely based on whether the prime recipient of the given award resides in a Blue State.

Plaintiffs inquired with Defendants on Friday, December 12 whether Defendants would agree to stipulated language to the above effect (Plaintiffs' proposed stipulated language is reproduced below). But Defendants never answered. Instead, Defendants informed Plaintiffs that they would be proposing their own language for a stipulation. Having now reviewed Defendants' proposed language, Plaintiffs do <u>not</u> believe that proposed language is sufficient to enter final judgment at this time, without further factual development.

Plaintiffs respond to the Court's questions against this backdrop.

1. *<u>Deferral of Preliminary Injunction Ruling</u>*:

If Defendants are unwilling to agree to a sufficient stipulation as described above, Plaintiffs consent to the Court deferring ruling on a preliminary injunction, having a short period of discovery, and then holding a trial, but, respectfully, only if trial could be held in January rather than March.[1] Plaintiffs are mindful of the Court's busy schedule and very much appreciate the

[1] Plaintiffs' consent is conditional on Defendants' commitment, stated below, that they will not to de-obligate funds with respect to the ten awards at issue in this litigation until final judgment has been entered in this case. Plaintiffs respectfully request that the Court enter an order to that effect.

Court's willingness to hold an expedited trial. However, for some Plaintiffs, the difference between a January and March trial date would be extremely material. For instance, Plaintiff Plug In America anticipates the need to conduct significant layoffs in the new year if there is no prospect for relief until after a trial in March. As described in Plaintiffs' preliminary injunction motion, Plug In America's terminated award constitutes approximately 50% of its anticipated revenue for 2026.

With respect to Defendants' request to hold a status conference before discovery proceeds or a trial date is set, Plaintiffs oppose that request to the extent that it would result in further delay. Plaintiffs defer to the Court on the need for a status conference, but given the time-sensitivity described above, Plaintiffs respectfully ask that any such conference not delay discovery moving forward and a trial date being set. If a status conference does ultimately resolve outstanding issues, enabling the Court to enter final judgment now, the Court could always pull down the trial date and revoke the authorization of discovery.

2. *Stipulation*:

From Plaintiffs' perspective, any stipulation must admit the core factual allegation underlying Plaintiffs' equal protection and First Amendment claims: that Defendants chose the 314 terminated awards for termination in early October, and not other similarly situated awards, solely because the prime awardees for those 314 awards reside in Blue States. Such an admission would render discovery unnecessary, enabling the Court to resolve the final merits at this junction. To this end, Plaintiffs proposed the following stipulation to Defendants on December 12:

- The 314 U.S.-based DOE awards terminated in early October 2025 were similarly situated to other DOE awards not terminated at that time (such as those identified in Exhibit G to the Jacobson Declaration); and

- The sole reason that Defendants terminated the 314 awards in early October 2025—and not the similarly situated, non-terminated awards—was that a majority of voters in the

prime awardee's state of residence voted for the Democratic candidates in the most recent presidential and senatorial elections.

To resolve relevant factual issues regarding the three relevant awards for which DOE has not transmitted a termination letter, which are described further below, Plaintiffs also seek a stipulation that:

- The three awards that EDF either participated in, relied on, or would have benefitted from and that were not "definitized" are similarly situated to other "non-definitized" DOE awards that were not on the October 2, 2025 list of terminated awards, and DOE will need to take actions to formally end and de-obligate funds from these three awards that DOE has not presently decided to take for the similarly situated awards not on the October 2 list.

As set forth in Defendants' Statement below, Defendants state that they will stipulate as follows: "The selection of which DOE grant termination decisions were included in the October 2025 notice tranche was influenced by whether a grantee's address was located in a State that tends to elect and/or has recently elected Democratic candidates in state and national elections (so-called 'Blue States')."

Defendants' proposed stipulation is insufficient for numerous reasons. First and foremost, it likely does not establish all of the facts necessary to grant judgment on Plaintiffs' equal protection and First Amendment claims: Defendants do not stipulate that the 314 terminated awards were similarly situated to other awards, which were not terminated. And Defendants do not stipulate that *the* reason the 314 awards were treated differently from similarly situated awards, in being selected for termination in early October, was because a majority of voters in the prime awardee's state of residence voted for the Democratic candidates in the most recent presidential and senatorial elections. Defendants' equivocal statement that the selection of these awards "was influenced by" the awardees' residence in Blue States is not sufficient. Furthermore, Defendants' statement in footnote 5 misleadingly suggests that "partisan politics"

were, in fact, used as "a proxy for legitimate policy considerations." Defendants submitted no evidence whatsoever to that effect, and the record contradicts it. Moreover, Defendants offer the stipulation after including an Introduction that reasserts the position that the awards were terminated because they purportedly no longer effectuate policy goals and priorities. In light of these deficiencies, Plaintiffs do not consent to consolidation of trial on the merits based on this stipulation.

