UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

State of Minnesota,
by and through its Attorney General,
Keith Ellison,

Plaintiff,

v.

United States Department of Agriculture,
and Brooke Rollins, as Secretary of the
Department of Agriculture,

Defendants.

Case No.: 0:25-cv-04767-LMP-JFD

**MEET-AND-CONFER STATEMENT**

I hereby certify that:

1. I am one of the attorneys representing Plaintiff State of Minnesota, by and through its Attorney General Keith Ellison, in this case.

2. On December 29, 2025, one of the other attorneys on our team, Pete Farrell, emailed with the Civil Division Chief for the U.S. Attorney's Office for the District of Minnesota to notify her that Minnesota was moving today for a temporary restraining order or expedited preliminary injunction or stay. I was copied on this email. Mr. Farrell asked the Civil Division Chief to confirm who represented the Federal Defendants and, if possible, whether the Federal Defendants opposed Minnesota's motion. Mr. Farrell also noted that Minnesota would request a hearing on the motion on January 9, 2026, and an order by January 15, 2026.

3. Mr. Farrell's email followed a prior communication to the Civil Division Chief from Minnesota's Solicitor General, Liz Kramer, on December 23, 2025, emailing a courtesy copy of the Complaint and informing the Civil Division Chief that Minnesota would be filing a preliminary injunction motion and seeking expedited treatment. I was also copied on this email.

3. On December 29, 2025, the Civil Division Chief responded to Mr. Farrell's email and said that "[w]e are finalizing who is going to handle this matter." The Civil Division Chief also noted that the Federal Defendants "prefer a hearing closer to January 15, so that we can provide more developed briefing."

Dated: December 29, 2025

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Joseph Richie**
JOSEPH RICHIE
Special Counsel
Atty. Reg. No. 0400615

LIZ KRAMER
Solicitor General
Atty. Reg. No. 0325089

PETER J. FARRELL
Deputy Solicitor General
Atty. Reg. No. 0393071

JOSEPH RICHIE
Special Counsel
Atty. Reg. No. 0400615

KATHERINE BIES
Special Counsel
Atty. Reg. No. 0401675

BRIAN CARTER
Special Counsel
Atty. Reg. No. 0390613

LINDSEY MIDDLECAMP
Special Counsel
Atty. Reg. No. 0392589

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-0921 (Voice)
(651) 282-5832 (Fax)
Joseph.Richie@ag.state.mn.us
Liz.Kramer@ag.state.mn.us
Peter.Farrell@ag.state.mn.us
Katherine.Bies@ag.state.mn.us
Brian.Carter@ag.state.mn.us
Lindsey.Middlecamp@ag.state.mn.us

*Attorneys For Plaintiff State of Minnesota*

|#6260796-v1