WRIGHT COUNTY
HEALTH & HUMAN SERVICES

# Federal SNAP Pilot Summary

## Purpose

USDA has mandated a 30-day SNAP recertification pilot, requiring **all 2,861 Wright County households** to complete **in-person interviews** and **full eligibility reviews**. This accelerated timeline poses significant operational, financial, and program-integrity risks.

## SNAP by the Numbers (as of December 2025)

| | |
|---|---|
| Current Number of Households Served | 2,861 |
| Total Number of Individuals Served | 5,522 |
| Average Monthly Benefit Per Family | $299 |
| Average Monthly Benefit Per Person | $115 |
| Percent of SNAP Recipients Under 18 | 38% |

## Proposed Pilot Requirements

- **2,861 households** must be recertified in **30 days**
- Requirement is **10× current monthly workload**
- Would require **50 hours of overtime per staff per week**
  - County currently processes **300 recertifications/month** with **18 staff**
- In-person interviews + added verifications increase case time by **~30 minutes**

## Current SNAP Operations

- Recertification every **6 months** for most households
  - Annual recertification for elderly, disabled, or homeless individuals with no earned income
- Standard process: **advance notice → phone interview → verification updates**
- Average case time: **2 hours**

## Major Barriers

1. **No ability to notify clients of new requirements as notices are generated by the State**
   - Recently recertified households may be forced to repeat steps
   - Increased confusion and inconsistent processing
2. **Unclear Federal Guidance**
   - “Full eligibility determination” not clearly defined
   - Key operational parameters unresolved
3. **No Additional Funding**
   - No resources to support surge workload
   - Hiring/training new staff requires **6–9 months**
4. **Operational & System Constraints**
   - Limited interview space for 2,861 in-person appointments
   - Reliance on mailed notices delays scheduling
   - State systems may not support accelerated processing

## Existing Program Integrity

- Case reviews, audits, and fraud-prevention staff
  - Wright County strives to **fight SNAP fraud**
    - 2025 January to November – 137 fraud referrals resulted in **$92,768 SNAP savings**
    - Additional **$86,611 overpayments** cited for recoupment
- Federal and state data matching
- Verification systems (SAVE, Equifax)
- Ongoing recertifications under normal timelines

## Impact Assessment

The pilot's requirements are **not feasible** within the mandated timeframe. Attempting to compress 2,861 recertifications into 30 days would:

- Overwhelm staff capacity
- Increase processing errors
- Decrease fraud referrals due to time constraints, undermining program integrity
- Cause eligible households to lose benefits

A realistic timeline using **existing safeguards** remains the most effective and responsible approach.