# EXHIBIT A

# THIS DOCUMENT HAS BEEN PRODUCED IN NATIVE FORMAT