# EXHIBIT B



# Minnesota Corrective Action Plan:

# SNAP Payment Error Rate (PER)

## Deficiency

Food and Nutrition Service (FNS) Quality Control (QC) data covering October 1, 2023, to September 30, 2024, shows that the Minnesota Department of Children, Youth, and Families' (DCYF) Payment Error Rate (PER) is 8.98%. FNS requires submission of Corrective Action Plans (CAPs) when PER rates are over 6%.

## Geographic Extent

Minnesota has 87 counties and 3 Tribal Nations that administer SNAP. We acknowledge that all errors play a role in the error rate. Our large agencies have caseloads of over 25,000, medium agencies have between 5,000 to 25,000 and small agencies have fewer than 4,999 cases. Hennepin and Ramsey counties are identified as our two largest agencies and are the drivers of our error rate. We have six agencies in the medium category and the remaining 82 are identified as small agencies.

Below is a summary of the dollar error rate for the three highest error prone areas from October 1, 2023-September 30, 2024, compared to the overall dollar error rate. Our total error dollars in all areas are $24,515. Hennepin and Ramsey counties comprise 44% of our total error dollars. Medium sized counties contribute nearly 22% of our total error dollars and small counties and Tribal Nations complete the remaining 34%.

| | Wages & Salaries | Shelter Deduction | Utility Deduction | Error Totals in 3 categories | Error Totals in all areas |
|---|---|---|---|---|---|
| **Total Dollar Errors** | $7,503 | $4,050 | $3,392 | $14,945 | $24,515 |
| **Hennepin County** | $1,148 | $991 | $631 | $2,770 | $6,037 |
| **Ramsey County** | $1,386 | $1,060 | $760 | $3,206 | $4,911 |
| **Medium Counties** | $1,669 | $580 | $1,059 | $3,308 | $5,305 |
| **Small Counties and Tribal Nations** | $3,300 | $1,419 | $942 | $5,661 | $8,262 |

## Source and Magnitude of Deficiency

Minnesota's error rate is determined after Quality Control (QC) reviews are completed. Annually the QC team completes between 900 and 1200 case reviews. The error rate is determined by taking the total error dollars divided by the total amount of SNAP and MFIP food benefits issued in the sample selected.

In FFY 2024, QC completed 967 reviews with a total issuance of $275,545.  142 cases had errors. The total error dollars were $24,515. Minnesota's error rate was 8.98%.

Below is a monthly comparison of the error rate.



## Identify Causal Factors

Below is a summary of the top error prone areas showing the breakdown of agency vs client errors.

| | Wages & Salaries | Shelter Deduction | Utility Deduction | Error Totals in 3 categories | Error Totals in all areas |
|---|---|---|---|---|---|
| **Agency Errors** | $4,085 | $3,258 | $1,378 | $8,721 | $14,430 |
| **Client Errors** | $3,418 | $792 | $2,014 | $6,224 | $10,085 |
| **Percentage of all Dollar Errors** | 31% | 17% | 14% | 62% | |

Below is a summary of the reasons for agency caused errors and client caused errors.

| Reason for Error | Percentage of Agency Dollar Errors | Percentage of Client Error Dollars | Percentage of Total Error Dollars |
|---|---|---|---|
| **Information Not Reported** | N/A | 65% | 27% |
| **Reported Information Disregarded** | 34% | N/A | 20% |
| **Failed to follow up on inconsistent or incomplete information.** | 17% | N/A | 10% |
| **Incomplete or incorrect information provided** | N/A | 14% | 6% |
| **Arithmetic Computation** | 0% | N/A | 0% |

## Description of Activity

Below is a summary of the most common reasons that errors occurred. These are referred to as the "root cause". Now that the root cause is determined, Minnesota will focus our efforts on activities to reduce errors due to these most common reasons.

**Wages and Salaries Errors: Agency Caused**
- **FNS Identified:** Information reported by the client, but agency disregarded.
  - **What we are doing now/or intend to do**: Minnesota's eligibility system has BlueZone Scripts. Scripts are a tool that eligibility workers use to write case notes, run reports, etc. There are scripts built to identify error prone areas and require workers to enter information they learned during the interview with the client.
    - The Scripts coordinator will record demos to highlight available scripts for workers to view.

- **FNS Identified**: Agency failed to follow up on inconsistent information.
  - **What we are doing now/or intend to do**: The Instructional Design Training Team (IDTT) has created a series of conversations starters for workers to use when talking with clients. They are called "Ask Your Client". There are prompting questions for earned income, self-employment income, and unearned income. IDTT, along with the SNAP Policy Team and the Payment Accuracy Coordinator, will share where these resources are located during the bi-month County and Tribal Nation Support Meetings (CTN).  These resources are located on our Training Toolkit.

