# EXHIBIT C



*Secretary Brooke L. Rollins*

Washington, D.C. 20250

December 16, 2025

GOVERNOR TIM WALZ
*130 State Capitol*
*75 Rev Dr. Martin Luther King Jr. Blvd.*
*St. Paul, MN 55155*

Dear Governor Walz,

Amid highly publicized and ongoing fraud affecting federally funded benefits in the State of Minnesota, including the multi-million-dollar Feeding Our Future fraud scheme that exploited the United States Department of Agriculture's (USDA) Food and Nutrition Service's (FNS) Child Nutrition Programs, USDA is hereby requiring Minnesota to participate in a Supplemental Nutrition Assistance Program (SNAP) pilot project, conducted pursuant to 7 U.S.C. 2026 (b)(1)(A), to increase the efficiency of SNAP and improve the delivery of SNAP benefits to eligible households. More accurate certifications of eligibility for SNAP benefits will ensure that those in need receive assistance, raising levels of nutrition among low-income individuals.

Pursuant to this pilot project, which will be run on a trial basis, the Minnesota Department of Children, Youth, and Families (MDCYF) is hereby required to perform the following actions:

1. Conduct recertifications, within 30 days of receipt of this letter, of all SNAP households in Hennepin, Ramsey, Washington, and Wright counties.

2. As part of the recertification process, ensure SNAP households in Hennepin, Ramsey, Washington, and Wright counties meet all eligibility requirements for SNAP, including by accounting for the income and resources of any excluded household members, conducting in-person interviews, and using federal eligibility tools like the improved, cost-free Systematic Alien Verification for Entitlements (SAVE) Program database.

3. Upon review of the information obtained during the recertification process, make determinations as to eligibility of SNAP benefits for each SNAP household in Hennepin, Ramsey, Washington, and Wright counties and unenroll any ineligible households.

4. Document and preserve all information relied upon to demonstrate compliance with this pilot project and completion of accurate recertifications of eligibility. This includes but is not limited to all documentation pertaining to any excluded household members and recertification determinations. MDCYF must also preserve all

documentation it relied upon for the immediately prior certification related to the SNAP households in question.

Failure to participate in this pilot project as specified by USDA will trigger noncompliance procedures codified in 7 U.S.C. 2020(g). It may also affect Minnesota's continued participation in SNAP.

Thank you for your continued work to help address the needs of vulnerable Americans, safeguard the generosity of the American taxpayer, and make certain fraud, waste, and abuse are eradicated. If you or your staff have any questions, please have your staff contact the FNS Governmental Affairs Team at fnsgovaffairs@usda.gov.

Sincerely,

Brooke L. Rollins
Secretary
U.S. Department of Agriculture