# EXHIBIT D


**Secretary Brooke Rollins** 
@SecRollins

SNAP fraud is out of control, and the numbers we HAVE prove it.

Data from just 29 states uncovered nearly 200,000 people with dead people's social security numbers... Meanwhile, 21 states are suing to keep their data hidden.

Why block transparency unless the truth is worse than the headlines? 🤦‍♀️

This is exactly what happens when a massive program runs on outdated lists and zero accountability. Not to mention the 40% increase in recipients under the Biden Administration... 🤔

It's time to clean up SNAP NOW!!!



6:55 PM · Nov 13, 2025 · **848.5K** Views


**Secretary Brooke Rollins** 
@SecRollins

.@GovTimWalz, welfare benefits are for the truly needy. Not bad actors. Not criminals. And not for illegals. Any Minnesota retailer deemed high risk by @USDA compliance investigations will be asked to reauthorize to accept SNAP.

Say goodbye to trafficking, transnational crime rings, and skimmed benefits in MN retailers. 👋

Last edited 10:09 AM · Dec 11, 2025 · **47.5K** Views