# EXHIBIT E

| | |
|---|---|
| **From:** | Zalesin, Olivia - FNS |
| **To:** | Penn, Patrick - OSEC, DC; Corley, Shiela - FNS; Keel, Taylor - OSEC, DC; Brand, Gina - FNS |
| **Cc:** | FNS Governmental Affairs Mailbox; Layman, Joseph - FNS |
| **Subject:** | FW: [External Email]SNAP Pilot Waiver |
| **Date:** | Wednesday, January 7, 2026 12:06:10 PM |
| **Attachments:** | image001.png<br>image002.png |

FNCS, we just received the below email to the gov affairs inbox. We will defer to you on a response.

Thank you,

**Olivia Zalesin**
Governmental Affairs


**U.S. DEPARTMENT OF AGRICULTURE**
Food and Nutrition Service

1320 Braddock Place, Alexandria, VA 22314
p: (202) 400-1203

**From:** Jeffrey Garcia <jgarcia@douglas.co.us>
**Sent:** Wednesday, January 7, 2026 12:04 PM
**To:** FNS Governmental Affairs Mailbox <SM.fn.GovtAffairs@usda.gov>
**Cc:** Brand, Gina - FNS <gina.brand@usda.gov>
**Subject:** [External Email]SNAP Pilot Waiver

> Some people who received this message don't often get email from jgarcia@douglas.co.us. Learn why this is important
> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

USDA,

My name is Jeff Garcia. I am the county attorney for Douglas County, Colorado.

In our efforts to become compliant with the SNAP recertification pilot project, as is the practice in other USDA pilot programs, we would like a written waiver of the federal regulations necessary to perform the county's functions in the pilot project.

In addition, Douglas County is also requesting a 90-days extension to complete the recertification process in conformance with the pilot program.

Please do not hesitate to contact me, if you can provide any assistance.

Thank you,
***Jeffrey A. Garcia, Esq.***
County Attorney
100 Third Street | Castle Rock | CO 80104
303-660-7357
jgarcia@douglas.co.us

