UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:25-cv-04767-LMP-JFD

STATE OF MINNESOTA, *by and through its Attorney General, Keith Ellison*,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE and BROOKE ROLLINS, *Secretary of the U.S. Department of Agriculture*,

    Defendants.

## ORDER

The above-referenced matter came before the undersigned on the Motion for a Temporary Restraining Order or Expedited Preliminary Injunction or Stay (ECF No. 5) by the State of Minnesota pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Rule 7.1(d)(3) and (4). Appearances were noted on the record.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The State of Minnesota's Motion for a Temporary Restraining Order or Expedited Preliminary Injunction or Stay is **DENIED**.

2. The State of Minnesota is not entitled to a temporary restraining order.

3. The State of Minnesota is not entitled to a preliminary injunction or stay.

Dated:

                                                       LAURA M. PROVINZINO
                                                       United States District Court Judge