UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison,<br><br>    Plaintiffs,<br><br>v.<br><br>United States Department of Agriculture, and Brooke Rollins, as Secretary of the Department of Agriculture,<br><br>    Defendants. | Case No. 25-CV-4767 LMP-JFD<br><br>**SECOND DECLARATION OF JOSEPH R. RICHIE** |

I, Joseph R. Richie, declare and state as follows:

1. I am a Special Counsel at the Office of the Minnesota Attorney General and counsel for the State of Minnesota in this action. I make this declaration in further support of Minnesota's motion for a preliminary injunction.

2. Attached hereto as Exhibit 19 is a true and correct copy of a letter dated January 9, 2026 from Secretary of Agriculture Brooke Rollins to Minnesota Governor Tim Walz and Minneapolis Mayor Jacob Frey.

3. Attached hereto as Exhibit 20 is a true and correct copy of Plaintiff States' Notice of Motion and Motion to Enforce or Expand the Preliminary Injunction in *California v. USDA*, Case No. 3:25-cv-06310-MMC (N.D. Cal.), filed on January 9, 2026.

4.	Attached hereto as Exhibit 21 is a true and correct copy of a letter dated December 30, 2025 from Deputy Secretary of Health and Human Services James O'Neill to Governor Walz.

5.	Attached hereto as Exhibit 22 is a true and correct copy of a message posted on X by Deputy Secretary O'Neill. That message and its accompanying video can be viewed at https://x.com/HHS_Jim/status/2006136004294664464?s=20. A permanent record of the message is available at https://perma.cc/CRZ5-QJ46.

6.	Attached hereto as Exhibit 23 is a true and correct copy of a letter from Assistant Secretary Alex J. Adams of the Administration for Children and Families to Governor Walz. The letter is erroneously dated January 5, 2025 but was sent January 5, 2026.

7.	Attached hereto as Exhibit 24 is a true and correct copy of a letter dated January 6, 2026 from Assistant Secretary Adams to Governor Walz.

8.	Attached hereto as Exhibit 25 is a true and correct copy of a letter dated January 6, 2026 from Assistant Secretary Adams to Governor Walz.

9.	Attached hereto as Exhibit 26 is a true and correct copy of a temporary restraining order issued on January 9, 2026 in *New York v. Administration for Children and Families*, Case No. 26-CV-172 (S.D.N.Y.). Minnesota is a plaintiff in the case along with four other Democrat-led states.

10.	Attached hereto as Exhibit 27 is a true and correct copy of a letter dated January 6, 2026 from Centers for Medicare & Medicaid Services Administrator Mehmet Oz to Governor Walz.

11. Attached hereto as Exhibit 28 is a true and correct copy of a letter dated January 6, 2026 from Administrator Oz to Governor Walz.

12. Attached hereto as Exhibit 29 is a true and correct copy of a letter dated January 8, 2026 from Acting Deputy Assistant Attorney General Eric Sell at the U.S. Department of Justice to Minnesota Attorney General Keith Ellison.

13. Attached as Exhibit 30 is a true and correct copy of a letter dated January 12, 2026 from U.S. Department of Education Regional Director Bradley Burke to Minnesota Department of Education Commissioner Willie Jett and others.

14. The Declaration of Sheila Corley asserts statements regarding the meet and confer process between counsel in connection with this motion. (Corley Decl. ¶¶ 35–37.) I have participated in every meet and confer and have never communicated with Ms. Corley. She did not participate in the January 6, 2026 conference described in her declaration.

15. In that conference, Defendants' counsel claimed Minnesota had not complied with its meet and confer obligations. Ms. Corley also claims that January 6 was the first time Minnesota's attorneys met and conferred with Defendants' counsel. I write to briefly clarify.

16. Immediately after filing the complaint on December 23, 2025, this office emailed a courtesy copy to the Civil Chief at the U.S. Attorney's Office for the District of Minnesota, the office representing Defendants in this action, and informed her Minnesota intended to file an expedited preliminary injunction motion the following week.

17. On December 29, 2025, this office again emailed the Civil Chief to state we were filing our motion later that day and were seeking to block enforcement of the

3

Recertification Letter. Citing Local Rule 7.1(a), that communication asked if Defendants opposed the motion. I was copied on the email exchanges described above.

18. I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on January 12, 2026<br>Minneapolis, Hennepin County<br>State of Minnesota | **s/ Joseph Richie**<br>JOSEPH RICHIE |