UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by and through its Attorney General,<br>Keith Ellison,<br><br>          Plaintiff,<br>v.<br><br>United States Department of Agriculture<br>and Brooke Rollins, as Secretary of the<br>Department of Agriculture,<br><br>          Defendants. | Case No.: 0:25-cv-04767-LMP-JFD<br><br>**AMENDED [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION** |

This matter came before the Court on Plaintiff's motion for a temporary restraining order or expedited preliminary injunction or stay. Upon consideration of the parties' submissions and the entire record, **IT IS HEREBY ORDERED** that Plaintiff's motion for a preliminary injunction is **GRANTED.** The Court **ORDERS** as follows:

1. Defendants, and all of their officers, agents, and employees, are enjoined until further order of this Court from enforcing the Recertification Letter in all respects.

2. Defendants, and all of their officers, agents, and employees, are enjoined until further order of this Court from withholding funds from Minnesota or otherwise taking actions against Minnesota for having filed this lawsuit, for having sought relief with respect to the Recertification Letter, or for not taking the actions demanded in the Recertification Letter.

3. Defendants shall provide written notice of this Order within 24 hours of its entry, in electronic or paper form, to all of their officers, agents, and employees.

4. This Order shall become effective immediately upon entry by this Court.

     5.     Plaintiff is not required to post a bond in connection with this Order.

Dated: _____     _____
                                                                           Judge Laura M. Provinzino
                                                                           U.S. District Judge, District of Minnesota

CASE 0:25-cv-04767-LMP-JFD   Doc. 28   Filed 01/12/26   Page 2 of 2