# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Agriculture and Brooke Rollins, as Secretary of the Department of Agriculture,<br><br>Defendants. | No. 0:25-cv-04767-LMP-JFD<br><br>**NOTICE OF REPRESENTATION** |

The undersigned attorneys hereby notify the Court and counsel that K. Brunetti Ireland (pro hac vice pending) of the Office of the Nevada Attorney General, and Ariel K. Lierz and Luke J. Wolf of Spencer Fane LLP shall appear as counsel of record for Nevada, New York, Arizona, California, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maryland, Michigan, New Jersey, Rhode Island, Vermont, Washington, Wisconsin, and the District of Columbia (Amici States), by and through their Attorneys General, in the above-referenced matter as amici curiae.

| | |
|---|---|
| **SPENCER FANE LLP** | **OFFICE OF THE NEVADA ATTORNEY GENERAL** |
| By: */s/ Ariel K. Lierz* <br>     Ariel K. Lierz, #397355 <br>     Luke J. Wolf, #399986 <br> 100 South 5th Street, Suite 2500 <br> Minneapolis, Minnesota 55402 <br> Phone: (612) 268-7000 <br> Fax: (612) 268-7001 <br> alierz@spencerfane.com <br> lwolf@spencerfane.com | By: */s/ K. Brunetti Ireland* <br>     K. Brunetti Ireland (*pro hac vice pending*) <br> Chief of Special Litigation <br> Office of the Nevada Attorney General <br> 1 State of Nevada Way, Ste. 100 <br> Las Vegas, NV 89119 <br> kireland@ag.nv.gov |

*Attorneys for Amici States*