**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

State of Minnesota, by and through its Attorney General, Keith Ellison,

Plaintiff,

v.

United States Department of Agriculture and Brooke Rollins, as Secretary of the Department of Agriculture,

Defendants.

No. 0:25-cv-04767-LMP-JFD

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

The States of Nevada, New York, Arizona, California, Colorado, Connecticut, Delaware, Hawai‘i, Illinois, Maryland, Michigan, New Jersey, Rhode Island, Vermont, Washington, and Wisconsin and the District of Columbia (Amici States), by and through their Attorneys General, move for leave to submit a brief as *amici curiae* supporting Plaintiff State of Minnesota's motion for a preliminary injunction, ECF No. 5. Amici States' proposed amicus brief attached to this motion as Exhibit A.

This Motion is supported by the Memorandum of Law in Support of Amici States' Motion for Leave to File *Amici Curiae* in Support of Plaintiff's Motion for a Preliminary Injunction, and all of the files, records, and proceedings herein.

**SPENCER FANE LLP**

By: _/s/ Ariel K. Lierz_
Ariel K. Lierz, #397355
Luke J. Wolf, #399986
100 South 5th Street, Suite 2500
Minneapolis, Minnesota 55402
Phone: (612) 268-7000
Fax: (612) 268-7001
alierz@spencerfane.com
lwolf@spencerfane.com

**OFFICE OF THE NEVADA ATTORNEY GENERAL**

By: _/s/ K. Brunetti Ireland_
K. Brunetti Ireland (*pro hac vice pending)*
Chief of Special Litigation
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Attorneys for Amici States*