UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:25-cv-04767-LMP-JFD

STATE OF MINNESOTA, *by and through its Attorney General, Keith Ellison*,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE and BROOKE ROLLINS, *Secretary of the U.S. Department of Agriculture*,

    Defendants.

**SUPPLEMENTAL DECLARATION OF SHIELA CORLEY**

Shiela Corley, for her supplemental declaration pursuant to 28 U.S.C. § 1746, states as follows:

    1.    I am the Chief of Staff to the Deputy Under Secretary for the Food, Nutrition, and Consumer Services ("FNCS") mission area, which is a component of the United States Department of Agriculture ("USDA"). I have served in this position since February 2025 and have worked for FNCS since 2018. I have worked for USDA in various capacities since 1995.

    2.    In my capacity as Chief of Staff, I provide guidance and support to USDA senior leadership on matters pertaining to the administration of sixteen domestic nutrition and food security programs and the promotion of the dietary guidelines.

    3.    In my capacity as Chief of Staff, I supervise the Senior Policy Advisor for Integrity who provides guidance and support to USDA senior leadership on matters pertaining to the integrity of the sixteen domestic nutrition and food security programs administered by FNCS.

    4.    I make the statements herein based on personal knowledge, as well as on information I acquired while performing my official duties and discussions with colleagues at the USDA who are familiar with the facts at issue in this litigation.

**DECLARATION OF SHIELA CORLEY - 1**

5. Effective September 20, 2024, the Minnesota State agency responsible for the administration of SNAP had been awarded a $749,000 SNAP Fraud Framework Implementation Grant from USDA that is designed to support State agency efforts to improve and expand recipient fraud prevention, detection, and investigation efforts. Minnesota's period of performance in which to use these funds extends from September 20, 2024 through September 30, 2027.

6. Based on my review of financial reports, and information provided to FNS from the State, Minnesota has made virtually zero use of the SNAP Fraud Framework Implementation Grant funds. The State advised FNS that they intend to use these funds for training and hiring. So far, there has only been one outlay of $302 reported to FNS under this grant since its inception in September 2024.

7. If Minnesota had engaged at all with USDA regarding the Secretary's SNAP pilot, it could have requested, and FNS would have considered, whether to agree to re-focus these grant funds—and perhaps other grants to the State—on the Secretary's December 16 pilot project accelerating the recertification actions in select Minnesota counties.

8. To date, other than to inform the Department of Justice that it would sue USDA and the Secretary of Agriculture, which it subsequently did, Minnesota has provided no response to the Secretary's December 16 pilot aside from its filings in this case, let alone request an alternative to the pilot's timeline and requirements.

9. The Secretary initiated a similar recertification pilot in Colorado. Though the State of Colorado has not taken steps to implement the recertification pilot, two counties have connected with USDA to discuss implementing the recertification pilot on a different timeline.

**DECLARATION OF SHIELA CORLEY - 2**

USDA is willing to work with the counties to ensure an accelerated – albeit feasible – recertification pilot.

Under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), I declare the foregoing to be true and correct to the best of my knowledge.

On this 14th day of January 2026, in Washington, D.C.

_____
Shiela Corley

**DECLARATION OF SHIELA CORLEY - 3**