UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:25-cv-04767-LMP-JFD

STATE OF MINNESOTA, *by and through its Attorney General, Keith Ellison*,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE and BROOKE ROLLINS, *Secretary of the U.S. Department of Agriculture*,

Defendants.

**SECOND SUPPLEMENTAL DECLARATION OF SHIELA CORLEY**

Shiela Corley, for her second supplemental declaration pursuant to 28 U.S.C. § 1746, states as follows:

1. I am the Chief of Staff to the Deputy Under Secretary for the Food, Nutrition, and Consumer Services ("FNCS") mission area, which is a component of the United States Department of Agriculture ("USDA"). I have served in this position since February 2025 and have worked for FNCS since 2018. I have worked for USDA in various capacities since 1995.

2. In my capacity as Chief of Staff, I provide guidance and support to USDA senior leadership on matters pertaining to the administration of sixteen domestic nutrition and food security programs and the promotion of the dietary guidelines.

3. In my capacity as Chief of Staff, I supervise the Senior Policy Advisor for Integrity who provides guidance and support to USDA senior leadership on matters pertaining to the integrity of the sixteen domestic nutrition and food security programs administered by FNCS.

**DECLARATION OF SHIELA CORLEY - 1**

4.  I make the statements herein based on personal knowledge, as well as on information I acquired while performing my official duties and discussions with colleagues at the USDA who are familiar with the facts at issue in this litigation.

5.  On January 14, 2026, Secretary Brooke Rollins sent Minnesota Governor Tim Walz a letter notifying him that USDA had found ""a pattern of lack of compliance" by the Minnesota State agency, and as such, "FNS immediately withholds the Federal government's portion of Minnesota's administrative costs for the first quarter of calendar year 2026 and concurrently seeks immediate corrective action." Attached hereto as **Exhibit F** is a true and correct copy of the letter sent to Governor Tim Walz from Secretary Brooke Rollins on January 14, 2026.

Under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), I declare the foregoing to be true and correct to the best of my knowledge.

On this 15th day of January 2026, in Washington, D.C.

SHIELA CORLEY
Digitally signed by SHIELA CORLEY
Date: 2026.01.15 08:02:42 -05'00'

Shiela Corley

**DECLARATION OF SHIELA CORLEY - 2**