UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, | Case No. 25-CV-4767 LMP-JFD |
| Plaintiffs, | |
| v. | **THIRD DECLARATION OF JOSEPH R. RICHIE** |
| United States Department of Agriculture, and Brooke Rollins, as Secretary of the Department of Agriculture, | |
| Defendants. | |

I, Joseph R. Richie, declare and state as follows:

1. I am a Special Counsel at the Office of the Minnesota Attorney General and counsel for the State of Minnesota in this action.

2. As directed by the Court at the hearing on Plaintiff's motion for a preliminary injunction, I am submitting a copy of Minnesota's "Combined Manual," which is an operational and instructional tool for counties and Tribal Nations to use in administering SNAP in Minnesota.

3. The Combined Manual is not available in a format readily attached to a declaration but can be accessed at https://www.dhs.state.mn.us/main/idcplg?IdcService=GET_DYNAMIC_CONVERSION&RevisionSelectionMethod=LatestReleased&dDocName=DHS16_139087.

4. I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on January 15, 2026                    **s/ Joseph Richie**
Minneapolis, Hennepin County                    JOSEPH RICHIE
State of Minnesota