# UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| State of Minnesota, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 25-cv-4767 LMP/JFD |
| United States Department of Agriculture, Brooke Rollins, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

For the reasons stated above, Minnesota's motion (ECF No. 5) is hereby **GRANTED**, and the USDA is **PRELIMINARILY ENJOINED** from taking any adverse action against Minnesota based on the Recertification Letter, and **PRELIMINARILY ENJOINED** from withholding any of Minnesota's administrative funding for the first quarter of calendar year 2026 as threatened in the Enforcement Letter.

Date: 1/17/2026                                                                                  KATE M. FOGARTY, CLERK