UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by and through its Attorney General<br>Keith Ellison,<br><br>    Plaintiffs,<br><br> v.<br><br>United States Department of Agriculture,<br>and Brooke Rollins, as Secretary of the<br>Department of Agriculture,<br><br>    Defendants. | Case No. 25-CV-4767 LMP-JFD<br><br>**DECLARATION OF ASHLEY REISENAUER**<br>_____ |

I, Ashley Reisenauer, declare and state as follows:

1. I am a resident of the State of Minnesota, and I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the Minnesota Department of Children, Youth, and Families (DCYF) as Chief Financial Officer. My educational background includes a Bachelor of Arts degree and a Masters in Public Policy degree. I have been employed as Chief Financial Officer (CFO) of DCYF since June 2024. As CFO, I oversee the agency's financial management including SNAP administrative funds and reimbursements to counties and Tribes. Prior to joining DCYF, I was employed as Director of Budget Policy and Analysis at Minnesota Management and Budget. My professional experience in this and similar capacities expands thirteen years working in state government finance.

1

3. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

4. Minnesota's SNAP program is state-supervised and administered by counties and Tribes pursuant to Minnesota Statutes, Chapter 142F. The United States Department of Agriculture (USDA) funds the entirety of SNAP benefits in Minnesota. Minnesota and the federal government split administrative costs. 7 U.S.C. § 2025(a).

5. During the federal fiscal year between October 1, 2024 and September 30, 2025, DCYF issued approximately $72 million per month in SNAP benefits in Minnesota. DCYF currently issues approximately $75 million per month in SNAP benefits.

6. Minnesota expends approximately $160 million in administrative costs to run its SNAP program each year, approximately $80 million of which is reimbursed by the federal government.

**SNAP Administrative Funds**

7. On January 14, 2026, USDA sent a letter to Governor Walz notifying Minnesota that USDA would immediately withhold the federal government's portion of Minnesota's administrative costs for the first quarter of calendar year 2026. The federal government's portion of Minnesota's administrative costs for the first quarter are approximately $20 million.

8. In Minnesota, most federal reimbursement for SNAP administration is paid to counties and tribes for their work administering the SNAP program. A breakdown of one quarter of estimated federal SNAP administrative costs is as follows:

| SNAP Admin | Estimated Quarterly Reimbursement | Federal Reimbursement Schedule & Impact |
|---|---|---|
| County/Tribe | $16-17M | **Monthly:** Counties receive a payment advance at the beginning of every month and federal reimbursement is drawn the same week. The next scheduled payment is Feb. 1st. Estimated payment is $1.3M<br>**Quarterly**: At the end of every quarter, counties receive the final payment. The average amount is about $12-13M |
| DCYF Systems & IT | $2-3M | **Quarterly**: Federal reimbursement for state administrative costs is drawn quarterly. |
| State General Fund | $1-2M | **Quarterly**: Federal reimbursement for state administrative costs is drawn quarterly. |
| **Total SNAP Admin** | $19-22M | |

**Impact of Losing SNAP Administrative Funds**

7. Loss of federal reimbursement for SNAP administrative funds would prevent counties and Tribes from administering SNAP and would prevent DCYF from supporting the SNAP program with its IT systems. Counties and Tribes would lose revenue they use to maintain their operations, DCYF would need to reduce IT systems and operations and/or reprioritize legislatively directed projects, and the state general fund would lose revenue.

8. DCYF would not be able to repurpose or shift funds to reimburse Counties and Tribes for the federal portion of their SNAP administrative costs because the Minnesota state legislature has not appropriated funds to DCYF for that purpose. Even if DCYF could use state funds to reimburse counties and Tribes for administering SNAP, there are insufficient funds in DCYF's budget to cover the loss of $16-17M in funds per quarter.

9. Counties and Tribes provide essential services in administering SNAP in Minnesota. They are reimbursed quarterly based on the activities they perform in administering the SNAP program. Attached is the Income Maintenance Random Moment Study (IMRMS) Program Categories, Activity Codes, and Definitions (*see* Exhibit A). This document outlines the allowable activities counties and Tribes may seek reimbursement for when administering social services programs in Minnesota. On page 9, there is a table listing the activity codes for the SNAP program.

10. The activities performed by counties and Tribes are essential to administering the SNAP program. The allowable activities include client intake, verification, eligibility determination/redetermination, and maintenance of client file information. Counties and Tribes are responsible for verifying immigration status, resolving complaints and questions, appeals and disqualifications, certifying individuals for SNAP, issuance of SNAP benefits, employability and education plans, providing work activities, fraud and abuse prevention and detection, and all other provision of program services. If counties and Tribes lost their federal reimbursement for performing these services, they would have to absorb the costs. If counties and Tribes could not absorb the costs, they may not have the staffing levels necessary to carry out these critical activities.

11. If DCYF were to lose its federal administrative funds, the IT systems that support the SNAP program would be impacted. About 80 percent of SNAP administrative reimbursement for DCYF IT systems is used to support a computer system called MAXIS which is used by state, county and Tribal workers to determine eligibility for public assistance and health care, including the SNAP program. MAXIS also determines the

appropriate benefit level and issues benefits. MAXIS is accessed by all 87 Minnesota counties and 3 Tribal Nations so that benefits and eligibility determinations are uniform throughout the state. MAXIS issues over 230,000 notices every month and processes over 1.8 million on-line transactions and up to 150,000 "background" (non-online) transactions each day. In addition to performing eligibility determinations, MAXIS issues cash and food benefits through Electronic Benefits Transfer (EBT), warrants, and Direct Deposit. MAXIS sends forms and notices for all clients in the state from a central location to provide efficient distribution and minimize costs. MAXIS shares data with several other computer systems to avoid duplicate entry of data, streamline processes, and prevent fraud. MAXIS is also used to provide data for federal, state, and county statistical reports. MAXIS includes automation of Income Eligibility Verification (IEVS) as a mechanism for easier detection of unreported income and a deterrence of fraud.

12. MAXIS operations are critical to SNAP and other public program administration and must be maintained. If Minnesota loses federal reimbursement for operations, it will need to continue base operations by redirecting funds from other essential IT development that has been provided to implement state legislative and federally required policy changes.

13. In addition to MAXIS operations, DCYF also receives federal administrative funds to pay for contracts that support other IT systems in the administration of SNAP. DCYF contracts with the EBT processor, Fidelity Information Services, to manage the EBT system for benefit issuance, card issuance and transaction processing. Losing SNAP administrative reimbursement would reduce DCYF's ability to run EBT.

14. A loss of half of the administrative funds to administer the SNAP program will make it harder for counties, Tribes, and DCYF to administer SNAP benefits. A reduction in county and Tribal eligibility workers would create backlogs and slow down processing: application processing times will increase, household changes may not be logged in a timely manner, recertifications may take longer, and our IT systems will be impacted among other impacts to SNAP benefit issuances. A loss of funding for the IT systems that support the SNAP program will make it harder to determine SNAP eligibility and to detect fraud, waste, and abuse.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of January, 2026 in St. Paul, Minnesota.

*Ashley Reisenauer*
Ashley Reisenauer
Chief Financial Officer
MN Department of Children, Youth, and Families