*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
U.S. Dist. Ct. No. 25-cv-04767-LMP-JFD

# DECLARATION OF
# ASHLEY REISENAUER

# Exhibit A

IMRMS Program Categories, Activity Codes and Definitions

Effective January 1, 2025

Revised May 18, 2020
Revised December 21, 2021 (Matrix)
Revised December 11, 2024 (Program 140)



DEPARTMENT OF HUMAN SERVICES

# Income Maintenance Random Moment Study (IMRMS)
## Program Categories, Activity Codes, and Definitions

Effective January 1, 2025, the following definitions should be used in determining the appropriate program and activity to select when IMRMS participants are completing random moments.

## PROGRAMS

**100**     **TANF** Temporary Assistance for Needy Families (TANF) should be selected for TANF programs other than MFIP. Programs included under this category would include Statewide MFIP Employment Services including distributing E&T gas cards, Diversionary Assistance, Diversionary Work Program (DWP), Emergency Assistance, and MFIP Burial. See Program 180 for Emergency General Assistance (EGA).

**110**     **MFIP Administration: Minnesota Family Investment Program**. Select this program if assisting someone applying for MFIP or if assisting someone with an issue or question directly related to MFIP benefits. See Program 120 for MFIP Child Care activities.

**120**     **MFIP Child Care:** Activities related to child care for a child in a family who is receiving assistance through the MFIP program or the transitional year child care program. Included is Transition Year Child Care and Transition Year Extension Programs.

**130**     **Basic Sliding Fee Child Care:** Activities related to child care in a non-MFIP family. Included are families participating in the Portability Pool Child Care Program.

**140**     **Refugee Assistance:** Refugee Assistance Program.

        **Refugee Cash Assistance (RCA).** A federally funded program that provides cash benefits to people with an eligible status for up to 12 months from either the date of US entry or the date an eligible status is granted. RCA is available for single adults or married couples without minor children. Availability of RCA ends at the beginning of the 13th month after arrival or status granted date.  RCA in the following counties are administered by the RCA workers at the Public Private Partnership (PPP) agency (local resettlement agencies):
**Anoka, Benton, Carver, Dakota, Hennepin, Kandiyohi, Olmsted, Ramsey, Scott, Sherburne, Stearns, and Washington Counties.**

        **Refugee Medical Assistance (RMA).** A federally funded program that provides fee-for-service medical coverage to people with an eligible status for up to 12 months from either the date of US entry or the date an eligible status is granted. Medical Assistance (MA) must be reviewed for eligibility before looking into RMA.  RMA is available for people who are ineligible for Medical Assistance and meet RMA income standards.

Availability of RMA ends at the beginning of the 13th month after arrival or status granted date.

**150** **Child Support IV-D:** Child Support Enforcement activities. Select this program, for example, when a child support officer is seeking out IM worker for interaction regarding a case or making a referral to child support. Referrals for placements and METS are also included.

Do <u>NOT</u> select this program code if the IM worker is looking in PRISM for child support payment(s) for eligibility determination purposes or for Child Support DAIL messages. See Program 110 MFIP Administration; Activity code 110 for eligibility determination and activity code 300 for the DAIL messages.

**160** **Supplemental Nutrition Assistance Program (SNAP):** Select this program when engaged in SNAP activities unrelated to the MFIP program.

**170** **Foster Care Title IVE:** Foster care assistance activities extended under Title IV-E. Completing MAXIS screens and application forms to assist in the determination or re-determination of a child's Title IV-E eligibility for Northstar Care for Children (NC4C) foster care, kinship or adoption assistance programs. Reviewing and/or requesting documentation required (i.e., birth certificate, court orders) for making a Title IV-E eligibility determination or re-determination.

**180** **General Assistance:** General Assistance (GA). The GA program helps people without children pay for basic needs. Select this program if assisting someone applying for GA, engaged in GA activities or if assisting someone with an issue or question directly related with their general assistance benefits. Included in this area is Emergency General Assistance (EGA).

Please note:  People who receive GA are also eligible for help with medical and food costs through Medical Assistance (MA) and the Supplemental Nutrition Program (SNAP). Multiple programs and activities can be selected.

**190** **Housing Support** (formerly known as Group Residential Housing, GRH): Select this program if assisting someone applying for Housing Support, engaged in activities involving Housing Support including approving applications, answering questions from providers regarding Housing Support Rates. Includes assisting someone with an issue or questions related with the housing support benefit and the portion the client may have to pay directly to the housing provider.

