**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota,<br>by and through its Attorney General<br>Keith Ellison,<br><br>Plaintiffs,<br><br>v.<br><br>United States Department of Agriculture,<br>and Brooke Rollins, as Secretary of the<br>Department of Agriculture,<br><br>Defendants. | Case No.: 0:25-cv-04767-LMP-JFD<br><br>**DECLARATION OF JOSEPH MATHEWS** |

I, Joseph Mathews, declare under penalty of perjury:

1. I am the Chief Financial Officer of Hennepin County, a political subdivision of the State of Minnesota, and I make this declaration in good faith based on my knowledge of the facts set forth herein.

2. Hennepin County is a political subdivision of the State of Minnesota.

3. In the State of Minnesota, counties administer most forms of public assistance under the State's supervision, including the Supplemental Nutrition Assistance Program ("SNAP").

4. Hennepin County is in receipt of the letter from Brooke L. Rollins, U.S. Department of Agriculture Secretary, to Minnesota Governor Tim Walz dated January 14, 2026 ("Letter"), notifying the Governor that the U.S. Department of Agriculture's Food

and Nutrition Service ("FNS") intends to immediately withhold the Federal portion of the State of Minnesota's SNAP administrative costs for the first quarter of calendar year 2026.

5. Hennepin County has analyzed whether it would have any readily identifiable funding source to cover SNAP administrative costs for the first quarter of 2026 that would otherwise have been reimbursed by the Federal government, which is anticipated to total approximately $3.75 million.

6. Hennepin County's taxing authority is limited to the collection of property taxes in Hennepin County.

7. The amount of property taxes collected by Hennepin County is set at a specific dollar amount which cannot, by law, be changed after final adoption in December of the year prior to collection. *See* Minn. Stat. § 275.07, subd. 1. Hennepin County is thus legally prohibited from collecting additional property taxes in 2026 to cover SNAP administrative costs for the first quarter or any quarter of 2026 that would otherwise have been reimbursed by the Federal government.

8. Hennepin County's 2026 operating budget as adopted by the Hennepin County Board of Commissioners does not contemplate that the County would need to utilize property taxes or a different funding source to cover SNAP administrative costs for the first quarter or any quarter of 2026 that would otherwise have been reimbursed by the Federal government.

9. While Hennepin County has some financial reserves, the Hennepin County Human Services and Public Health budget (which includes the budget for SNAP administration by Hennepin County Economic Supports) has a structural deficit of $60

million dollars in 2026 alone, which will already result in some depletion of those reserves in the near term. The County is taking responsible steps to reduce operational costs to bring the budget back into balance and reduce reliance on the reserves and does not have the capacity to assume unplanned costs.

10. The Federal government's intent to withhold its portion of Hennepin County's administrative costs for the first quarter of 2026 comes amidst significant uncertainty regarding the availability of Federal funding to state and local governments relating to many programs. Every dollar of Federal funding that is not available requires that the Hennepin County either utilize other funding sources or consider cuts to programming and services.

11. Considering that Hennepin County cannot collect additional property taxes, that Hennepin County's 2026 budget does not contemplate additional funding sources for SNAP administrative costs, that the County's financial reserves are not a viable funding source, and the uncertainties around Federal funding, Hennepin County has no readily identifiable funding source to cover SNAP administrative costs for the first quarter or any quarter of 2026 that would otherwise have been reimbursed by the Federal government.

I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT.

Joseph W. Mathews

Joseph Mathews

Dated: 1/21/2026
County of Hennepin, State of Minnesota