**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota,<br>by and through its Attorney General<br>Keith Ellison,<br><br>Plaintiffs,<br><br>v.<br><br>United States Department of Agriculture,<br>and Brooke Rollins, as Secretary of the<br>Department of Agriculture,<br><br>Defendants. | Case No.: 0:25-cv-04767-LMP-JFD<br><br>**SECOND DECLARATION OF REGINA WAGNER** |

I, Regina Wagner, declare under penalty of perjury:

1. I am the Director of Economic Supports for Hennepin County, and I make this declaration in good faith based on my knowledge of the facts set forth herein.

2. Hennepin County is a political subdivision of the State of Minnesota.

3. In the State of Minnesota, counties administer most forms of public assistance under the State's supervision, including the Supplemental Nutrition Assistance Program ("SNAP").

4. Hennepin County Economic Supports is the service area within Hennepin County that administers SNAP for Hennepin County residents.

5. Hennepin County is in receipt of the letter from Brooke L. Rollins, U.S. Department of Agriculture Secretary, to Minnesota Governor Tim Walz dated January 14, 2026 ("Letter"), notifying the Governor that the U.S. Department of Agriculture's Food

and Nutrition Service ("FNS") intends to immediately withhold the Federal portion of the State of Minnesota's SNAP administrative costs for the first quarter of calendar year 2026.

6. The State of Minnesota uses the Federal portion to reimburse counties for their administrative costs because counties administer SNAP in Minnesota.

7. Currently, the Federal portion reimburses counties for 50% of their SNAP administrative costs, while the remaining 50% of counties' SNAP administrative costs are borne by counties.

8. Hennepin County's SNAP administrative costs each quarter are roughly $7.5 million in total, and so Hennepin County would expect to receive roughly $3.75 million in Federal reimbursement for the first quarter of 2026.

9. Hennepin County has analyzed the anticipated impact of not receiving Federal reimbursement of its SNAP administrative costs in the first quarter of 2026.

10. Hennepin County's primary use of the Federal reimbursement is to cover staffing costs associated with its administration of SNAP. The County staff who administer SNAP accept applications, perform initial eligibility determinations, conduct recertifications, and perform other tasks associated with the program.

11. There is no indication in the Letter that the withholding of Federal reimbursement would relieve Hennepin County of its obligations to continue to administer SNAP for existing SNAP recipients or additional SNAP applicants in Hennepin County at the same levels currently required.

12. According to Hennepin County's Chief Financial Officer, Hennepin County has no readily identifiable funding source to cover SNAP administrative costs for the first quarter of 2026 that would otherwise have been reimbursed by the Federal government.

13. Without this Federal reimbursement, the County would need to consider staff furloughs, but without adequate SNAP staffing, it is unlikely that Hennepin County could adequately administer SNAP, which would likely lead to eligible residents not timely receiving or not receiving at all the critical SNAP benefits on which they rely to survive.

14. If Hennepin County did not furlough staff and instead maintained current SNAP staffing levels despite the withholding of Federal reimbursement, the County would likely need to cut other critical services and programs on which County residents rely to survive.

15. Should any withholding of Federal reimbursement of SNAP administrative costs continue past the first quarter of 2026, the same impacts detailed above would likely continue or increase.

I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT.

*s/Regina Wagner*
Regina Wagner

Dated: January 20, 2026
County of Hennepin, State of Minnesota