**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota,<br>by and through its Attorney General<br>Keith Ellison,<br><br>Plaintiffs,<br><br>v.<br><br>United States Department of Agriculture,<br>and Brooke Rollins, as Secretary of the<br>Department of Agriculture,<br><br>Defendants. | Case No.: 0:25-cv-04767-LMP-JFD<br><br>**DECLARATION OF**<br>**Ali Ali** |

I, Ali Ali, declare under penalty of perjury:

1. I make this declaration in good faith based on my knowledge of the facts set forth herein.

2. I am the Director of the Financial Assistance Services ("FAS") Department at Ramsey County. FAS programs provide economic support to single adults and families by helping to meet basic needs. Our staff determine initial and ongoing eligibility for economic assistance programs including cash assistance, medical assistance, child care and emergency assistance and SNAP.

**<u>Supplemental Nutrition Assistance Program ("SNAP")</u>**

3. In Minnesota, SNAP is county-administered and state-supervised program, meaning county staff process SNAP applications, recertify SNAP cases and other tasks as

needed to help residents receive SNAP benefits after they have submitted the state application. In Ramsey County, FAS staff complete these tasks.

4. As of December 2025, Ramsey County had approximately 32,000 active SNAP cases, for 57,176 beneficiaries.

**SNAP Administrative Costs**

5. In a letter dated January 14, 2026, the United States Department of Agriculture ("USDA") Secretary Brooke Rollins indicated USDA was withholding Minnesota's SNAP administrative costs for the first quarter of 2026.

6. Ramsey County has reviewed the impact of losing the federal reimbursement for its SNAP administrative costs. In Minnesota, counties pay 50 percent of their SNAP administrative costs, and the remaining 50 percent is reimbursed with federal funds. Ramsey County's SNAP administrative costs each quarter are roughly $3.6 million in total, and Ramsey County would expect to receive roughly $1.8 million in federal reimbursement for the first quarter of 2026.

7. Ramsey County's main SNAP administrative cost is staffing. Federal reimbursement of administrative costs for just one quarter amounts to roughly 20 full-time equivalent positions. Those employees process SNAP applications, perform initial eligibility determinations, conduct recertification and perform other tasks associated with the program. Notably, these staff also identify cases that may involve fraud and refer them for further investigation.

8. Without federal reimbursement for staffing costs, Ramsey County would likely need to lay off staff because there is not another source of funding readily available.

But, as explained in County Manager Becker's December 23, 2025, declaration, our staffing levels are currently adequate to manage the SNAP caseload in the county. Therefore, layoffs would leave FAS without adequate staffing, and we would be unable to adequately administer the SNAP program that county residents rely upon. This could mean delayed eligibility determinations for residents facing food insecurity or delays in recertifying SNAP cases.

9. If Ramsey County did not lay off staff after a loss of administrative cost reimbursement, the county would need to cut other critical programs or services to address the roughly $1.8 million budget shortfall. There are no other readily identifiable sources of funding to cover a loss of this size.

10. If SNAP administrative cost reimbursements were withheld for longer than one quarter in 2026, these impacts – layoffs or program cuts – would increase. But even losing administrative cost reimbursement for one quarter would cause a serious disruption in the SNAP program for county residents. This would deprive many vulnerable Ramsey County residents of access to basic food needs.

I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT.

s/ Ali Mohamud Ali
Ali Ali

Dated: January 20, 2026
County of Ramsey, State of Minnesota