**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota,<br>by and through its Attorney General<br>Keith Ellison,<br><br>Plaintiffs,<br><br>v.<br><br>United States Department of Agriculture,<br>and Brooke Rollins, as Secretary of the<br>Department of Agriculture,<br><br>Defendants. | Case No.: 0:25-cv-04767-LMP-JFD<br><br>**DECLARATION OF**<br><br>**Janelle White** |

I, Janelle White, declare under penalty of perjury:

1. I make this declaration in good faith based on my knowledge of the facts set forth herein.

2. I am the Controller for the Health and Wellness Service Team in Ramsey County, which includes the Financial Assistance Department ("FAS"). As Controller I am responsible for budget preparation, financial analysis and projections, and financial strategic planning.

3. In Minnesota, SNAP is county-administered and state-supervised program, meaning county staff handle the day-to-day operations of SNAP eligibility. In Ramsey County, SNAP operations are housed in the FAS department.

**SNAP Administrative Costs**

4. In a letter dated January 14, 2026, the United States Department of Agriculture ("USDA") Secretary Brooke Rollins indicated USDA was withholding Minnesota's federal portion of SNAP administrative costs for the first quarter of 2026.

5. In Minnesota, counties pay 50 percent of their SNAP administrative costs, and the remaining 50 percent is reimbursed with federal funds. Because Ramsey County's SNAP administrative costs each quarter are roughly $3.6 million in total, the county would expect to receive roughly $1.8 million in federal reimbursement for the first quarter of 2026. Ramsey County has reviewed whether it would have other available funding sources to cover the funding loss if SNAP administrative costs are not reimbursed by USDA at 50 percent.

6. Further compounding the problem, is the fact that Ramsey County cannot readily redirect its funds to fill in the gap left by a lack of federal funds. The Ramsey County Board of Commissioners has finalized the 2026-2027 county budget. After a serious review of all county operations, the final budget included a property tax increase and the elimination 43 positions because of budget shortfalls. The budget did not include emergency funds for the sudden loss of federal funding, and the county is unable to change property taxes after the budget has been finalized. As a result, there is not a readily available source of funding to cover the loss of SNAP administrative cost reimbursement.

7. The FAS Department's budget is set to cover its expected expenses and does not have additional funds. Therefore, the loss of SNAP administrative cost reimbursement would create significant budget shortfall because it does not maintain "rainy day" reserves. Similarly, while the county has financial reserves, they are intended to ensure the county

has adequate cash flow for the county's existing and emergency expenses, not backstop a significant funding loss for one department. The county already faces significant budget constraints because of the uncertainty of other federal and state funding. Losing federal reimbursement of SNAP administrative costs would require the county to choose between cuts to critical programs, necessary staffing or both. The result of a federal withholding of funds would mean Ramsey County would lack adequate cash flow to administer its SNAP program. This would deprive many vulnerable Ramsey County residents of access to basic food support.

I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT.

s/ Janelle White

Janelle White

Dated: January 20, 2026
County of Ramsey, State of Minnesota