**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota,<br>by and through its Attorney General<br>Keith Ellison,<br><br>Plaintiffs,<br><br>v.<br><br>United States Department of Agriculture,<br>and Brooke Rollins, as Secretary of the<br>Department of Agriculture,<br><br>Defendants. | Case No. 25-cv-4767 (LMP/JFD)<br><br>**DECLARATION OF JENNIFER CASTILLO** |

I, Jennifer Castillo, declare under penalty of perjury:

1. I am the Director of Community Services for Washington County, Minnesota ("Washington County").

2. I make this declaration in good faith based on my knowledge of the facts set forth herein.

3. Washington County receives federal administrative reimbursement for federal programs it administers, including SNAP. Currently, SNAP administrative expenses are reimbursed at 50% federal financial participation (FFP). Effective 10/1/2026, SNAP federal reimbursement will be reduced to 25% FFP due to H.R.1 legislation.

4. In 2026, Washington County anticipates receiving approximately $1.25 million in SNAP federal reimbursement for SNAP certifications, issuance, and fraud prevention activities.

5. Washington County uses SNAP federal reimbursement to pay the salaries of the staff determining eligibility for this program.

6. Counties receive reimbursement after each quarter based upon actual county expenses and the proportion of work activities completed for each public assistance program. SNAP comprises approximately 25% of Washington County's income maintenance activities, per Minnesota's federally approved time-study system.

**7.** Approximately 70% of Washington County expenditures are the salaries and benefits for employee Eligibility Specialists, Program Trainers, and income maintenance Case Aides. The other 30% of expenditures are tied to administrative overhead costs that these employees need to complete their work, such as their share of the administrative support, rent, technology expenses and the salaries of their supervisors.

8. Washington County depends on federal funds to deliver a complete set of services associated with SNAP. Because administering SNAP is a mandatory responsibility, Washington County is required to continue to offer this program. The loss of administrative funding while maintaining the SNAP program would create a budget gap. To bridge this gap, Washington County would need to lay off staff and cut services or other programs.

9. If SNAP eligibility staff were laid off, Washington County would fall behind in processing and see decreased SNAP program accuracy. This would increase customer dissatisfaction and increase our SNAP Payment Error Rate, which brings additional financial penalties. Additionally, a reduction in SNAP staff creates

unavoidable vulnerabilities for other public assistance programs managed by our financial workers, such as MA and TANF.

I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT.

s/ Jennifer Castillo
Jennifer Castillo
Washington County Director of
Community Services.

Dated: 1/20/2026
County of Washington, State of Minnesota