**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota,<br>by and through its Attorney General<br>Keith Ellison,<br><br>Plaintiffs,<br><br>v.<br><br>United States Department of Agriculture,<br>and Brooke Rollins, as Secretary of the<br>Department of Agriculture,<br><br>Defendants. | Case No.: 25-CV-04767-LMP-JFD<br><br>**DECLARATION OF JAMI GOODRUM** |

I, Jami Goodrum, declare under penalty of perjury:

1. I am the Director of Health and Human Services, Wright County, and I make this declaration in good faith based on my knowledge of the facts set forth herein.

2. Wright County is a political subdivision of the State of Minnesota.

3. In the State of Minnesota, counties administer most forms of public assistance under the State's supervision, including the Supplemental Nutrition Assistance Program ("SNAP").

4. Wright County Health and Human Services is the service area within Wright County that administers SNAP for Wright County residents.

5. At a hearing on January 14, 2026, on a motion for a preliminary injunction, the Minnesota Attorney General's Office was provided a letter by counsel for the USDA announcing the USDA had cut off Minnesota's SNAP administrative funding. Following the hearing, the Court enjoined the recertification requirement and the cut off of

Minnesota's SNAP administrative funding. The Court asked for input from Wright County on the ability to administer SNAP without federal administrative funding.

6. The loss of federal administrative SNAP funding would potentially require Wright County to layoff employees. The federal administrative SNAP funding is equivalent to 3.35 full-time employees. Having to layoff three employees would destabilize an already challenging situation. Wright County is currently down two full-time positions. Existing staff would have to assume additional administrative tasks relating to eligibility and workforce compliance.

7. The loss of federal administrative SNAP funding would result in Wright County falling behind in processing times. Wright County may not be able to train staff to meet the needs of our growing county. Wright County may have to stop certain services such as providing emergency assistance. Cutting this administrative funding combined with having eligibility workers or staff on leave under the new paid leave policy creates the potential to have Wright County HHS significantly understaffed.

8. Depending on the number of layoffs and whether remaining staff is trained in SNAP, would substantially limit Wright County's ability to administer a SNAP program underfunded by the loss of federal administrative SNAP funding. If the SNAP program is underfunded and understaffed in Wright County, our ability to meet the food insecurity needs in Wright County would be severely limited. Reduced staffing levels would make it more difficult for Wright County to detect fraudulent applications resulting in fewer fraud referrals. Wright County does utilize a fraud investigator who acts on referrals. With reduced staffing, employees could not spend as much time on applications limiting the

ability to detect fraud.

9. There would be an ability to use fund balance but that would only allow for funding on a temporary basis and would deplete funds that could be used in other areas.

I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT.

Dated: 01/20/2026
County of Wright, State of Minnesota

s/ Jami Goodrum