UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:25-cv-04767-LMP-JFD

STATE OF MINNESOTA, *by and through its Attorney General, Keith Ellison*,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE and BROOKE ROLLINS, *Secretary of the U.S. Department of Agriculture*,

Defendants.

UNCONTESTED MOTION TO EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants United States Department of Agriculture and Brooke Rollins, as Secretary of the Department of Agriculture (collectively, the "USDA" or "Defendants"), by and through counsel, respectfully moves the Court for an order under Rule 6(b) of the Federal Rules of Civil Procedure extending their deadline to answer or otherwise respond to the Complaint by Plaintiff, the State of Minnesota ("Minnesota," "State," or "Plaintiff").

1. The State filed its Complaint on December 23, 2025. The United States Attorney's Office for the District of Minnesota received service of the Summons and Complaint on or around December 24, 2025. Thus, the current deadline for USDA's answer or other response is February 23, 2026.

2. The USDA respectfully requests an additional thirty (30) days, up to and including March 25, 2026, to answer or otherwise respond. This is USDA's first request for an extension of time to respond to the Complaint.

3. Rule 6(b)(1)(A) authorizes such pre-deadline extensions upon a showing of good cause. Extension requests made before the response date liberally may be granted. *See Baden v. Craig-Hallum, Inc.,* 115 F.R.D. 582, 585 (D. Minn. 1987). Here, good cause exists under Fed. R. Civ. P. 6(b)(1)(A) for a 30-day extension to respond to the Complaint because the lawsuit presents multiple claims involving complex factual and legal issues; issues that may be relevant to or similar to issues that are currently pending before other courts in other jurisdictions involving the USDA.[1] In light of those ongoing litigations and the complexity of the present matter, the USDA needs time to continue to evaluate and develop its answer or other response.

4. Further, good cause exists here because no prejudice to the State or the Court will result from granting this uncontested motion. No Scheduling Order has been entered, and no Rule 16 Conference has been held yet. Also, on January 14, 2026, the Court granted the State's motion for a preliminary injunction. That injunction against alleged irreparable harm remains in place.

5. On February 19, 2026, USDA's counsel conferred with the States' counsel by e-mail and telephone. The State's counsel confirmed that the State has no objection to the requested extension.

6. A proposed order is submitted with this motion.

[*signature page follows*]

---

[1] *Colorado v. Trump, et al.*, No. 1:25-cv-03428 (D. Colo.); *Texas Farm Bureau et al. v. USDA*, No. 2:25-cv-00181 (N.D. Tex.), and *Strickland, et al. v. USDA, et al.*, No. 2:24-cv-00060 (N.D. Tex.).

Dated: February 20, 2026

        DANIEL N. ROSEN
        United States Attorney

        *s/ Brian A. Mizoguchi*

        BY:  BRIAN A. MIZOGUCHI
        Special Assistant United States Attorney
        Attorney ID No. Md. 8512010433
        1400 Independence Ave., SW
        Washington, D.C. 20250
        brian.mizoguchi@usda.gov
        (202) 836-1182

        ADINE S. MOMOH
        Assistant United States Attorney
        Attorney Reg. No. 0390085
        600 United States Courthouse
        300 South Fourth Street
        Minneapolis, MN  55415
        Adine.Momoh@usdoj.gov
        (612) 664-5600

        Attorneys for Defendants