UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:25-cv-04767-LMP-JFD

STATE OF MINNESOTA, *by and through its Attorney General, Keith Ellison*,

                Plaintiff,
  v.

UNITED STATES DEPARTMENT OF AGRICULTURE and BROOKE ROLLINS, *Secretary of the U.S. Department of Agriculture*,

                Defendants.

## [PROPOSED] ORDER

The above-referenced matter came before the undersigned on the Uncontested Motion to Extend Defendants' Deadline to Answer or Otherwise Respond to Plaintiff's Complaint pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. The Court finds good cause to grant the motion. Accordingly, based on all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

1. The Uncontested Motion to Extend Defendants' Deadline to Answer or Otherwise Respond to Plaintiff's Complaint is **GRANTED**.

2. Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before March 25, 2026.

Dated:

                                            JOHN F. DOCHERTY
                                            United States Magistrate Judge