*State of Minnesota, et al.*
*v.*
*United States Department of Agriculture, et al.*

Case No. 25-cv-04767-LMP-JFD

# Exhibit 2

*Secretary Brooke L. Rollins*

Washington, D.C.  20250

January 9, 2026

THE HONORABLE TIM WALZ
*Governor of Minnesota*
*130 State Capitol*
*75 Rev Dr. Martin Luther King Jr. Blvd.*
*St. Paul, MN  55155*

THE HONORABLE JACOB FREY
*Mayor of the City of Minneapolis*
*City Hall*
*350 S. Fifth St., Room 330*
*Minneapolis, MN  55415*

Dear Governor Walz and Mayor Frey,

It is my responsibility as Secretary of Agriculture to ensure sound stewardship of taxpayer dollars by eliminating fraud, waste and abuse in all programs funded by the U.S. Department of Agriculture (USDA). The widespread and systemic fraud associated with federal benefit programs in the State of Minnesota and the City of Minneapolis demonstrate an inability to handle federal resources without additional oversight and accountability measures in place.

During your tenures as Governor of Minnesota and Mayor of Minneapolis, numerous non-profits and businesses have defrauded the federal government in what a federal prosecutor in Minnesota called "a staggering, industrial-scale fraud".[1] Most notably, a Minneapolis-based nonprofit—Feeding Our Future—defrauded U.S. taxpayers of nearly $250 million in federal funds given to them by the Minnesota Department of Education.[2] This fraud scheme involved USDA funding provided to the State of Minnesota to feed hungry children under the Child and Adult Care Food Program (CACFP) and the Summer Food Service Program (SFSP). As of late November, 78 defendants had been charged in what the Department of Justice characterized as the largest COVID-19 fraud scheme in the country.[3]

Other recent examples of alleged fraud in Minnesota include exploitation of the Small Business Administration Paycheck Protection Program[4], a scheme to defraud the Housing Stabilization

---

[1] "What to know about Minnesota's 'industrial-scale fraud' scandal, as more charges are filed and Trump weighs in," CBS NEWS (Dec. 19, 2025), available at: https://www.cbsnews.com/news/what-to-know-minnesota-fraud-scandal-more-charges-filed-trump-walz/.

[2] "Federal Jury Finds Feeding Our Future Mastermind and Co-Defendant Guilty in $250 Million Pandemic Fraud Scheme," U.S. DEPARTMENT OF JUSTICE (Mar. 19, 2025), available at: https://www.justice.gov/usao-mn/pr/federal-jury-finds-feeding-our-future-mastermind-and-co-defendant-guilty-250-million.

[3] "78th Defendant Charged in Feeding Our Future Fraud Scheme," U.S. DEPARTMENT OF JUSTICE (Nov. 24, 2025), available at: https://www.justice.gov/usao-mn/pr/78th-defendant-charged-feeding-our-future-fraud-scheme.

[4] https://smallbusiness.house.gov/news/documentsingle.aspx?DocumentID=407357.

Services Program[5], and alleged fraud in daycare centers[6]. Your Administrations have refused additional accountability and oversight, claiming that criticism of rampant fraud and abuse is "racist."

While the full extent of fraud in Minnesota is not yet known, it is clear that, under your leadership—or lack thereof—fraudsters can take advantage of federal funds and the American taxpayer with impunity. This necessitates federal action to protect taxpayer dollars until adequate safeguards can be established.

Despite a staggering, wide-reaching fraud scandal, your Administrations refuse to provide basic information or take common sense measures to stop fraud. In fact, rather than confirm your SNAP rolls are accurate to prevent continuing fraud, you asked the courts to block USDA's directive to recertify the State's SNAP recipients. Recent news reports also emerged that the Minnesota Department of Human Services repeatedly reported incorrect information about SNAP to the federal government.[7] The Trump administration refuses to allow such fraud to continue.

Therefore, because of your failed leadership and abysmal financial management oversight, I am notifying you that, effective immediately, I am suspending payments on all active awards and any future awards from USDA to the State of Minnesota and the City of Minneapolis, currently totaling over $129.18 million. Within 30 days, you shall provide USDA with payment justifications for all federal dollar expenditures from January 20, 2025, to the present. Going forward, all transactions on awards to the State of Minnesota or the City of Minneapolis will require such payment justification. If those payment justifications are not received, awards will remain suspended.

While your Administrations have turned a blind eye to documented fraud, the Trump Administration has made clear that fraud, waste, and abuse are unacceptable. The American people deserve to know that their taxpayer dollars are helping those in need—not criminals. I look forward to your defense of government spending, making certain any federal dollars are spent with integrity.

Sincerely,

Brooke L. Rollins,
Secretary of Agriculture

---

[5] "Defendants Charged in First Wave of Housing Stabilization Fraud Cases," U.S. DEPARTMENT OF JUSTICE (Sept. 18, 2025), available at: https://www.justice.gov/usao-mn/pr/defendants-charged-first-wave-housing-stabilization-fraud-cases.

[6] Louis Casiano, *"Feds launch 'massive' investigation after viral video alleges Minnesota daycare fraud,"* FOX NEWS (Dec. 29, 2025), available at: https://www.foxnews.com/us/feds-launch-massive-investigation-after-viral-video-alleges-minnesota-daycare-fraud.

[7] *"Minnesota repeatedly reported inaccurate data on SNAP to the federal government,"* ABC NEWS, KSTP (Dec. 15, 2025), available at: https://kstp.com/kstp-news/top-news/minnesota-repeatedly-reported-inaccurate-data-on-snap-to-the-federal-government/.