*State of Minnesota, et al.*
*v.*
*United States Department of Agriculture, et al.*

# Case No. 25-cv-04767-LMP-JFD

# Exhibit 4

 **U.S. DEPARTMENT OF AGRICULTURE**

December 17, 2025

GOVERNOR JARED POLIS
*State Capitol Building*
*200 East Colfax Avenue*
*Room 136*
*Denver, CO  80203*


Dear Governor Polis,

Amid ongoing fraud affecting federally funded benefits across the nation, including United States Department of Agriculture's (USDA) Food and Nutrition Service's (FNS) multiple requests to the State of Colorado to fulfill its administrative responsibilities, USDA is hereby requiring Colorado to participate in a Supplemental Nutrition Assistance Program (SNAP) pilot project, conducted pursuant to 7 U.S.C. 2026 (b)(1)(A), to increase the efficiency of SNAP and improve the delivery of SNAP benefits to eligible households. More accurate certifications of eligibility for SNAP benefits will ensure that those in need receive assistance, raising levels of nutrition among low-income individuals.

Pursuant to this pilot project, which will be run on a trial basis, the Colorado Department of Human Services (CDHS) is hereby required to perform the following actions:

1. Conduct recertifications, within 30 days of receipt of this letter, of all SNAP households in Arapahoe, Adams, Jefferson, Boulder, and Douglas counties.

2. As part of the recertification process, ensure SNAP households in Arapahoe, Adams, Jefferson, Boulder, and Douglas counties meet all eligibility requirements for SNAP, including by accounting for the income and resources of any excluded household members, conducting in-person interviews, and using federal eligibility tools like the improved, cost-free Systematic Alien Verification for Entitlements (SAVE) Program database.

3. Upon review of the information obtained during the recertification process, make determinations as to eligibility of SNAP benefits for each SNAP household in Arapahoe, Adams, Jefferson, Boulder, and Douglas counties and unenroll any ineligible households.

4. Document and preserve all information relied upon to demonstrate compliance with this pilot project and completion of accurate recertifications of eligibility. This includes but is not limited to all documentation pertaining to any excluded household members and recertification determinations. CDHS must also preserve all documentation it relied upon for the immediately prior certification related to the SNAP households in question.

Failure to participate in this pilot project as specified by USDA will trigger noncompliance procedures codified in 7 U.S.C. 2020(g). It may also affect Colorado's continued participation in SNAP.

Thank you for your continued work to help address the needs of vulnerable Americans, safeguard the generosity of the American taxpayer, and make certain fraud, waste, and abuse are eradicated. If you or your staff have any questions, please have your staff contact the FNS Governmental Affairs Team at fnsgovaffairs@usda.gov.

Sincerely,

Patrick A. Penn
Deputy Under Secretary
Food, Nutrition, and Consumer Services
U.S. Department of Agriculture