UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by and through its Attorney General,<br>Keith Ellison, | Case No. 25-CV-04767-LMP-JFD |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Agriculture<br>and Brooke Rollins, as Secretary of the<br>Department of Agriculture, | |
| Defendants. | |

This matter is before the Court on the parties' Stipulation and Joint Motion. (Dkt. No. 58.) The parties stipulate that Plaintiff may file an Amended Complaint, and also seek an extension of time, to April 24, 2026, in which the Defendants' response to the Amended Complaint shall be filed. The Court has reviewed the Stipulation and Joint Motion and finds it sets out good cause for the requested extension. Therefore, based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The parties' joint motion is **GRANTED.**

2. The Amended Complaint is accepted for filing.

3. Defendants' response to the Amended Complaint is due on or before April 24, 2026.

Dated:  March 25, 2026

_s/ John F. Docherty_
John F. Docherty
United States Magistrate Judge