UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:25-cv-04767-LMP-JFD

STATE OF MINNESOTA, *by and through its Attorney General, Keith Ellison*,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE and BROOKE ROLLINS, *Secretary of the U.S. Department of Agriculture*,

Defendants.

USDA'S MOTION TO DISMISS

Defendants United States Department of Agriculture and Brooke Rollins, as Secretary of the Department of Agriculture (collectively, the "USDA" or "Defendants"), by and through counsel, respectfully moves the Court for an order under Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure dismissing the Complaint by Plaintiff, the State of Minnesota. This motion is based on an accompanying memorandum of law, as well as all the files, records, and proceedings in this matter.

Dated: April 24, 2026

DANIEL N. ROSEN
United States Attorney

*s/ Adine S. Momoh*

BY: ADINE S. MOMOH
Assistant United States Attorney
Attorney Reg. No. 0390085
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Adine.Momoh@usdoj.gov
(612) 664-5600

BRIAN A. MIZOGUCHI
Special Assistant United States Attorney
Attorney ID No. Md. 8512010433

1400 Independence Ave., SW
Washington, D.C. 20250
brian.mizoguchi@usda.gov
(202) 836-1182

Attorneys for Defendants