UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:25-cv-04767-LMP-JFD

STATE OF MINNESOTA, *by and through its*
*Attorney General, Keith Ellison*,

        Plaintiff,

  v.

UNITED STATES DEPARTMENT OF
AGRICULTURE and BROOKE ROLLINS,
*Secretary of the U.S. Department of Agriculture*,

        Defendants.

## UNCONTESTED MOTION

Defendants United States Department of Agriculture and Brooke Rollins, as Secretary of the Department of Agriculture (collectively, the "USDA" or "Defendants"), by and through counsel, respectfully file this uncontested motion under Rules 6(b) and 7(b) of the Federal Rules of Civil Procedure for an order of the Court based on the following:

1.      On April 24, 2026, Defendants timely filed a motion to dismiss (ECF No. 62) Plaintiff's Amended Complaint under Rule 12(b)(1) and (6) and filed supporting papers, including a memorandum of law (ECF No. 63).

2.      On April 29, 2026, Defendants filed an amended memorandum of law (ECF No. 67). Good cause exists for such a filing and for this Court accepting that filing because (i) nothing changed substantively—i.e., no arguments were added, and the relief sought did not change; and (ii) Plaintiff consented to the filing (after it was filed) so long as Plaintiff has 21-days from the filing date (i.e., until May 20, 2026) to file a response.

3.      Pursuant to Rule 6(b)(1)(A), Defendants agree that Plaintiff should have until May 20, 2026, to file a response to Defendants' amended memorandum of law. Good cause exists for this extension to minimize any prejudice to Plaintiff (which Defendants do not concede) with the amended memorandum of law having been filed.

4.      Further, good cause exists here because no prejudice to Plaintiff or the Court will result from granting this uncontested motion. Should an extension be granted, Plaintiff will have the full 21-days to respond to Defendants' amended memorandum of law. No arguments were added and the relief sought did not change, as stated earlier. No Scheduling Order has been entered. And no Rule 16 Conference has been held yet. Also, on January 14, 2026, the Court granted the State's motion for a preliminary injunction. That injunction against alleged irreparable harm remains in place.

5.      From April 29-30, 2026, Defendants' counsel conferred with Plaintiff's counsel by e-mail. Plaintiff's counsel confirmed that they have no objection to Defendants bringing this motion and filing it as being uncontested.

6.      A proposed order is submitted with this motion.

*[signature page follows]*

Dated: April 30, 2026

DANIEL N. ROSEN

United States Attorney

*s/ Adine S. Momoh*

BY:  ADINE S. MOMOH
Assistant United States Attorney
Attorney Reg. No. 0390085
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN  55415
Adine.Momoh@usdoj.gov
(612) 664-5600

BRIAN A. MIZOGUCHI
Special Assistant United States Attorney
Attorney ID No. Md. 8512010433
1400 Independence Ave., SW
Washington, D.C. 20250
brian.mizoguchi@usda.gov
(202) 836-1182

Attorneys for Defendants

3