UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by and through its Attorney General,<br>Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Agriculture and Brooke Rollins, as Secretary of the Department of Agriculture,<br><br>Defendants. | Case No. 25-CV-04767-LMP-JFD<br><br><br><br>**PLAINTIFF STATE OF MINNESOTA'S MOTION TO COMPEL PRODUCTION OF ADMINISTRATIVE RECORD AND PRIVILEGE LOG** |

Plaintiff State of Minnesota, by and through its Attorney General, Keith Ellison, respectfully moves the Court for an Order compelling Defendants to produce the Administrative Record and a privilege log in this matter.

This motion is made pursuant to Federal Rule of Civil Procedure 37(a) and is based on all the files, records, and proceedings herein, including the memorandum filed and served herewith. Minnesota certifies that it has in good faith conferred with Defendants in an effort to obtain this discovery without court action, as detailed in the statement of compliance with Local Rule 7.1(a).

Dated:  June 1, 2026

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Joseph Richie**
JOSEPH RICHIE
Special Counsel
Atty. Reg. No. 0400615

LIZ KRAMER
Solicitor General
Atty. Reg. No. 0325089

PETER J. FARRELL
Deputy Solicitor General
Atty. Reg. No. 0393071

KATHERINE BIES
Special Counsel
Atty. Reg. No. 0401675

BRIAN CARTER
Special Counsel
Atty. Reg. No. 0390613

LINDSEY MIDDLECAMP
Special Counsel
Atty. Reg. No. 0392589

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-0921 (Voice)
(651) 282-5832 (Fax)
joseph.richie@ag.state.mn.us
liz.kramer@ag.state.mn.us
peter.farrell@ag.state.mn.us
katherine.bies@ag.state.mn.us
brian.carter@ag.state.mn.us
lindsey.middlecamp@ag.state.mn.us

*Attorneys For Plaintiff State of Minnesota*

|#6374461-v1

2