UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

State of Minnesota,
by and through its Attorney General,
Keith Ellison,

Plaintiff,

v.

United States Department of Agriculture and Brooke Rollins, as Secretary of the Department of Agriculture,

Defendants.

Case No. 25-CV-04767-LMP-JFD

**DECLARATION OF JOSEPH RICHIE**

I, Joseph R. Richie, declare and state as follows:

1. I am a Special Counsel at the Office of the Minnesota Attorney General and counsel for the State of Minnesota in this action. I make this declaration in support of Plaintiff's Motion to Compel Production of Administrative Record and Privilege Log.

2. Attached as Exhibit 1 is a true and correct copy of the initial Certification of Administrative Record filed by the USDA in *California v. USDA*, Civil Action No. 25-cv-06310-MMC (N.D. Cal.). Minnesota is a plaintiff in *California*, which like this case, involves actions against states regarding SNAP.

3. Attached as Exhibit 2 is a true and correct copy of the Certification of Supplemental Administrative Record filed by the USDA in *California v. USDA*, Civil Action No. 25-cv-06310-MMC (N.D. Cal.).

4. Attached as Exhibit 3 is a true and correct copy of the Certification of Second Supplemental Administrative Record filed by the USDA in *California v. USDA*, Civil Action No. 25-cv-06310-MMC (N.D. Cal.).

5. Attached as Exhibit 4 is a true and correct copy of the Index to the Administrative Record Documents Produced on April 1, 2026 in *New York v. Administration for Children & Families*, Case No. 26-cv-00172 (S.D.N.Y.). Minnesota is a plaintiff in *Administration for Children* along with Colorado and three other states. The case concerns funding freezes for the five plaintiff states based on fraud allegations.

6. Attached as Exhibit 5 is a true and correct copy of the Certified Index to the Administrative Record in *New York v. Rollins*, Case No. 6:25-cv-02186 (D. Or.). Minnesota is a plaintiff in *Rollins*, which like this case, involves SNAP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2026
Minneapolis, Hennepin County
State of Minnesota

**s/ Joseph Richie**
JOSEPH RICHIE