*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
Case No. 25-cv-04767 (LMP/JFD)

# DECLARATION OF JOSEPH RICHIE

# Exhibit 1

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STATE OF CALIFORNIA *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | ) | Civil Action No. 25-cv-06310-MMC |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Shiela Corley, Chief of Staff for the Deputy Under Secretary for the Food, Nutrition, and Consumer Services, United States Department of Agriculture, hereby certify that the attached Administrative Record is a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered in connection with the promulgation of the June 23, 2025 Notice of a new System of Records (SORN), 90 Fed. Reg. 26521, and FNS's collection of SNAP recipient data from January 1, 2020 through the present.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

SHIELA CORLEY
Digitally signed by SHIELA CORLEY
Date: 2025.12.19 16:43:28 -05'00'

Shiela Corley
Chief of Staff
Food, Nutrition, and Consumer Services
United States Department of Agriculture

| Administrative Record for *California, et al. v USDA, et al.* | Date | Bates Number Range |
|---|---|---|
| 1. Food and Nutrition Act of 2008 | N/A | CALIFORNIA_FNS_000001 – CALIFORNIA_FNS_000004 |
| 2. OMB 0584-0064 Supporting Statement | 05-31-2024 | CALIFORNIA_FNS_000005 – CALIFORNIA_FNS_000030 |
| 3. OMB 0584-0064 Appendix A, Food and Nutrition Act of 2008, As Amended Through P.L. 116–94 | 02-06-2024 | CALIFORNIA_FNS_000031 – CALIFORNIA_FNS_000120 |
| 4. OMB 0584-0064 Appendix B, 7 CFR Parts 271 – 273 as of December 21, 2023 | 02-06-2024 | CALIFORNIA_FNS_000121 – CALIFORNIA_FNS_000414 |
| 5. OMB 0584-0064 Appendix D, Food Programs Reporting System (FPRS) | 02-06-2024 | CALIFORNIA_FNS_000415 – CALIFORNIA_FNS_000416 |
| 6. OMB 0584-0064 Appendix E, Burden Table | 02-06-2024 | CALIFORNIA_FNS_000417 |
| 7. OMB 0584-0064 Appendix F, Burden Narrative | 02-06-2024 | CALIFORNIA_FNS_000418 – CALIFORNIA_FNS_000457 |
| 8. Executive Order 14243 | 03-25-2025 | CALIFORNIA_FNS_000458 – CALIFORNIA_FNS_000459 |
| 9. May 6th Letter | 05-06-2025 | CALIFORNIA_FNS_000460 – CALIFORNIA_FNS_000461 |
| 10. Nonsubstantive Change Request, OMB 0584-0064 | 06-11-2025 | CALIFORNIA_FNS_000462 – CALIFORNIA_FNS_000464 |
| 11. OMB 0584-0064 Appendix E; Burden Table, revised | 06-11-2025 | CALIFORNIA_FNS_000465 |
| 12. Notice of a new system of records, 90 Fed. Reg. 26521 | 06-23-2025 | CALIFORNIA_FNS_000466 – CALIFORNIA_FNS_000468 |
| 13. Revised Nonsubstantive Change Request, OMB 0584-0064 | 06-24-2025 | CALIFORNIA_FNS_000469 – CALIFORNIA_FNS_000470 |
| 14. July 9th Letter | 07-09-2025 | CALIFORNIA_FNS_000471 |
| 15. Public Comments on Notice of a new system of records, FNS-2025-0024-0001 | 06-30-2025 – 07-23-2025 | CALIFORNIA_FNS_000472 |
| 16. Documents submitted as Public Comments on Notice of a new system of records, FNS-2025-0024-0001 | 07-16-2025 – 07-23-2025 | CALIFORNIA_FNS_000473 – CALIFORNIA_FNS_000540 |
| 17. July 23rd Letter | 07-23-2025 | CALIFORNIA_FNS_000541 – CALIFORNIA_FNS_000542 |
| 18. FY 2025 Privacy Impact Assessment | 07-23-2025 | CALIFORNIA_FNS_000543 – CALIFORNIA_FNS_000571 |
| 19. July 25th Letter | 07-25-2025 | CALIFORNIA_FNS_000572 |
| 20. Analysis of SORN Comments | 08-14-2025 | CALIFORNIA_FNS_000573 |
| 21. Advance Notification Letters | 08-12-2025 – 08-20-2025 | CALIFORNIA_FNS_000574 – CALIFORNIA_FNS_000617 |
| 22. Advance Notification Extension | 08-14-2025 | CALIRORNIA_FNS_000618 |
| 23. Formal Warning Letters | 08-20-2025 – 08-26-2025 | CALIFORNIA_FNS_000619 – CALIFORNIA_FNS_000663 |
| 24. Pennsylvania Corrective Action Plan | 09-19-2025 | CALIFORNIA_FNS_000664 – CALIFORNIA_FNS_000665 |
| 25. FNS Response to Pennsylvania Corrective Action Plan | 09-19-2025 | CALIFORNIA_FNS_000666 |
| 26. Pennsylvania Notice of Disallowance | 09-20-2025 | CALIFORNIA_FNS_000667 – CALIFORNIA_FNS_000668 |
| 27. Pennsylvania Updated Corrective Action Plan | 09-26-2025 | CALIFORNIA_FNS_000669 – CALIFORNIA_FNS_000670 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STATE OF CALIFORNIA *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | ) | Civil Action No. 25-cv-06310-MMC |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Yarisis Rivera-Rojas, Deputy Assistant Inspector General for Audit for the Office of Inspector General (OIG), United States Department of Agriculture hereby certify that the attached Administrative Record and accompanying index is a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered by OIG in connection with OIG's request for SNAP recipient data collected by Plaintiffs California, Michigan, and Illinois, for federal fiscal year 2024.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: January 8, 2026

