*State of Minnesota*
*v.*
*United States Department of Agriculture, et al.*
Case No. 25-cv-04767 (LMP/JFD)

# DECLARATION OF JOSEPH RICHIE

# Exhibit 4

# INDEX TO THE ADMINISTRATIVE RECORD DOCUMENTS PRODUCED ON April 1, 2026[1]

*State of New York, et. al., v. Administration for Children and Families, et al.*
Case No. 26 Civ. 172 (VSB)

| Number | Document Description | Begin Bates Number | End Bates Number |
|---|---|---|---|
| 1 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to California Governor Gavin Newsom regarding CCDF drawdown restriction | ACF 000001 | ACF 000003 |
| 2 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to California Governor Gavin Newsom regarding SSBG drawdown restriction | ACF 000004 | ACF 000005 |
| 3 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to California Governor Gavin Newsom regarding TANF drawdown restriction | ACF 000006 | ACF 000007 |
| 4 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to Colorado Governor Jared Polis regarding CCDF drawdown restriction | ACF 000008 | ACF 000009 |
| 5 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to Colorado Governor Jared Polis regarding SSBG drawdown restriction | ACF 000010 | ACF 000011 |
| 6 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to Colorado Governor Jared Polis regarding TANF drawdown restriction | ACF 000012 | ACF 000013 |
| 7 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adam to Illinois Governor JB Pritzker regarding CCDF drawdown restriction | ACF 000014 | ACF 000015 |

[1] This index has been prepared for the convenience of the Court and the parties. The index is not part of the administrative record.

| | | | |
|---|---|---|---|
| 8 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to Illinois Governor JB Pritzker regarding SSBG drawdown restriction | ACF 000016 | ACF 000017 |
| 9 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to Illinois Governor JB Pritzker regarding TANF drawdown restriction | ACF 000018 | ACF 000019 |
| 10 | Letter dated January 5, 2026, from ACF Assistant Secretary Alex J. Adams to Minnesota Governor Tim Walz regarding CCDF drawdown restriction | ACF 000020 | ACF 000022 |
| 11 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to Minnesota Governor Tim Walz regarding SSBG drawdown restriction | ACF 000023 | ACF 000024 |
| 12 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to Minnesota Governor Tim Walz regarding TANF drawdown restriction | ACF 000025 | ACF 000026 |
| 13 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to New York Governor Kathy Hochul regarding CCDF drawdown restriction | ACF 000027 | ACF 000028 |
| 14 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to New York Governor Kathy Hochul regarding SSBG drawdown restriction | ACF 000029 | ACF 000030 |
| 15 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to New York Governor Kathy Hochul regarding TANF drawdown restriction | ACF 000031 | ACF 000032 |
| 16 | Decision Memorandum dated January 6, 2026, to Secretary Robert F. Kennedy, Jr., concerning CCDF, TANF, and SSBG Temporary Restricted Drawdown for the State of Minnesota | ACF 000033 | ACF 000037 |

| | | | |
|---|---|---|---|
| 17 | Minnesota CCDF State Plan, Appendix 1: Lead Agency Implementation Plan for FFY 2025-2027 [Tab A of MN Decision Memo ] | ACF 000038 | ACF 000052 |
| 18 | Minnesota SSBG Intended Use Plan for FY 2026 [Tab A of MN Decision Memo ] | ACF 000053 | ACF 000087 |
| 19 | Minnesota SSBG Pre-Expenditure Report for FY 2026 [Tab A of MN Decision Memo ] | ACF 000088 | ACF 000110 |
| 20 | Minnesota TANF State Plan for PYS 2024-2027 [Tab A of MN Decision Memo ] | ACF 000111 | ACF 000135 |
| 21 | Letter dated December 4, 2025, from ACF Assistant Secretary Alex J. Adams to Minnesota Governor Tim Walz regarding TANF fraud reports and data request [Tab A of MN Decision Memo ] | ACF 000136 | ACF 000137 |
| 22 | Letter dated December 12, 2025, from ACF Assistant Secretary Alex J. Adams to Minnesota Governor Tim Walz regarding SSBG fraud reports and data request [Tab A of MN Decision Memo ] | ACF 000138 | ACF 000139 |
| 23 | Letter dated December 12, 2025, from ACF Assistant Secretary Alex J. Adams to Minnesota Governor Tim Walz regarding CCDF fraud reports and data request [Tab A of MN Decision Memo ] | ACF 000140 | ACF 000141 |
| 24 | Letter dated December 30, 2025, from HHS Deputy Secretary James O'Neill to Minnesota Governor Tim Walz regarding additional CCDF data request [Tab A of MN Decision Memo ] | ACF 000142 | ACF 000144 |
| 25 | Report dated March 13, 2019, of the Minnesota Office of the Legislative Auditor titled, "Child Care Asssistance Program: Assessment of Fraud Allegations" | ACF 000145 | ACF 000208 |