3. *Awards Not Definitized*:

With respect to the three awards for which DOE has not sent termination letters, and that government counsel represented at the hearing were not "definitized," Plaintiffs are able to provide the following information.

EDF either participated in, relied on, or would have benefitted from these awards. Colorado State University (CSU) was the prime recipient for two of these awards (FE0032657, FE0032699), and the Gas Technology Institute (GTI) was the prime recipient for the third (FE0032658). For all three awards, DOE issued a notice of award in December 2024 that legally obligated the full award amount to the award. And DOE subsequently executed a cooperative agreement for each award in January 2025, which set forth the total obligated amount of the award and the underlying legal authorities. Defendants acknowledge in passing the December notice-of-award letters in their statement below, but, remarkably, neglect to mention the subsequently executed cooperative agreements.

Even worse, Defendants erroneously assert that DOE assumed "no financial obligation" in issuing these awards. As mentioned, the notices of awards on their face "obligated" the full award amount, and as OMB explains in its Circular A-11, an "obligation" means "a binding agreement that will result in outlays, immediately or in the future." OMB Circular A-11 § 20.3,

https://www.whitehouse.gov/wp-content/uploads/2025/08/a11.pdf.[2] DOE thus legally committed the full award amounts to these three awards, notwithstanding the notice-of-award letters called for routine steps to "definitize" the awards. Funds obligated to an existing award must be "de-obligated" in order to close out the award, and before the funds may be used for another purpose. If there were any doubt, Defendant's own statement below confirms that full award amounts remain obligated to these three awards: "None of the funding for the ten financial awards at issue in this case, including the three specifically mentioned in Part II.B. of this filing, has been de-obligated."

Thus, if DOE has determined not to go forward with these awards, as is apparent from the inclusion of the awards on the October 2 termination list, it will need to take action to close out the awards, including de-obligating the funds. DOE's taking such steps would be treating these awards differently from similarly situated, non-definitized awards to recipients in Red States for which DOE is not taking these actions.

And indeed, there are many similarly situated awards. The three awards were all issued under Funding Opportunity Announcement DE-FOA-0003256 for the Methane Emissions Reduction Program.[3] Over forty awards were issued under DE-FOA-0003256, with all awards similarly aimed at monitoring and mitigating methane emissions from the oil and gas sector. Eighteen of the DE-FOA-0003256 awards appeared on DOE's October termination list

---

[2] The Government Accountability Office (GAO) similarly explains that "an 'obligation' is some action that creates a legal liability or definite commitment on the part of the government, or creates a legal duty that could mature into a legal liability by virtue of an action that is beyond the control of the government. Payment may be made immediately or in the future." 2 Principles of Federal Appropriations Law, Ch. 7 at 7-3 (3d ed.).

[3] Dep't of Energy, Project Selections for FOA 3256: Methane Emissions Reduction Program Oil and Gas Methane Monitoring and Mitigation, https://www.energy.gov/fecm/project-selections-foa-3256-methane-emissions-reduction-program-oil-and-gas-methane-monitoring.

(including the CSU and GTI awards at issue here), and all of these were in states with two Democratic senators and that voted for the Democratic presidential candidate in 2024. All forty of the awards issued under DE-FOA-0003256 are on the list of more than 600 awards under review by DOE, but none of the awards that were to grantees in a state that voted for President Trump in the 2024 election were on the October termination list. The non-terminated awards to grantees in Red States are very similar to the awards listed for termination in Democratic states. For example, Award FE0032699 to CSU for $20 million to develop regional methane emission measurements closely aligns with a $20 million award to the University of Texas to develop regional methane emission measurements, which did not appear on the October termination list.

**DEFENDANTS' STATEMENT**

In response to the Court's questions to Defendants presented at the close of the preliminary injunction hearing held on December 11, 2025 and the Court's Minute Order issued the same day, Defendants respectfully submit this Supplemental Filing.

**I. Introduction**

In May 2025, the United States Department of Energy ("DOE") adopted the Secretarial Policy on Ensuring Responsibility for Financial Assistance. Defendants' Response to Plaintiffs' Motion for Preliminary Injunction at 3, ECF No. 14 ("PI Opp."). To implement this policy, DOE created a Department-wide process[1] of tasking DOE program offices with assessing their financial assistance portfolios against a number of criteria including, for example, whether a project remains technically and economically feasible; and whether, pursuant to 2 C.F.R. § 200.340(a)(4), a project continues to effectuate the purpose of the program or DOE's priorities. *Id*. Based on these criteria,

[1] This process is known as the Portfolio Review Process ("PRP").

proposals were individually evaluated and DOE decided whether to retain, modify or terminate awards. *See id*. This is an ongoing process. *Id*. at 4.