  

**Wages and Salaries Errors: Client Caused**

- **FNS Identified**: Information not reported.
    - **What we are doing now/or intend to do**: Minnesota Department of Children Youth and Families (DCYF) has a web page for SNAP. We have created a tab on that page for Reporting Requirements. This page explains the different reporting types, when changes must be reported, when changes can be reported as they may positively impact a case, how to report a change, and verifications that can be used to report the change.
        - Communication for the Reporting Requirements website is in the planning phase. The Payment Accuracy Coordinator and the Communications Coordinator are working on flyers, texting campaigns and a communication plan to our County and Tribal Nation partners.

**Shelter Deduction Errors: Agency Caused**

- **FNS Identified**: Reported information disregarded or not applied.
    - **What we are doing now/or intend to do**: The Payment Accuracy Coordinator will work with the MNIT team to create warning messages/alerts for the eligibility system (MAXIS) when an address is changed. This will prompt workers to also look at the shelter deductions panel and make any needed updates.
- **FNS Identified**: Agency failed to verify required information.
    - **What we are doing now/or intend to do**: The SNAP Scoop Newsletter is published monthly and emailed to nearly 1000 workers all over the state. In the newsletter there are segments with policy reminders, resource reminders and error case examples. The Payment Accuracy Coordinator will continue to publish the newsletter and highlight verifications required for deductions.
- **FNS Identified**: Agency failed to follow up on inconsistent or incomplete information.
    - **What we are doing now/or intend to do**: Using Scripts to identify what verifications may be needed and setting DAIL/TKL (task) in the eligibility system, (MAXIS) workers will know when to act on a case if a client has not followed up or provided needed documentation.

- The Scripts coordinator will record demos to highlight available scripts for workers to view.

**Shelter Deduction Errors: Client Caused**

- **FNS Identified**: Information not reported.
  - **What we are doing now/or intend to do**: Minnesota Department of Children Youth and Families (DCYF) has a web page for SNAP. We have created a tab on that page for Reporting Requirements. This page explains the different reporting types, when changes must be reported, when changes can be reported as they may positively impact a case, how to report a change, and verifications that can be used to report the change.
    - Communication on the Reporting Requirements website is in the planning phase. The Payment Accuracy Coordinator and the Communications Coordinator are working on flyers, texting campaigns and a communication plan to our County and Tribal Nation partners.

**SUA Errors: Agency Caused**

- **FNS Identified**: Reported information disregarded or not applied
  - **What we are doing now/or intend to do**: Minnesota's eligibility system has BlueZone Scripts. Scripts are a tool that eligibility workers use to write case notes, run reports, etc. There are scripts built to identify error prone areas and require workers to enter information they learned during the interview with the client.
    - The Scripts coordinator will record demos to highlight available scripts for workers to view.
- **FNS Identified**: Agency failed to follow up on inconsistent or incomplete information
  - **What we are doing now/or intend to do**: IDTT has created a series of conversations starters for workers to use when talking with clients. They are called "Ask Your Client". There are prompting questions for earned income, self-employment income, and unearned income. IDTT along with the SNAP Policy Team and the Payment Accuracy Coordinator will continue share where these resources are located during the CTN meetings.



o IDTT is working on a series of knowledge assessments to test the knowledge and understanding of these error prone areas. Below is an example of an assessment for shelter and utility deductions. These assessments will be posted to the toolkit.

SHEL/HEST Assessment

1. Jack applies for SNAP today. Jack rents a room from Jill. He has a written statement that states he pays Jill $450/month for rent. He reports that he also pays $50 for utilities (includes gas (heat) and electric (air)). What do you enter on the SHEL panel?

- $500
- **$450**
- $400
- $0

2. Question 1, Part 2: What do you enter on the HEST panel?

- **Heat/Air**
- Electric Only
- Phone Only
- $50 in the 'Actual Expense in Initial Month' field

3. Tom and his roommate Jerry are each applying for SNAP, as they purchase and prepare food separately. They are on the same lease. The lease states they each pay $600/month rent, for a total of $1200 to the landlord. There is nothing on the lease or CAF about utilities. During the interview, what questions must you ask Tom and Jerry?

- No questions needed, just budget the rent amount from the lease.
- **Do you pay for heat/air, electric or phone?**
- Do you have a utility bill?
- Do you have a phone bill?

4. Question 3 Part 2: Tom and Jerry both answer that they are responsible for the electric and gas bills (heat and air). They split the cost. What do you enter on the SHEL and HEST panels for each case?