**200** **Minnesota Supplemental Aid**: Supplemental State Assistance (MSA). MSA provides cash assistance to help adults who receive Supplemental Security Income (SSI) pay for their basic needs. Select this program if assisting someone applying for MSA, engaged in MSA activities or if

assisting someone with an issue or question directly related with their Minnesota Supplemental Aid benefits.

Included in this area is MSA Housing Assistance programs.

Please note:  People who receive MSA are also eligible for help with medical, food and housing costs through Medical Assistance (MA), the Supplemental Nutrition Assistance Program (SNAP) and MSA Housing Assistance programs. Multiple programs and activities can be selected.

**300**    **MA General:** Medical Assistance (Medicaid) for all MA bases, MA Long Term Care, Emergency Medical Assistance (EMA), and Medicare Savings Programs.

**310**    **MA PMAP** – Prepaid Medical Assistance Program. Choose this code only if assisting someone with an issue or question directly related with their managed care enrollment or plan, otherwise choose MA General (Program 300).

**320**    **MA County Based Purchasing:** Choose this code only if assisting someone with an issue or question directly related with their county based purchasing managed care enrollment or plan, otherwise choose MA General (Program 300).

Do not use this program code when the recipient is a County Based Purchasing MNCare enrollee. (See Program 330 Minnesota Care/Basic Health Program).

**330**    **MinnesotaCare/Basic Health Program (BHP)**

Choose this code if assisting someone with an issue or question directly related with their MNCare/Basic Health Program (BHP). The population of this area includes:

- Individuals with income between 138% and 200% (Federal Poverty Guidelines) FPG.
- 19-20 year old children and adults with income between 138% and 200% FPG.
- Children under 19 who are not eligible for MA solely due to federal household composition rules with income between 0% and 200% FPG.
- Persons aged 65 and older who are ineligible for both Medical Assistance and premium-free Medicare Part A.

**340**    **CHIP for Pregnant Women:** CHIP coverage for the unborn, also known as uninsured non-citizen pregnant women ineligible for federally funded Medical Assistance.

**400**    **All Other Programs:** All other programs not listed above. County Burial is included in this area as well as Referrals to Social Services.

Do not use this program code for a MFIP Child Burial. See Program 100.

See Program 180 for Emergency General Assistance (EGA).

701     **General Administration**: This code should be selected when on lunch, or performing regularly scheduled general administrative activities unrelated to program management. Examples include unit meetings, all staff meetings, completing time sheet, performance reviews, retirement parties, etc.

801     **Not at Work/Out of Office:** Time off, vacation, illness, PTO, floating holiday, personal days, paid military leave, and holidays. Includes nonattendance by employee in pay status because of flextime or part-time employee only. **No activity should be selected with this program.**

802     **Invalid Response (Missed Random Moment): Only the coordinator can select this code. No activity should be selected.** Unpaid leave, unpaid medical leave, leave without pay, leave of absence, employee terminated, or employee no longer eligible to be part of the IMRMS.

## ACTIVITIES

110     **Client intake, verification, eligibility determination/re-determination, and maintenance of client file information other than MA. This does include MNCare/BHP (Basic Health Program) and RMA (Refugee Medical Assistance).** Includes determination of Title IV-E, cash assistance, and determination of eligibility or ineligibility made during initial application, renewal, changes in circumstance, and during other processes that result in an eligibility determination or change in benefit. See activity code 300 for case maintenance activities.

120     **Client intake, verification, eligibility determination/re-determination and maintenance of client file information for MA Programs excluding MNCare/BHP (Basic Health Program) and RMA (Refugee Medical Assistance)**. Includes determination of eligibility or ineligibility made during initial application, renewal, changes in circumstance, and during other processes that result in an eligibility determination or change in benefit, including but NOT limited to: Periodic Data Match (PDM), Reasonable Opportunity Period (ROP), Cost of Living Adjustment (COLA), etc. All processes related to verifying, reviewing, and processing verification of eligibility factors. Also includes process associated with eligibility determination such as SMRT referrals, assessment of TPL, cost effective determinations, and the administrative approval and arrangements for medical access/nonemergency medical transportation (not the actual cost of the transportation). See activity code 300 for case maintenance activities. For MinnesotaCare and BHP activities, see activity code(s) 110 or 300.