Yarisis Rivera-Rojas

Yarisis Rivera-Rojas
Deputy Assistant Inspector General for Audit
Office of Inspector General
United States Department of Agriculture

| **Administrative Record for *State of California, et al. v. United States Department of Agriculture, et al.*** | **Date** | **Bates Number Range** |
|---|---|---|
| 1. Inspector General Act, 5 U.S.C. §§ 401-424 | N/A | CALIFORNIA_OIG_00001–00070 |
| 2. Engagement Memorandum to USDA's Food and Nutrition Service (FNS) re: Evaluation of California's Use of SNAP Administrative Funds for Participant Benefits | 03-05-2025 | CALIFORNIA_OIG_00071–00073 |
| 3. Updated Engagement Memorandum to USDA's FNS re: Evaluation of California's Use of SNAP Administrative Funds for Participant Benefits | 04-02-2025 | CALIFORNIA_OIG_00074 |
| 4. E-mail for California Department of Social Services (CDSS), from USDA OIG, *Re: 27801-0001-18 Evaluation of California Use of Supplemental Nutrition Assistance Program Administrative Funds for Participants' Benefits* (April 11, 2025, 8:13 AM EDT), with images embedded on pages 1 and 6 of the PDF | 04-11-2025 | CALIFORNIA_OIG_00075–00102 |
| 5. E-mail for CDSS, from USDA OIG, *Re: Update on Requested Data (DRL #36)* (April 16, 2025, 8:03 AM EDT) | 04-16-2025 | CALIFORNIA_OIG_00103–00106 |
| 6. Engagement Memorandum to USDA's FNS re: Evaluation of Illinois's Use of SNAP Administrative Funds for Participants' Benefits | 04-24-2025 | CALIFORNIA_OIG_00107–00110 |
| 7. E-mail for Illinois Department of Human Services (IDHS), from USDA OIG, *Re: DRL 5.14.2025* (May 14, 2025, 5:09 PM EDT), with Excel attachment | 05-14-2025 | CALIFORNIA_OIG_00111–00116 |
| 8. E-mail for IDHS, from USDA OIG, *Re: DRL Items 17 and 24* (July 3, 2025, 2:09 PM EDT) | 07-03-2025 | CALIFORNIA_OIG_00117–00124 |

| **Administrative Record for *State of California, et al. v. United States Department of Agriculture, et al.*** | **Date** | **Bates Number Range** |
|---|---|---|
| 9. July 15, 2025, Letter for IDHS, from USDA OIG | 07-15-2025 | CALIFORNIA_OIG_00125–00128 |
| 10. Engagement Memorandum to USDA's FNS re: Evaluation of Michigan's Use of SNAP Administrative Funds for Participants' Benefits | 04-17-2025 | CALIFORNIA_OIG_00129–00131 |
| 11. E-mail for Michigan Department of Health and Human Services (M-DHHS), from USDA OIG, *Re: SNAP data request follow-up* (May 14, 2025, 10:16 AM MST) | 05-14-2025 | CALIFORNIA_OIG_00132–00134 |
| 12. E-mail for M-DHHS, from USDA FNS, *Re: RE: Michigan SNAP Data – USDA OIG Audit Request* (July 24, 2025, 12:58 PM MST) | 07-24-2025 | CALIFORNIA_OIG_00135–00136 |
| 13. Privacy Impact Assessment for OIG IT Infrastructure (OIG GSS) | 02-14-2019 | CALIFORNIA_OIG_00137–00160 |
| 14. Privacy Impact Assessment for OIG Providing Advanced Network & Design Administration (OIG PANDA) | 09-16-2019 | CALIFORNIA_OIG_00161–00184 |
| 15. Notice of modified systems of records, 87 Fed. Reg. 62066 | 10-13-2022 | CALIFORNIA_OIG_00185–00198 |
| 16. Print-out of public comments on Notice of modified systems of records, OIG–2022–0001 | 11-14-2022 | CALIFORNIA_OIG_00199–00232 |