| | | | |
|---|---|---|---|
| 26 | Report dated May 2025, of the HHS Office of Inspector General titled "Minnesota Could Better Ensure That Childcare Assistance Providers Comply With Attendance Requirements" (A-05-24-00001) | ACF 000209 | ACF 000228 |
| 27 | Decision Memorandum dated January 6, 2026, to Secretary Robert F. Kennedy, Jr., concerning CCDF, TANF, and SSBG Temporary Restricted Drawdown for the States of California, Colorado, Illinois, and New York | ACF 000229 | ACF 000232 |
| 28 | Reports of various dates of Child Care Fraud and Fraud Indicators Reported by the California Department of Education [Tab A of Other States Decision Memo] | ACF 000233 | ACF 000246 |
| 29 | Press Release dated March 13, 2025 from the San Francisco District Attorney titled, "Woman and City Employee Charged in Connection to Section 8 and Childcare Fraud Scheme" [Tab A of Other States Decision Memo] | ACF 000247 | ACF 000249 |
| 30 | California Senate Bill No. 54, approved by Governor October 5, 2017, "An Act to amend Sections 7282 and 7282.5 of, and to add Chapter 17.25 (commencing with Section 7284) to Division 7 of Title 1 of, the Government Code, and to repeal Section 11369 of the Health and Safety Code, relating to law enforcement." [Tab A of Other States Decision Memo] | ACF 000250 | ACF 000257 |
| 31 | California SSBG Pre-Expenditure Report for FY 2026 [Tab A of Other States Decision Memo] | ACF 000258 | ACF 000272 |
| 32 | California SSBG Intended Use Plan for FY 2026 [Tab A of Other States Decision Memo] | ACF 000273 | ACF 000283 |
| 33 | California TANF State Plan effective October 1, 2022 [Tab A of Other States Decision Memo] | ACF 000284 | ACF 000318 |

| | | | |
|---|---|---|---|
| 34 | Letter dated July 18, 2024, from Julie L. Siegel, Director, Division of State TANF Policy, ACF Office of Family Assistance, to Kim Johnson, Director of California Department of Social Services regarding TANF state plan [Tab A of Other States Decision Memo] | ACF 000319 | ACF 000319 |
| 35 | California CCDF State Plan, Appendix 1: Lead Agency Implementation Plan for FFY 2025-2027 [Tab A of Other States Decision Memo] [Note: This version is from the OCC website (https://acf.gov/occ/form/approved-ccdf-plans-fy-2025-2027) and does not contain any of California's responses] | ACF 000320 | ACF 000339 |
| 36 | California CCDF State Plan, Appendix 1: Lead Agency Implementation Plan for FFY 2025-2027 [Tab A of Other States Decision Memo] [Note: This version contains California's responses.] | ACF 000340 | ACF 000370 |
| 37 | Letter dated August 22, 2024, from Ann C. Flagg, Director of the ACF Office of Family Assistance to Colorado Governor Jard Polis regarding TANF state plan [Tab B of Other States Decision Memo] | ACF 000371 | ACF 000372 |
| 38 | Colorado TANF State Plan for PYS 2024-2027 [Tab B of Other States Decision Memo] | ACF 000373 | ACF 000397 |
| 39 | Colorado SSBG Pre-Expenditure Report for FY 2026 [Tab B of Other States Decision Memo] | ACF 000398 | ACF 000404 |
| 40 | Colorado SSBG Intended Use Plan for FY 2026 [Tab B of Other States Decision Memo] | ACF 000405 | ACF 000439 |
| 41 | Colorado CCDF State Plan, Appendix 1: Lead Agency Implementation Plan for FFY 2025-2027 [Tab B of Other States Decision Memo] | ACF 000440 | ACF 000447 |
| 42 | Illinois SSBG Pre-Expenditure Report for FY 2026 [Tab C of Other States Decision Memo] | ACF 000448 | ACF 000452 |