As part of this broad review process, DOE program offices made individualized determinations that a large number of awards should be terminated, and in October 2025, DOE announced that several hundred of those awards had been terminated. *Id*. at 5. This announcement included determinations under 2 C.F.R. § 200.340(a)(4) that the seven financial awards at issue in this case (Award Nos. EE0011131, EE0011801, EE0009951, EE0011133, EE0010930, EE0010622, and FE0032276) should be terminated because they no longer effectuate the purposes of the program for which they had been issued or DOE's priorities. *Id*. at 6-7.[2] DOE transmitted written notices regarding the termination of seven financial awards at issue in this case as part of an initial tranche of more than 300 notices in early October 2025. *Id*.

As outlined in 2 C.F.R. § 910.128, award recipients contesting a termination notice can avail themselves of informal dispute resolution, mediation, and a formal administrative appeal to the Senior Procurement Executive ("SPE"). *Id*. at 8-9. Pursuant to the informal dispute resolution process, award recipients can submit to a DOE contracting officer documentation challenging the termination. *Id*. at 9. Award recipients can also avail themselves of an administrative appeal to the SPE. *Id*. Administrative appeals are governed by 2 C.F.R. § 910.128(d) and Chapter 6.4.2(B) of the DOE Guide to Financial Assistance.[3]

---

[2] As explained below, DOE has not submitted any termination letters or emails associated with three awards at issue in this case (FE0032658, FE0032699, and FE0032657). *Id*. at 6 n.12. As explained during oral argument, these three awards are "conditional" cooperative agreements for which no final award has been definitized.

[3] *See* DOE Guide to Financial Assistance, https://www.energy.gov/management/articles/department-energy-guide-financial-assistance

## II. Response to Questions

A. *Status of Financial Award Funds at Issue in This Case.*

None of the funding for the ten financial awards at issue in this case,[4] including the three specifically mentioned in Part II.B. of this filing, has been de-obligated. Defendants are prepared to commit not to de-obligate funds with respect to these ten awards until final judgment has been entered in this case.

B. *Status of Awards FE0032658, FE0032699, and FE0032657*

DOE has not sent any termination letter or email with respect to awards FE0032658, FE0032699, and FE0032657. These three awards are conditional awards for the Methane Emissions Reduction Program. DOE transmitted selection notification letters for these conditional awards in December 2024. These letters informed the recipients that they had not yet been authorized to commence with performance of the project(s) at issue, and that DOE makes no commitment to issue an award and assumes no financial obligation. The letters also informed recipients that until an award is "definitized" and the recipient receives Grants Officer or Contracting Officer approval by way of an amendment to the award, DOE would not reimburse the recipient for any costs incurred under the project(s) at issue.

## III. Factual Stipulation

For the purposes of this litigation, Defendants stipulate not to contest the following factual assertion: The selection of which DOE grant termination decisions were included in the October 2025 notice tranche was influenced by whether a grantee's address was located in a State that tends

[4] Seven of the DOE financial awards at issue in this case are cooperative agreements, and three are "conditional" cooperative agreements for which no final award has been definitized: Award Nos. EE0011131, EE0011801, EE0009951, EE0011133, EE0010930, EE0010622, FE0032276, FE0032658 (Conditional Cooperative Agreement), FE0032699 (Conditional Cooperative Agreement), and FE0032657 (Conditional Cooperative Agreement).

to elect and/or has recently elected Democratic candidates in state and national elections (so-called "Blue States").[5]

## IV. Further Proceedings

Defendants join Plaintiffs' request that the Court consolidate this matter based on the stipulation above. In the event that the Court does not find Defendants' stipulation sufficient to adjudicate and enter final judgment in this matter, Defendants respectfully request that the Court schedule a conference later this week to discuss any remaining issues necessary to be resolved by Defendants' stipulation.

Dated: December 15, 2025

Respectfully submitted,

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar 1016621)
Stephen K. Wirth (D.C. Bar 1034038)
John Robinson (D.C. Bar 1044072)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for Plaintiffs*

Vickie L. Patton (CO Bar 30370)*
Peter Zalzal (CO Bar 42164)*
Rosalie Winn (CO Bar 52662)*
Stephanie Jones (NY Bar 5590724)*
2060 Broadway, Suite 300
Boulder, CO 80302
(720) 837-6239
vpatton@edf.org

*Counsel for Plaintiff Environmental Defense Fund*

[5] Defendants reiterate their legal position that consideration of partisan politics is constitutionally permissible, including because it can serve as a proxy for legitimate policy considerations.

LYNDSEY OLSON
Saint Paul City Attorney

By: /s/ Kelsey McElveen
Kelsey McElveen+
Office of the City Attorney
15 W. Kellogg Blvd., 400 City Hall
Saint Paul, MN 55102
(651) 226-8710

*Counsel for Plaintiff Saint Paul, Minnesota*

*Pro hac vice forthcoming
+Pro hac vice pending

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Daniel Riess*
JOHN BAILEY (Ohio Bar No. 104260)
Counsel to the Assistant Attorney General
DANIEL RIESS (Texas Bar No. 24037359)
ELIZABETH B. LAYENDECKER (Cal. Bar No. 357429)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*