- **SHEL: $600, HEST: Heat/Air**
- SHEL: $1200, HEST: Heat/Air
- SHEL: $600, HEST: Heat/Air prorated (each get 1/2 the amount)
- SHEL: $1200, HEST: Heat/Air prorated (each get 1/2 the amount)

## SUA Errors: Client Caused

- **FNS Identified**: Incomplete or incorrect information provided
  - **What we are doing now/or intend to do**: Minnesota Department of Children Youth and Families (DCYF) has a web page for SNAP. We have created a tab on that page for Reporting Requirements. This page explains the different reporting types, when changes must be reported, when changes can be reported as they may positively impact a case, how to report a change, and verifications that can be used to report the change.
    - Communication on the Reporting Requirements website is in the planning phase. The Payment Accuracy Coordinator and the Communications Coordinator are working on flyers, texting campaigns and a communication plan to our County and Tribal Nation partners.

| Activity | Error Element | Root Cause | Projected Start Date | Person Responsible | Projected End Date |
|---|---|---|---|---|---|
| Create scripts demo recordings | **\*Wages and Salaries: Agency Caused Errors**  **\*Shelter Deductions:** | Information reported by the client, but agency disregarded | Started 06/2025 | Rachel Jung - Scripts Coordinator | 02/28/26 |

| | **Client Caused Errors** **\*Shelter Deductions: Agency Caused Errors** | | | | |
|---|---|---|---|---|---|
| Provide Interview questions refresher "Ask Your Client" | **\*Wages and Salaries: Agency Caused Errors** **\*SUA: Agency Caused Errors** | Agency failed to follow up on inconsistent information | 09/03/25 | Emily Spicer- SNAP Payment Accuracy Coordinator (PAC) | 01/30/26 |
| Create Knowledge Assessments on top errors | **\*Wages and Salaries: Agency Caused Errors** | Agency failed to follow up on inconsistent information | 09/03/25 | Emily Spicer (PAC) and IDTT | 04/30/26 |
| Conduct Agency and Client Awareness Campaign for Report Changes Website | **\*Wages and Salaries: Client Caused Errors** **\*Shelter Deductions: Client Caused Errors** **\*SUA: Client Caused Errors** | Information not reported | 09/03/25 | Emily Spicer (PAC) and Tyler Borgmann- Communications | 04/30/26 |
| Install MAXIS Warning Messages | **\*Shelter Deductions: Agency Caused Errors** | Reported information disregarded or not applied | 09/01/25 | Emily Spicer (PAC) and MNIT | 04/30/26 |
| SNAP Scoop Newsletter *This will be an agency-specific CAP requirement to sign up for the newsletter\** | **\*Shelter Deductions: Agency Caused Errors** | Agency Failed to verify required information | Started 2024 | Emily Spicer (PAC) | 02/28/26 |

## Expected Outcome

Minnesota's three highest error prone areas are Wages/Salaries, Shelter, and Utility Expenses. These three areas combined comprised 62% of the overall dollar errors. We will focus our efforts on these areas to reduce our error rate below 6%.

The payment accuracy coordinator will lead the efforts and work closely with the Instruction Design Training Team (IDTT), Management Evaluation (ME), Quality Control (QC), and SNAP Policy teams to determine trends, technical assistance and/or training needs, possible policy manual updates needed, etc.

We believe that focusing our efforts on these three error prone areas will lower our error rate to under 6%.

## Target Start Date

Minnesota is already actively working to reduce the error rate. The SNAP Payment Accuracy Coordinator (Emily Spicer) reviews the error rate data monthly. She writes a report and publishes on SIR for County and Tribal Nation staff to review. She also facilitates a bi-monthly meeting where the data is shared, error case examples are reviewed, and policy and procedure are referenced. The bi-monthly meetings are held on the first and third Wednesday of each month. DCYF staff give policy and procedure updates, provide mini trainings, share error rate data, timeliness data, hold space for questions and provide answers. We will continue to host these meetings in 2025 and will implement our plan to reduce our error rate with the three highest error prone areas.

## Expected Completion Date

We will complete all initial CAP activities designed to address root causes and reduce the payment error rate by 05/31/26.

## Monitoring Plan

SNAP Quality Assurance staff will monitor progress on the Payment Error Rate CAP tasks for FNS, and the SNAP Payment Accuracy Coordinator will monitor PER CAPs for Minnesota agencies. The PAC will attend agency CAP follow up meetings to assess progress.

## Deficiency Analysis

The DCYF Management Evaluation Team has a schedule for meeting with our County and Tribal Nation partners. The Payment Accuracy Coordinator has been attending these meetings to discuss error rates with agencies that have been over the state and/or the national average. They will continue to attend these ME check-ins to discuss results from knowledge assessments and continue to provide error rate data.

## Actions to Date

Minnesota is committed to lowering our payment error rate. In preparation for the release of the rates, we started conversations with our training team, policy team, scripts coordinator and communications team. We have activities planned that include trainings, policy updates, system updates and knowledge assessments. DCYF is excited to work with our County and Tribal Nation partners to bring our error rate down to under 6%.

## Contacts:

Payment Accuracy Coordinator: Emily Spicer Emily.Spicer@State.MN.US

Supervisor: Laura Ellis Laura.Ellis@State.MN.US

Manager: Kathy Bruen Kathy.Bruen@State.MN.US