140     **Providing health plan information to MA eligible individuals or completing enrollment into health plan for a MA eligible individual who has chosen a health plan.**

**150**     **Providing health plan information to individuals who are not MA eligible or completing enrollment into health plan for a non-MA eligible individual who has chosen a health plan.** This population includes MNCare/BHP (Basic Health Program) and County Based Purchasing MNCare enrollees.

**160**     **Referral to needed services:** (Not to be used with program codes 170, 701, 801 or 802.) The provision of initial information needed to refer an individual to a needed program or service. This activity should be selected in combination with a program code that represents the program to which the individual is referred.

**170**     **Verification of Immigration Status:** (Not to be used with program codes 150, 170, 701, 801 or 802.) Activities related to verifying the immigration status of clients, including collecting and reviewing immigration related documentation, utilizing electronic sources to validate immigration status, updating systems with immigration related information, researching and applying policy in relation to immigration state and eligibility.

**180**     **Resolving complaints and questions:** (Not to be used with program codes 170, 701, 801 or 802.) Work activities related resolving client complaints and questions related to program delivery, eligibility outcomes (determinations), access to services or benefits, etc. Examples include when lead worker receives questions/concerns from applicant regarding the status of case. Works with eligibility worker to resolve issue to arrive at an eligibility outcome.

**190**     **Appeals and disqualification:** (Not to be used with program codes 150, 170, 701, 801 or 802.) Activities related to handling client appeals and disqualifications. This includes gathering information and researching the appeal or disqualification issue, completing appeal summaries, working to resolve the issue that caused the appeal or disqualification, and contacting the client about the appeal or disqualification.

**200**     **Staff development and training activities:** (Not to be used with program codes 170, 801 or 802.) Staff development, training and related course work related to the performance of your program management duties. Program training, course work and development activities to support program proficiency and administration.

**210**     **Certification of individuals for the Supplemental Nutrition Assistance Program (SNAP):** (Use only with program code 160.) Work activities related to the certification of individuals for receipt of SNAP benefits.

**220**     **Issuance of Supplemental Nutrition Assistance Program (SNAP) Benefits:** (Use only with program code 160.) Work activities related to the issuance of SNAP benefits to individuals.

**230**     **Providing direct program benefits and services:** (Not to be used with program codes 150, 170, 300, 310, 320, 701, 801 or 802.) Activities necessary for the provision of benefits and services of a given program, such as providing cash payments, vouchers or other forms designed to meet ongoing, basic needs, providing diversion payments, gas cards, etc.

**240**     **Providing program information to clients:** (Not to be used with program codes 170, 701, 801 or 802.) Activities related to the provision of information, brochures, fact sheets, forms, and instructions to applicants and households and to educate and help them understand program benefits and requirements.

**250**     **Screening and assessments:** (Not to be used with program codes 150, 170, 701, 801 or 802.) Activities related to screening and/or assessment activities designed to identify the needs of applicants and households and to develop appropriate service strategies to meet those needs.

**260**     **Employability and education plans:** (Use only with program codes 100, 110, 120, 140, 160, 180, 190, 200 or 400.) Activities related to the generation and production of discrete plans, goals, and objectives for the attainment of employment for individual applicants and beneficiaries.

**270**     **Providing work activities:** (Use only with program codes 100, 110, 120, 140, 160, 180, 190, 200 or 400.) Engage or formally enroll in work activities, such as unsubsidized employment, subsidized private-sector employment, subsidized public-sector enrollment, work experience programs, on-the-job training, job search and job readiness assistance, community service programs, vocational education training, job skills training directly related to employment, education directly related to employment, attendance at secondary school or in a course of study leading to a certificate of general equivalence, or providing child care services to individuals participating in community service programs.

**280**     **Providing post-employment services:** (Use only with program codes 100, 110, 120, 140, 160, 180, 190, 200 or 400.) Activities related to the provision of job retention services and post-employment follow-up services, such as counseling, employee assistance, or other post-employment supportive services.

**290**     **Providing work supports:** (Use only with program codes 100, 110, 120, 140, 160, 180, 190, 200 or 400.) Activities related to work-related supportive services, such as providing arrangements for transportation; providing arrangements for child care, etc.

**300**   **Case Maintenance:** (Not to be used with program codes 170, 701, 801 or 802.) Performing activities related to general and routine case maintenance and management activities necessary for maintenance of records, record keeping changes to files, monitoring of client progress, trouble-shooting system issues that are preventing or interrupting eligibility, DAIL messages, IEVS, new hire, case notes, updating phone numbers, overpayments including Housing Support overpayments, and updating panels. Includes adding over/underpayments, and sanctions. See activity codes 110 and 120 for eligibility activities.