| | | | |
|---|---|---|---|
| 43 | Illinois SSBG Intended Use Plan for FY 2026 [Tab C of Other States Decision Memo] | ACF 000453 | ACF 000508 |
| 44 | Press Release dated April 8, 2024 from the U.S. Attorney's Office for the Northern District of Illinois titled, "Owner of Chicago-Area Child Care Centers Sentenced to Four Years in Prison for Fraudulently Obtaining More Than $3.3 Million in State Subsidies" [Tab C of Other States Decision Memo] | ACF 000509 | ACF 000512 |
| 45 | Press Release dated October 13, 2020 from the U.S. Attorney's Office for the Central District of Illinois titled, "Four Chicago Women Indicted for Allegedly Defrauding Child Care Subsidy Program of More Than $1 Million" [Tab C of Other States Decision Memo] | ACF 000513 | ACF 000517 |
| 46 | Press Release dated August 17, 2023 from the U.S. Attorney's Office for the Northern District of Illinois titled, "Former Illinois Department of Children and Family Services Employee and 14 Others Charged in $3.2 Million Fraud Scheme" [Tab C of Other States Decision Memo] | ACF 000518 | ACF 000521 |
| 47 | 5 ILCS 805, Illinois TRUST Act, P.A. 100-463, effective 8-28-17 [Tab C of Other States Decision Memo] | ACF 000522 | ACF 000524 |
| 48 | Illinois TANF State Plan effective January 1, 2023 - June 30, 2025 [Tab C of Other States Decision Memo] | ACF 000525 | ACF 000574 |
| 49 | Letter dated August 15, 2024, from Julie L. Siegel, Director, Division of State TANF Policy, ACF Office of Family Assistance, to Terri Kulhan, Bureau Chief, Illinois Department of Human Services regarding TANF state plan [Tab C of Other States Decision Memo] | ACF 000575 | ACF 000575 |

| | | | |
|---|---|---|---|
| 50 | Illinois CCDF State Plan, Appendix 1: Lead Agency Implementation Plan for FFY 2025-2027 [Tab C of Other States Decision Memo] | ACF 000576 | ACF 000602 |
| 51 | Amendment to New York Executive Order 170 - State Policy Concerning Immigrant Access to State Services and Buildings, dated April 25, 2018 [Tab D of Other States Decision Memo] | ACF 000603 | ACF 000604 |
| 52 | Continuation of New York Executive Order 170, dated January 16, 2025 [Tab D of Other States Decision Memo] | ACF 000605 | ACF 000608 |
| 53 | Press Release dated January 11, 2023, from the U.S. Attorney's Office for the Southern District of New York titled, "Five Defendants Arrested for Stealing Millions From Government-Funded Childcare Programs For Low Income Families" [Tab D of Other States Decision Memo] | ACF 000609 | ACF 000615 |
| 54 | New York SSBG Pre-Expenditure Report for FY 2026 [Tab D of Other States Decision Memo] | ACF 000616 | ACF 000621 |
| 55 | Letter dated May 15, 2024, from Julie L. Siegel, Director, Division of State TANF Policy, ACF Office of Family Assistance, to Barbara C. Guinn, Acting Commissioner of New York State Office of Temporary and Disability Assistance regarding TANF state plan [Tab D of Other States Decision Memo] | ACF 000622 | ACF 000622 |
| 56 | New York TANF State Plan effective January 1, 2024 [Tab D of Other States Decision Memo] | ACF 000623 | ACF 000729 |
| 57 | New York CCDF State Plan, Appendix 1: Lead Agency Implementation Plan for FFY 2025-2027 [Tab D of Other States Decision Memo] | ACF 000730 | ACF 000736 |

| | | | |
|---|---|---|---|
| 58 | "I Investigated Minnesota's Billion Dollar Fraud Scandal," video by Nick Shirley, uploaded to YouTube.com on December 26, 2025, available at https://youtu.be/r8AulCA1aOQ?si=RLDksGI-F1KjmgNd. | ACF 000737 | ACF 000737 |