**310**   **Fraud and abuse prevention and discovery:** (Not to be used with program codes 170, 701, 801, or 802.) Activity related to the prevention and discovery of fraud and abusive practices related to any of the programs administered. Example includes completing and submitting fraud referrals.

**320**   **All other provision of program services:** (Not to be used with program codes 150, 170, 701, 801 or 802.) All other activities related to the direct provision of program services and benefits not described above.

**330**   **Lunch, leave or other administrative activities:** (Use only with program code 701.) Includes allowable leave time, regularly scheduled general administrative activities unrelated to program management, work involved in general supervisory conferences, unit meetings, coffee breaks, etc.

**340**   **All other activities:** (Not to be used with program codes 801 or 802.)

**IMRMS Allowable Combinations of Programs and Activity Codes**

| Activity | | Program: TANF (100) | MFIP Administration (110) | MFIP Child Care (120) | Basic Sliding Fee Child Care (130) | Refugee Assistance (140) | Child Support IV-D (150) | SNAP (Food Support) (160) | Foster Care Title IV-E (170) | General Assistance (180) | Housing Support (formerly known as Group Residential Housing) (190) | Minnesota Supplemental Aid (MSA) (200) | MA General (300) | MA PMAP (Prepaid Medical Assistance Program) (310) | MA County Based Purchasing (CBP) (320) | Minnesota Care/Basic Health Program (BHP) (330) | CHIP for Pregnant Women (340) | All Other Programs (400) | General Administration (701) | Not at Work/Out of Office (801) | Invalid Response (Missed Random Moment) (802) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Client intake, verification, eligibility determination/re-determination and maintenance of client file information other than MA. Does include MNCare/BHP (Basic Health Program) and RMA (Refugee Medical Assistance.) | 110 | | | | | | | | | | | | | | | | | | | | |
| Client intake, verification, eligibility determination, redetermination & maintenance of client file information for MA Programs excluding MNCare/BHP (Basic Health Program) and RMA (Refugee Medical Assistance). | 120 | | | | | | | | | | | | | | | | | | | | |
| Providing health plan information to MA Eligible Individuals or completing enrollment into health plan for a MA eligible individual who has chosen a health plan. | 140 | | | | | | | | | | | | | | | | | | | | |
| Providing health plan information to individuals who are not MA eligible or completing enrollment into health plan for a non-MA eligible individual who has chosen a health care plan. | 150 | | | | | | | | | | | | | | | | | | | | |
| Referral to needed services | 160 | | | | | | | | | | | | | | | | | | | | |
| Verification of Immigration Status | 170 | | | | | | | | | | | | | | | | | | | | |
| Resolving complaints and questions | 180 | | | | | | | | | | | | | | | | | | | | |
| Appeals and disqualification | 190 | | | | | | | | | | | | | | | | | | | | |
| Staff development and training activities | 200 | | | | | | | | | | | | | | | | | | | | |
| Certification of individuals for SNAP | 210 | | | | | | | | | | | | | | | | | | | | |
| Issuance of SNAP Benefits | 220 | | | | | | | | | | | | | | | | | | | | |
| Providing direct program benefits and services | 230 | | | | | | | | | | | | | | | | | | | | |
| Providing program information to clients | 240 | | | | | | | | | | | | | | | | | | | | |
| Screening and assessments | 250 | | | | | | | | | | | | | | | | | | | | |
| Employability and education plans | 260 | | | | | | | | | | | | | | | | | | | | |
| Providing work activities | 270 | | | | | | | | | | | | | | | | | | | | |
| Providing post-employment services | 280 | | | | | | | | | | | | | | | | | | | | |
| Providing work supports | 290 | | | | | | | | | | | | | | | | | | | | |
| Case Maintenance | 300 | | | | | | | | | | | | | | | | | | | | |
| Fraud and abuse prevention and detection | 310 | | | | | | | | | | | | | | | | | | | | |
| All other provision of program services | 320 | | | | | | | | | | | | | | | | | | | | |
| Lunch, leave and other administrative activities | 330 | | | | | | | | | | | | | | | | | | | | |
| All other activities | 340 | | | | | | | | | | | | | | | | | | | | |

LEGEND

| | |
|---|---|
| (blank) | valid |
| (shaded) | invalid |